# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

ANGEL GUZMAN, et al.,

    Plaintiffs/Appellants,

v.

ROBINHOOD MARKETS, INC., et al.,

    Defendants/Appellees.

No. 22-11873-F

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

    I certify that, to the best of my knowledge, the following is a complete list of all persons and entities known to have an interest in the outcome of this appeal.

1. Altonaga, Cecilia M. (U.S. District Judge)
2. Alvarado, María Castellanos
3. Bartlit Beck LLP
4. Burck, William A.
5. Citadel Securities, LLC
6. Cravath, Swaine & Moore LLP
7. Danon, Samuel A.
8. Fountain, Peter H.
9. Furst, Rachel W.
10. Grossman Roth Yaffa Cohen, P.A.

11. Guzman, Angel

12. Hach Rose Schirripa & Cheverie LLP

13. Hettler, Kathryn

14. Hoeflich, Adam L.

15. Hunton Andrews Kurth LLP

16. Joseph Saveri Law Firm, LLP

17. Kercher, Christopher D.

18. Maggard, Abraham A.

19. Membiela, Gustavo Javier

20. Miller, Christopher

21. Minahan, Burke

22. Orsini, Kevin J.

23. O'Sullivan, John F.

24. Pavsner, Seth

25. Quinn Emanual Urquhart & Sullivan, LLP

26. Robinhood Financial, LLC

27. Robinhood Markets, Inc. (HOOD)

28. Robinhood Securities, LLC

29. Robinson, Dawson

30. Ryan, Antony L.

31. Saveri, Joseph R.

32. Schirripa, Frank R.

33. Sterling, Terell

Angel Guzman, et al v. Robinhood Markets, Inc., et al
No. 22-11873-F

34. Sukiennik, Brittany L.

35. Williams, Steven N.

36. Young, Christopher K.L.

USCA11 Case: 22-11873     Document: 5     Date Filed: 07/05/2022     Page: 3 of 4

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and Eleventh Circuit Rule 28-1(b), Appellants certify that Appellants are not a subsidiary or affiliate of a publicly owned corporation and that Appellants are not aware of any publicly owned corporation, not a party to the litigation, that has a financial interest in the outcome of this case.

Dated: June 30, 2022

Respectfully Submitted,

*s/ Joseph R. Saveri*
Joseph R. Saveri
Joseph Saveri Law Firm, LLP
601 California Street
Suite 1000
San Francisco, CA 94108
Tel: (415) 500-6800
Fax: (415) 395-9940

***Counsel for Appellants***