Rev. 4/18

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT
### CIVIL APPEAL STATEMENT

Please TYPE. Attach additional pages if necessary.

11th Circuit Docket Number: 22-11873

**Caption:**

Angel Guzman, et al. v. Robinhood Markets, Inc. et al.

District and Division: Southern District of Florida (Miami)
Name of Judge: Hon. Cecilia M. Altonaga
Nature of Suit: Antitrust Action
Date Complaint Filed: January 20, 2022
District Court Docket Number: 1:21-md-02989-CMA
Date Notice of Appeal Filed: June 1, 2022
☐ Cross Appeal   ☑ Class Action

Has this matter previously been before this court?
☐ Yes   ☑ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| **For Appellant:** ☑ Plaintiff ☐ Defendant ☐ Other (Specify) | Joseph R. Saveri | 601 California Street, Suite 1000, San Francisco, CA 94108 | 415-500-6800<br>415-395-9940<br>jsaveri@saverilawfirm.com |
| **For Appellee:** ☐ Plaintiff ☑ Defendant ☐ Other (Specify) | Kevin J. Orsini | 825 Eighth Avenue New York, NY 10019 | 212-474-1000<br>212-474-3700<br>korsini@cravath.com |

Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☑ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $_____ |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $_____ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded: $_____ to _____ |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | |
| | | ☐ Judgment/Jury Verdict | Injunctions: |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Directed Verdict/NOV | ☐ TRO |
| | ☐ 54(b) | ☐ Injunction | ☐ Preliminary   ☐ Granted |
| | | ☐ Other _____ | ☐ Permanent   ☐ Denied |

Page 2                                                                                     11th Circuit Docket Number: 22-11873

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

    If Yes, provide
    (a) Case Name/Statute  Section 1 of the Sherman Act
    (b) Citation  15 U.S.C. § 1
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

    If Yes, provide
    (a) Case Name _____
    (b) Citation _____
    (c) Docket Number if unreported _____
    (d) Court or Agency _____

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit? ☐ Yes ☑ No
    (b) Among circuits? ☐ Yes ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

**Whether the Court erred in dismissing the complaint**

**Whether the Court erred in denying plaintiffs motion to file under seal the complaint**

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  2nd  DAY OF  July , 2022 .

Joseph R. Saveri                                                          /s/ Joseph R. Saveri
NAME OF COUNSEL (Print)                                          SIGNATURE OF COUNSEL