# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 11, 2022

John F. O'Sullivan
Quinn Emanuel
2601 S BAYSHORE DR STE 1550
MIAMI, FL 33133

Appeal Number: 22-11873-DD
Case Style: Angel Guzman, et al v. Robinhood Markets, Inc., et al
District Court Docket No: 1:21-md-02989-CMA

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

We have received your Appearance of Counsel Form. According to our records, you are not a member of the Eleventh Circuit bar. Unless an attorney is appearing on behalf of the United States, a federal public defender, appointed by a federal court under the Criminal Justice Act, or otherwise appointed by this Court, 11th Cir. R. 46-1 requires admission to the Eleventh Circuit bar as a condition to practice before the court. In the alternative, an attorney who does not reside in the circuit may be eligible to apply to appear pro hac vice in a particular proceeding. See 11th Cir. R. 46-4.

In order to participate in this appeal, you must complete and submit an application for admission to the bar or application to appear pro hac vice within 14 days from the date of this letter. Application forms are available at www.ca11.uscourts.gov/attorney-forms-and-information. If your application is not received within 21 days, any motions or other papers that have been conditionally filed in the appeal may be clerically stricken and treated as though they were never filed.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Bradly Wallace Holland/mt, DD
Phone #: 404-335-6181

ATTY-1 Appearance form bar admission