IN THE UNITED STATES COURT OF
APPEALS FOR THE ELEVENTH CIRCUIT

CASE NO. 22-11873-F

---

ANGEL GUZMAN, et al.,
Plaintiffs-Appellants,

v.

ROBINHOOD FINANCIAL LLC, et al.,
Defendants-Appellees.

---

On Appeal from the United States District Court
for the Southern District of Florida

District Court Docket No. 1:21-md-02989-CMA

---

### DEFENDANTS-APPELLEES' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

---

HUNTON ANDREWS KURTH LLP

Samuel A. Danon (FBN 892671)
María Castellanos Alvarado (FBN 116545)
333 S.E. 2 Avenue, Suite 2400
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
sdanon@HuntonAK.com
mcastellanos@HuntonAK.com

CRAVATH, SWAINE & MOORE LLP

Antony L. Ryan
Kevin J. Orsini
Brittany L. Sukiennik
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
aryan@cravath.com
korsini@cravath.com
bsukiennik@cravath.com

*Attorneys for Defendants-Appellees*
Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc.

*Angel Guzman, et al. v. Robinhood Financial LLC, et al.*
No. 22-11873-F

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rules 26.1-2 and 26.1-3, the undersigned counsel hereby certify as follows:

Defendants-Appellees Robinhood Financial LLC and Robinhood Securities, LLC are wholly owned subsidiaries of Robinhood Markets, Inc. (NASDAQ: HOOD), and no publicly-traded corporation has a 10% or greater ownership interest in Robinhood Financial LLC, Robinhood Securities, LLC or Robinhood Markets, Inc. (collectively, "Robinhood").

The following is a complete list, in alphabetical order, of interested persons:

1. Altonaga, Cecilia M. (U.S. District Judge)
2. Bartlit Beck LLP
3. Burck, William A.
4. Castellanos Alvarado, María
5. Citadel Securities, LLC
6. Cravath, Swaine & Moore LLP
7. Danon, Samuel A.
8. Fountain, Peter H.
9. Furst, Rachel W.
10. Grossman Roth Yaffa Cohen, P.A.

11. Guzman, Angel

12. Hach Rose Schirripa & Cheverie LLP

13. Hettler, Kathryn

14. Hoeflich, Adam L.

15. Hunton Andrews Kurth LLP

16. Huynh, Andrew D.

17. Joseph Saveri Law Firm, LLP

18. Kercher, Christopher D.

19. LeBuhn, MacGregor

20. Maggard, Abraham A.

21. Miller, Christopher

22. Minahan, Burke

23. Orsini, Kevin J.

24. O'Sullivan, John F.

25. Pavsner, Seth

26. Quinn Emanual Urquhart & Sullivan, LLP

27. Robinhood Financial LLC

28. Robinhood Markets, Inc. (HOOD)

29. Robinhood Securities, LLC

30. Robinson, Dawson

31. Ryan, Antony L.

32. Saveri, Joseph R.

33. Schirripa, Frank R.

34. Sterling, Terell

35. Sukiennik, Brittany L.

36. Williams, Steven N.

37. Young, Christopher K.L.

*Angel Guzman, et al. v. Robinhood Financial LLC, et al.*
No. 22-11873-F

| | |
|---|---|
| DATED:  July 21, 2022. | Respectfully submitted,<br><br>*/s/ Samuel A. Danon*<br>HUNTON ANDREWS KURTH LLP<br>Samuel A. Danon (FBN 892671)<br>María Castellanos Alvarado (FBN 116545)<br>333 S.E. 2 Avenue, Suite 2400<br>Miami, FL 33131<br>Telephone: (305) 810-2500<br>Facsimile: (305) 810-2460<br>sdanon@HuntonAK.com<br>mcastellanos@HuntonAK.com<br><br>CRAVATH, SWAINE & MOORE LLP<br>Antony L. Ryan<br>Kevin J. Orsini<br>Brittany L. Sukiennik<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: (212) 474-1000<br>aryan@cravath.com<br>korsini@cravath.com<br>bsukiennik@cravath.com<br><br>*Counsel for Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC* |

*Angel Guzman, et al. v. Robinhood Financial LLC, et al.*
No. 22-11873-F

# CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF.

DATED: July 21, 2022.

*/s/ Samuel A. Danon*
Samuel A. Danon (FBN 892671)

## SERVICE LIST

All counsel of record, via ECF