IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 22-11873-F

---

ANGEL GUZMAN, et al.,
Plaintiffs-Appellants,

v.

ROBINHOOD MARKETS, INC., et al.,
Defendants-Appellees.

---

Appeal from the United States District Court
for the Southern District of Florida

District Court Docket No. 21-2989-MDL-ALTONAGA/Torres

---

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT-APPELLEE CITADEL SECURITIES LLC

| | |
|---|---|
| Adam L. Hoeflich | William A. Burck |
| Mac LeBuhn | Derek L. Shaffer |
| Dawson K. Robinson | **QUINN EMANUEL URQUHART &** |
| **BARTLIT BECK LLP** | **SULLIVAN, LLP** |
| 54 W. Hubbard Street, Suite 300 | 1300 I Street NW, Suite 900 |
| Chicago, IL 60654 | Washington, D.C. 20005 |
| (312) 494-4400 | (202) 538-8000 |
| adamh.hoeflich@bartlitbeck.com | williamburck@quinnemanuel.com |
| mac.lebuhn@bartlitbeck.com | derekshaffer@quinnemanuel.com |
| dawsonrobinson@bartlitbeck.com | |

| | |
|---|---|
| John F. O'Sullivan<br>Fla. Bar No. 143154<br>**QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br>2601 South Bayshore Drive, Suite 1550<br>Miami, FL 33133<br>(305) 439-5008<br>johnosullivan@quinnemanuel.com | Christopher D. Kercher<br>Peter H. Fountain<br>**QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br>51 Madison Ave, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br>christopherkercher@quinnemanuel.com<br>peterfountain@quinnemanuel.com |
| | *Counsel for Defendant-Appellee Citadel Securities LLC* |

Angel Guzman, et al. v. Robinhood Markets, Inc., et al.
No. 22-11873-F

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. App. P. 26.1 and Eleventh Circuit Rules 26.1-1 and 26.1-2, Defendant-Appellee Citadel Securities LLC, by undersigned counsel, hereby certifies that the following is a complete list, in alphabetical order, of interested persons:

1. Altonaga, Cecilia M. (U.S. District Judge, Southern District of Florida)

2. Alvarado, Maria Castellanos (counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.)

3. Bartlit Beck LLP (counsel for Citadel Securities LLC)

4. Burck, William A. (counsel for Citadel Securities LLC)

5. Citadel Securities GP LLC (parent company of Citadel Securities LLC)

6. Citadel Securities LLC

7. Cravath, Swaine & Moore LLP (counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.)

8. Danon, Samuel A. (counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.)

9. Fountain, Peter H. (counsel for Citadel Securities LLC)

10. Furst, Rachel W. (counsel for Plaintiffs-Appellants)

11. Grossman Roth Yaffa Cohen, P.A. (counsel for Plaintiffs-Appellants)

12. Guzman, Angel

USCA11 Case: 22-11873     Document: 31     Date Filed: 07/21/2022     Page: 4 of 8

Angel Guzman, et al. v. Robinhood Markets, Inc., et al.
No. 22-11873-F

13.  Hach Rose Schirripa & Cheverie, LLP (counsel for Plaintiffs-Appellants)

14.  Hettler, Kathryn (counsel for Plaintiffs-Appellants)

15.  Hoeflich, Adam L. (counsel for Citadel Securities LLC)

16.  Hunton Andrews Kurth LLP (counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.)

17.  Joseph Saveri Law Firm, LLP (counsel for Plaintiffs-Appellants)

18.  Kercher, Christopher D. (counsel for Citadel Securities LLC)

19.  LeBuhn, Mac (counsel for Citadel Securities LLC)

20.  Maggard, Abraham A. (counsel for Plaintiffs-Appellants)

21.  Miller, Christopher

22.  Minahan, Burke

23.  Orsini, Kevin J. (counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.)

24.  O'Sullivan, John F. (counsel for Citadel Securities LLC)

25.  Pavsner, Seth (counsel for Plaintiffs-Appellants)

26.  Quinn Emanuel Urquhart & Sullivan, LLP (counsel for Citadel Securities LLC)

27.  Robinhood Financial LLC

28.  Robinhood Markets, Inc. (stock ticker HOOD)

29.  Robinhood Securities, LLC

USCA11 Case: 22-11873     Document: 31     Date Filed: 07/21/2022     Page: 5 of 8

Angel Guzman, et al. v. Robinhood Markets, Inc., et al.
No. 22-11873-F

30. Robinson, Dawson K. (counsel for Citadel Securities LLC)

31. Ryan, Antony L. (counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.)

32. Saveri, Joseph R. (counsel for Plaintiffs-Appellants)

33. Schirripa, Frank R. (counsel for Plaintiffs-Appellants)

34. Shaffer, Derek L. (counsel for Citadel Securities LLC)

35. Sterling, Terell

36. Sukiennik, Brittany L. (counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.)

37. Torres, Edwin G.  (U.S. Magistrate Judge, Southern District of Florida)

38. Williams, Steven N. (counsel for Plaintiffs-Appellants)

39. Young, Christopher K.L. (counsel for Plaintiffs-Appellants)

Angel Guzman, et al. v. Robinhood Markets, Inc., et al.
No. 22-11873-F

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-2, the undersigned counsel hereby certifies that Defendant-Appellee Citadel Securities LLC is a wholly-owned indirect subsidiary of Citadel Securities GP LLC. Counsel further certifies that no publicly-held corporation has a 10% or greater ownership interest in Citadel Securities GP LLC.

Angel Guzman, et al. v. Robinhood Markets, Inc., et al.
No. 22-11873-F

| | |
|---|---|
| DATED: July 21, 2022 | By:    */s/ Adam L. Hoeflich* |

| | |
|---|---|
| Adam L. Hoeflich<br>Mac LeBuhn<br>Dawson K. Robinson<br>**BARTLIT BECK LLP**<br>54 W. Hubbard Street, Suite 300<br>Chicago, IL 60654<br>Telephone: (312) 494-4400<br>adamh.hoeflich@bartlitbeck.com<br>mac.lebuhn@bartlitbeck.com<br>dawsonrobinson@bartlitbeck.com | William A. Burck<br>Derek L. Shaffer<br>**QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>(202) 538-8000<br>williamburck@quinnemanuel.com<br>derekshaffer@quinnemanuel.com<br><br>Christopher D. Kercher<br>Peter H. Fountain<br>**QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br>51 Madison Ave, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br>christopherkercher@quinnemanuel.com<br>peterfountain@quinnemanuel.com<br><br>John F. O'Sullivan<br>Fla. Bar No. 143154<br>**QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br>2601 South Bayshore Drive, Suite 1550<br>Miami, FL 33133<br>(305) 439-5008<br>johnosullivan@quinnemanuel.com<br><br>*Counsel for Defendant-Appellee Citadel Securities LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By: _/s/ Adam L. Hoeflich_
Adam L. Hoeflich

## SERVICE LIST

All counsel of record, via ECF