# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT
### Case No. 22-11873

ANGEL GUZMAN, et al.,

    Appellants,

v.

ROBINHOOD MARKETS, INC., et al.,

    Appellees.

---

Appeal from the United States District Court
for the Southern District of Florida
Case No. 1:21-md-02989-CMA

---

## APPENDIX TO APPELLANTS' BRIEF
## VOLUME I OF III

---

JOSEPH R. SAVERI
California Bar No. 130064
CHRISTOPHER K.L. YOUNG
California Bar No. 318371
ABRAHAM A. MAGGARD
California Bar No. 339949
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Tel: (415) 500-6800
Fax: (415) 395-9940
Email: jsaveri@saverilawfirm.com
    cyoung@saverilawfirm.com
    amaggard@saverilawfirm.com

FRANK R. SCHIRRIPA
New York Bar No. 4103750
KATHRYN A. HETTLER
New York Bar No. 5126065
HACH ROSE SCHIRRIPA & CHEVERIE LLP
112 Madison Avenue, 10th Fl.
New York, New York 10016
Tel: (212) 213-8311
Fax: (212) 779-0028
Email: fschirripa@hrsclaw.com
    kh@hrsclaw.com

STEVEN L. BRANNOCK
Florida Bar No. 319651
SAMUEL J. SALARIO, JR.
Florida Bar No. 83460
BRANNOCK HUMPHRIES
   & BERMAN
1111 W. Cass Street, Suite 200
Tampa, Florida 33606
Tel: (813) 223-4300
Fax: (813) 262-0604
Email:  sbrannock@bhappeals.com
         ssalario@bhappeals.com

*Counsel for Appellants Angel Guzman, Burke Minahan, Christopher Miller, and Terell Sterling*

## APPELLANTS' APPENDIX TO BRIEF
## VOLUME I

| Docket No. | Description | Date |
|---|---|---|
| --- | Docket | 10/18/22 |
| 446 | Consolidated Class Action Complaint (related to all actions involving federal securities laws) | 11/30/21 |

## APPELLANTS' APPENDIX TO BRIEF
## VOLUME II

| Docket No. | Description | Date |
|---|---|---|
| 451 | Amended Complaint | 1/20/22 |
| 456 | Motion to Dismiss | 2/18/22 |

## APPELLANTS' APPENDIX TO BRIEF
## VOLUME III

| Docket No. | Description | Date |
|---|---|---|
| 459 | Antitrust Plaintiffs' Opposition to Defendants' Motion to Dismiss the Amended Complaint | 3/11/22 |
| 463 | Defendants' Reply in Support of Their Motion to Dismiss the Amended Antitrust Tranche Complaint | 3/25/22 |
| 470 | Order granting motion to dismiss amended antitrust tranche complaint | 5/12/22 |
| 503 | Order denying motion to dismiss federal securities tranche complaint | 8/11/22 |

Filed this 21st day of October 2022.

JOSEPH R. SAVERI
California Bar No. 130064
CHRISTOPHER K.L. YOUNG
California Bar No. 318371
ABRAHAM A. MAGGARD
California Bar No. 339949
JOSEPH SAVERI LAW FIRM,
LLP
601 California Street, Suite 1000
San Francisco, California 94108
Tel: (415) 500-6800
Fax: (415) 395-9940
Email: jsaveri@saverilawfirm.com
        cyoung@saverilawfirm.com
        amaggard@saverilawfirm.com


STEVEN L. BRANNOCK
Florida Bar No. 319651
SAMUEL J. SALARIO, JR.
Florida Bar No. 83460
BRANNOCK HUMPHRIES
    & BERMAN
1111 W. Cass Street, Suite 200
Tampa, Florida 33606
Tel: (813) 223-4300
Fax: (813) 262-0604
Email: sbrannock@bhappeals.com
        ssalario@bhappeals.com

**/s/Steven L. Brannock**
FRANK R. SCHIRRIPA
New York Bar No. 4103750
KATHRYN A. HETTLER
New York Bar No. 5126065
HACH ROSE SCHIRRIPA & CHEVERIE
LLP
112 Madison Avenue, 10th Fl.
New York, New York 10016
Tel:  (212) 213-8311
Fax: (212) 779-0028
Email:  fschirripa@hrsclaw.com
        kh@hrsclaw.com

*Counsel for Appellants Angel Guzman,*
*Burke Minahan, Christopher Miller, and*
*Terell Sterling*

# DOCKET

APPEAL,MD,MDL,MEDREQ,REF_DISCOV

# U.S. District Court
## Southern District of Florida (Miami)
## CIVIL DOCKET FOR CASE #: 1:21-md-02989-CMA

IN RE: January 2021 Short Squeeze Trading Litigation      Date Filed: 04/01/2021
Assigned to: Chief Judge Cecilia M. Altonaga            Jury Demand: Plaintiff
Referred to: Magistrate Judge Melissa Damian            Nature of Suit: 190 Contract: Other
Case in other court:  22-10669-F                        Jurisdiction: Diversity
           USCA, 22-11873-F
Cause: 28:1407 Multidistrict Litigation

**In Re**

**January 2021 Short Squeeze Trading
Litigation**

**Plaintiff**

**Santiago Gil Bohrquez**                    represented by    **Laurence Matthew Rosen**
                                                               The Rosen Law Firm
                                                               275 Madison Avenue
                                                               40th Floor
                                                               New York, NY 10016
                                                               212-686-1060
                                                               Fax: 202-3827
                                                               Email: lrosen@rosenlegal.com
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Harbison**                           represented by    **Laurence Matthew Rosen**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Abraham Huacuja**                          represented by    **Laurence Matthew Rosen**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Garland Jr. Ragland**                      represented by    **Laurence Matthew Rosen**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brendan Clarke**                           represented by    **Laurence Matthew Rosen**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

USCA11 Case: 22-11873    Document: 36-1    Date Filed: 10/21/2022    Page: 7 of 204

**Ava Bernard**                                  represented by **Laurence Matthew Rosen**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Trevor Tarvis**                                represented by **Laurence Matthew Rosen**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cecilia Rivas**                                represented by **Laurence Matthew Rosen**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brandon Martin**                               represented by **Laurence Matthew Rosen**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Gurney**                                represented by **Laurence Matthew Rosen**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Andrew B. Courtney**                           represented by **Michael James McMullen**
                                                 Cohen & McMullen, P.A.
                                                 1132 SE 3rd Avenue
                                                 Fort Lauderdale, FL 33316
                                                 (954) 523-7774
                                                 Email: Michael@floridajusticefirm.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Peter Fray**                                   represented by **Alexander Gabriel Cabeceiras**
*individually and on behalf of all others*       Derek Smith Law Group, PLLC.
*similarly situated*                             1 Penn Plaza, Suite 49th Floor
                                                 New York, NY 10011
                                                 212-587-0670
                                                 Email: alexc@dereksmithlaw.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Caroline Hope Miller**
                                                 Derek Smith Law Group PLLC
                                                 1835 Market Street
                                                 Suite 2950
                                                 Philadelphia, PA 19103
                                                 2153914790

Fax: 305-935-5288
Email: caroline@dereksmithlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Andrea Juncadella**                          represented by   **James L. Ferraro**
The Ferraro Law Firm
600 Brickell Avenue
Suite 3800
Miami, FL 33131-3073
305-375-0111
Fax: 305-379-6222
Email: jlf@ferrarolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
The Ferraro Law Firm
600 Brickell Avenue
Suite 3800
Miami, FL 33131
(305) 375-0111
Fax: (305) 379-6222
Email: jjr@ferrarolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
The Law Office of Jeffrey Kwatinetz pC
15821 Ventura Blvd., Suite 370
Encino, CA 91436-2909
312-607-8662
Email: JEK@prospectpk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mathew Daniel Gutierrez**
The Ferraro Law Firm, P.A.
600 Brickell Avenue
Suite 3800
Miami, FL 33131
786-564-2225
Email: mdg@ferrarolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
The Ferraro Law Firm, P.A.
600 Brickell Ave
Suite 3800
Miami, FL 33131
305-375-0111
Fax: 305-379-6222

Email: mhs@ferrarolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Wagner Furst**
Grossman Roth Yaffa Cohen, P.A.
2525 Ponce de Leon Boulevard
Suite 1150
Coral Gables, FL 33134
305-442-8666
Email: rwf@grossmanroth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
Burstyn Law PLLC
1101 Brickell Avenue
Ste S700
Miami, FL 33131
305-204-9808
Email: Sean.Burstyn@BurstynLaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Patrick Young**                    represented by **James L. Ferraro**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **James Louis Ferraro , Jr.**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **Jeffrey E. Kwatinetz**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **Natalia Maria Salas**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **Sean Alexander Burstyn**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Omar Alsaedi**                     represented by **James L. Ferraro**
                                     (See above for address)
                                     *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Ethan Arellano**                          represented by   **James L. Ferraro**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **James Louis Ferraro , Jr.**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jeffrey E. Kwatinetz**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Natalia Maria Salas**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Sean Alexander Burstyn**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Travis Elliott**                          represented by   **James L. Ferraro**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jessica Hines**                        represented by    **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Michelle del Valle**                   represented by    **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

Michael Ridpath                    represented by    **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

Charles Fellows                    represented by    **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Bryan Joyner**                     represented by    **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Christine Bukowski**               represented by    **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Carolyn Collier**                    represented by  **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Amanda Giuliani**                    represented by  **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Chastity Woodward**                  represented by  **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Matt Scime**                  represented by  **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**William Urrutia**                    represented by    **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Michael D Scalia**                    represented by    **Luke Thomas Jacobs**
Carey Rodriguez Milian, LLP
1395 Brickell Avenue
Suite 700
Miami, FL 33131
305-356-5481
Email: ljacobs@careyrodriguez.com
*TERMINATED: 04/01/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marguerite Clare Racher Snyder**
Weil Quaranta P.A.
200 South Biscayne Boulevard
Suite 900
Miami, FL 33131
(305) 372-5352

Email: MSnyder@weilquaranta.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald Peter Weil**
Ronald Weil PA
200 S Biscayne Boulevard
Wachovia Financial Center Suite 900
Miami, FL 33131
305-372-5352
Fax: 305-372-5355
Email: RWeil@weilquaranta.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Consol Plaintiff**</u>

**Jonathan Diamond**                     represented by  **Brian William Warwick**
*on behalf of himself and all others similarly*          Varnell & Warwick, P.A.
*situated*                                               P.O. Box 1870
*TERMINATED: 04/28/2021*                                 Lady Lake, FL 32158
                                                         352-753-8600
                                                         Fax: 352-753-8606
                                                         Email: bwarwick@varnellandwarwick.com
                                                         *LEAD ATTORNEY*

                                                         **Erika Roxanne Willis**
                                                         Varnell & Warwick, P.A.
                                                         1101 E. Cumberland Ave.
                                                         Suite 201H, #105
                                                         Tampa, FL 33602
                                                         352-753-8600
                                                         Fax: 352-504-3301
                                                         Email: ewillis@varnellandwarwick.com
                                                         *LEAD ATTORNEY*

                                                         **Janet Robards Varnell**
                                                         Varnell and Warwick, P.A.
                                                         P. O. Box 1870
                                                         Lady Lake, FL 32158
                                                         352-753-8600
                                                         Fax: 352-504-3301
                                                         Email: jvarnell@varnellandwarwick.com
                                                         *LEAD ATTORNEY*

                                                         **Matthew Peterson**
                                                         Varnell and Warwick, P.A.
                                                         1101 E. Cumberland Ave, Suite 201H, #105
                                                         Tampa Bay, FL 33602
                                                         (352) 753-8600
                                                         Email: mpeterson@varnellandwarwick.com
                                                         *LEAD ATTORNEY*

<u>**Consol Plaintiff**</u>

**Austin Schaff**                        represented by  **Brandon J Hill**

*on behalf of himself and on behalf of all
others similarly situated*

Wenzel Fenton Cabassa, P.A.
1110 North Florida Avenue
Suite 300
Tampa, FL 33602
8133377992
Fax: 8132298712
Email: bhill@wfclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad Andrew Justice**
Justice for Justice LLC
1205 N Franklin St
Suite 326
Tampa, FL 33602
813-566-0550
Fax: 813-566-0770
Email: chad@getjusticeforjustice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Luis A. Cabassa**
Wenzel Fenton Cabassa, P.A.
1110 N. Florida Avenue
Suite 300
Tampa, FL 33602
813-224-0431
Fax: 813-229-8712
Email: lcabassa@wfclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael C. McKay**
McKay Law LLC
5635 North Scottsdale Road, Suite 170
Scottsdale, AZ 85250
(480) 681.7000
Email: mckay@mckay.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Chance Daniels**                    represented by    **Kevin Scott Hannon**
*individually, and on behalf of all others                Hannon Law Firm, LLC
similarly situated*                                       1641 Downing Street
                                                          Denver, CO 80218
                                                          303-861-8800
                                                          Email: khannon@hannonlaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Taylor Perri**                      represented by    **Brandon Michael Taaffe**
*TERMINATED: 04/16/2021*                                Shumaker, Loop , Kendrick, LLP

240 South Pineapple Avenue
10th Floor
Sarasota, FL 34236
941-364-2773
Fax: 941-366-3999
Email: btaaffe@slk-law.com
*LEAD ATTORNEY*

**Jeremy Matthew Halpern**
Shumaker, Loop & Kendrick, LLP
240 S. Pineapple Avenue
10th Floor
Sarasota, FL 34236
941-364-2737
Fax: 941-366-3999
Email: jhalpern@slk-law.com
*LEAD ATTORNEY*

**Michael D. Bressan**
Shumaker Loop & Kendrick, LLP
240 South Pineapple Avenue
Ste 10th Floor
Sarasota, FL 34236
941-364-2717
Fax: 941-366-3999
Email: mbressan@shumaker.com
*LEAD ATTORNEY*

**Michael S. Taaffe**
Shumaker, Loop & Kendrick
240 S Pineapple Avenue
PO Box 49948
Sarasota, FL 34230-6948
941-364-2720
Fax: 366-3999
Email: mtaaffe@shumaker.com
*LEAD ATTORNEY*

**Consol Plaintiff**

**Ryan Heitz**                          represented by   **Brandon Michael Taaffe**
*TERMINATED: 04/16/2021*                                 (See above for address)
                                                         *LEAD ATTORNEY*

                                                         **Jeremy Matthew Halpern**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*

                                                         **Michael D. Bressan**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*

                                                         **Michael S. Taaffe**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*

**Consol Plaintiff**

**Kevin Sheehan**                              represented by  **Brandon Michael Taaffe**
*TERMINATED: 04/16/2021*                                      (See above for address)
                                                              *LEAD ATTORNEY*

                                                              **Jeremy Matthew Halpern**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*

                                                              **Michael D. Bressan**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*

                                                              **Michael S. Taaffe**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*

**Consol Plaintiff**

**Steven Baird**                               represented by  **Jason Alec Zimmerman**
                                                              GrayRobinson, P.A.
                                                              301 East Pine Street
                                                              Orlando, FL 32803
                                                              (407)843-8880
                                                              Email: jason.zimmerman@gray-
                                                              robinson.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Hanna Kayali**                               represented by  **Alexander Gabriel Cabeceiras**
*individually and on behalf of others*                        (See above for address)
*similarly situated*                                          *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Heather Lea Blaise**
                                                              Blaise and Nitschke PC
                                                              123 North Wacker Drive Suite 250
                                                              Chicago, IL 60606
                                                              312-448-6602
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Lana Bajes Nassar**
                                                              Blaise and Nitschke PC
                                                              123 North Wacker Drive Suire 250
                                                              Chicago, IL 60606
                                                              312-448-6602
                                                              Email: lnassar@blaisenitschkelaw.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Caroline Hope Miller**

(See above for address)
*ATTORNEY TO BE NOTICED*

__Consol Plaintiff__

**Mohammed A. Doleh**                    represented by    **Alexander Gabriel Cabeceiras**
*individually and on behalf of others*                    (See above for address)
*similarly situated*                                      *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Heather Lea Blaise**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Lana Bajes Nassar**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Caroline Hope Miller**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

__Consol Plaintiff__

**Maurice Scarborough**                  represented by    **Maurice David Pessah**
                                                          Pessah Law Group PC
                                                          661 North Harper Avenue Suite 208
                                                          West Hollywood, CA 90048
                                                          310-772-2261
                                                          Email: maurice@pessahgroup.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Michael Joseph Morris-Nussbaum**
                                                          Pessah Law Group PC
                                                          661 North Harper Avenue Suite 208
                                                          Los Angeles, CA 90048
                                                          310-772-2261
                                                          Email: mmnussbaum@pessahgroup.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Stuart Neil Chelin**
                                                          Chelin Law Firm
                                                          16133 Ventura Boulevard
                                                          Suite 700
                                                          Encino, CA 91436
                                                          310-776-6500
                                                          Email: stuart@chelinlaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Summer Elizabeth Benson**
                                                          Pessah Law Group PC

661 North Harper Avenue Suite 208
Los Angeles, CA 90048
310-772-2261
Email: sbenson@pessahgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Scott Schiller**                          represented by    **Maurice David Pessah**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Michael Joseph Morris-Nussbaum**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Stuart Neil Chelin**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Summer Elizabeth Benson**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Josh Gossett**                            represented by    **Maurice David Pessah**
*each individually and on behalf of all others*              (See above for address)
*similarly situated*                                         *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Michael Joseph Morris-Nussbaum**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Stuart Neil Chelin**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Summer Elizabeth Benson**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**James LaPlant**                           represented by    **Maurice David Pessah**
*each individually and on behalf of all others*              (See above for address)
*similarly situated*                                         *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Michael Joseph Morris-Nussbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Neil Chelin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Summer Elizabeth Benson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Danielle Perreault**                    represented by   **Maurice David Pessah**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Michael Joseph Morris-Nussbaum**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Stuart Neil Chelin**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Summer Elizabeth Benson**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Timothy A. Nordeen**                    represented by   **Gary Richard Carlin**
*and all members of the public who are*                   Carlin & Buchsbaum, LLP
*similarly situated*                                       301 East Ocean Boulevard Suite 1550
                                                            Long Beach, CA 90802
                                                            562-432-1656
                                                            Email: gary@garycarlinlaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Aaron Kolysko**                         represented by   **Gary Richard Carlin**
*and all members of the public who are*                   (See above for address)
*similarly situated*                                       *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Mr. Richard Joseph Gatz**                    represented by    **Richard Joseph Gatz**
                                                                Mulherin Rehfeldt & Varchetto PC
                                                                211 S. Wheaton Ave. Suite 200
                                                                Wheaton, IL 60187
                                                                630-653-9300
                                                                Email: ichardgatz@gmail.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Marcus Lagmanson**                           represented by    **Jonathan D. Lubin**
                                                                8800 Bronx Ave Suite 100H
                                                                Skokie, IL 60077
                                                                773-945-2608
                                                                Email: jonathan@lubinlegal.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **R. Tamara de Silva**
                                                                Law Offices of R. Tamara de Silva, LLC
                                                                980 N Michigan Avenue Suite 1400
                                                                Chicago, IL 60611
                                                                866-566-1849
                                                                Email: rtamaradesilva@gmail.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Anthony R Reyes**                            represented by    **Jonathan D. Lubin**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **R. Tamara de Silva**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Brian Belderrain**                           represented by    **Jonathan D. Lubin**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **R. Tamara de Silva**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Larry Cherry**                               represented by    **Larry Cherry**
                                                                P.O. Box 1677

South Holland, IL 60473
773-306-3377
PRO SE

**Consol Plaintiff**

**James Hiscock**                         represented by    **Alexander N. Loftus**
*individually and on behalf of the class*                   Loftus & Eisenberg, Ltd.
*described below*                                            161 N. Clark St. 16th Floor
                                                            Chicago, IL 60601
                                                            (312) 8996625
                                                            Email: alex@loftusandeisenberg.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Joshua Bradford Kons**
                                                            Law Offices of Joshua B. Kons, LLC
                                                            939 West North Avenue, Suite 750
                                                            Chicago, IL 60642
                                                            (312) 757-2272
                                                            Email: joshuakons@konslaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**DAMON MUNCY**                           represented by    **Laurence Matthew Rosen**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Phillip C. Kim**
                                                            The Rosen Law Firm, P.A.
                                                            275 Madison Avenue, 40th Floor
                                                            New York, NY 10016
                                                            212-686-1060
                                                            Fax: 212-202-3827
                                                            Email: pkim@rosenlegal.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Bartosz Zybura**                        represented by    **Alexander Gabriel Cabeceiras**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Caroline Hope Miller**
                                                            Derek Smith Law Group PLLC
                                                            1835 Market Street
                                                            Suite 2950
                                                            Philadelphia, PA 19103
                                                            215-391-4790
                                                            Fax: 2158935288
                                                            Email: caroline@dereksmithlaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Robert Days**                    represented by   **Carl Alan Roth**
                                                    Browne George Ross O'Brien Annaguey &
                                                    Ellis LLP
                                                    2121 Avenue of the Stars, Suite 2800
                                                    Los Angeles, CA 90067
                                                    (310) 2747100
                                                    Email: croth@bgrfirm.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Dennis S. Ellis**
                                                    Browne George Ross LLP
                                                    2121 Avenue of the Stars Suite 2800
                                                    Los Angeles, CA 90067
                                                    310-274-7100
                                                    Email: dellis@bgrfirm.com
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Katherine Frenck Murray**
                                                    Browne George Ross LLP
                                                    2121 Avenue of the Stars Suite 2800
                                                    Los Angeles, CA 90067
                                                    310-274-7100
                                                    Email: kmurray@bgrfirm.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Keith Joseph Wesley**
                                                    Brown George Ross Obrien Annaguey &
                                                    Ellis LLP
                                                    44 Montgomery Street, Suite 1280
                                                    San Francisco, CA 94104
                                                    (415) 3917100
                                                    Email: kwesley@bgrfirm.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Matthew L. Venezia**
                                                    Browne George Ross O'Brien Annaguey &
                                                    Ellis LLP
                                                    2121 Avenue of the Stars
                                                    Suite 2800
                                                    Los Agneles, CA 90067
                                                    310-274-7100
                                                    Fax: 310-275-5697
                                                    Email: mvenezia@bgrfirm.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Christian A. Dalton**                                    represented by    **Cherisse Heidi Alcantara Cleofe**
*Individually and on Behalf of All Others*                                   Kiesel Law LLP
*Similarly Situated*                                                         8648 Wilshire Boulevard
                                                                             Beverly Hills, CA 90211
                                                                             (310) 854-4444
                                                                             Email: cleofe@kiesel.law
                                                                             *LEAD ATTORNEY*
                                                                             *ATTORNEY TO BE NOTICED*

                                                                             **Jeffrey A. Koncius**
                                                                             Kiesel Law LLP
                                                                             8648 Wilshire Boulevard
                                                                             Beverly Hills, CA 90211
                                                                             (310) 854-4444
                                                                             Email: koncius@kiesel.law
                                                                             *LEAD ATTORNEY*
                                                                             *ATTORNEY TO BE NOTICED*

                                                                             **Paul R. Kiesel**
                                                                             Kiesel Law LLP
                                                                             8648 Wilshire Boulevard
                                                                             Beverly Hills, CA 90211-2910
                                                                             310 854-4444
                                                                             Fax: 310-854-0812
                                                                             Email: kiesel@kiesel.law
                                                                             *LEAD ATTORNEY*
                                                                             *ATTORNEY TO BE NOTICED*

                                                                             **Richard Collins Dalton**
                                                                             Richard C. Dalton, LLC
                                                                             P.O. Box 358
                                                                             Carencro, LA 70520
                                                                             (337) 371-0375
                                                                             Email: rick@rickdaltonlaw.com
                                                                             *LEAD ATTORNEY*
                                                                             *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Patryk Krasowski**                                      represented by    **Amir Alimehri**
                                                                             Klafter Lesser LLP
                                                                             2 International Drive, Suite 350
                                                                             Rye Brook, NY 10573
                                                                             (914) 934-9200
                                                                             Email: amir.alimehri@klafterlesser.com
                                                                             *TERMINATED: 03/24/2022*
                                                                             *LEAD ATTORNEY*
                                                                             *ATTORNEY TO BE NOTICED*

                                                                             **Jeffrey A. Klafter**
                                                                             Klafter Lesser, LLP
                                                                             Two International Drive
                                                                             Suite 350

Rye Brook, NY 10573
914-934-9200
Email: JAK@klafterlesser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pamela Ann Markert**
Cera LLP
595 Market Street Suite 1350
San Francisco, CA 94105
(415) 977-2228
Email: pmarkert@cerallp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Solomon B. Cera**
Cera LLP
595 Market Street
Suite 1350
San Francisco, CA 94105-2835
415-777-2230
Fax: 777-5189
Email: scera@cerallp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Nick Parker**                     represented by   **Amir Alimehri**
                                                     (See above for address)
                                                     *TERMINATED: 03/24/2022*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jeffrey A. Klafter**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Pamela Ann Markert**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Solomon B. Cera**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Sagi Cezana**                     represented by   **Kurt Kessler**
*on behalf of himself and all others similarly*     Audet & Partners LLP
*situated*                                           711 Van Ness Avenue
                                                     Suite 500
                                                     San Francisco, CA 94102-3275

(415) 568-2555
Email: kkessler@audetlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ling Y. Kuang**
Audet & Partners, LLP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
(415) 568-2555
Email: lkuang@audetlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Wagner Furst**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Audet**
Audet & Partners, LLP
711 Van Ness Avenue
Suite 500
San Francisco, CA 94102-3229
(415) 568-2555
Email: waudet@audetlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Asad Noorzaie**                      represented by  **Ibrahim Ahmed**
                                                       Ibrahim Ahmed Law Group, P.C.
                                                       4105 US-1 South, Suite 2
                                                       Monmouth Junction, NJ 08852
                                                       (609) 235-7820
                                                       Email: i.ahmed@ibrahimalaw.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Shane Cheng**                        represented by  **Anupama Reddy**
                                                       Joseph Saveri Law Firm, LLP
                                                       601 California St
                                                       Ste 1000
                                                       San Francisco
                                                       San Francisco, CA 94108
                                                       510-561-6321
                                                       Email: areddy@saverilawfirm.com
                                                       *TERMINATED: 04/06/2022*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Christopher Kar-Lun Young**
                                                       Joseph Saveri Law Firm, LLP

601 California Street
Ste 1000
San Francisco, CA 94108
415-500-6807
Email: cyoung@saverilawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
Joseph Saveri Law Firm, LLP
601 California St.
Suite 1000
San Francisco, CA 94108
415-500-6800
Fax: 415-395-9940
Email: jsaveri@saverilawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Noel Williams**
Joseph Saveri Law Firm, LLP
601 California Street
Suite 1000
San Francisco, CA 94108
415-500-6800
Email: swilliams@saverilawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Terell Sterling**
*individually, and on behalf of others
similarly situated*

represented by **Anupama Reddy**
(See above for address)
*TERMINATED: 04/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Kar-Lun Young**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Noel Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Elvia Curiel-Ruth**

represented by **Kurt Kessler**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ling Y. Kuang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Wagner Furst**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Audet**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**David Moody**                    represented by   **Eric M. Poulin**
                                                    Poulin Willey Anastopoulo LLC
                                                    32 Ann Street
                                                    Charleston, SC 29403
                                                    843-614-8888
                                                    Email: eric@akimlawfirm.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Roy T. Willey , IV**
                                                    Poulin, Willey, Anastopoulo, LLC
                                                    32 Ann Street
                                                    Charleston, SC 29403
                                                    843-614-8888
                                                    Email: roy@akimlawfirm.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Blake Abbott**
                                                    Poulin, Willey, Anastopoulo, LLC
                                                    32 Ann Street
                                                    Charleston, SC 29403
                                                    843-614-8888
                                                    Email: blake@akimlawfirm.com
                                                    *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Julie Moody**                    represented by   **Eric M. Poulin**
*on behalf of themselves and on behalf of all*     (See above for address)
*others similarly situated*                        *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Roy T. Willey , IV**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

**Blake Abbott**
(See above for address)
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Consol Plaintiff** | | |
| **Jordan Krumenacker** | represented by | **Lawrence Timothy Fisher** |
| *individually and on behalf of all others similarly situated* | | Bursor & Fisher, P.A. |
| | | 1990 N. California Blvd., Suite 940, |
| | | Walnut Creek, CA 94596 |
| | | 925-300-4455 |
| | | Email: ltfisher@bursor.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Consol Plaintiff**

**Jayesh Shah**                    represented by    **Shreedhar R. Patel**
                                                    Reich & Binstock LLP
                                                    4265 San Felipe, Ste. 1000
                                                    Houston, TX 77027
                                                    713-622-7271
                                                    Email: spatel@reichandbinstock.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Summit Thakral**                 represented by    **Shreedhar R. Patel**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Brian Ng**                       represented by    **Shreedhar R. Patel**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Chetan Patel**                   represented by    **Shreedhar R. Patel**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Anuj Kapur**                     represented by    **Shreedhar R. Patel**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Mark Feeney**                    represented by    **Jason S. Rathod**
                                                    Migliaccio & Rathod

412 N. Street North East, Suite 302
Washington, DC 20002
(202) 470-3520
Email: jrathod@classlawdc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas A. Migliaccio**
Migliaccio & Rathod, LLP
412 H. Street, N.E.
Suite 302
Washington, DC 20002
202-470-3520
Email: nmigliaccio@classlawdc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Selin Demir**
Migliaccio & Rathod LLP
412 H. St. NE, Ste. 302
Wasington, DC 20002
202-470-3520
Email: sdemir@classlawdc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jason Fossella**                                    represented by  **Jason S. Rathod**
*individually and on behalf of all others*                            (See above for address)
*similarly situated*                                                 *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Nicholas A. Migliaccio**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Selin Demir**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Alaa Khoury**                                       represented by  **Alexander Gabriel Cabeceiras**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Caroline Hope Miller**
                                                                     Derek Smith Law Group PLLC
                                                                     1835 Market Street
                                                                     Suite 2950

Philadelphia, PA 19103
215-391-4790
Fax: 215-893-5288
Email: caroline@dereksmithlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seamus Barrett**
Derek Smith Law Group, PLLC
1 Penn Plaza, Suite 49th Floor
New York, NY 10011
212-587-0760
Email: sbarrett@spbarrettlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Nicholas Bogan**                    represented by    **Alexander Gabriel Cabeceiras**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Caroline Hope Miller**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Seamus Barrett**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Brandon Nelson**                    represented by    **Alexander Gabriel Cabeceiras**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Caroline Hope Miller**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Seamus Barrett**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Benedict Wong**                     represented by    **Alexander Gabriel Cabeceiras**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Caroline Hope Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seamus Barrett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Steffon Dunlop**             represented by   **Alexander Gabriel Cabeceiras**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Hope Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seamus Barrett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Royal Williams**             represented by   **Elizabeth Ann Brehm**
*individually and on behalf of all others*                         Siri & Glimstad LLP
*similarly situated*                                    745 Fifth Avenue
Suite 500
New York, NY 10151
212-532-1091
Fax: 646-417-5967
Email: ebrehm@sirillp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Ryan Zachary Ross**             represented by   **Gabriel Amin Assaad**
McDonald Worley, P.C.
1770 St. James Place, Suite 100
Houston, TX 77056
713-523-5500
Email: gassaad@mcdonaldworley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Rey Ogden**
Farrar Ball LLP
1117 Herkimer Street
Houston, TX 77008

Email: bill@fbtrial.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**C. Louis Bunya**                          represented by   **Gabriel Amin Assaad**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **William Rey Ogden**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Drew Hunnicutt**                          represented by   **Gabriel Amin Assaad**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **William Rey Ogden**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Erika Mercado**                           represented by   **Gabriel Amin Assaad**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **William Rey Ogden**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Zachary Ziegler**                         represented by   **Alexander Gabriel Cabeceiras**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Caroline Hope Miller**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Marc A. Fresa**                           represented by   **Stephen Seeger**
                                                             SJ Carriero, LLC
                                                             810 Bedford Street
                                                             Suite #3

Stanford, CT 06901
203-273-5170
Email: seegerkid2@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Matthew M Lavin**                        represented by    **Lena Marguerite Mirilovic**
Roberts Tate LLC
2487 Demere Rd.
Suite 400
St. Simons Island, GA 328021873
912-638-5200
Fax: 912-638-5300
Email: lmirilovic@robertstate.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Parker James Lavin**
Roberts Tate, LLC
2487 Demere Road Suite 400
St. Simons Island, GA 31522
912-638-5200
Email: plavin@robertstate.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Steven Minnick**                         represented by    **Alexander Gabriel Cabeceiras**
*individually*                                              (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Hope Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathaniel N. Peckham**
Derek Smith Law Group, PLLC
1835 Market Street
Suite 2950
Philadelphia, PA 19103
215-391-4790
Email: nathaniel@dereksmithlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jhanna White**                           represented by    **Alexander Gabriel Cabeceiras**
*individually and on behalf of all others*                  (See above for address)
*similarly situated*                                        *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Hope Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathaniel N. Peckham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**David Wieg**                           represented by    **Abraham Zev Wolf Melamed**
*individually and on behalf of other members*              Derek Smith Law Group, PLLC
*of the general public simiarly situated*                  1 Penn Plaza, Suite 4905
                                                           New York, NY 10119
                                                           212-587-0760
                                                           Email: abe@dereksmithlaw.com
                                                           *TERMINATED: 10/07/2022*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Alexander Gabriel Cabeceiras**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Ishan Dave**
                                                           Derek Smith Law Group, PLLC
                                                           633 West 5th Street, Suite 3250
                                                           Los Angeles, CA 90071
                                                           516-297-6665
                                                           Email: mr.ishan.dave@gmail.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Caroline Hope Miller**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Joseph Daniluk**                        represented by    **Charles David Marshall**
                                                           Marshall Law Firm
                                                           2121 N. California Blvd., Suite 290
                                                           Walnut Creek, CA 94596
                                                           925-575-7105
                                                           Email: cdm@marshall-law-firm.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Emrah Sumer**
                                                           Green and Noblin, PC
                                                           2200 Larkspur Landing Circle Suite 101
                                                           Larkspur, CA 94939

415-477-6700
Email: gnecf@classcounsel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert S. Green**
Green & Noblin, P.C.
700 Larkspur Landing Circle
Suite 101
Larkspur, CA 94939
415-477-6700
Fax: 415-477-6710
Email: gnecf@classcounsel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Michael McFadden**                represented by   **Andrew Joseph Obergfell**
                                                     Bursor & Fisher PA
                                                     888 Seventh Avenue, Third Floor
                                                     New York, NY 10019
                                                     (646) 837-7150
                                                     Email: aobergfell@bursor.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Sarah Nicole Westcot**
                                                     Bursor & Fisher P.A.
                                                     701 Brickell Avenue
                                                     Suite 1420
                                                     Miami, FL 33131
                                                     305-330-5512
                                                     Email: swestcot@bursor.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Eric Quat**                       represented by   **Andrew Joseph Obergfell**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Sarah Nicole Westcot**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Igor Kravchenko**                 represented by   **Andrew Joseph Obergfell**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Sarah Nicole Westcot**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Aaron Fassinger**                      represented by    **Andrew Joseph Obergfell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Nicole Westcot**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Tenzin Woiser**                        represented by    **Andrew Joseph Obergfell**
*individually and on behalf of all others*                (See above for address)
*similarly situated*                                      *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Nicole Westcot**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Mike Ross**                            represented by    **Andrew Joseph Obergfell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Nicole Westcot**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Kevin Kelley**                         represented by    **Thomas P. Thrash**
*Individually and on behalf of all others*                Thrash Law Firm
*similarly situated*                                      1101 Garland Street
Little Rock, AR 72201
501-374-1058
Email: tomthrash@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Thomas Crowder**
Attorney at Law
1101 Garland Street
Little Rock, AR 72201
501-374-1058

Fax: 504-344-2222
Email: willcrowder@thrashlawfirmpa.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Zackary Kelley**                      represented by   **Thomas P. Thrash**
*Individually and on behalf of all others*              (See above for address)
*similarly situated*                                    *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Thomas Crowder**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jean-Paul Saliba**                    represented by   **Christine Zaouk**
*individually and on behalf of other persons*           McCathern LLP
*similarly situated*                                    523 West Sixth Street, Suite 830
                                                        Los Angeles, CA 90014
                                                        213-225-6150
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Evan Selik**
                                                        McCathern LLP
                                                        523 W Sixth Street
                                                        Los Angeles, CA 90014
                                                        213-225-6150
                                                        Email: ESelik@mccathernlaw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Sabrina Clapp**                       represented by   **Eric Lechtzin**
                                                        Edelson Lechtzin LLP
                                                        3 Terry Drive, Suite 205
                                                        Newtown, PA 18940
                                                        215-867-2399
                                                        Email: elechtzin@edelson-law.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Joshua H. Grabar**
                                                        Grabar Law Office
                                                        One Liberty Place
                                                        1650 Market Street, Suite 3600
                                                        Philadelphia, PA 19103
                                                        267-507-6085
                                                        Email: jgrabar@grabarlaw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

Marc H. Edelson
Edelson Lechtzin LLP
411 S. State Street
Suite N-300
Newtown, PA 18940
215-867-2399
Email: medelson@edelson-law.com
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Denise Redfield**                    represented by   **Eric Lechtzin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua H. Grabar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc H. Edelson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Spencer Lybrook**                    represented by   **Gretchen Freeman Cappio**
*individually, and on behalf of all others*                    Keller Rohrback, LLP
*similarly situated*                    1201 Third Avenue
Suite 3200
Seattle, WA 98101
206-623-1900
Email: gcappio@kellerrohrback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Greg Lewis**
Keller Rohrback L.L.P.
180 Grand Avenue, Suite 1380
Oakland, CA 94612
510-463-3900
Email: jlewis@kellerrohrback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maxwell Holt Goins**
Keller Rohrback LLP
1201 Third Avenue Suite 3200
Seattle, WA 98101
206-623-1900
Email: mgoins@kellerrohrback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Morowitz**

Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
206-623-1900
Email: rmorowitz@kellerrohrback.com
*TERMINATED: 12/20/2021*
*LEAD ATTORNEY*

**Ryan McDevitt**
Keller Rohrback L.L.P.
1201 3rd Ave Ste 3200
Seattle, WA 98101
206-623-1900
Email: rmcdevitt@kellerrohrback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Cody Hill**
*individually, and on behalf of all others
similarly situated*

represented by **Gretchen Freeman Cappio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Greg Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maxwell Holt Goins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Morowitz**
(See above for address)
*TERMINATED: 12/20/2021*
*LEAD ATTORNEY*

**Ryan McDevitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Alec English**
*individually, and on behalf of all others
similarly situated*

represented by **Gretchen Freeman Cappio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Greg Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maxwell Holt Goins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Morowitz**
(See above for address)
*TERMINATED: 12/20/2021*
*LEAD ATTORNEY*

**Ryan McDevitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Michael Watson**
*individually, and on behalf of all others
similarly situated*

represented by **Gretchen Freeman Cappio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Greg Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maxwell Holt Goins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Morowitz**
(See above for address)
*TERMINATED: 12/20/2021*
*LEAD ATTORNEY*

**Ryan McDevitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Emil Petrosyan**
*on behalf of himself and all others similarly
situated*

represented by **Rebecca A. Peterson**
Lockridge Grindal Nauen PLLP
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
612-339-6900
Email: rapeterson@locklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Allen Zelewski**

represented by **Dario D. Diaz**

Law Office of Dario Diaz, PA
1101 N Armenia Ave
Tampa, FL 33607
813-259-1017
Email: dariofed@dariodiazlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Douglas Powell**
MattLaw
304 S Plant Ave
Tampa, FL 33606
(813) 222-2222
Fax: (813) 254-2226
Email: matt@mattlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Richard Conley**                    represented by    **Dario D. Diaz**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Matthew Douglas Powell**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Dillon Rogers**                     represented by    **Dario D. Diaz**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Matthew Douglas Powell**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**James Hill**                        represented by    **Dario D. Diaz**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Matthew Douglas Powell**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Mark Milhouse**                     represented by    **Eve-Lynn J. Rapp**

*individually and on behalf of all others*
*similarly situated*
*TERMINATED: 07/14/2021*

Edelson PC
2101 Pearl Street
Ste 2101 Pearl Street
Boulder, CO 80302
720-741-0076
Email: erapp@edelson.com
*LEAD ATTORNEY*

**Consol Plaintiff**

**Hani Odeh**                                        represented by  **Alexander N. Loftus**
*individually and on behalf of the class*                           (See above for address)
*described below*                                                   *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **David Alan Eisenberg**
                                                                    Loftus & Eisenberg, Ltd
                                                                    161 N. Clark Suite 1600
                                                                    Chicago, IL 60601
                                                                    312-576-0898
                                                                    Email: david@loftusandeisenberg.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Petro Siruk**                                      represented by  **Petro Siruk**
*TERMINATED: 05/04/2021*                                            12410 Rolling Ridge Rd
                                                                    Becker, MN 55308
                                                                    763-262-5046
                                                                    PRO SE

**Consol Plaintiff**

**Marina Siruk**                                     represented by  **Marina Siruk**
*TERMINATED: 05/04/2021*                                            12410 Rolling Ridge Rd
                                                                    Becker, MN 55308
                                                                    PRO SE

**Consol Plaintiff**

**Francis Shaeffer**                                 represented by  **David A. Domina**
*individually, and on behalf of all others*                         Domina Law Group
*similarly situated*                                                2425 South 144th Street
                                                                    Omaha, NE 68144-3267
                                                                    (402) 4934100
                                                                    Fax: (402) 4939782
                                                                    Email: ddomina@dominalaw.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **David J. Worley**
                                                                    Evangelista Worley, LLC
                                                                    8100A Roswell Road
                                                                    Suite 100
                                                                    Atlanta, GA 30350
                                                                    404-205-8400

Email: david@ewlawllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
Evangelista Worely, LLC
500 Sugar Mill Road
Bldg. A, Suite 245
Atlanta, GA 30350
404-205-8395
Email: jim@ewlawllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
Evangalista Worley LLC
8100A Roswell Rd
Suite 100
Atlanta, GA 30350
404-205-8400
Fax: 404-205-8395
Email: kristi@ewlawllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie Toran**
Evangelista Worley Law Firm
500 Sugar Mill Road Suite 245A
Atlanta, GA 30350
404-205-8400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart J. Guber**
Evangelista Worley LLC
500 Sugar Mill Road Suite 245A
Atlanta, GA 30350
404-205-8400
Email: stuart@ewlawllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Dan Dechirico**                    represented by   **Eugene Zaydfudim**
                                                      Hach Rose Schirripa & Cheverie LLP
                                                      112 Madison Ave, 10th floor
                                                      New York, NY 10016
                                                      Email: ezaydfudim@hrsclaw.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Frank R. Schirripa**
                                                      Hach Rose Schirripa & Cheverie LLP
                                                      112 Madison Avenue 10th Floor

New York, NY 10016
212-213-8311
Email: FSchirripa@hrsclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn A. Hettler**
Hach Rose Schirripa & Cheverie, LLP
112 Madison Avenue, 10th Floor
New York, NY 10016
212-213-8311
Email: kh@hrsclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel B. Rehns**
Hach Rose Schirripa & Cheverie, LLP
112 Madison Avenue, 10th Floor
New York, NY 10016
212-213-8311
Email: drehns@hrsclaw.com
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Angel Guzman**                        represented by    **Eugene Zaydfudim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank R. Schirripa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn A. Hettler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel B. Rehns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Joshua Palmer**                       represented by    **Eugene Zaydfudim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank R. Schirripa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn A. Hettler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel B. Rehns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Raymond Norvell**                    represented by    **Michael R. Fuller**
*individually and on behalf of others*                   OlsenDaines
*similarly situated*                                     US Bancorp Tower
                                                         111 SW 5th Ave., Suite 3150
                                                         Portland, OR 97204
                                                         503-222-2000
                                                         Email: Michael@UnderdogLawyer.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Mike Vallejo**                       represented by    **Michael R. Fuller**
*individually and on behalf of others*                   (See above for address)
*similarly situated*                                     *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Officer David Segovia**              represented by    **Michael R. Fuller**
*individually and on behalf of others*                   (See above for address)
*similarly situated*                                     *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Julie Fox**                          represented by    **Daniel E. Gustafson**
                                                         Gustafson Gluek PLLC
                                                         120 South 6th Street, Suite 2600
                                                         Minneapolis, MN 55402
                                                         612-333-8844
                                                         Email: dgustafson@gustafsongluek.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Daniel C. Hedlund**
                                                         Gustafson Gluek PLLC
                                                         120 South Sixth Street, Suite 2600
                                                         Minneapolis, MN 55402
                                                         (612) 333-8844
                                                         Email: dhedlund@gustafsongluek.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **David A. Goodwin**
                                                         Gustafson Gluek, PLLC

650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
612-333-8844
Email: dgoodwin@gustafsongluek.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaitlyn Leeann Dennis**
Gustafson Gluek PLLC
120 South 6th Street Ste 2600
Minneapolis, MN 55402
612-333-8844
Email: kdennis@gustafsongluek.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott David Hirsch**
Scott Hirsch Law Group, PLLC
Scott Hirsch Law Group, PLLC
6810 North State Road 7
33073
Coconut Creek, FL 33073
561-569-7062
Email: scott@scotthirschlawgroup.com
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Preenon Huq**                          represented by   **Daniel E. Gustafson**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Daniel C. Hedlund**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **David A. Goodwin**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kaitlyn Leeann Dennis**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Scott David Hirsch**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Nermin Memic**                         represented by   **Anuj Kapur**

D. Miller & Associates, PLLC
2610 W. Sam Houston Parkway South Suite
200
Houston, TX 77042
713-850-8600
Email: anuj@dmillerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Carlos Ferreiro**                    represented by    **Anuj Kapur**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Bharat Thakkar**                     represented by    **Anuj Kapur**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Skyler Baird**                       represented by    **Anuj Kapur**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Daniel S. Kadin**                    represented by    **Adrian Gucovschi**
*TERMINATED: 04/20/2021*                                 Gucovschi Law, PLLC
                                                         630 Fifth Avenue Suite 2000
                                                         New York, NY 10111
                                                         212-884-4230
                                                         Email: adrian@gucovschi-law.com
                                                         *LEAD ATTORNEY*

**Consol Plaintiff**

**Uniqueka Best**                      represented by    **Adrian Gucovschi**
*individually and on behalf of all others*               (See above for address)
*similarly situated*                                     *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Ariel Rubenstein**                   represented by    **Adrian Gucovschi**
*individually and on behalf of all others*               (See above for address)
*similarly situated*                                     *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Rasheed Best**                       represented by    **Adrian Gucovschi**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jacob Rosmarin**                    represented by **Adrian Gucovschi**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*


**Consol Plaintiff**

**Michael Oberlin**                   represented by **Gary S. Graifman**
                                      Kantrowitz Goldhamer & Graifman, P.C.
                                      747 Chestnut Ridge Road
                                      Chestnut Ridge, NY 10977-6216
                                      845-356-2570
                                      Fax: 356-4335
                                      Email: Ggraifman@kgglaw.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*


**Consol Plaintiff**

**Eric Eisen**                        represented by **Adrian Gucovschi**
*individually and on behalf of all others*            (See above for address)
*similarly situated*                  *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*


**Consol Plaintiff**

**Justina Carrasco**                  represented by **Michael Linzymiah Kennedy**
                                      Estelle and Kennedy, A Professional Law
                                      Corporation
                                      367 North 2nd Avenue
                                      Upland, CA 91786
                                      609-608-0466
                                      Email: michael@estellekennedylaw.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Paul Anthony Suppa**
                                      Estelle and Kennedy, APC
                                      367 North 2nd Avenue
                                      Upland, CA 91786
                                      909-608-0466
                                      Email: paul@estellekennedylaw.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*


**Consol Plaintiff**

**Stephen D'agostino**                represented by **Austin B. Cohen**
*individually and on behalf of all others*            Levin Sedran & Berman LLP
*similarly situated*                  510 Walnut Street - Suite 500
                                      Philadelphia, PA 19106
                                      (215) 592-1500
                                      Email: ACohen@lfsblaw.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Daniel C. Levin**
Levin, Sedran & Berman, LLP
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697
215-592-1500
Email: dlevin@lfsblaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Shanan Montoya**
Milberg Coleman Bryson Phillips &
Grossman, PLLC
2701 S. LeJeune Road
Ste 10th Floor
Coral Gables, FL 33134
305-458-1797
Email: pmontoya@milberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Janelle Burch**                          represented by  **Austin B. Cohen**
*individually and on behalf of all others*                 (See above for address)
*similarly situated*                                        *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Daniel C. Levin**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Patrick Shanan Montoya**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Taylor Thompson**                        represented by  **Cherisse Heidi Alcantara Cleofe**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **David S. Markun**
                                                            Markun Zusman and Compton LLP
                                                            17383 West Sunset Boulevard Suite A380
                                                            Pacific Palisades, CA 90272
                                                            310-454-5900
                                                            Email: dmarkun@mzclaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

Edward S. Zusman
Markun Zusman Freniere and Compton
LLP
465 California Street, Suite 401
San Francisco, CA 94104
415-438-4449
Email: ezusman@mzclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Koncius**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Kiesel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Collins Dalton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Erik Chavez**                          represented by   **Gary Steven Graifman**
Kantrowitz Goldhamer & Graifman, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
845-356-2570
Fax: (845) 356-4335
Email: ggraifman@kgglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Safirstein**
Safirstein Metcalf LLP
1345 Avenue of the Americas 2nd fl
New York, NY 10105
212-201-2845
Email: psafirstein@safirsteinlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary S. Graifman**
Kantrowitz Goldhamer & Graifman, P.C.
135 Chestnut Ridge Road Suite 200
Montavle, NJ 07645
845-356-2570
Fax: 356-4335

Email: cgraifman@kgglaw.com
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Peter Jang**                                    represented by   **Gary Steven Graifman**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Peter Safirstein**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *PRO HAC VICE*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Gary S. Graifman**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SoFi Securities LLC**                           represented by   **Michael P Matthews**
*TERMINATED: 08/30/2021*                                           Foley & Lardner
                                                                   100 N Tampa Street
                                                                   Suite 2700 PO Box 3391
                                                                   Tampa, FL 33601
                                                                   813-229-2300
                                                                   Email: mmatthews@foley.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Ana Romes**
                                                                   Foley , Lardner LLP
                                                                   One Biscayne Tower
                                                                   2 South Biscayne Boulevard
                                                                   Suite 1900
                                                                   Miami, FL 33131
                                                                   3054828412
                                                                   Email: aromes@foley.com
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**PEAK6 Investments LLC**

**Defendant**

**Electronic Transaction Clearing, Inc.**

V.

**Consol Defendant**

**Robinhood Financial LLC**                       represented by   **Andrew Kabnick Garden**

Conrad O'Brien, PC
1500 Market Street
West Tower Suite 3900
Philadelphia, PA 19102
215-864-9600
Email: agarden@conradobrien.com
*TERMINATED: 07/16/2021*
*LEAD ATTORNEY*

**Andrew D. Huynh**
Cravath Swaine and Moore LLP
825 Eighth Avenue
New York, NY 10019
212-474-1376
Email: ahuynh@cravath.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Antony L. Ryan**
Cravath Swaine & Moore LLP
825 8th Avenue
New York, NY 10019-7475
212-474-1000
Fax: 212-474-3700
Email: aryan@cravath.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin H. Diessel**
Wiggin and Dana LLP
265 Church Street
New Haven, CT 06508
(203) 498-4304
Email: bdiessel@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brittany L. Sukiennik**
Cravath Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212-474-1000
Email: bsukiennik@cravath.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl Brandon Wisoff**
Farella Braun & Martel
235 Montgomery Street, 18th floor
San Francisco, CA 94104
415-954-4400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Crandall Reilly**
Law Office of Craig C. Reilly
209 Madison Street Suite 501
Alexandria, VA 22314
703-549-5354
Email: craig.reilly@ccreillylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Steven Rutenberg**
Manatt Phelps and Phillips LLP
2049 Century Park East Suite 1700
Los Angeles, CA 90067
310-312-4000
Email: crutenberg@manatt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis Parker Waggoner**
Hill Ward & Henderson
101 E Kennedy Boulevard
Suite 3700
PO Box 2231
Tampa, FL 33601-2231
813-221-3900
Fax: 813-221-2900
Email: dwaggoner@hwhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Robben Murray**
Friday, Eldredge & Clark, LLP
Regions Center
400 West Capitol Avenue
Suite 2000
Little Rock, AR 72201-3522
501-370-1534
Email: murray@fridayfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric D. Monek Anderson**
Farella Braun & Martel LLP
235 Montgomery Street 17th Floor
San Francisco, CA 94104
415-954-4400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Grace Kang**
Bird Marella Boxer Wolpert Nessim Drooks
Lincenberg and Rhow
1875 Century Park East 23rd Floor

Los Angeles,, CA 90067
310-201-2100
Email: gkang@birdmarella.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gustavo Javier Membiela**
Winston & Strawn LLP
200 S. Biscayne Boulevard, Suite 2400
Miami, FL 33131
305-910-0717
Email: gmembiela@winston.com
*TERMINATED: 05/09/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John M. Doroghazi**
Wiggin and Dana, LLP
265 Church Street
P.O. Box 1832
New Haven, Ct 06508-1832
203-498-4400
Email: jdoroghazi@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Clark Webb**
Hill, Ward & Henderson, P.A.
101 E. Kennedy Blvd.
Suite 3700
Tampa, FL 33602
(813) 222-3165
Email: jwebb@hwhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin A. Crass**
Friday, Eldredge & Clark, LLP
Regions Center
400 West Capitol Avenue
Suite 2000
Little Rock, AR 72201-3522
501-370-1592
Email: crass@fridayfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Orsini**
Cravath Swaine and Moore LLP
825 Eighth Avenue
New York, NY 10019
212-474-1596
Email: korsini@cravath.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Maria Alina Castellanos Alvarado**
Hunton Andrews Kurth LLP
333 S.E. 2 Avenue
Suite 2400
Miami, FL 33131
305-810-2523
Fax: 305-810-2460
Email: mcastellanos@hunton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Naeun Rim**
Manatt Phelps and Phillips LLP
2049 Century Park East Suite 1700
Los Angeles, CA 90067
310-312-4224
Email: nrim@manatt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Odean L. Volker**
Haynes and Boone LLP
1221 McKinney Street, Suite 4000
Houston, TX 770102007
(713) 547-2036
Email: odean.volker@haynesboone.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert N. Feltoon**
Conrad O'Brien
1500 Market Street, Centre Square
West Tower, Suite 3900
Philadelphia, PA 19102
215-864-8064
Email: rfeltoon@conradobrien.com
*TERMINATED: 07/16/2021*
*LEAD ATTORNEY*

**Samuel Alberto Danon**
Hunton Andrews Kurth LLP
333 S.E. 2 Avenue
Suite 2400
Miami, FL 33131
305-810-2500
Fax: 305-810-1610
Email: sdanon@huntonak.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P. Cimino , Jr.**
Vedder Price P.C.

222 N. LaSalle Street
Suite 2300
Chicago, IL 60601-1003
312-609-7784
Email: tcimino@vedderprice.com
*TERMINATED: 07/14/2021*
*LEAD ATTORNEY*

**Zachary J. Watters**
Vedder Price P.C.
222 N. LaSalle Suite 2300
Chicago, IL 60601
(312) 609-7594
Email: zwatters@vedderprice.com
*TERMINATED: 07/14/2021*
*LEAD ATTORNEY*

**<u>Consol Defendant</u>**

**Robinhood Securities, LLC**                    represented by   **Andrew Kabnick Garden**
(See above for address)
*TERMINATED: 07/16/2021*
*LEAD ATTORNEY*

**Andrew D. Huynh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Antony L. Ryan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin H. Diessel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brittany L. Sukiennik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl Brandon Wisoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Crandall Reilly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Steven Rutenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis Parker Waggoner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Robben Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric D. Monek Anderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Grace Kang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gustavo Javier Membiela**
(See above for address)
*TERMINATED: 05/09/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John M. Doroghazi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Clark Webb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin A. Crass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Orsini**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria Alina Castellanos Alvarado**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Naeun Rim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Odean L. Volker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert N. Feltoon**
(See above for address)
*TERMINATED: 07/16/2021*
*LEAD ATTORNEY*

**Samuel Alberto Danon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P. Cimino , Jr.**
(See above for address)
*TERMINATED: 07/14/2021*
*LEAD ATTORNEY*

**Zachary J. Watters**
(See above for address)
*TERMINATED: 07/14/2021*
*LEAD ATTORNEY*

**Consol Defendant**

**Robinhood Markets, Inc.**          represented by   **Andrew Kabnick Garden**
(See above for address)
*TERMINATED: 07/16/2021*
*LEAD ATTORNEY*

**Andrew D. Huynh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Antony L. Ryan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin H. Diessel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brittany L. Sukiennik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl Brandon Wisoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Crandall Reilly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Steven Rutenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis Parker Waggoner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Robben Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric D. Monek Anderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Grace Kang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gustavo Javier Membiela**
(See above for address)
*TERMINATED: 05/09/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel A. Mullin**
Stoel Rives LLP
760 S.W. Ninth Ave. Suite 3000
Portland, OR 97205
503-294-9665
Email: joel.mullin@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John M. Doroghazi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Clark Webb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin A. Crass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Orsini**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria Alina Castellanos Alvarado**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Naeun Rim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Odean L. Volker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert N. Feltoon**
(See above for address)
*TERMINATED: 07/16/2021*
*LEAD ATTORNEY*

**Samuel Alberto Danon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen H. Galloway**
Stoel Rives LLP
760 S.W. Ninth Ave. Suite 3000
Portland, OR 97205
Email: shgalloway@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas F. Cimino, Jr.**
(See above for address)
*TERMINATED: 07/14/2021*
*LEAD ATTORNEY*

**Zachary J. Watters**
(See above for address)
*TERMINATED: 07/14/2021*
*LEAD ATTORNEY*

**Consol Defendant**

**Citadel LLC**
*doing business as*
Citadel Securities

**Consol Defendant**

**Point72 Asset Management, L.P.**                    represented by    **Daniel J. Kramer**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3392
Fax: 757-3990
Email: dkramer@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard C. Tarlowe**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3035
Email: rtarlowe@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**John Does 1-10**

**Consol Defendant**

**Citadel Securities, LLC**                    represented by    **Adam L. Hoeflich**
Bartlit Beck LLP
54 W. Hubbard St., Suite 300
Chicago, IL 60654
312-494-4400
Email: adam.hoeflich@bartlitbeck.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher D. Kercher**
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor

New York, NY 10010
(212) 849-7263
Email:
christopherkercher@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. O'Sullivan**
Quinn Emanuel
Brickell World Plaza
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
305-439-5008
Email: johnosullivan@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Thomas Reinheimer**
Quinn Emanuel Urquhart and Sullivan LLP
50 California St. 22nd Floor
San Francisco, CA 94111
415-875-6600
Email:
justinreinheimer@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marina Lev**
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Email: marinalev@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steig D. Olson**
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
212-849-7152
Email: steigolson@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Andrew Broome**
Quinn Emanuel Urquhart & Sullivan LL
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3285
Email: stephenbroome@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William A. Burck**
Quinn, Emanuel, Urquhart and Sullivan,
LLP
1300 I Street NW Suite 900
Washington, DC 20005
202-538-8120
Email: williamburck@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason David Sternberg**
Quinn Emanuel
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
561-213-5635
Email: jasonsternberg@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Charles Schwab & Co., Inc.**                  represented by   **Brian Michael Lutz**
Gibson, Dunn & Crutcher LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
415-393-8379
Email: BLutz@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason J. Mendro**
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave. NW
Washington, DC 20036
(202) 887-3726
Email: jmendro@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore J. Boutrous , Jr.**
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
213-229-7000
Email: tboutrous@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell B. Balikian**
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave. NW
Washington, DC 20036
(202) 955-8535
Email: rbalikian@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Interactive Brokers, LLC**                          represented by   **Jonathan E. Greengarden**
Dechert LLP
1900 K. Street NW
Washington, DC 20006
202-261-3300
Email: jonathan.greengarden@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel W. Stelk**
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
212-698-3500
Email: samuel.stelk@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shari Ross Lahlou**
Dechert LLP
1900 K. Street NW
Washington, DC 20006
202-261-3300
Email: shari.lahlou@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven E. Bizar**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
215-994-4000
Email: steven.bizar@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**TD Ameritrade, Inc.**                              represented by   **Christian T. Kemnitz**
*TERMINATED: 08/06/2021*                                            Katten Muchin Rosenman LLP
525 West Monroe Street
Suite 1600
Chicago, IL 60661
312-902-5200
Email: christian.kemnitz@kattenlaw.com
*LEAD ATTORNEY*

**Hannah Olivia Koesterer**
Katten Muchin Rosenman Llp
525 W. Monroe
Chicago, IL 60661
312-902-5351

Email: hannah.koester@kattenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason J. Mendro**
(See above for address)
*LEAD ATTORNEY*

**Ryan Carlton Stewart**
Law Office of Ryan C. Stewart, PLLC
4935 W Bay Way Place
Tampa, FL 33629
919-889-4419
Email: rstewart@gibsondunn.com
*LEAD ATTORNEY*

**Theodore J. Boutrous , Jr.**
(See above for address)
*LEAD ATTORNEY*

**Russell B. Balikian**
(See above for address)

**Consol Defendant**

**Webull Financial, LLC**                represented by    **H. Gregory Howard**
*TERMINATED: 08/25/2021*                                   Lowenstein Sandler LLP
                                                           1251 Avenue of the Americas
                                                           New York, NY 10020
                                                           (212) 419-5877
                                                           Email: hbaker@lowenstein.com
                                                           *TERMINATED: 07/21/2021*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Rachel Maimin**
                                                           Lowenstein Sandler LLP
                                                           1251 Avenue of the Americas, 17th Fl
                                                           New York, NY 10020
                                                           212-262-6700
                                                           Email: rmaimin@lowenstein.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Ana Jara**
                                                           Lowenstein Sandler LLP
                                                           2200 Pennsylvania Avenue NW
                                                           Washington, DC 20037
                                                           (202) 753-3800
                                                           Email: ajara@lowenstein.com
                                                           *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Open to the Public Investing, Inc.**    represented by    **Brendan J. Coffman**
*TERMINATED: 08/24/2021*                                   Wilson Sonsini Goodrich and Rosati

1700 K Street, NW Fifth Floor
Washington, DC 20006
202-973-8891
Email: bcoffman@wsgr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey C. Bank**
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas
40th Floor
New York, NY 10019
212-497-7761
Email: jbank@wsgr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justina Kahn Sessions**
Wilson Sonsini Goodrich & Rosati, P.C.
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
415-947-2000
Email: jsessions@wsgr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Ryan O'Rourke**
Wilson Sonsini Goodrich & Rosati, P.C.
1700 K Street NW, Fifth Floor
Washington, DC 20006
202-973-8889
Email: korourke@wsgr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Melvin Capital Management, LP**          represented by  **Kevin Oliver Grange**
Lowenstein Sandler LLP
390 Lytton Avenue
Palo Alto, CA 94301
650-433-5800
Email: kgrange@lowenstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maya Ginsburg**
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
212-419-5873
Email: mginsburg@lowenstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Redburn , Jr.**
Lowenstein Sandler
1251 Avenue of the Americas
New York, NY 10020
212-419-5899
Email: tredburn@lowenstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zarema A. Jaramillo**
Lowenstein Sandler LLP
2200 Pennsylvania Avenue NW
Suite 500E
Washington, DC 20037
(202) 753-3800
Email: zjaramillo@lowenstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

The Charles Schwab Corporation          represented by   **Jason J. Mendro**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Theodore J. Boutrous , Jr.**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Russell B. Balikian**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Consol Defendant**

The Depository Trust Company           represented by   **Gregory M. Boyle**
                                                         Jenner & Block LLP
                                                         353 N. Clark Street
                                                         Chicago, IL 60654
                                                         (312) 923-2651
                                                         Email: GBoyle@jenner.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Consol Defendant**

Citadel Enterprise Americas, LLC       represented by   **Adam L. Hoeflich**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Christopher D. Kercher**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

**John F. O'Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Thomas Reinheimer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marina Lev**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steig D. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie M Boomershine**
Wilson Elser Moskowitz Edelman & Dicker LLP
111 N Orange Ave
Suite 1200
Orlando, fl 32801
407-203-7599
Fax: 407-648-1376
Email:
stephanie.boomershine@wilsonelser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William A. Burck**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason David Sternberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**The Depository Trust & Clearing Corporation**
*TERMINATED: 08/06/2021*

represented by **Brian Hauck**
Jenner and Block LLP
633 W. 5th Street
Suite 3500
Los Angeles, CA 90071
213-239-5100
Email: bhauck@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory M. Boyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Does**
*1-100, inclusive*

**Consol Defendant**

**Interactive Brokers Corp**

**Consol Defendant**

**TD Ameritrade Holding Corp**              represented by **Jason J. Mendro**
*TERMINATED: 08/06/2021*                                     (See above for address)
                                                            *LEAD ATTORNEY*

                                                            **Theodore J. Boutrous , Jr.**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*

                                                            **Russell B. Balikian**
                                                            (See above for address)

**Consol Defendant**

**IBG, LLC**

**Consol Defendant**

**E Trade Asset Management, Inc.**

**Consol Defendant**

**E Trade Financial Corp**                  represented by **Brian S. Weinstein**
                                                            Davis Polk and Wardwell LLP
                                                            450 Lexington Avenue
                                                            New York, NY 10017
                                                            2124504972
                                                            Email: brian.weinstein@davispolk.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Gina M. Cora**
                                                            Davis Polk and Wardwell LLP
                                                            450 Lexington Avenue
                                                            New York, NY 10017
                                                            212-450-4132
                                                            Email: gina.cora@davispolk.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Janet Jones-Duffey**
                                                            Davis Polk and Wardwell LLP
                                                            450 Lexington Avenue

New York, NY 10017
212-450-3067
Email: janet.jones-duffey@davispolk.com
*TERMINATED: 10/22/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neal Alan Potischman**
Davis Polk & Wardwell LLP
1600 El Camino Real
Menlo Park, CA 94025
650-752-2021
Email: neal.potischman@dpw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter W. Homer**
Homer Bonner Jacobs, P.A.
1441 Brickell Avenue
Four Seasons Tower Suite 1200
Miami, FL 33131
305-350-5100
Fax: 305-372-2738
Email: PHomer@homerbonner.com
*ATTORNEY TO BE NOTICED*

**Consol Defendant**
**Trade Republic**

**Consol Defendant**
**Firstrade Securities, Inc.**

**Consol Defendant**
**Merrill Lynch, Pierce, Fenner, Smith**
*and Subsidiaries*

**Consol Defendant**
**Citadel, EFT, Inc.**

**Consol Defendant**
**D1 Capital Partner, L.P.**

**Consol Defendant**
**Maplelane Capital, LLC**                    represented by   **Jack Yoskowitz**
                                                              Seward & Kissel
                                                              1 Battery Park Plaza
                                                              New York, NY 10004
                                                              212-574-1200
                                                              Email: yoskowitz@sewkis.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Richard Scott Geller**

Fishback Dommick
1947 Lee Road
Winter Park, FL 32789
407-425-2786
Fax: 407-425-2863
Email: rgeller@fishbacklaw.com
*ATTORNEY TO BE NOTICED*

**Tamara Rozina**
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
212-574-1568
Email: rozina@sewkis.com
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Candlestick Capital Management L.P.**

**Consol Defendant**

**The Interactive Brokers Group Inc and Subsidiaries**

**Consol Defendant**

**IBG Holdings, LLC**

**Consol Defendant**

**Merrill Edge**

**Consol Defendant**

**John Does**

**Consol Defendant**

**Cash App Investing LLC**                represented by **Alfred Carroll Pfeiffer , Jr.**
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
415-391-0600
Email: Al.Pfeiffer@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Belinda S. Lee**
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
415-391-0600
Email: Belinda.Lee@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**ETrade Financial Holdings, LLC**         represented by **Brian S. Weinstein**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gina M. Cora**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janet Jones-Duffey**
(See above for address)
*TERMINATED: 10/22/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neal Alan Potischman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter W. Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Consol Defendant**</u>

**Square Inc.**                         represented by  **Alfred Carroll Pfeiffer , Jr.**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Belinda S. Lee**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

<u>**Consol Defendant**</u>

**Apex Clearing Corporation**            represented by  **Angela Daker**
                                                        White & Case
                                                        200 S Biscayne Boulevard
                                                        Suite 4900
                                                        Miami, FL 33131-2352
                                                        305-371-2700
                                                        Fax: 358-5744
                                                        Email: adaker@whitecase.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Bryan Daniel Gant**
                                                        White and Case LLP
                                                        1221 Avenue of the Americas
                                                        New York, NY 10020
                                                        212-819-8200
                                                        Email: bgant@whitecase.com
                                                        *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Heather Marie Burke**
White and Case LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306
650-213-0353
Email: hburke@whitecase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack E. Pace , III**
White and Case LLP
1221 Avenue of the Americas
New York, MY 10020
212-819-8200
Email: jpace@whitecase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Mark Gidley**
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Email: mgidley@whitecase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**
**Stash Financial, Inc.**
*TERMINATED: 08/13/2021*

represented by **Joseph Edward Floren**
Morgan, Lewis & Bockius LLP
One Market Street
Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
Email: joseph.floren@morganlewis.com
*LEAD ATTORNEY*

**Robin L. Nunn**
101 Park Avenue
New York, NY 10178
212-309-6000
Email: robin.nunn@morganlewis.com
*LEAD ATTORNEY*

**Consol Defendant**
**M1 Finance, LLC**

**Consol Defendant**
**Freetrade, Ltd.**

**Consol Defendant**

**eToro USA Securities, Inc.**                    represented by **H. Gregory Howard**
(See above for address)
*TERMINATED: 07/21/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Maimin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ana Jara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Sequoia Capital Operations LLC**          represented by **Harry Arthur Olivar , Jr.**
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street 10th Floor
Los Angeles, CA 90017
213-443-3000
Email: harryolivar@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Korinna Stefel Anderson**
Quinn Emanuel Urquhart and Sullivan
865 S Figueroa St Fl. 10
Los Angeles, CA 90017
213-443-3000
Email:
korinnaanderson@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda Jane Brewer**
Quinn Emanuel Urquhart & Sullivan,LLP
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6600
Email: lindabrewer@quinnemanuel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**IG Group Holdings PLC**

**Consol Defendant**

**Morgan Stanley Smith Barney LLC**          represented by **Brian S. Weinstein**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Gina M. Cora**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janet Jones-Duffey**
(See above for address)
*TERMINATED: 10/22/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neal Alan Potischman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter W. Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Trading 212 UK Ltd.**

**Consol Defendant**

**Tastyworks, Inc.**                  represented by   **Allison Gerard**
*TERMINATED: 08/25/2021*                             Barnes and Thornburg LLP
                                                     2121 N Pearl Street Ste 700
                                                     Dallas, TX 75201
                                                     214-258-4135
                                                     Email: Allison.Gerard@btlaw.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Kevin Dale Rising**
                                                     Barnes & Thornburg LLP
                                                     2029 Century Park East Suite 300
                                                     Los Angeles, CA 90067
                                                     310-284-3880
                                                     Email: kevin.rising@btlaw.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Paul Olszowka**
                                                     Barnes & Thornburg, LLP
                                                     One North Wacker Drive, Suite 4400
                                                     Chicago, IL 60606
                                                     (312) 214-5612
                                                     Email: paul.olszowka@btlaw.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Thomas G. Haskins , Jr.**

Barnes and Thornburg LLP
2121 N Pearl Street Suite 700
Dallas, TX 75201
214-258-4200
Email: thaskins@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Fumi Holdings, Inc.**             represented by   **H. Gregory Howard**
(See above for address)
*TERMINATED: 07/21/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                            **Rachel Maimin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                            **Ana Jara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Trading 212 Ltd.**

**Consol Defendant**

**Barclays Bank PLC**             represented by   **Colleen E. Heyler**
*TERMINATED: 05/27/2021*
Latham and Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600
Email: colleen.heyler@lw.com
*LEAD ATTORNEY*

                                            **Lawrence E. Buterman**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212-906-1200
Fax: 212-751-4864
Email: lawrence.buterman@lw.com
*LEAD ATTORNEY*

                                            **Lilia B. Vazova**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212-906-1200
Fax: 212-751-4864
Email: lilia.vazova@lw.com
*LEAD ATTORNEY*

**Richard D. Owens**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212-906-1200
Fax: 212-751-4864
Email: richard.owens@lw.com
*LEAD ATTORNEY*

**Consol Defendant**

**FF Trade Republic Growth, LLC**          represented by    **Paul T. Llewellyn**
Lewis & Llewellyn LLP
601 Montgomery St. #2000
San Francisco, CA 94111
(415) 800-0592
Email: pllewellyn@lewisllewellyn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Dough LLC**
*TERMINATED: 08/25/2021*

**Consol Defendant**

**Ally Financial Inc.**          represented by    **Adam S. Paris**
*TERMINATED: 08/24/2021*
Sullivan & Cromwell LLP
1888 Century Park East Suite 2100
Los Angeles, CA 90067
310-712-6600
Email: parisa@sullcrom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Ann McLoone**
Shook, Hardy & Bacon L.L.P.
201 South Biscayne Blvd
Suite 3200
Miami, FL 33131
305-358-5171
Fax: 305-358-7470
Email: jmcloone@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle Allen Niemi**
Sullivan and Cromwell LLP
1870 Embarcadero Road
Palo Alto, CA 94303
650 4615600
Email: niemik@sullcrom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Marc De Leeuw
Sullivan and Cromwell LLP
125 Broad Street
New York, NY 10004
212-558-4219
Email: deleeuwm@sullcrom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**ETrade Securities LLC**                  represented by   **Brian S. Weinstein**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Gina M. Cora**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Janet Jones-Duffey**
                                                            (See above for address)
                                                            *TERMINATED: 10/22/2021*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Neal Alan Potischman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Peter W. Homer**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Does 1-50**

**Consol Defendant**

**TD Ameritrade Clearing, Inc.**          represented by   **Jason J. Mendro**
*TERMINATED: 08/06/2021*                                   (See above for address)
                                                            *LEAD ATTORNEY*

                                                            **Theodore J. Boutrous , Jr.**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*

                                                            **Russell B. Balikian**
                                                            (See above for address)

**Consol Defendant**

**Square, LLC**

**Alpaca Securities, LLC**
*TERMINATED: 08/24/2021*

represented by **H. Gregory Howard**
(See above for address)
*TERMINATED: 07/21/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Maimin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ana Jara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Free Freetrade, LTD.**

**Consol Defendant**

**Financial Securities, LLC**

**Consol Defendant**

**Robinhood Crypto, LLC**

represented by **Antony L. Ryan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brittany L. Sukiennik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl Brandon Wisoff**
Farella Braun & Martel LLP
235 Montgomery Street, 17th floor
San Francisco, CA 94104
415-954-4400
Email: bwisoff@fbm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric D. Monek Anderson**
Farella Braun Martel LLP
235 Montgomery Street 17th Floor
San Francisco, CA 94104
415-954-4400
Email: EMonekAnderson@fbm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Orsini**

*(See above for address)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Citadel Execution Services, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2021 | 1 | TRANSFER ORDER (TO-Dated 04/01/2021) transferring case to the Southern District of Florida re: MDL 2989 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to the Honorable Cecilia M. Altonaga. (Signed by Karen K. Caldwell, Chair). (mc) (Entered: 04/01/2021) |
| 04/01/2021 | 2 | Rules of Procedure of the Judicial Panel on Multidistrict Litigation (mc) (Entered: 04/01/2021) |
| 04/01/2021 | 3 | MDL Tag-Along Case Receipt from Southern District of Florida. Case Number 0:21-cv-60220-CMA with documents 1-8. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/01/2021) |
| 04/01/2021 | 4 | MDL Tag-Along Case Receipt from Southern District of Florida. Case Number 0:21-cv-60226-CMA with documents 1-15. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/01/2021) |
| 04/01/2021 | 5 | MDL Tag-Along Case Receipt from Southern District of Florida. Case Number 1:21-cv-20414 with documents 1-28. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/01/2021) |
| 04/01/2021 | 6 | MDL Tag-Along Case Receipt from Southern District of Florida. Case Number 9:21-cv-80238-CMA with documents 1-17. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/01/2021) |
| 04/02/2021 | 7 | MDL Transmittal Letter Requesting Case from the Central District of California Case Number 2:21-00835 Kayali, et al v. Robinhood Financial, LLC et al, 2:21-00837 Gossett, et al v. Robinhood Financial, LLC, et al with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 8 | MDL Transmittal Letter Requesting Case from the Northern District of California Case Number 4:21-00693 Wieg v. Robinhood Financial LLC, et al, 4:21-00696 Days v. Robinhood Markets, Inc., et al, 4:21-00697 Dalton v. Robinhood Securities, LLC, et al, 4:21-00758 Krasowski, et al v. Robinhood Financial LLC, et al, 4:21-00759 Cezana v. Robinhood Financial LLC, et al, 4:21-00781 Cheng, et al v. Ally Financial Inc., et al, 4:21-00829 Curiel-Ruth v. Robinhood Securities LLC, et al, 4:21-00833 Freeney, et al v. Robinhood Financial, LLC, et al. 4:21-00838 Krumenacker v. Robinhood Financial, LLC, et al, 4:21-00861 Moody, et al v. Robinhood Financial, LLC et al with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 9 | MDL Transmittal Letter Requesting Case from the Southern District of California Case Number 3:21-00167 Nordeen, et al v. Robinhood Financial LLC, et al with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 10 | MDL Transmittal Letter Requesting Case from the District of Colorado Case Number 1:21-00290 Daniels v. Robinhood Financial LLC, et al with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |

| 04/02/2021 | 11 | MDL Transmittal Letter Requesting Case from the District of Connecticut Case Number 3:21-00123 Ziegler v. Robinhood Financial LLC et al, 3:21-00134 Fresa v. Robinhood Financial LLC et al with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |
|---|---|---|
| 04/02/2021 | 12 | MDL Transmittal Letter Requesting Case from the Middle District of Florida Case Number 6:21-00207 Diamond v. Robinhood Financial, LLC et al, 8:21-00216 Schaff v. Robinhood Markets, Inc. et al, 8:21-00222 Schaff v. TD Ameritrade, Inc., 8:21-00234 Perri, et al v. Robinhood Markets, Inc. et al with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 13 | MDL Transmittal Letter Requesting Case from the Northern District of Florida Case Number 4:21-00061 Baird v. Robinhood Financial LLC, et al with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 14 | MDL Transmittal Letter Requesting Case from the Northern District of Illinois Case Number 1:21-00490 Gatz v. Robinhood Financial, LLC, 1:21-00510 Kayali, et al v. Robinhood Financial, LLC, et al, 1:21-00541 Lagmanson, et al v. Robinhood Markets, Inc., et al, 1:21-00574 Cherry v. Robinhood Financial LLC, et al, 1:21-00624 Hiscock v. TD Ameritrade, Inc. with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 15 | MDL Transmittal Letter Requesting Case from the District of New Jersey Case Number 2:21-01348 Zybura v. Robinhood Financial LLC, et al, 2:21-01729 Muncy v. Robinhood Securities, LLC, et al, 3:21-01361 Noorzaie v. Robinhood Markets, Inc., et al with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 16 | MDL Transmittal Letter Requesting Case from the Southern District of New York Case Number 1:21-00777 Nelson v. Robinhood Financial LLC, et al, 1:21-00799 Williams v. Webull Financial LLC with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 17 | MDL Transmittal Letter Requesting Case from the Eastern District of Pennsylvania Case Number 2:21-00489 Minnick, et al v. Robinhood Financial LLC, et al with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 18 | MDL Transmittal Letter Requesting Case from the Southern District of Texas Case Number 4:21-00292 Ross, et al v. Robinhood Financial, LLC, et al, 4:21-00311 NG, et al v. Robinhood Financial, LLC, et al with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 19 | MDL Transmittal Letter Requesting Case from the Eastern District of Virginia Case Number 1:21-00115 Lavin v. Robinhood Financial LLC, et al with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 20 | ORDER Setting Initial Status Conference for 4/19/2021 10:00 AM in Miami Division before Judge Cecilia M. Altonaga. One hour has been reserved for the conference; if any party anticipates requiring additional time, it shall advise the Courtroom Deputy in advance. The parties shall submit a joint proposed agenda listing items for discussion on or before April 15, 2021. The hearing will be held via video conference, with instructions to follow. Signed by Judge Cecilia M. Altonaga on 4/2/2021. *See attached document for full details.* (wc) (Entered: 04/02/2021) |

| 04/02/2021 | 21 | MDL Transfer In Case Receipt from Middle District of Florida. Case Number 8:21-cv-00207 with documents 1-13. Assigned FLSD Case Number 1:21-cv-21263-CMA on 4/2/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 22 | MDL Transfer In Case Receipt from Middle District of Florida. Case Number 8:21-cv-00216 with documents 1-13. Assigned FLSD Case Number 1:21-cv-21264-CMA on 4/2/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 23 | MDL Transfer In Case Receipt from District of Colorado. Case Number 1:21-cv-00290 with documents 1-11. Assigned FLSD Case Number 1:21-cv-21261-CMA on 4/2/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 24 | MDL Transfer In Case Receipt from Middle District of Florida. Case Number 8:21-cv-00222 with documents 1-12. Assigned FLSD Case Number 1:21-cv-21265-CMA on 4/2/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 25 | MDL Transfer In Case Receipt from Middle District of Florida. Case Number 8:21-cv-00234 with documents 1-12. Assigned FLSD Case Number 1:21-cv-21266-CMA on 4/2/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/02/2021) |
| 04/05/2021 | 26 | MOTION to Appoint Lead Plaintiff Cody Todd *under the federal securities laws* ( Responses due by 4/19/2021), MOTION to Appoint Lead Counsel The Rosen Law Firm, P.A. *under the federal securities laws* by Cody Todd. Attorney Laurence Matthew Rosen added to party Cody Todd(pty:mov). (Attachments: # 1 Declaration of Laurence M. Rosen in Support of the Motion of Cody Todd to: (1) Appoint Lead Plaintiff; and (2) Approve Selection of Lead Counsel, # 2 Exhibit 1 - PSLRA Notice, # 3 Exhibit 2 - PSLRA Certification, # 4 Exhibit 3 - Loss Chart, # 5 Exhibit 4 - Firm Resume, # 6 Text of Proposed Order)(Rosen, Laurence) (Entered: 04/05/2021) |
| 04/06/2021 | 27 | MDL Transfer In Case Receipt from Northern District of Florida. Case Number 4:21-cv-00061 with documents 1-17. Assigned FLSD Case Number 1:21-cv-21295-CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/06/2021) |
| 04/06/2021 | 28 | MDL Transfer In Case Receipt from Central District of California. Case Number 2:21-cv-00835 with documents 1-39. Assigned FLSD Case Number 1:21-cv-21291-CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/06/2021) |
| 04/06/2021 | 29 | MDL Transfer In Case Receipt from Central District of California. Case Number 21-cv-00837 with documents 1-37. Assigned FLSD Case Number 1:21-cv-21293-CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/06/2021) |
| 04/06/2021 | 30 | MDL Transfer In Case Receipt from Southern District of California. Case Number 3:21-cv-00167 with documents 1-11. Assigned FLSD Case Number 1:21-cv-21294-CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/06/2021) |
| 04/06/2021 | 31 | MDL Transfer In Case Receipt from Northern District of Illinois. Case Number 1:21-cv-00490 with documents 1-6. Assigned FLSD Case Number 1:21-cv-21296-CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/06/2021) |

USCA11 Case: 23-11873   Document: 36-1   Date Filed: 10/21/2022   Page: 87 of 204

| 04/06/2021 | 32 | MDL Transfer In Case Receipt from Northern District of Illinois. Case Number 1:21-cv-00510 with documents 1-21. Assigned FLSD Case Number 1:21-cv-21297-CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/06/2021) |
|---|---|---|
| 04/06/2021 | 33 | MDL Transfer In Case Receipt from Northern District of Illinois. Case Number 1:21-cv-00541 with documents 1-14. Assigned FLSD Case Number 1:21-cv-21298-CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/06/2021) |
| 04/06/2021 | 34 | MDL Transfer In Case Receipt from Northern District of Illinois. Case Number 1:21-cv-00574 with documents 1-14. Assigned FLSD Case Number 1:21-cv-21299-CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/06/2021) |
| 04/06/2021 | 35 | MDL Transfer In Case Receipt from Northern District of Illinois. Case Number 1:21-cv-00624 with documents 1-15. Assigned FLSD Case Number 1:21-cv-21300-CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/06/2021) |
| 04/06/2021 | [36](#) | ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE-OUT. Signed by Judge Cecilia M. Altonaga on 4/6/2021. *See attached document for full details.* (mc) (Entered: 04/06/2021) |
| 04/06/2021 | 37 | MDL Transfer In Case Receipt from District of New Jersey. Case Number 2:21-cv-01729 with documents 1-8. Assigned FLSD Case Number 1:21-cv-21307-CMA. Re: FLSD MDL Case Number 1:21-md-2989-CMA. (pes) (Entered: 04/06/2021) |
| 04/07/2021 | 38 | MDL Transfer In Case Receipt from District of New Jersey. Case Number 2:21-cv-01348 with documents 1-8. Assigned FLSD Case Number 1:21-cv-21305-CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/07/2021) |
| 04/07/2021 | 39 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21-cv-00696 with documents 1-25. Assigned FLSD Case Number 1:21-cv-21310-CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/07/2021) |
| 04/07/2021 | 40 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21-cv-00697 with documents 1-28. Assigned FLSD Case Number 1:21-cv-21311-CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/07/2021) |
| 04/07/2021 | 41 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21-cv-00758 with documents 1-28. Assigned FLSD Case Number 1:21-cv-21313-CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/07/2021) |
| 04/07/2021 | 42 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21-cv-00759 with documents 1-20. Assigned FLSD Case Number 1:21-cv-21315-CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/07/2021) |
| 04/07/2021 | 43 | MDL Transfer In Case Receipt from District of New Jersey. Case Number 3:21-cv-01361 with documents 1-6. Assigned FLSD Case Number 1:21-cv-21316-CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/07/2021) |
| 04/07/2021 | 44 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21-cv-00781 with documents 1-155. Assigned FLSD Case Number 1:21-cv-21318-CMA on |

| | | 4/6/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/07/2021) |
|---|---|---|
| 04/07/2021 | 45 | SECOND ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE-OUT. Signed by Judge Cecilia M. Altonaga on 4/7/2021. *See attached document for full details.* (mc) (Entered: 04/07/2021) |
| 04/07/2021 | 46 | PRETRIAL ORDER #1 Initial Conference. Signed by Judge Cecilia M. Altonaga on 4/7/2021. *See attached document for full details.* (Attachments: # 1 Schedule A, # 2 Schedule B - Certificate of Understanding) (mc) (Entered: 04/07/2021) |
| 04/07/2021 | 47 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21-cv-00829 with documents 1-32. Assigned FLSD Case Number 1:21-cv-21340-CMA on 4/7/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/07/2021) |
| 04/08/2021 | 48 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21-cv-00861 with documents 1-28. Assigned FLSD Case Number 1:21-cv-21349-CMA on 4/8/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/08/2021) |
| 04/08/2021 | 49 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21-cv-00838 with documents 1-23. Assigned FLSD Case Number 1:21-cv-21343-CMA on 4/7/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/08/2021) |
| 04/08/2021 | 50 | MDL Transfer In Case Receipt from Southern District of Texas. Case Number 4:21-cv-00311 with documents 1-12. Assigned FLSD Case Number 1:21-cv-21350-CMA on 4/8/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/08/2021) |
| 04/08/2021 | 51 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21-cv-00833 with documents 1-20. Assigned FLSD Case Number 1:21-cv-21341-CMA on 4/7/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/08/2021) |
| 04/08/2021 | 52 | MDL Transfer In Case Receipt from Southern District of New York. Case Number 1:21-cv-00777 with documents 1-17. Assigned FLSD Case Number 1:21-cv-21333-CMA on 4/7/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/08/2021) |
| 04/08/2021 | 53 | MDL Transfer In Case Receipt from Southern District of New York. Case Number 1:21-cv-00799 with documents 1-8. Assigned FLSD Case Number 1:21-cv-21335-CMA on 4/7/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/08/2021) |
| 04/08/2021 | 54 | MDL Transfer In Case Receipt from Southern District of Texas. Case Number 4:21-cv-00292 with documents 1-21. Assigned FLSD Case Number 1:21-cv-21338-CMA on 4/7/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/08/2021) |
| 04/08/2021 | 55 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Roy T. Willey, IV by David Moody, Julie Moody re 46 Order (NEF sent to Attorney Admissions (ATTYADM)). Attorney Roy T. Willey, IV added to party David Moody(pty:conpla), Attorney Roy T. Willey, IV added to party Julie Moody(pty:conpla). (Willey, Roy) (Entered: 04/08/2021) |
| 04/08/2021 | 56 | MDL Transfer In Case Receipt from District of Connecticut. Case Number 3:21-cv-00123 with documents 1-17. Assigned FLSD Case Number 1:21-cv-21359-CMA on |

| | | |
|---|---|---|
| | | 4/8/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/08/2021) |
| 04/08/2021 | 57 | THIRD ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE-OUT. Signed by Judge Cecilia M. Altonaga on 4/8/2021. *See attached document for full details.* (mc) (Entered: 04/08/2021) |
| 04/08/2021 | 58 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Jeffrey A. Klafter (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/08/2021) |
| 04/08/2021 | 59 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Amir Alimehri (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/08/2021) |
| 04/08/2021 | 60 | NOTICE of Attorney Appearance by Angela Daker on behalf of Apex Clearing Corporation. Attorney Angela Daker added to party Apex Clearing Corporation(pty:condft). (Daker, Angela) (Entered: 04/08/2021) |
| 04/09/2021 | 61 | MDL Transfer In Case Receipt from Connecticut. Case Number 3:21-cv-00134 with documents 1-6. Assigned FLSD Case Number 1:21-cv-21367-CMA on 4/9/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/09/2021) |
| 04/09/2021 | 62 | MDL Transfer In Case Receipt from Eastern District of Virginia. Case Number 1:21-cv-00115 with documents 1-15. Assigned FLSD Case Number 1:21-cv-21351-CMA on 4/8/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/09/2021) |
| 04/09/2021 | 63 | MDL Transfer In Case Receipt from Eastern District of Pennsylvania. Case Number 2:21-cv-00489 with documents 1-13. Assigned FLSD Case Number 1:21-cv-21353-CMA on 4/8/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/09/2021) |
| 04/09/2021 | 64 | FOURTH ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE-OUT. Signed by Judge Cecilia M. Altonaga on 4/9/2021. *See attached document for full details.* (mc) (Entered: 04/09/2021) |
| 04/09/2021 | 65 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Elizabeth A. Brehm (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/09/2021) |
| 04/09/2021 | 66 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Rachel Meese (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/09/2021) |
| 04/09/2021 | 67 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Gabriel A. Assaad (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/09/2021) |
| 04/09/2021 | 68 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Joseph R. Saveri (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/09/2021) |
| 04/09/2021 | 69 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Christopher K.L. Young (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/09/2021) |
| 04/09/2021 | 70 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Anupama K. Reddy (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: |

| 04/09/2021 | 71 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Steven N. Williams (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/09/2021) |
| 04/09/2021 | 72 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Michael C. McKay by Austin Schaff (NEF sent to Attorney Admissions (ATTYADM)) (Hill, Brandon) (Entered: 04/09/2021) |
| 04/09/2021 | 73 | NOTICE of Attorney Appearance by Peter W. Homer on behalf of E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC. Attorney Peter W. Homer added to party E Trade Financial Corp (pty:condft), Attorney Peter W. Homer added to party ETrade Financial Holdings, LLC(pty:condft), Attorney Peter W. Homer added to party ETrade Securities LLC(pty:condft), Attorney Peter W. Homer added to party Morgan Stanley Smith Barney LLC(pty:condft). (Homer, Peter) (Entered: 04/09/2021) |
| 04/09/2021 | 74 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Alexander G. Cabeceiras by Mohammed A. Doleh, Peter Fray, Hanna Kayali, Steven Minnick, Brandon Nelson, Jhanna White, Zachary Ziegler, Bartosz Zybura (NEF sent to Attorney Admissions (ATTYADM)) (Miller, Caroline) (Entered: 04/09/2021) |
| 04/09/2021 | 75 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Sean A. Burstyn by Omar Alsaedi, Ethan Arellano, Christine Bukowski, Carolyn Collier, Travis Elliott, Charles Fellows, Amanda Giuliani, Jessica Hines, Bryan Joyner, Andrea Juncadella, Michael Ridpath, Matt Scime, William Urrutia, Chastity Woodward, Patrick Young, Michelle del Valle (NEF sent to Attorney Admissions (ATTYADM)) (Salas, Natalia) (Entered: 04/09/2021) |
| 04/12/2021 | 76 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Matthew L. Venezia (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 77 | FIFTH ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE-OUT. Signed by Judge Cecilia M. Altonaga on 4/12/2021. *See attached document for full details.* (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 78 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21-cv-00693 with documents 1-33. Assigned FLSD Case Number 1:21-cv-21378-CMA on 4/9/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 79 | NOTICE of Attorney Appearance by Lena Marguerite Mirilovic on behalf of Matthew M Lavin. Attorney Lena Marguerite Mirilovic added to party Matthew M Lavin(pty:conpla). (Mirilovic, Lena) (Entered: 04/12/2021) |
| 04/12/2021 | 80 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Samuel W. Stelk (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 81 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Jack E. Pace III (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 82 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Bryan D. Gant (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |

USCA11 Case: 22-11873   Document: 36-1   Date Filed: 10/21/2023   Page: 91 of 204

| 04/12/2021 | 83 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for J. Mark Gidley (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 84 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Steven Bizar (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 85 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Stuart Chelin (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 86 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Belinda S. Lee (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 87 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Phillip Kim (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 88 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for R. Tamara de Silva (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 89 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Marc De Leeuw (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 90 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Shari Ross Lahlou (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 91 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Cherisse H. Cleofe (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 92 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Jeffrey A. Koncius (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 93 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Thomas G. Haskins, Jr. (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 94 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Alexander G. Cabeceiras (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 95 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Maurice D. Pessah (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 96 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Adam S. Paris (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 97 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Jonathan E. Greengarden (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |

USCA11 Case: 22-11873    Document: 36-1    Date Filed: 10/21/2022    Page: 92 of 204

| | | |
|---|---|---|
| 04/12/2021 | 98 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Thomas E. Redburn, Jr. (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 99 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Maya Ginsburg (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 100 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Zarema A. Jaramillo (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 101 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Brian S. Weinstein. Filing Fee $ 200.00 Receipt # AFLSDC-14599297 by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC. Responses due by 4/26/2021 (Attachments: # 1 Certification, # 2 Text of Proposed Order Proposed Order) (Homer, Peter) (Entered: 04/12/2021) |
| 04/12/2021 | 102 | NOTICE of Attorney Appearance by Rachel Wagner Furst on behalf of Sagi Cezana. Attorney Rachel Wagner Furst added to party Sagi Cezana(pty:mov). (Furst, Rachel) (Entered: 04/12/2021) |
| 04/12/2021 | 103 | CONDITIONAL TRANSFER ORDER (CTO-1) transferring case to the Southern District of Florida re: MDL 2989 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to the Honorable Cecilia M. Altonaga. (Signed by John W. Nichols, Clerk of the Panel). (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 104 | MDL Transmittal Letter Requesting Case from the Eastern District of Arkansas Case Number 4:21-00093 Kelley et al v. Robinhood Markets Inc et al with enclosed 103 copy of the order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 105 | MDL Transmittal Letter Requesting Case from the Northern District of California Case Number 3:21-00980 Daniluk v. Robinhood Financial, LLC et al, 4:21-00871 Saliba v. Robinhood Markets, Inc. et al, 4:21-00896 Clapp et al v. Ally Financial Inc. et al, 4:21-01596 Lybrook et al v. Robinhood Financial LLC et al with enclosed copy of the 103 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 106 | MDL Transmittal Letter Requesting Case from the Southern District of California Case Number 3:21-00238 Petrosyan v. Robinhood Financial LLC et al with enclosed copy of the 103 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 107 | MDL Transmittal Letter Requesting Case from the Middle District of Florida Case Number 8:21-00329 Zelewski et al v. Robinhood Markets, Inc. et al with enclosed copy of the 103 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 108 | MDL Transmittal Letter Requesting Case from the Northern District of Illinois Case Number 1:21-01601 Milhouse v. Robinhood Financial LLC et al, 1:21-01643 Odeh v. TD Ameritrade, Inc. et al with enclosed copy of the 103 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 109 | MDL Transmittal Letter Requesting Case from the District of Minnesota Case Number 0:21-00415 Siruk et al v. Robinhood Financial LLC et al, 0:21-00689 Fox et al v. Ally |

| | | Financial Inc. et al with enclosed copy of the 103 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/13/2021) |
|---|---|---|
| 04/13/2021 | 110 | MDL Transmittal Letter Requesting Case from the District of Nebraska Case Number 8:21-00093 Shaeffer v. TD Ameritrade, Inc. with enclosed copy of the 103 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 111 | MDL Transmittal Letter Requesting Case from the Eastern District of New York Case Number 1:21-00677 Dechirico et al v. Ally Financial Inc. et al with enclosed copy of the 103 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 112 | MDL Transmittal Letter Requesting Case from the District of Oregon Case Number 3:21-00319 Norvell et al v. Robinhood Markets, Inc. with enclosed copy of the 103 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 113 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Gina Cora. Filing Fee $ 200.00 Receipt # AFLSDC-14600720 by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC. Responses due by 4/27/2021 (Attachments: # 1 Certification, # 2 Proposed Order)(Homer, Peter) (Entered: 04/13/2021) |
| 04/13/2021 | 114 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Janet Jones-Duffey. Filing Fee $ 200.00 Receipt # AFLSDC-14600779 by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC. Responses due by 4/27/2021 (Attachments: # 1 Certification, # 2 Proposed Order)(Homer, Peter) (Entered: 04/13/2021) |
| 04/13/2021 | 115 | ORDER denying as moot 101 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Brian S. Weinstein. Signed by Judge Cecilia M. Altonaga on 4/13/2021. *See attached document for full details.* (wc) (Entered: 04/13/2021) |
| 04/13/2021 | 116 | CONDITIONAL TRANSFER ORDER (CTO-2) transferring case to the Southern District of Florida re: MDL 2989 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to the Honorable Cecilia M. Altonaga. (Signed by John W. Nichols, Clerk of the Panel). (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 117 | MDL Transmittal Letter Requesting Case from the Southern District of New York Case Number 1:21-02566 Kadin v. Robinhood Financial LLC et al with enclosed copy of the 116 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 118 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Russell B. Balikian (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 119 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Jason J. Mendro (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 120 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Gregory M. Boyle (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 121 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Paul Olszowka (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: |

04/13/2021

| 04/13/2021 | 122 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Solomon B. Cera (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/13/2021) |
|---|---|---|
| 04/13/2021 | 123 | ORDER denying as moot 113 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing ; denying as moot 114 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Signed by Judge Cecilia M. Altonaga on 4/13/2021. *See attached document for full details.* (wc) (Entered: 04/13/2021) |
| 04/14/2021 | 124 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for William M. Audet by Sagi Cezana, Elvia Curiel-Ruth (NEF sent to Attorney Admissions (ATTYADM)). Attorney Rachel Wagner Furst added to party Elvia Curiel-Ruth(pty:conpla). (Furst, Rachel) (Entered: 04/14/2021) |
| 04/14/2021 | 125 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Ling Y. Kuang by Sagi Cezana, Elvia Curiel-Ruth (NEF sent to Attorney Admissions (ATTYADM)) (Furst, Rachel) (Entered: 04/14/2021) |
| 04/14/2021 | 126 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Kurt Kessler by Sagi Cezana, Elvia Curiel-Ruth (NEF sent to Attorney Admissions (ATTYADM)) (Furst, Rachel) (Entered: 04/14/2021) |
| 04/14/2021 | 127 | FIFTH ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE-OUT. Signed by Judge Cecilia M. Altonaga on 4/14/2021. *See attached document for full details.* (mc) (Entered: 04/14/2021) |
| 04/14/2021 | 128 | MDL Tag-Along Case Receipt from Southern District of Florida. Case Number 1:21-cv-21404-CMA with documents 1-7. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/14/2021) |
| 04/14/2021 | 129 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Adam L. Hoeflich (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/14/2021) |
| 04/14/2021 | 130 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Parker James Lavin (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/14/2021) |
| 04/14/2021 | 131 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Shreedhar R. Patel (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/14/2021) |
| 04/14/2021 | 132 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Marina Lev (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/14/2021) |
| 04/14/2021 | 133 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Eve-Lynn J. Rapp (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/14/2021) |
| 04/14/2021 | 134 | (STRICKEN per DE 170 ) CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Brian S. Weinstein by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC (NEF sent to Attorney Admissions (ATTYADM)) (Homer, Peter) Modified text on 4/16/2021 (mc). (Entered: 04/14/2021) |

USCA11 Case: 22-10873   Document: 36-1   Date Filed: 10/21/2022   Page: 95 of 204

| 04/14/2021 | 135 | (STRICKEN per DE 170 ) CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Janet Jones-Duffey by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC (NEF sent to Attorney Admissions (ATTYADM)) (Homer, Peter) Modified text on 4/16/2021 (mc). (Entered: 04/14/2021) |
|---|---|---|
| 04/14/2021 | 136 | (STRICKEN per 192 ) CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Gina Cora by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC (NEF sent to Attorney Admissions (ATTYADM)) (Homer, Peter) Modified text on 4/19/2021 (mc). (Entered: 04/14/2021) |
| 04/14/2021 | 137 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Justina K. Sessions (NEF sent to Attorney Admissions (ATTYADM)) (mc) (No email address provided) Modified text on 4/15/2021 (mc). (Entered: 04/14/2021) |
| 04/14/2021 | 138 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Dennis C. Reich (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/14/2021) |
| 04/14/2021 | 139 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Robert J. Binstock (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/14/2021) |
| 04/14/2021 | 140 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Christopher D. Kercher (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/14/2021) |
| 04/14/2021 | 141 | (STRICKEN per DE 198 ) CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Janet Jones-Duffey by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC (NEF sent to Attorney Admissions (ATTYADM)) (Homer, Peter) Modified text on 4/19/2021 (mc). (Entered: 04/14/2021) |
| 04/14/2021 | 142 | (STRICKEN per DE 198 ) CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Brian S. Weinstein by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC (NEF sent to Attorney Admissions (ATTYADM)) (Homer, Peter) Modified text on 4/19/2021 (mc). (Entered: 04/14/2021) |
| 04/14/2021 | 143 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Jeffrey Evan Kwatinetz by Omar Alsaedi, Ethan Arellano, Christine Bukowski, Carolyn Collier, Travis Elliott, Charles Fellows, Amanda Giuliani, Jessica Hines, Bryan Joyner, Andrea Juncadella, Michael Ridpath, Matt Scime, William Urrutia, Chastity Woodward, Patrick Young, Michelle del Valle (NEF sent to Attorney Admissions (ATTYADM)) (Salas, Natalia) (Entered: 04/14/2021) |
| 04/14/2021 | 144 | MOTION to Appoint Lead Plaintiff Eric Quat, Aaron Fassinger, Mike Ross, Igor Kravchenko, Michael McFadden and Tenzin Woiser by Aaron Fassinger, Igor Kravchenko, Michael McFadden, Eric Quat, Mike Ross, Tenzin Woiser. Responses due by 4/28/2021 (Attachments: # 1 Exhibit A, # 2 Declaration of Sarah Westcot in Support of Motion to Appoint Lead Plaintiff, # 3 Text of Proposed Order)(Westcot, Sarah) (Entered: 04/14/2021) |
| 04/14/2021 | 145 | NOTICE by Sagi Cezana, Andrea Juncadella *Notice of Filing Joint Proposed Agenda*. Attorney Rachel Wagner Furst added to party Andrea Juncadella(pty:conpla). (Attachments: # 1 Exhibit Joint Proposed Agenda) (Furst, Rachel) (Entered: 04/14/2021) |

| 04/15/2021 | 146 | Clerks Notice to Filer re 134 Certificate of Understanding, 135 Certificate of Understanding. **Docket Text Does Not Match Document**; CORRECTIVE ACTION REQUIRED - The Filer must File a Notice of Striking, then refile the correct document that matches the docket text. (mc) (Entered: 04/15/2021) |
|---|---|---|
| 04/15/2021 | 147 | Clerks Notice to Filer re 136 Certificate of Understanding. **Missing Signature**. CORRECTIVE ACTION REQUIRED - No electronic signature accepted for the Certificate of Understanding, original signature is required. The Filer must file a Notice of Striking, then refile the document with the original signature.(mc) (Entered: 04/15/2021) |
| 04/15/2021 | 148 | Clerks Notice of Filing Fee refunded to Peter Homer in the amount of $200.00 on 04/15/2021 re 115 Order on Motion to Appear Pro Hac Vice, (mua) (Entered: 04/15/2021) |
| 04/15/2021 | 149 | Clerks Notice of Filing Fee refunded to Peter Homer in the amount of $200.00 on 04/15/2021 re 123 Order on Motion to Appear Pro Hac Vice,,, (mua) (Entered: 04/15/2021) |
| 04/15/2021 | 150 | Clerks Notice of Filing Fee refunded to Peter Homer in the amount of $200.00 on 04/15/2021 re 123 Order on Motion to Appear Pro Hac Vice,,, (mua) (Entered: 04/15/2021) |
| 04/15/2021 | 151 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Evangelina A.Z. Burbidge (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 152 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Paul T. Llewellyn (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 153 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Brendan J. Coffman (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 154 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Colleen E. Heyler (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 155 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Lilia B. Vazova (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 156 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Richard D. Owens (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 157 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Lawrence E. Buterman (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 158 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Richard C. Tarlowe (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 159 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Daniel J. Kramer (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/15/2021) |

| 04/15/2021 | [160](#) | CONDITIONAL TRANSFER ORDER (CTO-3) transferring case to the Southern District of Florida re: MDL 2989 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to the Honorable Cecilia M. Altonaga. (Signed by John W. Nichols, Clerk of the Panel.) (mc) (Entered: 04/15/2021) |
|---|---|---|
| 04/15/2021 | [161](#) | MDL Transmittal Letter Requesting Case from the Southern District of Texas Case Number 4:21-01083 Memic et al v. Markets, Inc. et al with enclosed copy of the [160](#) order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 162 | MDL Transfer In Case Receipt from Eastern District of Arkansas. Case Number 4:21-cv-00093 with documents 1-9. Assigned FLSD Case Number 1:21-cv-21428-CMA on 4/14/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 163 | MDL Transfer In Case Receipt from Northern District of California. Case Number 3:21-cv-00980 with documents 1-40. Assigned FLSD Case Number 1:21-cv-21430-CMA on 4/14/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 164 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21-cv-00871 with documents 1-28. Assigned FLSD Case Number 1:21-cv-21432-CMA on 4/14/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 165 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21-cv-00896 with documents 1-38. Assigned FLSD Case Number 1:21-cv-21441-CMA on 4/15/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 166 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21-cv-01596 with documents 1-23. Assigned FLSD Case Number 1:21-cv-21442-CMA on 4/15/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/15/2021) |
| 04/15/2021 | [167](#) | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Robert S. Green by Joseph Daniluk (NEF sent to Attorney Admissions (ATTYADM)) (Green, Robert) (Entered: 04/15/2021) |
| 04/15/2021 | [168](#) | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Emrah M. Sumer by Joseph Daniluk (NEF sent to Attorney Admissions (ATTYADM)) (Green, Robert) (Entered: 04/15/2021) |
| 04/15/2021 | [169](#) | NOTICE of Attorney Appearance by Jason J. Mendro on behalf of Charles Schwab & Co., Inc., TD Ameritrade Clearing, Inc., TD Ameritrade Holding Corp, TD Ameritrade, Inc., The Charles Schwab Corporation. Attorney Jason J. Mendro added to party Charles Schwab & Co., Inc.(pty:condft), Attorney Jason J. Mendro added to party TD Ameritrade Clearing, Inc.(pty:condft), Attorney Jason J. Mendro added to party TD Ameritrade Holding Corp(pty:condft), Attorney Jason J. Mendro added to party TD Ameritrade, Inc. (pty:condft), Attorney Jason J. Mendro added to party The Charles Schwab Corporation(pty:condft). (Mendro, Jason) (Entered: 04/15/2021) |
| 04/15/2021 | [170](#) | NOTICE of Striking [134](#) Certificate of Understanding, filed by ETrade Financial Holdings, LLC, Morgan Stanley Smith Barney LLC, ETrade Securities LLC, E Trade Financial Corp, [135](#) Certificate of Understanding, filed by ETrade Financial Holdings, LLC, Morgan Stanley Smith Barney LLC, ETrade Securities LLC, E Trade Financial Corp by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC (Homer, Peter) (Entered: 04/15/2021) |

| | | |
|---|---|---|
| 04/15/2021 | 171 | NOTICE of Attorney Appearance by Russell B. Balikian on behalf of Charles Schwab & Co., Inc., TD Ameritrade Clearing, Inc., TD Ameritrade Holding Corp, TD Ameritrade, Inc., The Charles Schwab Corporation. Attorney Russell B. Balikian added to party Charles Schwab & Co., Inc.(pty:condft), Attorney Russell B. Balikian added to party TD Ameritrade Clearing, Inc.(pty:condft), Attorney Russell B. Balikian added to party TD Ameritrade Holding Corp(pty:condft), Attorney Russell B. Balikian added to party TD Ameritrade, Inc.(pty:condft), Attorney Russell B. Balikian added to party The Charles Schwab Corporation(pty:condft). (Balikian, Russell) (Entered: 04/15/2021) |
| 04/16/2021 | 172 | MDL Transfer In Case Receipt from Southern District of California. Case Number 3:21-cv-00238 with documents 1-4. Assigned FLSD Case Number 1:21-cv-21444-CMA on 4/15/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 173 | MDL Transfer In Case Receipt from Middle District of Florida. Case Number 8:21-cv-00329 with documents 1-14. Assigned FLSD Case Number 1:21-cv-21445-CMA on 4/15/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 174 | MDL Transfer In Case Receipt from Northern District of Illinois. Case Number 1:21-cv-01601 with documents 1-9. Assigned FLSD Case Number 1:21-cv-21446-CMA on 4/15/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 175 | MDL Transfer In Case Receipt from Northern District of Illinois. Case Number 1:21-cv-01643 with documents 1-9. Assigned FLSD Case Number 1:21-cv-21447-CMA on 4/15/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 176 | MDL Transfer In Case Receipt from District of Minnesota. Case Number 0:21-cv-00415 with documents 1-4. Assigned FLSD Case Number 1:21-cv-21448-CMA on 4/15/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 177 | MDL Transfer In Case Receipt from District of Nebraska. Case Number 8:21-cv-00093 with documents 1-25. Assigned FLSD Case Number 1:21-cv-21450-CMA on 4/15/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 178 | MDL Transfer In Case Receipt from Eastern District of New York. Case Number 1:21-cv-00677 with documents 1-66. Assigned FLSD Case Number 1:21-cv-21451-CMA on 4/15/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 179 | MDL Transfer In Case Receipt from District of Oregon. Case Number 3:21-cv-00319 with documents 1-7. Assigned FLSD Case Number 1:21-cv-21453-CMA on 4/15/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 180 | Corrected CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Brian S. Weinstein by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC (NEF sent to Attorney Admissions (ATTYADM)) (Homer, Peter) (Entered: 04/16/2021) |
| 04/16/2021 | 181 | Corrected CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Janet Jones-Duffey by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC (NEF sent to Attorney Admissions (ATTYADM)) (Homer, Peter) (Entered: 04/16/2021) |
| 04/16/2021 | 182 | NOTICE of Attorney Appearance by Scott David Hirsch on behalf of Julie Fox, Preenon Huq. Attorney Scott David Hirsch added to party Julie Fox(pty:conpla), Attorney Scott |

| | | David Hirsch added to party Freenom Hldg(pty:conpla). (Hirsch, Scott) (Entered: 04/16/2021) |
| --- | --- | --- |
| 04/16/2021 | 183 | Corrected CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Gina Cora by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC (NEF sent to Attorney Admissions (ATTYADM)) (Homer, Peter) (Entered: 04/16/2021) |
| 04/16/2021 | 184 | NOTICE of Attorney Appearance by Samuel Alberto Danon on behalf of Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Attorney Samuel Alberto Danon added to party Robinhood Financial LLC(pty:condft), Attorney Samuel Alberto Danon added to party Robinhood Markets, Inc.(pty:condft), Attorney Samuel Alberto Danon added to party Robinhood Securities, LLC(pty:condft). (Danon, Samuel) (Entered: 04/16/2021) |
| 04/16/2021 | 185 | NOTICE of Attorney Appearance by Gustavo Javier Membiela on behalf of Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Attorney Gustavo Javier Membiela added to party Robinhood Financial LLC(pty:condft), Attorney Gustavo Javier Membiela added to party Robinhood Markets, Inc.(pty:condft), Attorney Gustavo Javier Membiela added to party Robinhood Securities, LLC(pty:condft). (Membiela, Gustavo) (Entered: 04/16/2021) |
| 04/16/2021 | 186 | NOTICE of Attorney Appearance by Maria Alina Castellanos Alvarado on behalf of Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Attorney Maria Alina Castellanos Alvarado added to party Robinhood Financial LLC(pty:condft), Attorney Maria Alina Castellanos Alvarado added to party Robinhood Markets, Inc.(pty:condft), Attorney Maria Alina Castellanos Alvarado added to party Robinhood Securities, LLC(pty:condft). (Castellanos Alvarado, Maria) (Entered: 04/16/2021) |
| 04/16/2021 | 187 | NOTICE of Attorney Appearance by Jennifer Ann McLoone on behalf of Ally Financial Inc.. Attorney Jennifer Ann McLoone added to party Ally Financial Inc.(pty:condft). (McLoone, Jennifer) (Entered: 04/16/2021) |
| 04/16/2021 | 188 | Clerks Notice to Filer re 141 Certificate of Understanding, 142 Certificate of Understanding. **Missing Signature**; CORRECTIVE ACTION REQUIRED - No electronic signature accepted for the Certificate of Understanding, original signature is required. The Filer must file a Notice of Striking, then refile the document with the original signature (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 189 | NOTICE of Attorney Appearance by Paul T. Llewellyn on behalf of FF Trade Republic Growth, LLC (Llewellyn, Paul) (Entered: 04/16/2021) |
| 04/16/2021 | 190 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Marc H. Edelson (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 191 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Kenneth R. O'Rourke (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 192 | NOTICE of Striking 136 Certificate of Understanding, filed by ETrade Financial Holdings, LLC, Morgan Stanley Smith Barney LLC, ETrade Securities LLC, E Trade Financial Corp by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC (Homer, Peter) (Entered: 04/16/2021) |
| 04/16/2021 | 193 | SEVENTH ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE-OUT. |

| | | Signed by Judge Cecilia M. Altonaga on 4/16/2021. *See attached document for full details.* (mc) (Entered: 04/16/2021) |
|---|---|---|
| 04/16/2021 | 194 | NOTICE of Voluntary Dismissal *without Prejudice* by Ryan Heitz, Taylor Perri, Kevin Sheehan (Taaffe, Michael) (Entered: 04/16/2021) |
| 04/16/2021 | 195 | MDL Transfer In Case Receipt from District of Minnesota. Case Number 0:21-cv-00689 with documents 1-11. Assigned FLSD Case Number 1:21-cv-21478-CMA on 4/16/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 196 | MDL Transfer In Case Receipt from Southern District of Texas. Case Number 4:21-cv-01083 with documents 1-5. Assigned FLSD Case Number 1:21-cv-21479-CMA on 4/16/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 197 | NOTICE of Attorney Appearance by Marc H. Edelson on behalf of Sabrina Clapp. Attorney Marc H. Edelson added to party Sabrina Clapp(pty:conpla). (Edelson, Marc) (Entered: 04/16/2021) |
| 04/16/2021 | 198 | NOTICE of Striking 142 Certificate of Understanding, filed by ETrade Financial Holdings, LLC, Morgan Stanley Smith Barney LLC, ETrade Securities LLC, E Trade Financial Corp, 141 Certificate of Understanding, filed by ETrade Financial Holdings, LLC, Morgan Stanley Smith Barney LLC, ETrade Securities LLC, E Trade Financial Corp by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC (Homer, Peter) (Entered: 04/16/2021) |
| 04/16/2021 | 201 | ORDER that Consol Plaintiffs Taylor Perri, Ryan Heitz, and Kevin Sheehan are dismissed from this action without prejudice re ( 194 in case 1:21-md-02989-CMA) Notice of Voluntary Dismissal. Signed by Judge Cecilia M. Altonaga on 4/16/2021. Clerks Note: JPML notified. Related Cases: 1:21-md-02989-CMA, 1:21-cv-21266-CMA. *See attached document for full details.* (mc) (Entered: 04/19/2021) |
| 04/18/2021 | 199 | Notice of Pending, Refiled, Related or Similar Actions by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC (Castellanos Alvarado, Maria) (Entered: 04/18/2021) |
| 04/18/2021 | 200 | NOTICE by Sagi Cezana, Sagi Cezana *Notice of Filing Case List* (Attachments: # 1 Exhibit Pending Case List) (Furst, Rachel) (Entered: 04/18/2021) |
| 04/19/2021 | 202 | PAPERLESS Minute Entry for proceedings held before Judge Cecilia M. Altonaga: Status Conference held on 4/19/2021. Total time in court: 1 hour(s) : 10 minutes. Attorney Appearance(s): Natalia Maria Salas, Sean Alexander Burstyn, Rachel Wagner Furst, William M. Audet, Jason J. Mendro, Joseph R. Saveri, Sean A. Byrstyn, Jeffrey A. Klafter, Roy T. Willey, IV, Kevin J. Orsini, Phillip Kim. Court Reporter: Stephanie McCarn, 305-523-5518 / Stephanie_McCarn@flsd.uscourts.gov. (edr) (Entered: 04/19/2021) |
| 04/19/2021 | 203 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Harry A. Olivar (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/19/2021) |
| 04/19/2021 | 204 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Korinna S. Anderson (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/19/2021) |
| 04/19/2021 | 205 | NOTICE of Attorney Appearance by Daniel J. Kramer on behalf of Point72 Asset Management, L.P.. Attorney Daniel J. Kramer added to party Point72 Asset Management, L.P.(pty:condft). (Kramer, Daniel) (Entered: 04/19/2021) |

| 04/19/2021 | 206 | NOTICE of Attorney Appearance by Richard C. Tarlowe on behalf of Point72 Asset Management, L.P.. Attorney Richard C. Tarlowe added to party Point72 Asset Management, L.P.(pty:condft). (Tarlowe, Richard) (Entered: 04/19/2021) |
| 04/19/2021 | 207 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Linda J. Brewer (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/19/2021) |
| 04/19/2021 | 208 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Charles D. Marshall by Joseph Daniluk (NEF sent to Attorney Admissions (ATTYADM)) (Green, Robert) (Entered: 04/19/2021) |
| 04/19/2021 | 209 | ORDER of Procedures for Appointment of Counsel re 202 Initial Conference. Signed by Judge Cecilia M. Altonaga on 4/19/2021. (Responses due by 4/26/2021, Replies due by 5/3/2021 re 26 , 144 Motions to Appoint Lead Plaintiff and Lead Counsel). *See attached document for full details.* (mc) (Entered: 04/19/2021) |
| 04/20/2021 | 210 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Richard C. Dalton (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/20/2021) |
| 04/20/2021 | 211 | MDL Transfer In Case Receipt from Southern District of New York. Case Number 1:21-cv-02566 with documents 1-8. Assigned FLSD Case Number 1:21-cv-21511-CMA on 4/20/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA. (mc) (Entered: 04/20/2021) |
| 04/20/2021 | 212 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Peter Safirstein (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/20/2021) |
| 04/20/2021 | 213 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Blake G. Abbott (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/20/2021) |
| 04/20/2021 | 214 | ORDER Dismissing Consol Plaintiff Daniel S. Kadin from this action without prejudice re (7 in case 1:21-cv-21511-CMA) Notice of Voluntary Dismissal Without Prejudice. Signed by Judge Cecilia M. Altonaga on 4/20/2021. Clerks Note: JPML notified. *See attached document for full details.* (mc) (Entered: 04/20/2021) |
| 04/20/2021 | 215 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Frank R. Schirripa (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/20/2021) |
| 04/20/2021 | 216 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Kathryn A. Hettler (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/20/2021) |
| 04/20/2021 | 217 | NOTICE of Change of Address, Email or Law Firm Name by Eve-Lynn J. Rapp (Rapp, Eve-Lynn) (Entered: 04/20/2021) |
| 04/21/2021 | 218 | NOTICE of Attorney Appearance by Blake Abbott on behalf of David Moody, Julie Moody. Attorney Blake Abbott added to party David Moody(pty:conpla), Attorney Blake Abbott added to party Julie Moody(pty:conpla). (Abbott, Blake) (Entered: 04/21/2021) |
| 04/21/2021 | 219 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Joshua H. Grabar (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/21/2021) |
| 04/21/2021 | 220 | NOTICE of Attorney Appearance by Joshua H. Grabar on behalf of Sabrina Clapp. |

USCA11 Case: 22-11873    Document: 36-1    Date Filed: 10/21/2022    Page: 102 of 204

| | | Attorney Joshua H. Grabar added to party Denise Redfield (pty:compla... (Grabar, Joshua) Modified party name on 4/21/2021 (mc). (Entered: 04/21/2021) |
|---|---|---|
| 04/21/2021 | 221 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Adrian Gucovschi (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/21/2021) |
| 04/21/2021 | 222 | EIGHTH ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE-OUT. Signed by Judge Cecilia M. Altonaga on 4/21/2021. *See attached document for full details.* (mc) (Entered: 04/21/2021) |
| 04/22/2021 | 223 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for H. Gregory Howard (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/22/2021) |
| 04/22/2021 | 224 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Allison Vissichelli (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/22/2021) |
| 04/22/2021 | 225 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Leiv Blad (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/22/2021) |
| 04/22/2021 | 226 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Michael A. Cohen (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/22/2021) |
| 04/22/2021 | 227 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Erica L. Stone (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/22/2021) |
| 04/23/2021 | 228 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Evan Selik (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/23/2021) |
| 04/23/2021 | 229 | MDL Tag-Along Case Receipt from Southern District of Florida. Case Number 1:21-cv-21534-CMA Best et al v. Robinhood Financial, LLC. et al with documents 1-4. Re: FLSD MDL Case Number 1:21-md-02989-CMA (mc) (Entered: 04/23/2021) |
| 04/23/2021 | 230 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Jason S. Rathod (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/23/2021) |
| 04/23/2021 | 231 | NOTICE of Attorney Appearance by Kristi Stahnke McGregor on behalf of Francis Shaeffer (McGregor, Kristi) (Entered: 04/23/2021) |
| 04/26/2021 | 232 | NINTH ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE-OUT. Signed by Judge Cecilia M. Altonaga on 4/26/2021. *See attached document for full details.* (mc) (Entered: 04/26/2021) |
| 04/26/2021 | 233 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Stuart J. Guber (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/26/2021) |
| 04/26/2021 | 234 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Gretchen Freeman Cappio (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/26/2021) |
| 04/26/2021 | 235 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Maxwell Goins (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: |

| 04/26/2021 | 236 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Rachel E. Morowitz (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/26/2021) |
|---|---|---|
| 04/26/2021 | 237 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Ryan McDevitt (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/26/2021) |
| 04/26/2021 | 238 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for William Rey Ogden (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/26/2021) |
| 04/26/2021 | 239 | NOTICE of Exhibit 1 - Assaad Aplication - 3M Combat Arms Leadership Structure by Ryan Zachary Ross (Attachments: # 1 Exhibits 2 - Assaad Application 3M Combat Arms CMO 4, # 2 Exhibits 3 - Assaad Application - CV 2021-Short Squeeze) (Assaad, Gabriel) Modified text per attorney's requests on 4/26/2021 (mc). (Entered: 04/26/2021) |
| 04/26/2021 | 240 | Statement of: Recommendation for Jeffrey Klafter for Appointment as Interim Lead Counsel by Mark Feeney, Jason Fossella (Attachments: # 1 Exhibit 1 - Resume of Jason S. Rathod)(Rathod, Jason) (Entered: 04/26/2021) |
| 04/26/2021 | 241 | Statement of: *PLAINTIFF DANILUK'S STATEMENT ON LEADERSHIP OF THIS MDL* by Joseph Daniluk (Attachments: # 1 Exhibit A)(Green, Robert) (Entered: 04/26/2021) |
| 04/26/2021 | 242 | NOTICE of Change of Address, Email or Law Firm Name by Joseph R. Saveri (Saveri, Joseph) (Entered: 04/26/2021) |
| 04/26/2021 | 243 | NOTICE by Sagi Cezana *Notice of Filing Plaintiffs' Leadership Applications* (Attachments: # 1 Exhibit Assaad Application, # 2 Exhibit Ellis Application, # 3 Exhibit Furst Application, # 4 Exhibit Klafter Application, # 5 Exhibit Oberlin Application, # 6 Exhibit Pessah Application, # 7 Exhibit Salas Application, # 8 Exhibit Saveri Application, # 9 Exhibit Schirripa Application, # 10 Exhibit Willey Application) (Furst, Rachel) (Entered: 04/26/2021) |
| 04/26/2021 | 244 | NOTICE by Michael Oberlin re 243 *Of Filing Of Exhibits To Appl. For Appointment Of Lead Plaintiff And Selection Of Counsel*. Attorney Gary S. Graifman added to party Michael Oberlin(pty:pla). (Attachments: # 1 Exhibit A To Appl. For Appointment Of Lead Plaintiff--Firm Resume Of Safirstein Metcalf LLP, # 2 Exhibit B To Appl. For Appointment Of Lead Plaintiff--Firm Resume Of KGG) (Graifman, Gary) Modified to add document link on 4/27/2021 (cds). (Entered: 04/26/2021) |
| 04/26/2021 | 245 | NOTICE by Josh Gossett, James LaPlant, Danielle Perreault, Maurice Scarborough, Scott Schiller re 243 Notice (Other), *of Exhibits in Support of Application of Maurice D. Pessah for Appointment to Plaintiff's Leadership Committee* (Attachments: # 1 Exhibit A. Gossett, et al. v. Robinhood Financial, et al. First Amended Complaint, # 2 Exhibit B. CV of Pessah Law Group's Attorneys, # 3 Exhibit C. Pessah Law Group's MDL Resources Page, # 4 Exhibit D. Spreadsheet of Cases Submitted to the JPML) (Pessah, Maurice) (Entered: 04/26/2021) |
| 04/26/2021 | 246 | NOTICE by Omar Alsaedi, Ethan Arellano, Christine Bukowski, Carolyn Collier, Travis Elliott, Charles Fellows, Amanda Giuliani, Jessica Hines, Bryan Joyner, Andrea Juncadella, Michael Ridpath, Matt Scime, William Urrutia, Chastity Woodward, Patrick Young, Michelle del Valle re 243 Notice (Other), *of Filing Exhibits in Support of Leadership Application of Natalia M. Salas* (Attachments: # 1 Exhibit List of Law Firms and Pls' Lawyers Supporting Application of Natalia M. Salas, # 2 Exhibit CV of Natalia |

| | | |
|---|---|---|
| | | M. Salas and The Ferraro Law Firm, P.A., # 2 Exhibit CV of Bruce S. Rogow)(Salas, Natalia) (Entered: 04/26/2021) |
| 04/26/2021 | 247 | AFFIDAVIT *of Frank R. Schirripa in Support of Application for Leadership* signed by: F. Schirripa re 243 Notice (Other), by Dan Dechirico, Angel Guzman, Joshua Palmer (Attachments: # 1 Exhibit 1 - HRSC Firm Bio, # 2 Exhibit 2 - Chart of Counsel Support for Salas-Ellis-Schirripa Slate)(Hettler, Kathryn) (Entered: 04/26/2021) |
| 04/26/2021 | 248 | NOTICE by Robert Days re 243 Notice (Other), *Declaration of Dennis S. Ellis in Support of Application to be Appointed as Co-Lead Interim Counsel* (Attachments: # 1 Exhibit A - Browne George Ross, et al. Firm Information, # 2 Exhibit B - Browne George Ross, et al. Firm Articles, # 3 Exhibit C - Dennis S. Ellis Bio, # 4 Exhibit D - Katherine F. Murray Bio, # 5 Exhibit E - Carl A. Roth Bio, # 6 Exhibit F - Matthew L. Venezia Bio, # 7 Exhibit G - Law Firm Support List) (Venezia, Matthew) (Entered: 04/26/2021) |
| 04/26/2021 | 249 | NOTICE by Patryk Krasowski, Nick Parker re 243 Notice (Other), *of Declaration and Exhibits in Support of Jeffrey A. Klafter Application for Interim Lead Counsel* (Attachments: # 1 Exhibit A - Klafter Lesser LLP Firm Resume, # 2 Exhibit B - Juncadella Complaint, # 3 Exhibit C - Krasowski Complaint, # 4 Exhibit D - Byrd McDonald's Complaint) (Klafter, Jeffrey) (Entered: 04/26/2021) |
| 04/26/2021 | 250 | NOTICE by Sagi Cezana re 243 Notice (Other), *Notice of Filing Rachel Furst CV* (Attachments: # 1 Exhibit Rachel Furst CV) (Furst, Rachel) (Entered: 04/26/2021) |
| 04/26/2021 | 251 | NOTICE by David Moody, Julie Moody re 243 Notice (Other), *Notice of Declaration of Roy T. Willey, IV and Exhibit in Support of Application for Appointment of Roy T. Willey, IV* (Attachments: # 1 Declaration of Roy T. Willey, IV, # 2 Exhibit 1 - Career Highlights of William M. Audet) (Willey, Roy) (Entered: 04/26/2021) |
| 04/26/2021 | 252 | NOTICE by Shane Cheng, Terell Sterling *Notice of Filing in Support of Plaintiffs Shane Cheng and Terell Sterling's Motion to Appoint Joseph R. Saveri as Interim Lead Counsel* (Attachments: # 1 Declaration of Joseph R. Saveri in Support of Cheng Plaintiffs' Motion to Appoint Joseph R. Saveri as Interim Lead Counsel, # 2 Exhibit A - Firm Resume of Joseph Saveri Law Firm, LLP, # 3 Exhibit B - JSLF Team Member Biographies, # 4 Exhibit C - Proposed Time-Keeping and Expense Protocols, # 5 Declaration of Anupama K. Reddy in Support of Cheng Plaintiffs' Motion to Appoint Joseph R. Saveri as Interim Lead Counsel, # 6 Declaration of Christopher K.L. Young in Support of Cheng Plaintiffs' Motion to Appoint Joseph R. Saveri as Interim Lead Counsel, # 7 Declaration of Catherine K. Smith in Support of Cheng Plaintiffs' Motion to Appoint Joseph R. Saveri as Interim Lead Counsel, # 8 Declaration of Austin B. Cohen in Support of Cheng Plaintiffs' Motion to Appoint Joseph R. Saveri as Interim Lead Counsel) (Saveri, Joseph) (Entered: 04/26/2021) |
| 04/26/2021 | 253 | RESPONSE in Opposition re 26 MOTION to Appoint Lead Plaintiff Cody Todd *under the federal securities laws* MOTION to Appoint Lead Counsel The Rosen Law Firm, P.A. *under the federal securities laws* filed by Aaron Fassinger, Igor Kravchenko, Michael McFadden, Eric Quat, Mike Ross, Tenzin Woiser. Replies due by 5/3/2021. (Attachments: # 1 Declaration of Sarah N. Westcot, # 2 Exhibit A)(Westcot, Sarah) (Entered: 04/26/2021) |
| 04/26/2021 | 254 | RESPONSE in Opposition re 144 MOTION to Appoint Lead Plaintiff Eric Quat, Aaron Fassinger, Mike Ross, Igor Kravchenko, Michael McFadden and Tenzin Woiser filed by Cody Todd. Replies due by 5/3/2021. (Rosen, Laurence) (Entered: 04/26/2021) |
| 04/26/2021 | 256 | DECLARATION signed by: Dennis S. Ellis in Support re 243 Notice (Other), by Robert Days (For Image See DE# 248 ) (cds) (Entered: 04/27/2021) |
| 04/26/2021 | 257 | DECLARATION signed by: Jeffrey A. Klafter in Support re 243 Notice (Other), by |

| 04/27/2021 | 255 | CLERK'S NOTICE - Attorney Admissions has not updated address and/or email information for attorney Joseph R. Saveri re [242](#) Notice of Change of Address, Email or Law Firm Name. Attorney Joseph R. Saveri has not completed the required procedures for updating their information with the Court. After filing a Notice in all pending cases, Attorney is instructed to go to their PACER account, Manage My Account, to complete the process of updating their information. The Court is NOT responsible for updating secondary email addresses. Also, each attorney must file their own Notice and complete the Pacer process as well. One Notice is not sufficient for all attorneys in the same firm. See the Courts website for detailed instructions. [www.flsd.uscourts.gov/updating-your-information](#) (pt) (Entered: 04/27/2021) |
|---|---|---|
| 04/27/2021 | 258 | Clerks Notice to Filer re [248](#) Notice (Other),,. **Wrong Event Selected**; ERROR - The Filer selected the wrong event. The document was re-docketed by the Clerk, See DE# 256 . It is not necessary to refile this document. (cds) (Entered: 04/27/2021) |
| 04/27/2021 | 259 | Clerks Notice to Filer re [249](#) Notice (Other),. **Wrong Event Selected**; ERROR - The Filer selected the wrong event. The document was re-docketed by the Clerk, See DE# 257 . It is not necessary to refile this document. (cds) (Entered: 04/27/2021) |
| 04/27/2021 | [260](#) | NOTICE of Attorney Appearance by William Rey Ogden on behalf of C. Louis Bunya, Drew Hunnicutt, Erika Mercado, Ryan Zachary Ross (Ogden, William) (Entered: 04/27/2021) |
| 04/27/2021 | 261 | Clerks Notice to Filer re [244](#) Notice (Other),. **Document Not Linked**; ERROR - The filed document was not linked to the related docket entry. The correction was made by the Clerk. It is not necessary to refile this document. (cds) (Entered: 04/27/2021) |
| 04/27/2021 | [262](#) | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for David A. Domina (NEF sent to Attorney Admissions (ATTYADM)) (pes) (Entered: 04/27/2021) |
| 04/27/2021 | [263](#) | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Theodore J. Boutrous, Jr. (NEF sent to Attorney Admissions (ATTYADM)) (pes) (Entered: 04/27/2021) |
| 04/27/2021 | [264](#) | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Gary S. Graifman by Michael Oberlin (NEF sent to Attorney Admissions (ATTYADM)) (Graifman, Gary) (Entered: 04/27/2021) |
| 04/27/2021 | [265](#) | NOTICE of Change of Address, Email or Law Firm Name by Steven Noel Williams (Williams, Steven) (Entered: 04/27/2021) |
| 04/27/2021 | [266](#) | NOTICE of Change of Address, Email or Law Firm Name by Christopher Kar-Lun Young (Young, Christopher) (Entered: 04/27/2021) |
| 04/27/2021 | [267](#) | NOTICE of Change of Address, Email or Law Firm Name by Anupama Reddy (Reddy, Anupama) (Entered: 04/27/2021) |
| 04/27/2021 | [268](#) | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Kevin S. Hannon (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/28/2021) |
| 04/28/2021 | [269](#) | NOTICE by Omar Alsaedi, Ethan Arellano, Christine Bukowski, Carolyn Collier, Travis Elliott, Charles Fellows, Amanda Giuliani, Jessica Hines, Bryan Joyner, Andrea Juncadella, Michael Ridpath, Matt Scime, William Urrutia, Chastity Woodward, Patrick Young, Michelle del Valle re [246](#) Notice (Other),, [243](#) Notice (Other), *of Filing Updated Exhibit A in Support of Leadership Application of Natalia M. Salas* (Attachments: # [1](#) |

| | | Exhibit Updated Exhibit A - list of Law Firms and Plaintiffs' Lawyers Supporting Natalia M. Salas as Lead Counsel) (Salas, Natalia) (Entered: 04/28/2021) |
|---|---|---|
| 04/28/2021 | 270 | MDL Tag-Along Case Receipt from Southern District of Florida. Case Number 1:21-cv-21600-CMA Oberlin v. TD Ameritrade, Inc. with documents 1-3. Re: FLSD MDL Case Number 1:21-md-02989-CMA (mc) (Entered: 04/28/2021) |
| 04/28/2021 | 271 | NOTICE of Voluntary Dismissal by Jonathan Diamond (Varnell, Janet) (Entered: 04/28/2021) |
| 04/28/2021 | 272 | ORDER that Consol Jonathan Diamond is dismissed from this action without prejudice re ( 271 in case 1:21-md-02989-CMA) Notice of Voluntary Dismissal. Signed by Judge Cecilia M. Altonaga on 4/28/2021. Clerks Note: JPML notified. Related Cases: 1:21-md-02989-CMA, 1:21-cv-21263-CMA. *See attached document for full details.* (mc) (Entered: 04/29/2021) |
| 04/29/2021 | 273 | NOTICE of Attorney Appearance by H. Gregory Howard on behalf of Alpaca Securities, LLC, Fumi Holdings, Inc., Webull Financial, LLC, eToro USA Securities, Inc.. Attorney H. Gregory Howard added to party Alpaca Securities, LLC(pty:condft), Attorney H. Gregory Howard added to party Fumi Holdings, Inc(pty:condft), Attorney H. Gregory Howard added to party Webull Financial, LLC(pty:condft), Attorney H. Gregory Howard added to party eToro USA Securities, Inc(pty:condft). (Howard, H.) (Entered: 04/29/2021) |
| 04/29/2021 | 274 | NOTICE by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC *of Filing Robinhood's Response to Plaintiffs' Objection to the Report and Recommendation* (Attachments: # 1 Exhibit) (Danon, Samuel) (Entered: 04/29/2021) |
| 04/30/2021 | 275 | NOTICE of filing OBJECTIONS to (3 in case 1:21-cv-21448-CMA) Report and Recommendations by Marina Siruk, Petro Siruk (mc) (Entered: 04/30/2021) |
| 04/30/2021 | 276 | NOTICE of Attorney Appearance by Theodore J. Boutrous, Jr on behalf of Charles Schwab & Co., Inc., TD Ameritrade Clearing, Inc., TD Ameritrade Holding Corp, TD Ameritrade, Inc., The Charles Schwab Corporation. Attorney Theodore J. Boutrous, Jr added to party Charles Schwab & Co., Inc.(pty:condft), Attorney Theodore J. Boutrous, Jr added to party TD Ameritrade Clearing, Inc.(pty:condft), Attorney Theodore J. Boutrous, Jr added to party TD Ameritrade Holding Corp(pty:condft), Attorney Theodore J. Boutrous, Jr added to party TD Ameritrade, Inc(pty:condft), Attorney Theodore J. Boutrous, Jr added to party The Charles Schwab Corporation(pty:condft). (Boutrous, Theodore) (Entered: 04/30/2021) |
| 05/03/2021 | 277 | NOTICE of Change of Address, Email or Law Firm Name by Lilia B. Vazova (Vazova, Lilia) (Entered: 05/03/2021) |
| 05/03/2021 | 278 | NOTICE of Change of Address, Email or Law Firm Name by Lawrence E. Buterman (Buterman, Lawrence) (Entered: 05/03/2021) |
| 05/03/2021 | 279 | NOTICE of Change of Address, Email or Law Firm Name by Richard D. Owens (Owens, Richard) (Entered: 05/03/2021) |
| 05/03/2021 | 280 | REPLY to Response to Motion re 144 MOTION to Appoint Lead Plaintiff Eric Quat, Aaron Fassinger, Mike Ross, Igor Kravchenko, Michael McFadden and Tenzin Woiser filed by Aaron Fassinger, Igor Kravchenko, Michael McFadden, Eric Quat, Mike Ross, Tenzin Woiser. (Attachments: # 1 Declaration of Sarah N. Westcot, # 2 Exhibit A) (Westcot, Sarah) (Entered: 05/03/2021) |
| 05/03/2021 | 281 | REPLY to Response to Motion re 26 MOTION to Appoint Lead Plaintiff Cody Todd *under the federal securities laws* MOTION to Appoint Lead Counsel The Rosen Law |

Firm] PA *under the federal securities laws* filed by Cody Todd. (Rosen, Laurence)
(Entered: 05/03/2021)

| 05/04/2021 | 282 | CLERK'S NOTICE - Attorney Admissions has not updated address and/or email information for attorney Lawrence E. Buterman re [278](#) Notice of Change of Address, Email or Law Firm Name. Attorney Lawrence E. Buterman has not completed the required procedures for updating their information with the Court. After filing a Notice in all pending cases, Attorney is instructed to go to their PACER account, Manage My Account, to complete the process of updating their information. The Court is NOT responsible for updating secondary email addresses. See the Courts website for detailed instructions. [www.flsd.uscourts.gov/updating-your-information](http://www.flsd.uscourts.gov/updating-your-information) (pt) (Entered: 05/04/2021) |
|---|---|---|
| 05/04/2021 | [283](#) | ORDER adopting (3 in case 1:21-cv-21448-CMA) Report and Recommendations. Plaintiffs' Class Action Complaint (1 in case 1:21-cv-21448-CMA) is DISMISSED without prejudice. The Clerk of the Court is directed to CLOSE this case. Clerks Note: JPML notified. Signed by Judge Cecilia M. Altonaga on 5/3/2021. Related Cases: 1:21-md-02989-CMA, 1:21-cv-21448-CMA. *See attached document for full details.* (mc) (Entered: 05/04/2021) |
| 05/04/2021 | 284 | MDL Tag-Along Case Receipt from Southern District of Florida. Case Number 1:21-cv-21665-CMA Eisen v. Apex Clearing Corporation et al with documents 1-2. Re: FLSD MDL Case Number 1:21-md-02989-CMA (mc) (Entered: 05/04/2021) |
| 05/04/2021 | [285](#) | TENTH ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE-OUT. Signed by Judge Cecilia M. Altonaga on 5/4/2021. *See attached document for full details.* (mc) (Entered: 05/05/2021) |
| 05/05/2021 | [286](#) | ORDER on Interviews for Leadership Structure re [209](#) Case Management Order, [243](#) Notice of Filing Leadership Applications of Plaintiffs' Attorneys. Leadership presentations/interviews will be conducted in one session, on May 17, 2021 beginning at 11:00 a.m. The Court directs each applicant for Plaintiffs' leadership to file on the docket with the Court written responses to the questions by May 14, 2021. Signed by Judge Cecilia M. Altonaga on 5/5/2021. *See attached document for full details.* (mc) (Entered: 05/05/2021) |
| 05/06/2021 | [287](#) | NOTICE of Attorney Appearance by Richard Scott Geller on behalf of Maplelane Capital, LLC, Richard S Geller. Attorney Richard Scott Geller added to party Maplelane Capital, LLC(pty:condft). (Geller, Richard) (Entered: 05/06/2021) |
| 05/10/2021 | [288](#) | Statement of: Written Disclosures of Gabriel A. Assaad, Applicant for Plaintiffs' Leadership by C. Louis Bunya, Drew Hunnicutt, Erika Mercado, Ryan Zachary Ross (Assaad, Gabriel) (Entered: 05/10/2021) |
| 05/11/2021 | [289](#) | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Melissa R. Emert by Michael Oberlin (NEF sent to Attorney Admissions (ATTYADM)) (Graifman, Gary) (Entered: 05/11/2021) |
| 05/11/2021 | [290](#) | Statement of: JEFFREY A. KLAFTER'S WRITTEN DISCLOSURES IN FURTHER SUPPORT OF HIS APPLICATION FOR APPOINTMENT AS AN INTERIM LEAD COUNSEL by Patryk Krasowski, Nick Parker re [249](#) Notice (Other), [286](#) Order,,, Set/Reset Deadlines/Hearings,, [243](#) Notice (Other), (Klafter, Jeffrey) (Entered: 05/11/2021) |
| 05/11/2021 | [291](#) | Statement of: Written Disclosures of Roy T. Willey, IV in Support of his Application for Appointment by David Moody, Julie Moody re [286](#) Order,,, Set/Reset Deadlines/Hearings,, [251](#) Notice (Other), (Willey, Roy) (Entered: 05/11/2021) |

| | | |
|---|---|---|
| 05/12/2021 | 292 | ORDER re 286 Order on Interviews for Leadership Structure. Signed by Judge Cecilia M. Altonaga on 5/12/2021. *See attached document for full details.* (pes) (Entered: 05/13/2021) |
| 05/13/2021 | 293 | Statement of: Written Disclosures in Support of Motion to Appoint Joseph R. Saveri as Interim Lead Counsel by Shane Cheng, Terell Sterling re 286 Order,,, Set/Reset Deadlines/Hearings,, (Saveri, Joseph) (Entered: 05/13/2021) |
| 05/13/2021 | 299 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Jack Yoskowitz (NEF sent to Attorney Admissions (ATTYADM)) (pes) (Entered: 05/14/2021) |
| 05/13/2021 | 300 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Tamara Rozina (NEF sent to Attorney Admissions (ATTYADM)) (pes) (Entered: 05/14/2021) |
| 05/14/2021 | 294 | Statement of: Written Disclosures of Frank R. Schirripa in Support of his Application for Appointment by Dan Dechirico, Angel Guzman, Joshua Palmer re 286 Order,,, Set/Reset Deadlines/Hearings,, (Schirripa, Frank) (Entered: 05/14/2021) |
| 05/14/2021 | 295 | Statement of: *Written Disclosures of Rachel W. Furst, Applicant for Plaintiffs' Leadership* by Sagi Cezana re 286 Order,,, Set/Reset Deadlines/Hearings,, (Furst, Rachel) (Entered: 05/14/2021) |
| 05/14/2021 | 296 | Statement of: Written Disclosures for Plaintiffs' Leadership Applicant Natalia M. Salas by Omar Alsaedi, Ethan Arellano, Christine Bukowski, Carolyn Collier, Travis Elliott, Charles Fellows, Amanda Giuliani, Jessica Hines, Bryan Joyner, Andrea Juncadella, Michael Ridpath, Matt Scime, William Urrutia, Chastity Woodward, Patrick Young, Michelle del Valle re 286 Order,,, Set/Reset Deadlines/Hearings,, (Salas, Natalia) (Entered: 05/14/2021) |
| 05/14/2021 | 297 | Statement of: Written Disclosures of Lead Counsel Applicant Dennis S. Ellis by Robert Days re 286 Order,,, Set/Reset Deadlines/Hearings,, (Venezia, Matthew) (Entered: 05/14/2021) |
| 05/14/2021 | 298 | Statement of: WRITTEN DISCLOSURES OF MAURICE D. PESSAH, APPLICANT FOR PLAINTIFFS LEADERSHIP by Josh Gossett, Ryan Heitz, James LaPlant, Danielle Perreault, Taylor Perri, Kevin Sheehan (Pessah, Maurice) (Entered: 05/14/2021) |
| 05/14/2021 | 301 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Tamara Rozina (NEF sent to Attorney Admissions (ATTYADM)) (pes) (Entered: 05/14/2021) |
| 05/14/2021 | 302 | NOTICE of Attorney Appearance by Jack Yoskowitz on behalf of Maplelane Capital, LLC. Attorney Jack Yoskowitz added to party Maplelane Capital, LLC(pty:condft). (Yoskowitz, Jack) (Entered: 05/14/2021) |
| 05/14/2021 | 303 | NOTICE of Attorney Appearance by Tamara Rozina on behalf of Maplelane Capital, LLC. Attorney Tamara Rozina added to party Maplelane Capital, LLC(pty:condft). (Rozina, Tamara) (Entered: 05/14/2021) |
| 05/14/2021 | 304 | Statement of: Written Disclosures of Peter Safirstein Application For Plaintiffs Leadership by Michael Oberlin (Graifman, Gary) (Entered: 05/14/2021) |
| 05/14/2021 | 305 | Statement of: Written Disclosures of Gary S. Graifman And Melissa R. Emert Application For Plaintiffs Leadership by Michael Oberlin (Graifman, Gary) (Entered: 05/14/2021) |
| 05/17/2021 | 306 | PAPERLESS Minute Entry for proceedings held before Judge Cecilia M. Altonaga: |

| | | |
|---|---|---|
| | | Miscellaneous Hearing held on 5/17/2021. Total time in court: 2 hour(s) : 53 minutes. Attorney Appearance(s): Natalia Maria Salas, Gabriel Amin Assaad, Rachel Wagner Furst, Joseph R. Saveri, Dennis S. Ellis, Frank R. Schirripa, Maurice David Pessah, Jeffrey A. Klafter, Roy T. Willey, IV, Peter G.A. Safirstein, Court Reporter: Sharon Velazco, 305-523-5636 / Sharon_PellVelazco@flsd.uscourts.gov. (edr) (Entered: 05/17/2021) |
| 05/17/2021 | 307 | ORDER denying 26 Movant Cody Todd's Motion to: (1) Appoint Lead Plaintiff; and (2) Approve Selection of Lead Counsel; denying 144 Plaintiffs Eric Quat, Aaron Fassinger, Mike Ross, Igor Kravchenko, Michael McFadden and Tenzin Woiser's Motion to Appoint Lead Plaintiffs and Approve Their Selection of Lead Counsel. Signed by Judge Cecilia M. Altonaga on 5/17/2021. Related Cases: 1:21-md-02989-CMA, 1:21-cv-21261-CMA, 1:21-cv-21293-CMA, 1:21-cv-21298-CMA, 1:21-cv-21307-CMA, 1:21-cv-21310-CMA, 1:21-cv-21343-CMA, 1:21-cv-21404-CMA, 1:21-cv-21534-CMA. *See attached document for full details.* (mc) (Entered: 05/18/2021) |
| 05/18/2021 | 308 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for James M. Evangelista (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 05/18/2021) |
| 05/18/2021 | 309 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Heather L. Blaise (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 05/18/2021) |
| 05/18/2021 | 310 | ORDER on Leadership Structure and Appointing Counsel to Designated Leadership Roles. (Status Report due by 6/2/2021). Signed by Judge Cecilia M. Altonaga on 5/18/2021. This Document Relates to 1:21-md-2989-CMA and to All Actions. *See attached document for full details.* (mc) (Entered: 05/18/2021) |
| 05/20/2021 | 311 | TRANSCRIPT of hearing held on 05/17/2021 before Judge Cecilia M. Altonaga, 1-113 pages, Court Reporter: Sharon Velazco, 305-523-5636 / Sharon_PellVelazco@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/10/2021. Redacted Transcript Deadline set for 6/21/2021. Release of Transcript Restriction set for 8/18/2021. (Pell Velazco, Sharon) (Entered: 05/20/2021) |
| 05/20/2021 | 312 | Statement of: Application to Replace Dennis Ellis with Matthew L. Venezia on Plaintiff's Steering Committee by Robert Days (Venezia, Matthew) (Entered: 05/20/2021) |
| 05/21/2021 | 313 | Statement of: Application for Appointment of Jason S. Rathod to the Plaintiffs' Steering Committee to Fill Vacated Seat by Mark Feeney, Jason Fossella re 312 Statement (Attachments: # 1 Exhibit 1 - Resume)(Rathod, Jason) (Entered: 05/21/2021) |
| 05/21/2021 | 314 | Statement of: Renewed Application Of Melissa R. Emert For Leadership Position To Fill Vacated Seat by Michael Oberlin (Graifman, Gary) (Entered: 05/21/2021) |
| 05/21/2021 | 315 | ORDER Re: New Applicants Seeking Appointment to the Steering Committee. Signed by Judge Cecilia M. Altonaga on 5/21/2021. *See attached document for full details.* (pes) (Entered: 05/21/2021) |
| 05/24/2021 | | Attorney Dennis S. Ellis representing Steering Committe Members (Movant) terminated per DE 315 Order. (mc) (Entered: 05/24/2021) |
| 05/24/2021 | 316 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Daniel B. Rehns (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 05/24/2021) |

| 05/25/2021 | 317 | NOTICE of Attorney Appearance by Daniel B. Rehns on behalf of Dan Dechirico, Angel Guzman, Joshua Palmer. Attorney Daniel B. Rehns added to party Dan Dechirico(pty:conpla), Attorney Daniel B. Rehns added to party Angel Guzman(pty:conpla), Attorney Daniel B. Rehns added to party Joshua Palmer(pty:conpla). (Rehns, Daniel) (Entered: 05/25/2021) |
|---|---|---|
| 05/26/2021 | 318 | NOTICE of Voluntary Dismissal *Without Prejudice of Barclays Bank PLC* by Shane Cheng (Saveri, Joseph) (Entered: 05/26/2021) |
| 05/27/2021 | 319 | ORDER that Defendant Barclays Bank PLC is dismissed from this action without prejudice re ( 318 in case 1:21-md-02989-CMA) Notice of Voluntary Dismissal. Signed by Judge Cecilia M. Altonaga on 5/27/2021. Related Cases: 1:21-md-02989-CMA, 1:21-cv-21478-CMA, 1:21-cv-21451-CMA, 1:21-cv-21441-CMA, 1:21-cv-21338-CMA, 1:21-cv-21318-CMA. *See attached document for full details.* (mc) (Entered: 05/27/2021) |
| 05/27/2021 | 320 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Selin Demir (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 05/27/2021) |
| 05/28/2021 | 321 | NOTICE by DAMON MUNCY, Cody Todd re 307 Order on Motion to Appoint Lead Plaintiff,,, Order on Motion to Appoint Lead Counsel,,,,, *Regarding the Republication of Notice Pursuant to the Private Securities Litigation Reform Act of 1995* (Rosen, Laurence) (Entered: 05/28/2021) |
| 06/02/2021 | 322 | STATUS REPORT *(JOINT) (Per D.E. 310)* by Plaintiffs' Liaison Counsel (Attachments: # 1 Exhibit A. Case List, # 2 Exhibit B. Proposed Order)(Furst, Rachel) (Entered: 06/02/2021) |
| 06/03/2021 | 323 | ORDER re 322 Joint Status Report. The Plaintiffs shall file a single master complaint per Tranche on or before July 12, 2021. Defendants in each Tranche shall file a joint motion to dismiss on or before August 16, 2021. Plaintiffs' responses in opposition to Defendants' joint motions to dismiss shall be filed by September 7, 2021. Defendants' replies to Plaintiffs' responses shall be filed by September 21, 2021. (Motions due by 8/16/2021, Responses due by 9/7/2021, Replies due by 9/21/2021). Signed by Judge Cecilia M. Altonaga on 6/3/2021. *See attached document for full details.* (mc) (Entered: 06/03/2021) |
| 06/07/2021 | 324 | NOTICE of Attorney Appearance by John F. O'Sullivan on behalf of Citadel Enterprise Americas, LLC, Citadel Securities, LLC. Attorney John F. O'Sullivan added to party Citadel Enterprise Americas, LLC(pty:condft), Attorney John F. O'Sullivan added to party Citadel Securities, LLC(pty:condft). (O'Sullivan, John) (Entered: 06/07/2021) |
| 06/07/2021 | 325 | NOTICE of Attorney Appearance by Jason David Sternberg on behalf of Citadel Enterprise Americas, LLC, Citadel Securities, LLC. Attorney Jason David Sternberg added to party Citadel Enterprise Americas, LLC(pty:condft), Attorney Jason David Sternberg added to party Citadel Securities, LLC(pty:condft). (Sternberg, Jason) (Entered: 06/07/2021) |
| 06/08/2021 | 326 | TRANSCRIPT of the Status Conference held on 04/19/21, before Judge Cecilia M. Altonaga, 1-64 pages, Court Reporter: Stephanie McCarn, 305-523-5518 / Stephanie_McCarn@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/29/2021. Redacted Transcript Deadline set for 7/9/2021. Release of Transcript Restriction set for 9/7/2021. (smn) (Entered: 06/08/2021) |
| 06/23/2021 | 327 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Rachel Maimin (NEF sent to Attorney Admissions (ATTYADM)) (pes) (Entered: |

| 06/29/2021 | 328 | Joint MOTION for Protective Order by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A. Protective Order)(Furst, Rachel) (Entered: 06/29/2021) |
|---|---|---|
| 06/30/2021 | 329 | STIPULATED PROTECTIVE ORDER. The Joint Motion for Entry of Stipulated Protective Order (ECF No. 328 ) is GRANTED. Signed by Judge Cecilia M. Altonaga on 6/30/2021. *See attached document for full details.* (mc) (Entered: 07/01/2021) |
| 07/02/2021 | 330 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Thomas P. Cimino, Jr. (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 07/02/2021) |
| 07/02/2021 | 331 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Zachary J. Watters (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 07/02/2021) |
| 07/02/2021 | 332 | MOTION to Withdraw as Attorney by Thomas P. Cimino for / by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Responses due by 7/16/2021 (Cimino, Thomas) (Entered: 07/02/2021) |
| 07/02/2021 | 333 | MOTION to Withdraw as Attorney by Zachary J. Watters for / by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Responses due by 7/16/2021 (Watters, Zachary) (Entered: 07/02/2021) |
| 07/07/2021 | 334 | Unopposed MOTION for Extension of Time to file Master Complaints, Responsive Motions by Plaintiffs' Liaison Counsel. Responses due by 7/21/2021 (Furst, Rachel) (Entered: 07/07/2021) |
| 07/08/2021 | 335 | ORDER granting 334 Plaintiffs' Unopposed Motion for Extension of Time. The deadline for Plaintiffs to file master complaints is extended to July 26, 2021. Defendants' joint motions to dismiss are due on August 30, 2021. Plaintiffs' responses in opposition to Defendants' joint motions to dismiss are due on September 21, 2021. Defendants' replies to Plaintiffs responses are due on October 5, 2021. (Motions due by 8/30/2021. Responses due by 9/21/2021 Replies due by 10/5/2021). Signed by Chief Judge Cecilia M. Altonaga on 7/8/2021. *See attached document for full details.* (mc) (Entered: 07/08/2021) |
| 07/09/2021 | 336 | NOTICE of Change of Address, Email or Law Firm Name by John F. O'Sullivan (O'Sullivan, John) (Entered: 07/09/2021) |
| 07/09/2021 | 337 | NOTICE of Change of Address, Email or Law Firm Name by Jason David Sternberg (Sternberg, Jason) (Entered: 07/09/2021) |
| 07/09/2021 | 338 | CLERK'S NOTICE - Attorney Admissions has not updated address and/or email information for attorney Jason David Sternberg re 337 Notice of Change of Address, Email or Law Firm Name. Attorney Jason David Sternberg has not completed the required procedures for updating their information with the Court. After filing a Notice in all pending cases, Attorney is instructed to go to their PACER account, Manage My Account, to complete the process of updating their information. The Court is NOT responsible for updating secondary email addresses. See the Courts website for detailed instructions. www.flsd.uscourts.gov/updating-your-information (pt) (Entered: 07/09/2021) |
| 07/09/2021 | 339 | Joint MOTION for Entry of Order Re: Rule 502(D) & Priv. Materials by Plaintiffs' Liaison Counsel. (Attachments: # 1 Text of Proposed Order Proposed 502(d), Priv. Materials Order)(Furst, Rachel) (Entered: 07/09/2021) |
| 07/10/2021 | 340 | NOTICE by Plaintiffs' Liaison Counsel *of Filing Joint Proposed Order Re: ESI Protocol* |

| | | (Attachments: # 1 Exhibit Ex. A. ESI Protocol Stipulation)(Furst, Rachel) (Entered: 07/10/2021) |
|---|---|---|
| 07/13/2021 | 341 | STIPULATION ORDER REGARDING ESI PROTOCOL AND FORMAT OF PRODUCTIONS. Signed by Chief Judge Cecilia M. Altonaga on 7/13/2021. *See attached document for full details.* (mc) (Entered: 07/13/2021) |
| 07/13/2021 | 342 | STIPULATED RULE 502(D) AND PRIVILEGED MATERIALS ORDER. Signed by Chief Judge Cecilia M. Altonaga on 7/13/2021. *See attached document for full details.* (mc) (Entered: 07/13/2021) |
| 07/13/2021 | 343 | NOTICE of Voluntary Dismissal *without Prejudice* by Mark Milhouse (Rapp, Eve-Lynn) (Entered: 07/13/2021) |
| 07/14/2021 | 344 | ORDER granting 332 , 333 Motions to Withdraw Appearance. Attorneys Thomas P. Cimino, Jr., and Zachary J. Watters representing Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc. withdrawn from case. Signed by Chief Judge Cecilia M. Altonaga on 7/14/2021. *See attached document for full details.* (mc) (Entered: 07/14/2021) |
| 07/14/2021 | 345 | ORDER Dismissing Without Prejudice Defendants Robinhood Markets, Inc., Robinhood Financial LLC, and Robinhood Securities, LLC re 343 Plaintiff Mark Milhouse's Notice of Voluntary Dismissal. Signed by Chief Judge Cecilia M. Altonaga on 7/14/2021. Related Cases: 1:21-md-02989-CMA, 1:21-cv-21446-CMA. *See attached document for full details.* (mc) . (Entered: 07/14/2021) |
| 07/16/2021 | 346 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Andrew K. Garden (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 07/16/2021) |
| 07/16/2021 | 347 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Robert N. Feltoon (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 07/16/2021) |
| 07/16/2021 | 348 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Ana Jara (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 07/16/2021) |
| 07/16/2021 | 349 | MOTION to Withdraw as Attorney by Robert N. Feltoon for / by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Responses due by 7/30/2021 (Feltoon, Robert) (Entered: 07/16/2021) |
| 07/16/2021 | 350 | MOTION to Withdraw as Attorney by Andrew K. Garden for / by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Responses due by 7/30/2021 (Garden, Andrew) (Entered: 07/16/2021) |
| 07/16/2021 | 351 | ORDER granting 349 , 350 Motions to Withdraw Appearance. Attorneys Robert N. Feltoon, and Andrew Kabnick Garden representing Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc. withdrawn from case. Signed by Chief Judge Cecilia M. Altonaga on 7/16/2021. *See attached document for full details.* (mc) (Entered: 07/19/2021) |
| 07/20/2021 | 352 | MOTION to Withdraw as Attorney *& Substitution of Counsel* by Howard Gregory Baker for / by Alpaca Securities, LLC, Fumi Holdings, Inc., Webull Financial, LLC, eToro USA Securities, Inc.. Attorney Rachel Maimin added to party Alpaca Securities, LLC(pty:condft), Attorney Rachel Maimin added to party Fumi Holdings, Inc. (pty:condft), Attorney Rachel Maimin added to party Webull Financial, LLC(pty:condft), Attorney Rachel Maimin added to party eToro USA Securities, Inc.(pty:condft). Responses due by 8/3/2021 (Maimin, Rachel) (Entered: 07/20/2021) |

| 07/20/2021 | 353 | NOTICE of Attorney Appearance by Ana Jara on behalf of Alpaca Securities, LLC, Fumi Holdings, Inc., Webull Financial, LLC, eToro USA Securities, Inc.. Attorney Ana Jara added to party Alpaca Securities, LLC(pty:condft), Attorney Ana Jara added to party Fumi Holdings, Inc.(pty:condft), Attorney Ana Jara added to party Webull Financial, LLC(pty:condft), Attorney Ana Jara added to party eToro USA Securities, Inc. (pty:condft). (Jara, Ana) (Entered: 07/20/2021) |
|---|---|---|
| 07/21/2021 | 354 | ORDER granting 352 Attorney Howard Gregory Baker's Motion to Withdraw and Substitution of Counsel. Signed by Chief Judge Cecilia M. Altonaga on 7/21/2021. *See attached document for full details.* (wc) (Entered: 07/21/2021) |
| 07/21/2021 | | Attorney H. Gregory Howard representing Webull Financial, LLC (Consol Defendant), eToro USA Securities, Inc. (Consol Defendant), Fumi Holdings, Inc. (Consol Defendant), and Alpaca Securities, LLC (Consol Defendant) terminated per DE 354 Order. (mc) (Entered: 07/21/2021) |
| 07/23/2021 | 355 | CONDITIONAL TRANSFER ORDER (CTO-4) transferring case to the Southern District of Florida re: MDL 2989 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to the Honorable Cecilia M. Altonaga. (Signed by John W. Nichols, Clerk of the Panel). (mc) (Entered: 07/23/2021) |
| 07/23/2021 | 356 | MDL Transmittal Letter Requesting Case from the Central District of California Case Number 8:21-01202 Justina Carrasco v. Robinhood Financial LLC et al with enclosed copy of the 355 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 07/23/2021) |
| 07/26/2021 | 357 | Unopposed MOTION to Seal per Local Rule 5.4 by Plaintiffs' Lead Counsel-Antitrust Tranche, Plaintiffs' Lead Counsel-Other Broker Tranche, Plaintiffs' Lead Counsel-Robinhood Tranche, Plaintiffs' Liaison Counsel. (Furst, Rachel) (Entered: 07/26/2021) |
| 07/27/2021 | 358 | MDL AMENDED COMPLAINT *(ANTITRUST)* against Ally Financial Inc., Alpaca Securities, LLC, Apex Clearing Corporation, Citadel Securities, LLC, Dough LLC, ETrade Financial Holdings, LLC, ETrade Securities LLC, Interactive Brokers, LLC, Open to the Public Investing, Inc., Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC, Stash Financial, Inc., Tastyworks, Inc., Webull Financial, LLC, SoFi Securities LLC, PEAK6 Investments LLC, Electronic Transaction Clearing, Inc., filed by Plaintiffs' Lead Counsel-Antitrust Tranche.(Furst, Rachel) (Entered: 07/27/2021) |
| 07/27/2021 | 359 | MDL AMENDED COMPLAINT *(Robinhood and Other Broker)* against Apex Clearing Corporation, Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC, filed by Plaintiffs' Lead Counsel-Other Broker Tranche, Plaintiffs' Lead Counsel-Robinhood Tranche.(Furst, Rachel) (Entered: 07/27/2021) |
| 07/27/2021 | 360 | MDL Transfer In Case Receipt from Central District of California. Case Number 8:21-cv-01202 with documents 1-38. Assigned FLSD Case Number 1:21-cv-22702-CMA Justina Carrasco v. Robinhood Financial LLC et al on 7/27/21. Re: FLSD MDL Case Number 1:21-md-02989-CMA pursuant to Conditional Transfer Order 4. (mc) (Entered: 07/27/2021) |
| 07/27/2021 | 361 | ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE-OUT. Signed by Chief Judge Cecilia M. Altonaga on 7/27/2021. *See attached document for full details.* (mc) (Entered: 07/27/2021) |
| 07/27/2021 | 362 | ORDER denying 357 Plaintiffs' Unopposed Motion for Leave to File Under Seal. This Order does not otherwise modify the Stipulated Protective Order (ECF No. 329 ). Signed |

| | | by Chief Judge Cecilia M. Altonaga on 7/27/2021. *See attached document for full details.* (mc) (Entered: 07/27/2021) |
|---|---|---|
| 07/27/2021 | 363 | NOTICE of Filing Proposed Summons(es) by Plaintiffs' Lead Counsel-Antitrust Tranche re 358 MDL Amended Complaint,, filed by Plaintiffs' Lead Counsel-Antitrust Tranche (Furst, Rachel) (Entered: 07/27/2021) |
| 07/27/2021 | 364 | Summons Issued as to Electronic Transaction Clearing, Inc., PEAK6 Investments LLC, SoFi Securities LLC. (mc) (Entered: 07/27/2021) |
| 07/27/2021 | 365 | MOTION to Appoint Lead Plaintiff Abe Kurdi and Teodoro Russell Pueyrredon by Abe Kurdi, Teodoro Russell Pueyrredon. Attorney Sarah Nicole Westcot added to party Abe Kurdi(pty:conpla), Attorney Sarah Nicole Westcot added to party Teodoro Russell Pueyrredon(pty:conpla). Responses due by 8/10/2021 (Attachments: # 1 Declaration of Sarah N. Westcot, # 2 Exhibit A - PSLRA Certifications, # 3 Exhibit B - Kwon Order, # 4 Exhibit C - Bursor & Fisher, P.A. Resume, # 5 Exhibit D - Zicam Order)(Westcot, Sarah) (Entered: 07/27/2021) |
| 07/27/2021 | 366 | MOTION to Appoint Lead Plaintiff Blue Laine-Beveridge ( Responses due by 8/10/2021), MOTION to Appoint Lead Counsel The Rosen Law Firm, P.A. by Blue Laine-Beveridge. Attorney Laurence Matthew Rosen added to party Blue Laine-Beveridge(pty:mov). (Attachments: # 1 Declaration of Laurence M. Rosen in Support of the Motion of Blue Laine-Beveridge, # 2 Exhibit 1 - PSLRA Notice, # 3 Exhibit 2 - PSLRA Certification, # 4 Exhibit 3 - Loss Chart, # 5 Exhibit 4 - Firm Resume, # 6 Text of Proposed Order)(Rosen, Laurence) (Entered: 07/27/2021) |
| 07/28/2021 | 367 | MDL Tag-Along Case Receipt from Southern District of Florida. Case Number 1:21-cv-21458-CMA D'agostino et al v. Ally Financial Inc. et al with documents 1-19. Re: FLSD MDL Case Number 1:21-md-02989-CMA (mc) (Entered: 07/28/2021) |
| 07/28/2021 | 368 | ORDER on Motion of Movants Abe Kurdi and Teodoro Russell Pueyrredon (ECF No. 365 ) and the Motion of Movant Blue Laine-Beveridge to: (1) Appoint Lead Plaintiff; and (2) Approve Selection of Lead Counsel (ECF No. 366 ). Pursuant to Local Rule 7.1(c)(1), any responses in opposition to those motions shall be filed on or before August 10, 2021, and replies are due on or before August 17, 2021. (Responses due by 8/10/2021, Replies due by 8/17/2021). Signed by Chief Judge Cecilia M. Altonaga on 7/28/2021. *See attached document for full details.* (mc) (Entered: 07/28/2021) |
| 07/28/2021 | 369 | ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE-OUT. Signed by Chief Judge Cecilia M. Altonaga on 7/28/2021. *See attached document for full details.* (mc) (Entered: 07/28/2021) |
| 08/05/2021 | 370 | **FIRST** Clerk's Notice of Undeliverable Mail re 329 Order on Motion for Protective/Confidentiality Order. US Mail returned for: Larry Cherry. ***Updated address found and document resent to new address.*** (mc) (Entered: 08/05/2021) |
| 08/06/2021 | 371 | NOTICE of Attorney Appearance by Michael P Matthews on behalf of SoFi Securities LLC. Attorney Michael P Matthews added to party SoFi Securities LLC(pty:dft). (Matthews, Michael) (Entered: 08/06/2021) |
| 08/06/2021 | 372 | ACKNOWLEDGMENT OF SERVICE *Proof of Service on Electronic Transaction Clearing, Inc.* filed by Plaintiffs' Lead Counsel-Antitrust Tranche. (Saveri, Joseph) (Entered: 08/06/2021) |
| 08/06/2021 | 373 | ACKNOWLEDGMENT OF SERVICE *Proof of Service on Peak6 Investments LLC* filed by Plaintiffs' Lead Counsel-Antitrust Tranche. (Saveri, Joseph) (Entered: 08/06/2021) |
| 08/06/2021 | 374 | ACKNOWLEDGMENT OF SERVICE *Proof of Service on SoFi Securities LLC* filed by Plaintiffs' Lead Counsel-Antitrust Tranche. (Saveri, Joseph) (Entered: 08/06/2021) |

| 08/10/2021 | 375 | TRANSFER ORDER (TO-Dated 8/10/2021) transferring case to the Southern District of Florida re: MDL 2989 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to the Honorable Cecilia M. Altonaga. (Signed by Karen K. Caldwell, Chair). (mc) (Entered: 08/10/2021) |
|---|---|---|
| 08/10/2021 | 376 | MDL Transmittal Letter Requesting Case from the Central District of California Case Number 2:21-02230 Thompson v. Robinhood Financial LLC with enclosed copy of the 375 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 08/10/2021) |
| 08/10/2021 | 377 | RESPONSE in Opposition re 366 MOTION to Appoint Lead Plaintiff Blue Laine-Beveridge MOTION to Appoint Lead Counsel The Rosen Law Firm, P.A. filed by Abe Kurdi, Teodoro Russell Pueyrredon. Replies due by 8/17/2021. (Westcot, Sarah) (Entered: 08/10/2021) |
| 08/10/2021 | 378 | RESPONSE in Opposition re 365 MOTION to Appoint Lead Plaintiff Abe Kurdi and Teodoro Russell Pueyrredon filed by Blue Laine-Beveridge. Replies due by 8/17/2021. (Rosen, Laurence) (Entered: 08/10/2021) |
| 08/12/2021 | 379 | NOTICE of Voluntary Dismissal *(Stash Financial, Inc.)* by Plaintiffs' Lead Counsel-Antitrust Tranche, Plaintiffs' Liaison Counsel (Furst, Rachel) (Entered: 08/12/2021) |
| 08/13/2021 | 380 | ORDER dismissing without prejudice Defendant Stash Financial, Inc. re 379 Antitrust Tranche Plaintiffs' Notice of Voluntary Dismissal. Signed by Chief Judge Cecilia M. Altonaga on 8/13/2021. This Document Relates to: All Antitrust Actions. *See attached document for full details.* (mc) (Entered: 08/13/2021) |
| 08/14/2021 | 381 | Joint MOTION to Enter Joint Addendum re 341 Stipulation and Order *Re: ESI Protocol and Format of Production* by Plaintiffs' Lead Counsel-Antitrust Tranche, Plaintiffs' Lead Counsel-Other Broker Tranche, Plaintiffs' Lead Counsel-Robinhood Tranche, Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A. Addendum to ESI Protocol)(Furst, Rachel) (Entered: 08/14/2021) |
| 08/16/2021 | 382 | JOINT ADDENDUM TO STIPULATED ORDER REGARDING ESI PROTOCOL AND FORMAT OF PRODUCTIONS re 341 Stipulated Order Regarding ESI Protocol and Format of Productions. Signed by Chief Judge Cecilia M. Altonaga on 8/16/2021. *See attached document for full details.* (mc) (Entered: 08/16/2021) |
| 08/16/2021 | 383 | NOTICE of Attorney Appearance by Ana Romes on behalf of SoFi Securities LLC. Attorney Ana Romes added to party SoFi Securities LLC(pty:dft). (Romes, Ana) (Entered: 08/16/2021) |
| 08/17/2021 | 384 | Plaintiff's MOTION for Discovery *Lifting the Discovery Stay for Limited Purpose* by Plaintiffs' Lead Counsel-Antitrust Tranche, Plaintiffs' Lead Counsel-Other Broker Tranche, Plaintiffs' Lead Counsel-Robinhood Tranche, Plaintiffs' Liaison Counsel. Responses due by 8/31/2021 (Attachments: # 1 Text of Proposed Order)(Furst, Rachel) (Entered: 08/17/2021) |
| 08/17/2021 | 385 | REPLY to Response to Motion re 365 MOTION to Appoint Lead Plaintiff Abe Kurdi and Teodoro Russell Pueyrredon filed by Abe Kurdi, Teodoro Russell Pueyrredon. (Westcot, Sarah) (Entered: 08/17/2021) |
| 08/17/2021 | 386 | REPLY to Response to Motion re 366 MOTION to Appoint Lead Plaintiff Blue Laine-Beveridge MOTION to Appoint Lead Counsel The Rosen Law Firm, P.A. filed by Blue Laine-Beveridge. (Rosen, Laurence) (Entered: 08/17/2021) |
| 08/18/2021 | 387 | ORDER granting 384 Plaintiffs' Motion and Memorandum of Law in Support of an Order to Lift the Discovery Stay for Limited Purpose. The stay of discovery in the non- |

| | | |
|---|---|---|
| | | federal securities actions is lifted for the limited purpose of allowing Plaintiffs to issue DTCC a Rule 45 subpoena commanding the production of records within the scope of the Court's June 3, 2021 Order [323](#) . Signed by Chief Judge Cecilia M. Altonaga on 8/17/2021. *See attached document for full details.* (wc) (Entered: 08/18/2021) |
| 08/23/2021 | [388](#) | Corrected MDL AMENDED COMPLAINT *Corrected Consolidated Class Action Complaint* against Ally Financial Inc., Alpaca Securities, LLC, Apex Clearing Corporation, Citadel Securities, LLC, Dough LLC, ETrade Financial Holdings, LLC, ETrade Securities LLC, Electronic Transaction Clearing, Inc., Interactive Brokers Corp, Open to the Public Investing, Inc., PEAK6 Investments LLC, Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC, SoFi Securities LLC, Stash Financial, Inc., Tastyworks, Inc., Webull Financial, LLC, filed by Plaintiffs' Lead Counsel-Antitrust Tranche.(Saveri, Joseph) (Entered: 08/23/2021) |
| 08/23/2021 | 389 | MDL Transfer In Case Receipt from Central District of California. Case Number 2:21-cv-02230 with documents 1-36. Assigned FLSD Case Number 1:21-cv-23026-CMA Taylor Thompson v. Robinhood Financial LLC on 8/20/2021. Re: FLSD MDL Case Number 1:21-md-02989-CMA (mc) (Entered: 08/24/2021) |
| 08/24/2021 | [390](#) | NOTICE of Voluntary Dismissal *as to Open to the Public Investing, Inc.* by Plaintiffs' Lead Counsel-Antitrust Tranche, Plaintiffs' Liaison Counsel (Furst, Rachel) (Entered: 08/24/2021) |
| 08/24/2021 | [391](#) | NOTICE of Voluntary Dismissal *as to Ally Financial, Inc.* by Plaintiffs' Lead Counsel-Antitrust Tranche, Plaintiffs' Liaison Counsel (Furst, Rachel) (Entered: 08/24/2021) |
| 08/24/2021 | [392](#) | NOTICE of Voluntary Dismissal *as to Alpaca Securities LLC* by Plaintiffs' Lead Counsel-Antitrust Tranche, Plaintiffs' Liaison Counsel (Furst, Rachel) (Entered: 08/24/2021) |
| 08/24/2021 | [393](#) | NOTICE of Voluntary Dismissal *as to Dough LLC* by Plaintiffs' Lead Counsel-Antitrust Tranche, Plaintiffs' Liaison Counsel (Furst, Rachel) (Entered: 08/24/2021) |
| 08/24/2021 | [394](#) | NOTICE of Voluntary Dismissal *as to tastyworks, Inc.* by Plaintiffs' Lead Counsel-Antitrust Tranche, Plaintiffs' Liaison Counsel (Furst, Rachel) (Entered: 08/24/2021) |
| 08/24/2021 | [395](#) | NOTICE of Voluntary Dismissal *as to Webull Financial LLC* by Plaintiffs' Lead Counsel-Antitrust Tranche, Plaintiffs' Liaison Counsel (Furst, Rachel) (Entered: 08/24/2021) |
| 08/24/2021 | [396](#) | ORDER Dismissing Without Prejudice Defendant, Open to the Public Investing, Inc. re [390](#) Antitrust Tranche Plaintiffs' Notice of Voluntary Dismissal. Signed by Chief Judge Cecilia M. Altonaga on 8/24/2021. *See attached document for full details.* (mc) (Entered: 08/24/2021) |
| 08/24/2021 | [397](#) | ORDER Dismissing Without Prejudice Defendant, Ally Financial Inc. re [391](#) Antitrust Tranche Plaintiffs' Notice of Voluntary Dismissal. Signed by Chief Judge Cecilia M. Altonaga on 8/24/2021. *See attached document for full details.* (mc) (Entered: 08/24/2021) |
| 08/24/2021 | [398](#) | ORDER Dismissing Without Prejudice Defendant, Alpaca Securities, LLC re [392](#) Antitrust Tranche Plaintiffs' Notice of Voluntary Dismissal. Signed by Chief Judge Cecilia M. Altonaga on 8/24/2021. *See attached document for full details.* (mc) (Entered: 08/24/2021) |
| 08/24/2021 | [399](#) | ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE-OUT. Signed by Chief Judge Cecilia M. Altonaga on 8/24/2021. *See attached document for full details.* (mc) (Entered: 08/24/2021) |
| 08/25/2021 | [400](#) | ORDER Dismissing Without Prejudice Defendant, Dough LLC re [393](#) Antitrust Tranche |

| | | Plaintiffs' Notice of Voluntary Dismissal. Signed by Chief Judge Cecilia M. Altonaga on 8/25/2021. *See attached document for full details.* (mc) (Entered: 08/25/2021) |
|---|---|---|
| 08/25/2021 | [401](#) | ORDER Dismissing Without Prejudice Defendant, Tastyworks, Inc. re [394](#) Antitrust Tranche Plaintiffs' Notice of Voluntary Dismissal. Signed by Chief Judge Cecilia M. Altonaga on 8/25/2021. *See attached document for full details.* (mc) (Entered: 08/25/2021) |
| 08/25/2021 | [402](#) | ORDER Dismissing Without Prejudice Defendant, Webull Financial, LLC re [395](#) Antitrust Tranche Plaintiffs' Notice of Voluntary Dismissal. Signed by Chief Judge Cecilia M. Altonaga on 8/25/2021. *See attached document for full details.* (mc) (Entered: 08/25/2021) |
| 08/27/2021 | [403](#) | NOTICE of Voluntary Dismissal *as to SoFi Securities LLC* by Plaintiffs' Lead Counsel-Antitrust Tranche, Plaintiffs' Liaison Counsel (Furst, Rachel) (Entered: 08/27/2021) |
| 08/30/2021 | [404](#) | ORDER Dismissing Without Prejudice Defendant, SoFi Securities LLC re [403](#) Antitrust Tranche Plaintiffs' Notice of Voluntary Dismissal. Signed by Chief Judge Cecilia M. Altonaga on 8/30/2021. *See attached document for full details.* (mc) (Entered: 08/30/2021) |
| 08/30/2021 | [405](#) | MOTION to Dismiss with Prejudice [359](#) MDL Amended Complaint, by Apex Clearing Corporation. Responses due by 9/13/2021 (Attachments: # [1](#) Declaration of Jack E. Pace III in Support of Motion to Dismiss, # [2](#) Exhibit 1 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # [3](#) Exhibit 2 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # [4](#) Exhibit 3 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # [5](#) Exhibit 4 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # [6](#) Exhibit 5 to Declaration of Jack E. Pace III in Support of Motion to Dismiss)(Pace, Jack) (Entered: 08/30/2021) |
| 08/30/2021 | [406](#) | Defendant's MOTION TO DISMISS [359](#) MDL Amended Complaint, FOR FAILURE TO STATE A CLAIM *pertaining to the Robinhood Tranche* by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Responses due by 9/13/2021 (Attachments: # [1](#) Exhibit Robinhood Financial LLC and Robinhood Securities LLC Customer Agreement)(Danon, Samuel) (Entered: 08/30/2021) |
| 08/30/2021 | [407](#) | Defendant's MOTION TO DISMISS [388](#) MDL Amended Complaint,, FOR FAILURE TO STATE A CLAIM *pertaining to the Antitrust Tranche* by Apex Clearing Corporation, Citadel Securities, LLC, ETrade Financial Holdings, LLC, ETrade Securities LLC, Electronic Transaction Clearing, Inc., Interactive Brokers, LLC, PEAK6 Investments LLC, Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Responses due by 9/13/2021 (Danon, Samuel) (Entered: 08/30/2021) |
| 08/30/2021 | [408](#) | Corrected MOTION TO DISMISS [388](#) MDL Amended Complaint,, FOR FAILURE TO STATE A CLAIM *pertaining to the Antitrust Tranche* by Apex Clearing Corporation, Citadel Securities, LLC, ETrade Financial Holdings, LLC, ETrade Securities LLC, Electronic Transaction Clearing, Inc., Interactive Brokers, LLC, PEAK6 Investments LLC, Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Responses due by 9/13/2021 (Danon, Samuel) (Entered: 08/30/2021) |
| 09/21/2021 | [409](#) | First MDL AMENDED COMPLAINT *Consolidated Class Action Complaint* against Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC, filed by Plaintiffs' Liaison Counsel, Plaintiffs' Lead Counsel-Robinhood Tranche. (Attachments: # [1](#) Exhibit A. RH Customer Agreement, # [2](#) Exhibit B. Customer Relationship Summary)(Furst, Rachel) (Entered: 09/21/2021) |
| 09/21/2021 | [410](#) | Amended MDL AMENDED COMPLAINT *Consolidated Class Action Complaint as to Other Broker Tranche* against Apex Clearing Corporation, filed by Plaintiffs' Lead |

Counsel-Other Broker Tranche, Plaintiffs' Liaison Counsel (Furst, Rachel) (Entered: 09/21/2021)

| 09/21/2021 | 411 | (STRICKEN per DE 415 ) Corrected MDL AMENDED COMPLAINT *Corrected Consolidated Class Action Complaint (Partially Redacted)* against Ally Financial Inc., Alpaca Securities, LLC, Apex Clearing Corporation, Citadel Securities, LLC, Dough LLC, ETrade Financial Holdings, LLC, ETrade Securities LLC, Electronic Transaction Clearing, Inc., Interactive Brokers, LLC, Open to the Public Investing, Inc., PEAK6 Investments LLC, Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC, SoFi Securities LLC, Tastyworks, Inc., Webull Financial, LLC, filed by Plaintiffs' Lead Counsel-Antitrust Tranche.(Saveri, Joseph) Modified text on 9/23/2021 (mc). (Entered: 09/21/2021) |
|---|---|---|
| 09/21/2021 | 412 | ORDER SETTING STATUS CONFERENCE: Status Conference set for 9/23/2021 at 8:30 AM in Miami Division before Chief Judge Cecilia M. Altonaga. The parties should be prepared to discuss case management and scheduling issues, particularly with respect to Plaintiffs' recently-filed Amended Consolidated Class Action Complaints 409 , 410 . Signed by Chief Judge Cecilia M. Altonaga on 9/21/2021. *See attached document for full details.* (wc) (Entered: 09/21/2021) |
| 09/21/2021 | 413 | RESPONSE to Motion re 408 Corrected MOTION TO DISMISS 388 MDL Amended Complaint,, FOR FAILURE TO STATE A CLAIM *pertaining to the Antitrust Tranche Antitrust Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint* filed by Plaintiffs' Lead Counsel-Antitrust Tranche. Replies due by 9/28/2021. (Saveri, Joseph) (Entered: 09/21/2021) |
| 09/22/2021 | 414 | PAPERLESS NOTICE re 412 Order Setting Status Conference for Thursday, September 23, 2021 at 8:30 a.m. before Chief Judge Cecilia M. Altonaga.<br><br>Please note the Zoom login information below:<br><br>https://www.zoomgov.com/j/1607698333?pwd=L1ozS25LK2hScHVDMHV3YVZ6a0RPdz09<br><br>Meeting ID: 160 769 8333<br><br>Passcode: 161498<br><br>(wc) (Entered: 09/22/2021) |
| 09/22/2021 | 415 | NOTICE of Striking 411 MDL Amended Complaint,, filed by Plaintiffs' Lead Counsel-Antitrust Tranche by Plaintiffs' Lead Counsel-Antitrust Tranche (Saveri, Joseph) (Entered: 09/22/2021) |
| 09/22/2021 | 416 | Corrected MDL AMENDED COMPLAINT *Corrected Consolidated Class Action Complaint (Partially Unredacted)* against Ally Financial Inc., Alpaca Securities, LLC, Apex Clearing Corporation, Citadel Securities, LLC, Dough LLC, ETrade Financial Holdings, LLC, ETrade Securities LLC, Electronic Transaction Clearing, Inc., Interactive Brokers Corp, Open to the Public Investing, Inc., PEAK6 Investments LLC, Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC, SoFi Securities LLC, Tastyworks, Inc., Webull Financial, LLC, filed by Plaintiffs' Lead Counsel-Antitrust Tranche.(Saveri, Joseph) (Entered: 09/22/2021) |
| 09/23/2021 | 417 | PAPERLESS Minute Entry for proceedings held before Chief Judge Cecilia M. Altonaga: Status Conference held on 9/23/2021. Total time in court: 0 hour(s) : 10 minutes. Attorney Appearance(s): Natalia Maria Salas, Peter G.A. Safirstein, Kevin J. Orsini, Court Reporter: Stephanie McCarn, 305-523-5518 / |

| | | Stephanie_McCann@flsd.uscourts.gov. With respect to the Robinhood and Other Broker Tranches: Motions to Dismiss due 10/15/21; Responses due 11/5/21; Replies due 11/19/21. Defendants' request for an additional 10 pages of briefing is granted. With respect to the Antitrust Tranche, the Reply remains due 10/5/21. A post-hearing order will follow. (edr) (Entered: 09/23/2021) |
|---|---|---|
| 09/23/2021 | 418 | ORDER denying as moot 405 Defendant Apex Clearing Corporation's Rule 12 Motion to Dismiss Plaintiffs' Consolidated Robinhood and Other Broker Tranche Class Action Complaint; denying as moot 406 Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC's Motion to Dismiss the Robinhood Tranche Complaint. Defendants in each Tranche shall file a joint motion to dismiss on or before October 15, 2021; the two motions shall be no more than 50 pages each. Signed by Chief Judge Cecilia M. Altonaga on 9/23/2021. *See attached document for full details.* (wc) (Entered: 09/23/2021) |
| 10/05/2021 | 419 | Defendant's REPLY to 413 Response to Motion, 408 Corrected MOTION TO DISMISS 388 MDL Amended Complaint,, FOR FAILURE TO STATE A CLAIM *pertaining to the Antitrust Tranche* by Apex Clearing Corporation, Citadel Securities, LLC, ETrade Financial Holdings, LLC, ETrade Securities LLC, Electronic Transaction Clearing, Inc., Interactive Brokers, LLC, PEAK6 Investments LLC, Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Danon, Samuel) (Entered: 10/05/2021) |
| 10/14/2021 | 420 | ORDER denying 365 MOTION to Appoint Lead Plaintiff ; granting 366 MOTION to Appoint Lead Plaintiff ; granting 366 MOTION to Appoint Lead Counsel Rosen Law Firm. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B), Blue Laine-Beveridge is appointed to serve as Lead Plaintiff in this action, and the Rosen Law Firm is approved as Lead Counsel. To better manage the orderly progress of the case, it is ORDERED that Lead Counsel in the federal securities actions shall confer and file a joint status report on or before October 22, 2021, proposing procedural and/or other next steps the Court should take to ensure the just and efficient disposition of the federal securities cases in this MDL. Signed by Chief Judge Cecilia M. Altonaga on 10/14/2021. *See attached document for full details.* (pes) (Entered: 10/15/2021) |
| 10/15/2021 | 421 | Defendant's MOTION TO DISMISS 409 MDL Amended Complaint, FOR FAILURE TO STATE A CLAIM *pertaining to the Robinhood Tranche* by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Responses due by 10/29/2021 (Danon, Samuel) (Entered: 10/15/2021) |
| 10/15/2021 | 422 | MOTION to Dismiss with Prejudice 410 MDL Amended Complaint by Apex Clearing Corporation. Responses due by 10/29/2021 (Attachments: # 1 Declaration of Jack E. Pace III in Support of Apex Motion to Dismiss the Amended Other Broker Tranche Complaint Pursuant to Rules 12(B)(1) and 12(B)(6), # 2 Exhibit 1 to Declaration of Jack E. Pace in Support of Motion to Dismiss, # 3 Exhibit 2 to Declaration of Jack E. Pace in Support of Motion to Dismiss, # 4 Exhibit 3 to Declaration of Jack E. Pace in Support of Motion to Dismiss, # 5 Exhibit 4 to Declaration of Jack E. Pace in Support of Motion to Dismiss, # 6 Exhibit 5 to Declaration of Jack E. Pace in Support of Motion to Dismiss, # 7 Exhibit 6 to Declaration of Jack E. Pace in Support of Motion to Dismiss, # 8 Exhibit 7 to Declaration of Jack E. Pace in Support of Motion to Dismiss)(Pace, Jack) (Entered: 10/15/2021) |
| 10/21/2021 | 423 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Rebecca A. Peterson (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 10/21/2021) |
| 10/21/2021 | 424 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Robin Bronzaft Howald (NEF sent to Attorney Admissions (ATTYADM)) (mc) |

Modified to correct last name on 10/28/2021. (mc). (Entered: 10/27/2021)

| | | |
|---|---|---|
| 10/21/2021 | 425 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Robert K. Shelquist (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 10/21/2021) |
| 10/22/2021 | 426 | MOTION to Withdraw as Attorney by Janet Jones-Duffey for / by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC. Responses due by 11/5/2021 (Attachments: # 1 Text of Proposed Order) (Homer, Peter) (Entered: 10/22/2021) |
| 10/22/2021 | 427 | ORDER granting 426 Motion to Withdraw Appearance. Attorney Janet Jones-Duffey representing E Trade Financial Corp (Consol Defendant), ETrade Financial Holdings, LLC (Consol Defendant), Morgan Stanley Smith Barney LLC (Consol Defendant), and ETrade Securities LLC (Consol Defendant) withdrawn from case. Signed by Chief Judge Cecilia M. Altonaga on 10/22/2021. *See attached document for full details.* (mc) (Entered: 10/22/2021) |
| 10/22/2021 | 428 | STATUS REPORT *(Joint Status Report and Proposed Scheduling Order)* by Blue Laine-Beveridge (Rosen, Laurence) (Entered: 10/22/2021) |
| 10/22/2021 | 429 | Notice of Supplemental Authority re 413 Response to Motion, *Antitrust Plaintiffs' Notice of Supplemental Authority in Support of Opposition to Defendants' Motion to Dismiss the Complaint* by Plaintiffs' Lead Counsel-Antitrust Tranche (Attachments: # 1 Exhibit A) (Saveri, Joseph) (Entered: 10/22/2021) |
| 10/25/2021 | 431 | ORDER re 428 Joint Status Report. The Lead Plaintiff shall file a master complaint on or before November 30, 2021. Defendants shall file responses to the Lead Plaintiff's master complaint on or before January 7, 2022. If Defendants file a motion to dismiss, the Lead Plaintiff's response in opposition shall be filed by January 28, 2022. Defendants' reply to Lead Plaintiff's response shall be filed by February 11, 2022. A protective order governing confidential information and materials shall be filed by November 23, 2021. Signed by Chief Judge Cecilia M. Altonaga on 10/25/2021. *See attached document for full details.* (mc) (Entered: 10/26/2021) |
| 10/26/2021 | 430 | Notice of Supplemental Authority re 408 Corrected MOTION TO DISMISS 388 MDL Amended Complaint,, FOR FAILURE TO STATE A CLAIM *pertaining to the Antitrust Tranche Defendant Citadel Securities LLC's Notice of Supplemental Authority in Support of Defendants' Motion to Dismiss the Antitrust Tranche Complaint* by Citadel Securities, LLC (Attachments: # 1 Exhibit A - SEC Report) (O'Sullivan, John) (Entered: 10/26/2021) |
| 10/26/2021 | 432 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Alexander N. Loftus (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 10/26/2021) |
| 11/04/2021 | 433 | MOTION to Strike 430 Notice of Supplemental Authority, *Antitrust Plaintiffs' Motion to Strike Defendant Citadel Securities LLC's Notice of Supplemental Authority in Support of Defendants' Motion to Dismiss the Antitrust Tranche Complaint* by Plaintiffs' Lead Counsel-Antitrust Tranche. Responses due by 11/18/2021 (Saveri, Joseph) (Entered: 11/04/2021) |
| 11/05/2021 | 434 | ORDER denying 433 Motion to Strike 430 Notice of Supplemental Authority, *Antitrust Plaintiffs' Motion to Strike Defendant Citadel Securities LLC's Notice of Supplemental Authority in Support of Defendants' Motion to Dismiss the Antitrust Tranch. Signed by Chief Judge Cecilia M. Altonaga on 11/5/2021. See attached document for full details.* (ps1) (Entered: 11/05/2021) |

| 11/05/2021 | 435 | RESPONSE in Opposition re 422 MOTION to Dismiss with Prejudice 410 MDL Amended Complaint filed by Plaintiffs' Lead Counsel-Other Broker Tranche, Plaintiffs' Liaison Counsel. Replies due by 11/12/2021. (Attachments: # 1 Appendix Declaration, # 2 Exhibit Decl. Ex. 1, # 3 Exhibit Decl. Ex. 2, # 4 Exhibit Decl. Ex. 3, # 5 Exhibit Decl. Ex. 4)(Furst, Rachel) (Entered: 11/05/2021) |
| 11/05/2021 | 436 | RESPONSE in Opposition re 421 Defendant's MOTION TO DISMISS 409 MDL Amended Complaint, FOR FAILURE TO STATE A CLAIM *pertaining to the Robinhood Tranche* filed by Plaintiffs' Lead Counsel-Robinhood Tranche, Plaintiffs' Liaison Counsel. Replies due by 11/12/2021. (Furst, Rachel) (Entered: 11/05/2021) |
| 11/12/2021 | 437 | MOTION to Strike 430 Notice of Supplemental Authority, *Antitrust Plaintiffs' Motion to Strike Defendant Citadel Securities LLC's Notice of Supplemental Authority in Support of Defendants' Motion to Dismiss the Antitrust Tranche Complaint* by Plaintiffs' Lead Counsel-Antitrust Tranche. Responses due by 11/29/2021 (Saveri, Joseph) (Entered: 11/12/2021) |
| 11/17/2021 | 438 | ORDER denying 408 Defendants' Motion to Dismiss the Antitrust Tranche Complaint. The 416 MDL Amended Complaint is dismissed without prejudice. Plaintiffs have until 12/20/2021 to file their final amended complaint in the Antitrust Tranche of this Multidistrict Litigation. Denying as moot 437 Motion to Strike Defendant Citadel Securities LLC's Notice of Supplemental Authority. Signed by Chief Judge Cecilia M. Altonaga on 11/17/2021. *See attached document for full details.* (ps1) (Entered: 11/17/2021) |
| 11/19/2021 | 439 | REPLY in Support re 421 Defendant's MOTION TO DISMISS 409 MDL Amended Complaint, FOR FAILURE TO STATE A CLAIM *pertaining to the Robinhood Tranche* filed by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Danon, Samuel) Modified title text on 11/22/2021 (mc). (Entered: 11/19/2021) |
| 11/19/2021 | 440 | REPLY in Support re 422 MOTION to Dismiss with Prejudice 410 MDL Amended Complaint */Defendant Apex Clearing Corporation's Reply in Support of its Rule 12 Motion to Dismiss Plaintiffs' Amended Consolidated Other Broker Tranche Class Action Complaint* filed by Apex Clearing Corporation. (Attachments: # 1 Affidavit /Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 2 Exhibit 8 - SPAC's, GameStop and cyrpto Q&A with Apex, # 3 Exhibit 9 - French v. Bache Halsey USCFTC)(Pace, Jack) Modified title text on 11/22/2021 (mc). (Entered: 11/19/2021) |
| 11/23/2021 | 441 | STIPULATION *re ESI Protocol and Format of Productions* by Blue Laine-Beveridge (Rosen, Laurence) (Entered: 11/23/2021) |
| 11/23/2021 | 442 | STIPULATION *re Rule 502(d) and Privileged Materials Order* by Blue Laine-Beveridge (Rosen, Laurence) (Entered: 11/23/2021) |
| 11/23/2021 | 443 | STIPULATION *re Protective Order* by Blue Laine-Beveridge (Rosen, Laurence) (Entered: 11/23/2021) |
| 11/29/2021 | 444 | Unopposed MOTION for Extension of Time to file amended complaint in Antitrust Tranche by Plaintiffs' Lead Counsel-Antitrust Tranche, Plaintiffs' Liaison Counsel. Responses due by 12/13/2021 (Attachments: # 1 Text of Proposed Order)(Furst, Rachel) (Entered: 11/29/2021) |
| 11/30/2021 | 445 | ORDER granting 444 Motion for Extension of Time. Amended Complaint due by 1/20/2022. Signed by Chief Judge Cecilia M. Altonaga on 11/30/2021. *See attached document for full details.* (ps1) (Entered: 11/30/2021) |
| 11/30/2021 | 446 | MDL AMENDED COMPLAINT against Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC, filed by Blue Laine-Beveridge, Santiago Gil |

| | | |
|---|---|---|
| | | Bohrquez, Brian Harbison, Abraham Huacuja, Garland Jr. Ragland, Brendan Clarke, Ava Bernard, Trevor Tarvis, Cecilia Rivas, Brandon Martin, Joseph Gurney. (Attachments: # 1 Exhibit A)(Rosen, Laurence) (Entered: 11/30/2021) |
| 12/20/2021 | 447 | MOTION to Withdraw as Attorney *for Plaintiffs Spencer Lybrook, Alec English, Michael Watson and Cody Hill* by Rachel Morowitz for / by Alec English, Cody Hill, Spencer Lybrook, Michael Watson. Responses due by 1/3/2022 (Attachments: # 1 Proposed Order)(Morowitz, Rachel) (Entered: 12/20/2021) |
| 12/20/2021 | 448 | ORDER granting 447 Motion to Withdraw Appearance. Rachel Morowitz representing Spencer Lybrook (Consol Plaintiff), Cody Hill (Consol Plaintiff), Alec English (Consol Plaintiff), and Michael Watson, (Consol Plaintiff); withdrawn from case. Signed by Chief Judge Cecilia M. Altonaga on 12/20/2021. *See attached document for full details.* (mc) (Entered: 12/21/2021) |
| 01/07/2022 | 449 | MOTION to DISMISS 446 MDL Amended Complaint, FOR FAILURE TO STATE A CLAIM *pertaining to Federal Securities Tranche* by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Responses due by 1/21/2022 (Danon, Samuel) (Entered: 01/07/2022) |
| 01/10/2022 | 450 | ORDER granting 422 Defendant Apex Clearing Corporation's Rule 12 Motion to Dismiss Plaintiffs' Amended Consolidated Other Broker Tranche Class Action Complaint. The Amended Consolidated Class Action Complaint (ECF No. 410 ) is DISMISSED without prejudice. Plaintiffs in the Other Broker Tranche of this Multidistrict Litigation have until February 14, 2022 to file a final amended complaint. (Amended Complaint due by 2/14/2022). Signed by Chief Judge Cecilia M. Altonaga on 1/10/2022. *See attached document for full details.* (mc) (Entered: 01/10/2022) |
| 01/20/2022 | 451 | MDL AMENDED COMPLAINT *Amended Consolidated Class Action Complaint for the Antitrust Tranche* against Citadel Securities, LLC, Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC, filed by Plaintiffs' Lead Counsel-Antitrust Tranche.(Saveri, Joseph) (Entered: 01/20/2022) |
| 01/24/2022 | 452 | ORDER re 451 Amended Consolidated Class Action Complaint. Defendants shall file responses to the Amended Consolidated Class Action Complaint on or before February 18, 2022. If Defendants file a motion to dismiss, it shall be a combined motion that shall not exceed 40 pages. If Defendants file a motion to dismiss, Plaintiffs' response in opposition shall be filed by March 11, 2022 and shall be no more than 40 pages. Defendants' reply to Plaintiff's response shall be filed by March 25, 2022 and shall be no more than 20 pages. Signed by Chief Judge Cecilia M. Altonaga on 1/24/2022. *See attached document for full details.* (mc) (Entered: 01/24/2022) |
| 01/26/2022 | 453 | ORDER granting 421 Defendants' Motion to Dismiss the Robinhood Tranche Complaint. The Amended Consolidated Class Action Complaint (ECF No. 409 ) is dismissed with prejudice. Signed by Chief Judge Cecilia M. Altonaga on 1/26/2022. *See attached document for full details.* (mc) (Entered: 01/27/2022) |
| 01/28/2022 | 454 | RESPONSE in Opposition re 449 MOTION TO DISMISS 446 MDL Amended Complaint, FOR FAILURE TO STATE A CLAIM *pertaining to Federal Securities Tranche* filed by Ava Bernard, Santiago Gil Bohrquez, Joseph Gurney, Brian Harbison, Abraham Huacuja, Brandon Martin, Garland Jr. Ragland, Cecilia Rivas, Trevor Tarvis. Replies due by 2/4/2022. (Attachments: # 1 Exhibit A)(Rosen, Laurence) (Entered: 01/28/2022) |
| 02/11/2022 | 455 | REPLY to Response to Motion re 449 MOTION TO DISMISS 446 MDL Amended Complaint, FOR FAILURE TO STATE A CLAIM *pertaining to Federal Securities* |

| | | |
|---|---|---|
| | | *Tranche* filed by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Danon, Samuel) (Entered: 02/11/2022) |
| 02/18/2022 | 456 | MOTION TO DISMISS 451 MDL Amended Complaint, FOR FAILURE TO STATE A CLAIM *pertaining to the Antitrust Tranche* by Citadel Securities, LLC, Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Responses due by 3/4/2022 (Attachments: # 1 Exhibit Comparison between ECF No. 416 and ECF No. 451)(Danon, Samuel) (Entered: 02/18/2022) |
| 02/28/2022 | 457 | Notice of Appeal as to 453 Order on Motion to Dismiss for Failure to State a Claim, by Joseph Daniluk, Cody Hill, Andrea Juncadella, Patryk Krasowski, Julie Moody, Plaintiffs' Lead Counsel-Robinhood Tranche, Plaintiffs' Liaison Counsel. Filing fee $ 505.00 receipt number AFLSDC-15433629. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (Attachments: # 1 Exhibit)(Furst, Rachel) (Entered: 02/28/2022) |
| 03/02/2022 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 457 Notice of Appeal. Notice has been electronically mailed. (hh) (Entered: 03/02/2022) |
| 03/07/2022 | 458 | Acknowledgment of Receipt of NOA from USCA re 457 Notice of Appeal, filed by Julie Moody, Cody Hill, Plaintiffs' Liaison Counsel, Plaintiffs' Lead Counsel-Robinhood Tranche, Joseph Daniluk, Andrea Juncadella, Patryk Krasowski. Date received by USCA: 3/2/22. USCA Case Number: 22-10669-F. (hh) (Entered: 03/07/2022) |
| 03/11/2022 | 459 | RESPONSE in Opposition re 456 MOTION TO DISMISS 451 MDL Amended Complaint, FOR FAILURE TO STATE A CLAIM *pertaining to the Antitrust Tranche* filed by Plaintiffs' Lead Counsel-Antitrust Tranche. Replies due by 3/18/2022. (Saveri, Joseph) (Entered: 03/11/2022) |
| 03/14/2022 | 460 | TRANSCRIPT INFORMATION FORM by Plaintiffs' Lead Counsel-Robinhood Tranche, Plaintiffs' Liaison Counsel re 457 Notice of Appeal,,. No Transcript Requested. (Furst, Rachel) (Entered: 03/14/2022) |
| 03/24/2022 | 461 | MOTION to Withdraw as Attorney by Amir Alimehri for / by Patryk Krasowski, Nick Parker. Responses due by 4/7/2022 (Attachments: # 1 Text of Proposed Order)(Klafter, Jeffrey) (Entered: 03/24/2022) |
| 03/24/2022 | 462 | ORDER granting 461 Motion to Withdraw as Attorney. Amir Alimehri representing Krasowski, Patryk (Consol Plaintiff) and Parker, Nick (Consol Plaintiff) withdrawn from case. Signed by Chief Judge Cecilia M. Altonaga on 3/24/2022. *See attached document for full details.* (gp) (Entered: 03/25/2022) |
| 03/25/2022 | 463 | Defendant's REPLY to Response to Motion re 456 MOTION TO DISMISS 451 MDL Amended Complaint, FOR FAILURE TO STATE A CLAIM *pertaining to the Antitrust Tranche* filed by Citadel Securities, LLC, Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Danon, Samuel) (Entered: 03/25/2022) |
| 03/31/2022 | 464 | MOTION to Withdraw as Attorney by Luke Jacobs for / by Michael D Scalia. Responses due by 4/14/2022 (Attachments: # 1 Text of Proposed Order)(Snyder, Marguerite) (Entered: 03/31/2022) |
| 04/01/2022 | 465 | ORDER granting 464 Motion to Withdraw as Attorney. Luke Thomas Jacobs representing Scalia, Michael D (Consol Plaintiff) withdrawn from case. Signed by Chief Judge Cecilia M. Altonaga on 4/1/2022. *See attached document for full details.* (pes) (Entered: 04/01/2022) |
| 04/05/2022 | 466 | MOTION to Withdraw as Attorney by Anupama K. Reddy for / by Plaintiffs' Lead |

| | | Counsel-Antitrust Tranche. Responses due by 4/19/2022 (Attachments: # 1 Proposed Order Granting Motion to Withdraw Appearance)(Reddy, Anupama) (Entered: 04/05/2022) |
|---|---|---|
| 04/06/2022 | 467 | ORDER granting 466 Motion to Withdraw as Attorney. Anupama Reddy representing Cheng, Shane (Consol Plaintiff) and Sterling, Terell (Consol Plaintiff) withdrawn from case. Signed by Chief Judge Cecilia M. Altonaga on 4/6/2022. *See attached document for full details.* (pes) (Entered: 04/07/2022) |
| 05/05/2022 | 468 | MOTION to Withdraw as Attorney by Gustavo J. Membiela for / by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Responses due by 5/19/2022 (Attachments: # 1 Text of Proposed Order)(Membiela, Gustavo) (Entered: 05/05/2022) |
| 05/09/2022 | 469 | ORDER granting 468 Motion to Withdraw as Attorney. Gustavo Javier Membiela representing Robinhood Financial LLC (Consol Defendant) and Robinhood Securities, LLC (Consol Defendant) and Robinhood Markets, Inc. (Consol Defendant); withdrawn from case. Signed by Chief Judge Cecilia M. Altonaga on 5/9/2022. *See attached document for full details.* (pes) (Entered: 05/10/2022) |
| 05/12/2022 | 470 | ORDER granting 456 Motion to Dismiss the Amended Antitrust Tranche Complaint. The Amended Consolidated Class Action Complaint, ECF No. 451 , is DISMISSED. Signed by Chief Judge Cecilia M. Altonaga on 5/12/2022. *See attached document for full details.* (pes) (Entered: 05/13/2022) |
| 05/19/2022 | 471 | NOTICE by Plaintiffs' Lead Counsel-Robinhood Tranche *of Filing Order by Eleventh Circuit Court of Appeals Granting Plaintiff's Motion to Amend the Amended Complaint* (Attachments: # 1 Exhibit A- Order Granting Appellants' Motion to Amend Jurisdictional Pleadings, # 2 Exhibit B- Robinhood Tranche Amended Consolidated Class Action Complaint (Amended on Appeal)) (Salas, Natalia) (Entered: 05/19/2022) |
| 05/23/2022 | 472 | NOTICE of Change of Address, Email or Law Firm Name by Stuart Neil Chelin (pes) (Entered: 05/24/2022) |
| 05/31/2022 | 473 | NOTICE of Change of Address, Email or Law Firm Name by Marc H. Edelson (pes) (Entered: 06/01/2022) |
| 06/01/2022 | 474 | Notice of Appeal as to 470 Order on Motion to Dismiss for Failure to State a Claim, by Plaintiffs' Lead Counsel-Antitrust Tranche. Filing fee $ 505.00 receipt number BFLSDC-15683778. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (Attachments: # 1 Exhibit A)(Saveri, Joseph) (Entered: 06/01/2022) |
| 06/02/2022 | 475 | TRANSFER ORDER transferring case to the Southern District of Florida re: MDL 2989 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to the Honorable Honorable Cecilia M. Altonaga. (Signed by Karen K. Caldwell). (pes) (Entered: 06/02/2022) |
| 06/03/2022 | | Transmission of Notice of Appeal, Order under appeal and Docket Sheet to US Court of Appeals re 474 Notice of Appeal, Notice has been electronically mailed. (apz) (Entered: 06/03/2022) |
| 06/08/2022 | 476 | MDL Transfer In Case Receipt from District of Southern District of New York. Case Number 1:22-cv-01233 with documents 1-18. Assigned FLSD Case Number 1:22-cv-21747-CMA. Re: FLSD MDL Case Number 1:21-md-02989-CMA. Clerks Note: JPML notified (pes) (Entered: 06/08/2022) |

| 06/08/2022 | 477 | ~~ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE-OUT.~~ Signed by Chief Judge Cecilia M. Altonaga on 6/8/2022. *See attached document for full details.* (pes) (Entered: 06/09/2022) |
|---|---|---|
| 06/09/2022 | 478 | ORDER Re: 475 TRANSFER ORDER transferring 1:22-cv-01233 (S.D.N.Y. 2022), to this Court for consolidated pretrial proceedings. ( Amended Complaint due by 6/10/2022.) Plaintiffs, Erik Chavez and Peter Jang, shall file Complaint on the MDL docket on or before June 10, 2022. Defendant, Apex Clearing Corporation shall file its response to the Complaint on or before June 17, 2022. Signed by Chief Judge Cecilia M. Altonaga on 6/8/2022. *See attached document for full details.* (pes) (Entered: 06/09/2022) |
| 06/10/2022 | 479 | NOTICE by Erik Chavez, Peter Jang *of Filing of Complaint in MDL Docket Pursuant to Court Order of June 8, 2022 [ECF 478] together with Exhibit A (Complaint)*. Attorney Gary S. Graifman added to party Erik Chavez(pty:conpla), Attorney Gary S. Graifman added to party Peter Jang(pty:conpla). (Graifman, Gary) (Entered: 06/10/2022) |
| 06/13/2022 | 480 | MOTION for Leave to File Excess Pages / *Defendant Apex Clearing Corporation's Motion for Expansion of Page Limitations for Briefing on Its Motion to Dismiss Plaintiffs Chavez and Jang's Class Action Complaint* by Apex Clearing Corporation. (Attachments: # 1 Text of Proposed Order)(Pace, Jack) (Entered: 06/13/2022) |
| 06/13/2022 | 481 | ORDER: Plaintiffs Erik Chavez and Peter Jang shall file an amended complaint clarifying their citizenship by June 15, 2022. Failure to do so will result in dismissal without prejudice without further notice. Signed by Chief Judge Cecilia M. Altonaga on 6/13/2022. *See attached document for full details.* (pes) (Entered: 06/14/2022) |
| 06/14/2022 | 482 | RESPONSE in Opposition re 480 MOTION for Leave to File Excess Pages / *Defendant Apex Clearing Corporation's Motion for Expansion of Page Limitations for Briefing on Its Motion to Dismiss Plaintiffs Chavez and Jang's Class Action Complaint* filed by Erik Chavez, Peter Jang. Replies due by 6/21/2022. (Graifman, Gary) (Entered: 06/14/2022) |
| 06/15/2022 | 483 | AMENDED COMPLAINT against Apex Clearing Corporation filed in response to Order Granting Motion for Leave, filed by Erik Chavez, Peter Jang.(Graifman, Gary) (Entered: 06/15/2022) |
| 06/15/2022 | 484 | ORDER denying as moot 480 Motion for Leave to File Excess Pages. Signed by Chief Judge Cecilia M. Altonaga on 6/15/2022. *See attached document for full details.* (pes) (Entered: 06/15/2022) |
| 06/15/2022 | 485 | TRANSCRIPT INFORMATION FORM by Plaintiffs' Lead Counsel-Antitrust Tranche re 474 Notice of Appeal,,. No Transcript Requested. (Saveri, Joseph) (Entered: 06/15/2022) |
| 06/15/2022 | 486 | NOTICE of Change of Address, Email or Law Firm Name by Peter G.A. Safirstein (Safirstein, Peter) (Entered: 06/15/2022) |
| 06/15/2022 | 487 | MOTION for Leave to File Excess Pages / *Defendant Apex Clearing Corporation's Motion and [Proposed] Order for Expansion of Page Limitations for Briefing on its Motion to Dismiss Plaintiffs Chavez and Jang's Amended Class Action Complaint [ECF No. 483]* by Apex Clearing Corporation. (Attachments: # 1 Text of Proposed Order) (Pace, Jack) (Entered: 06/15/2022) |
| 06/16/2022 | 488 | RESPONSE in Opposition re 487 MOTION for Leave to File Excess Pages / *Defendant Apex Clearing Corporation's Motion and [Proposed] Order for Expansion of Page Limitations for Briefing on its Motion to Dismiss Plaintiffs Chavez and Jang's Amended Class Action Complaint filed by Erik Chavez, Peter Jang. Replies due by 6/23/2022. (Graifman, Gary) (Entered: 06/16/2022)* |
| 06/16/2022 | 489 | ORDER re 483 Amended Complaint filed by Erik Chavez, Peter Jang; Apex Clearing Corporation response/answer due 6/22/2022. Signed by Chief Judge Cecilia M. Altonaga |

USCA11 Case: 22-11873    Document: 36-1    Date Filed: 10/21/2022    Page: 126 of 204

| 06/17/2022 | 490 | ORDER granting 487 Motion for Expansion of Page Limitations for Briefing on its Motion to Dismiss Plaintiffs Chavez and Jang's Amended Class Action Complaint. Signed by Chief Judge Cecilia M. Altonaga on 6/16/2022. *See attached document for full details.* (pes) (Entered: 06/17/2022) |
|---|---|---|
| 06/22/2022 | 491 | MOTION to Dismiss with Prejudice 483 Amended Complaint/Amended Notice of Removal by Apex Clearing Corporation. Responses due by 7/6/2022 (Attachments: # 1 Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 2 Exhibit 1 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 3 Exhibit 2 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 4 Exhibit 3 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 5 Exhibit 4 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 6 Exhibit 5 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 7 Exhibit 6 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 8 Exhibit 7 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 9 Exhibit 8 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 10 Exhibit 9 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 11 Exhibit 10 to Declaration of Jack E. Pace III in Support of Motion to Dismiss)(Pace, Jack) (Entered: 06/22/2022) |
| 06/23/2022 | 492 | Acknowledgment of Receipt of NOA from USCA re 474 Notice of Appeal, filed by Plaintiffs' Lead Counsel-Antitrust Tranche. Date received by USCA: 6/3/22. USCA Case Number: 22-11873-F. (vjk) (Entered: 06/24/2022) |
| 06/28/2022 | 493 | NOTICE of Change of Address, Email or Law Firm Name by Sean Alexander Burstyn (Burstyn, Sean) (Entered: 06/28/2022) |
| 07/06/2022 | 494 | RESPONSE in Opposition re 491 MOTION to Dismiss with Prejudice 483 Amended Complaint/Amended Notice of Removal filed by Erik Chavez, Peter Jang. Replies due by 7/13/2022. (Attachments: # 1 Affidavit (Decl. of Peter Safirstein, Esq. In Opp. To Motion to Dismiss), # 2 Exhibit 1 To Safirstein Decl., # 3 Exhibit 2 To Safirstein Decl.) (Graifman, Gary) (Entered: 07/06/2022) |
| 07/12/2022 | 495 | MOTION for entry of a scheduling order re Amendment of Complaint by Ava Bernard, Santiago Gil Bohrquez, Brendan Clarke, Joseph Gurney, Brian Harbison, Abraham Huacuja, Blue Laine-Beveridge, Brandon Martin, Garland Jr. Ragland, Cecilia Rivas, Trevor Tarvis. (Attachments: # 1 Text of Proposed Order, # 2 Affidavit Declaration of Laurence M. Rosen in Support of Motion Requesting Entry of a Scheduling Order, # 3 Exhibit A)(Rosen, Laurence) (Entered: 07/12/2022) |
| 07/13/2022 | 496 | REPLY to Response to Motion re 491 MOTION to Dismiss with Prejudice 483 Amended Complaint/Amended Notice of Removal filed by Apex Clearing Corporation. (Pace, Jack) (Entered: 07/13/2022) |
| 07/20/2022 | 497 | NOTICE of Change of Address, Email or Law Firm Name by Gary S. Graifman (Graifman, Gary) (Entered: 07/20/2022) |
| 07/20/2022 | 498 | CLERK'S NOTICE - Attorney Admissions has not updated address information for attorney Gary Steven Graifman re 497 Notice of Change of Address, Email or Law Firm Name. Attorney has not followed the required procedures for updating their information with the Court. Attorney is instructed to go to their PACER account, Manage My Account, to complete the process of updating their information. See the Court's website for detailed instructions. www.flsd.uscourts.gov/updating-your-information. (cw) (Entered: 07/20/2022) |
| 07/26/2022 | 499 | RESPONSE in Opposition re 495 MOTION for entry of a scheduling order re |

| | | |
|---|---|---|
| | | Amendment of Complaint filed by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Replies due by 8/2/2022. (Danon, Samuel) (Entered: 07/26/2022) |
| 08/01/2022 | [500](#) | NOTICE of Change of Address, Email or Law Firm Name by Elizabeth Ann Brehm (Brehm, Elizabeth) (Entered: 08/01/2022) |
| 08/01/2022 | 501 | CLERK'S NOTICE - Attorney Admissions has updated the address for attorney Elizabeth Ann Brehm re [500](#) Notice of Change of Address, Email or Law Firm Name. (cw) (Entered: 08/01/2022) |
| 08/02/2022 | [502](#) | RESPONSE in Support re [495](#) MOTION for entry of a scheduling order re Amendment of Complaint filed by Ava Bernard, Santiago Gil Bohrquez, Brendan Clarke, Joseph Gurney, Brian Harbison, Abraham Huacuja, Blue Laine-Beveridge, Brandon Martin, Garland Jr. Ragland, Cecilia Rivas, Trevor Tarvis. (Rosen, Laurence) (Entered: 08/02/2022) |
| 08/10/2022 | [503](#) | ORDER granting in part [449](#) Motion to Dismiss the Securities Tranche Complaint. Count I's misrepresentation claim under 15 U.S.C. section 78i(a)(4) is DISMISSED. Signed by Chief Judge Cecilia M. Altonaga on 8/10/2022. *See attached document for full details.* (pes) (Entered: 08/11/2022) |
| 08/19/2022 | [504](#) | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to [446](#) MDL Amended Complaint, by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Attachments: # [1](#) Text of Proposed Order)(Danon, Samuel) (Entered: 08/19/2022) |
| 08/22/2022 | [505](#) | NOTICE by Ava Bernard, Santiago Gil Bohrquez, Brendan Clarke, Joseph Gurney, Brian Harbison, Abraham Huacuja, Blue Laine-Beveridge, Brandon Martin, Garland Jr. Ragland, Cecilia Rivas, Trevor Tarvis re [503](#) Order on Motion to Dismiss for Failure to State a Claim, *and Intent Not to Proceed* (Rosen, Laurence) (Entered: 08/22/2022) |
| 08/23/2022 | [506](#) | ORDER denying as moot [495](#) Motion Requesting Entry of a Scheduling Order Re: Amendment of Complaint. Signed by Chief Judge Cecilia M. Altonaga on 8/23/2022. *See attached document for full details.* (pes) (Entered: 08/23/2022) |
| 08/23/2022 | [507](#) | NOTICE of Change of Address, Email or Law Firm Name by Patrick Shanan Montoya (Montoya, Patrick) (Entered: 08/23/2022) |
| 08/24/2022 | [508](#) | ORDER granting [504](#) Motion for Extension of Time to File Response/Answer to a Complaint or Other Case Initiating Document. The deadline for Robinhood to file an Answer to Plaintiffs Federal Securities Tranche Complaint is extended to September 12, 2022. Signed by Chief Judge Cecilia M. Altonaga on 8/24/2022. *See attached document for full details.* (pes) (Entered: 08/25/2022) |
| 09/07/2022 | 509 | Pursuant to 11th Cir. R. 11-2 and 11th Cir. R. 11-3, the Clerk of the District Court for the Southern District of Florida certifies that the record is complete for purposes of this appeal re: [457](#) Notice of Appeal, Appeal No. 22-10669-JJ. The entire record on appeal is available electronically. (apz) (Entered: 09/07/2022) |
| 09/12/2022 | [510](#) | *Robinhood's* ANSWER and Affirmative Defenses to Complaint *(Federal Securities Tranche)* by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Danon, Samuel) (Entered: 09/12/2022) |
| 09/22/2022 | [511](#) | ORDER REQUIRING SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES. Joint Scheduling Report and Certificates of Interested Parties due by 10/6/2022. Signed by Chief Judge Cecilia M. Altonaga on 9/22/2022. *See attached document for full details.* (wc) (Entered: 09/22/2022) |

| 10/03/2022 | 512 | MOTION to Withdraw as Attorney by Abraham Z. Melamed, Esq. as to David Wieg. Attorney Caroline Hope Miller added to party David Wieg(pty:conpla). Responses due by 10/17/2022 (Attachments: # 1 Text of Proposed Order)(Miller, Caroline) (Entered: 10/03/2022) |
|---|---|---|
| 10/06/2022 | 513 | Corporate Disclosure Statement *and Certificate of Interested Persons* by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC (Danon, Samuel) (Entered: 10/06/2022) |
| 10/06/2022 | 514 | Corporate Disclosure Statement *and Certificate of Interested Parties* by Ava Bernard, Santiago Gil Bohrquez, Brendan Clarke, Joseph Gurney, Brian Harbison, Abraham Huacuja, Blue Laine-Beveridge, Brandon Martin, Garland Jr. Ragland, Cecilia Rivas, Trevor Tarvis (Rosen, Laurence) (Entered: 10/06/2022) |
| 10/06/2022 | 515 | Joint SCHEDULING REPORT - **Rule 26(f)** by Ava Bernard, Santiago Gil Bohrquez, Brendan Clarke, Joseph Gurney, Brian Harbison, Abraham Huacuja, Blue Laine-Beveridge, Brandon Martin, Garland Jr. Ragland, Cecilia Rivas, Trevor Tarvis (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Rosen, Laurence) (Entered: 10/07/2022) |
| 10/07/2022 | 516 | ORDER granting 512 Motion to Withdraw as Attorney. Abraham Zev Wolf Melamed representing Wieg, David (Consol Plaintiff) withdrawn from case. Notice of Termination delivered by US Mail to Abraham Melamed. Signed by Chief Judge Cecilia M. Altonaga on 10/7/2022. *See attached document for full details.* (pes) (Entered: 10/11/2022) |
| 10/07/2022 | 517 | SCHEDULING ORDER Setting Trial and Pre-Trial Schedule: ( Trial set for 8/12/2024 in Miami Division before Chief Judge Cecilia M. Altonaga., Calendar Call set for 8/6/2024 at 9:00 AM in Miami Division before Chief Judge Cecilia M. Altonaga.), ORDER REFERRING CASE to Mediation. ( Mediation Deadline 3/29/2024.), ORDER REFERRING CASE to Magistrate Judge Melissa Damian for Discovery Matters. Signed by Chief Judge Cecilia M. Altonaga on 10/7/2022. *See attached document for full details.* (pes)<br><br>**Pattern Jury Instruction Builder -** To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 10/11/2022) |
| 10/15/2022 | 518 | MOTION to Withdraw as Attorney by Marguerite Snyder for / by Michael D Scalia. Responses due by 10/31/2022 (Weil, Ronald) (Entered: 10/15/2022) |
| 10/18/2022 | 519 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Gary R. Carlin (NEF sent to Attorney Admissions (ATTYADM)) (pes) (Entered: 10/18/2022) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/18/2022 12:24:43 | | |
| **PACER Login:** | bhappeals | **Client Code:** | Short Squeeze |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-md-02989-CMA |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |

# Doc 446

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA/Torres**

In re: JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

<u>**This Document Relates to: All Actions Involving the Federal Securities Laws**</u>

**CONSOLIDATED CLASS ACTION COMPLAINT**

Lead Plaintiff Blue Laine-Beveridge, named Plaintiffs Abraham Huacuja, Ava Bernard, Brandon Martin, Brendan Clarke, Brian Harbison, Cecilia Rivas, Garland Ragland Jr., Joseph Gurney, Santiago Gil Bohórquez, and Trevor Tarvis  (collectively "Plaintiffs"), individually and on behalf of all other persons similarly situated, by Plaintiffs' undersigned attorneys, for Plaintiffs' Consolidated Class Action Complaint against defendants  Robinhood Markets, Inc. and two of its wholly owned subsidiaries, Robinhood Financial, LLC and Robinhood Securities, LLC (unless otherwise noted, collectively "Robinhood" or the "Robinhood Defendants") alleges the following based upon personal knowledge as to Plaintiffs and Plaintiffs' own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through their attorneys, which included, among other things, a review of the statements made by defendants and their senior management, SEC filings, court records, Congressional testimony, administrative proceedings, and information readily obtainable on the Internet. Plaintiffs believe that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## SUMMARY OF THE ACTION

1.      This is a class action on behalf of persons or entities who held common stock in AMC Entertainment Holdings, Inc. ("AMC"), Bed Bath & Beyond Inc. ("BBBY"), BlackBerry Ltd. ("BB"),  Express Inc. ("EXPR"), GameStop Corp. ("GME"), Koss Corp. ("KOSS"), Tootsie Roll Industries Inc. ("TR"), or American Depositary Shares of foreign-issuers Nokia Corp. ("NOK") and trivago N.V. ("TRVG") (collectively "the Affected Stocks") as of the close of trading on January 27, 2021, and sold such shares at a loss between January 28, 2021, and February 4, 2021 (the "Class"). Excluded from the class are the defendants, the officers and directors of defendants, members of their immediate families and their legal representatives, heirs, successors

or assigns and any entity in which defendants or any excluded persons have or had a controlling interest.

2.     The heroic outlaw depicted in the legend of Robin Hood stole from the rich to give to the poor. Eager to invoke that "stick it to the Man" allusion, the story that Robinhood repeatedly tells the public is that it is a revolutionary disruptor: By putting the power to trade into the hands – and fingertips – of a new generation of investors via its mobile app, Robinhood claims to have democratized access to financial markets by breaking Wall Street's stranglehold on the means to accumulate wealth. Alas, this too is a fairy tale.

3.     Far from being feisty outsiders enabling ordinary people to build stock portfolios, Robinhood's founders transitioned their business model from selling sophisticated software platforms to hedge funds and other high-frequency traders ("HFTs"), which allowed these automated traders to profit from front-running ahead of other traders, to the much more lucrative business of selling to various HFT market makers the orders placed by a subset of those other traders – the unsuspecting neophytes that represent the majority of Robinhood's customers.

4.     The events of late January and early February 2021 do not tell the story of how disruptive technology empowered investors but, rather, about how a selective denial of access to that technology for more than a week wiped out tens of billions of dollars of investors' equity. As set forth in detail below, Robinhood's actions were unique among retail brokers:

- Robinhood, and only Robinhood, halted trading and/or restricted purchases and/or holdings of multiple stocks for more than a single trading session – January 28th – extending some of its restrictions for six trading sessions, through February 4th

- On January 29th, when other retail brokers had already removed any share purchasing restrictions in force on January 28th, Robinhood increased the number of issuers subject to restrictions – from 13 to 23 to 50 – and did not limit the issuers affected to so-called "meme stocks", ultimately including Starbucks and General Motors

2

- On January 29th, Robinhood reduced the number of shares a customer could purchase and hold in various issuers multiple times over the course of a single trading session, causing price declines in the market prices of those stocks in the wake of those restrictions

- Even after raising a $3.4 billion capital cushion against the risk of unsettled positions in its portfolio, Robinhood slowly released its restrictions over the course of the trading week to avoid a repeat of the price rebound on January 29th that Robinhood actively tamped down with its additional restrictions

5.      Robinhood's singular actions distorted the prices of the Affected Stocks for more than a week because of its domination of the online retail brokerage industry. Robinhood, which claims to have opened nearly 50% of all retail brokerage accounts in the past five years,[1] boasted an industry-leading 12.5 million online accounts by the end of 2020 and added another 3 million during the month of January 2021. By one estimate, approximately ***4% of all shares traded in the U.S. in January 2021*** were traded on the Robinhood app.[2]

6.      With its brazen behavior – picking and choosing over six trading sessions not only which stocks its customers could purchase but also the total amount of shares in a particular issuer a customer could hold – Robinhood thumbed its nose at the bedrock principle of our free-market economy: the price of a stock is set by the law of supply and demand, unfettered by external controls.

7.      Only in rare instances of extreme price volatility, and in accordance with a SEC-regulated plan, would all trading be halted in a particular issuer, and even then for only a few minutes at a time. By completely shutting down, initially, and later restricting, the demand side of the equation for the nine Affected Stocks in the accounts of more than 15 million very active

---

[1] Robinhood Markets, Inc. S-1, filed July 1, 2021, at 2.

[2] Caitlin McCabe, "It Isn't Just AMC. Retail Traders Increase Pull in the Stock Market," *The Wall Street Journal* (June 18, 2021).

traders,[3] *for days* rather than just minutes, Robinhood unlawfully manipulated market prices for the Affected Stocks.

8.    Although it was relatively unknown to a national audience before January 28, 2021, Robinhood's name was on everyone's lips after it roiled the markets for the Affected Stocks through the unique and extreme actions it took that day. Not only were there immediate calls for government investigations, and questions raised about whether Robinhood colluded with hedge funds and market makers to stop an alleged short squeeze by retail investors (Robinhood's own customer base), but the impact that this single online broker had on the markets suddenly demonstrated Robinhood's significant market power.

9.    Apparently, the adage "no publicity is bad publicity" is true. Despite being pilloried by many in government and in the press, online, and over the airwaves, Robinhood became a venture capital darling overnight. By February 1st, only four days after its severe undercapitalization almost caused Robinhood to close its doors as a result of a major liquidity crisis, Robinhood had raised $3.4 billion in 96 hours – significantly more that it had raised in the eight years since its founding. One of those lining up to inject capital saw Robinhood's new customer metrics and concluded: "Robinhood is still the only game in town." While the national exposure delivered a critical funding boost that propelled Robinhood to its initial public offering ("IPO") in the summer of 2021, Class period investors, many of whom did not trade on the Robinhood app, were left with staggering losses.

---

[3] In the first quarter of 2020, Robinhood customers traded nine times as many shares as online retail broker E*Trade's customers and 40 times the number of shares traded by the customers of Charles Schwab. *See* Nathaniel Popper, "Robinhood Has Lured Young Traders, Sometimes With Devastating Results," *The New York Times* (July 8, 2020, last updated Sept. 25, 2021). The numbers are even more skewed with respect to risky options trading.

10.    Questions raised in the aftermath of the events described herein – who made money, who lost money, was there collusion, who is to blame, how can we prevent a recurrence – have been (and continue to be) the subject of Congressional hearings, several state investigations, at least one Securities and Exchange Commission Staff investigation, and countless news reports and articles. A spate of lawsuits pending before this Court arising from these events allege state law claims and federal antitrust claims against Robinhood and others. One argument raised by the defendants in the antitrust cases is that the actions complained of come under the purview of the federal securities laws.[4] Indeed they do.

11.    At the 2014 LAUNCH Festival in San Francisco, Robinhood Markets CEO Vladimir Tenev challenged the supposition that "brokerages exist for the purpose of making money," claiming instead: "The purpose of Robinhood is to make buying and selling stocks as frictionless as possible. So, if we make money as a side effect of that, you know, that's great *but it will never be at the cost of introducing frictions between our customers and the markets*." (Emphasis supplied.) From January 28th through February 4th substantial frictions between its customers and the markets were the very cost Robinhood forced its customers, and consequently other investors, to bear so that Robinhood's founders and early investors could make a lot of money in its upcoming IPO. These actions defrauded investors in violation of the Exchange Act of 1934.

12.    Throughout 2020 and in January 2021, Robinhood whipped up a frenzy of trading and then shut it down, unevenly reopening the demand spigot over the course of a week, directly affecting the markets' bid-offer pricing mechanism for the Affected Stocks. As set forth in greater

---

[4] Defs.' Motion to Dismiss the Antitrust Tranche Complaint and Incorporated Memorandum of Law at 33-38. (Dk. 408). Defendants' "either/or" argument is puzzling; multiple laws may be violated by the same course of conduct.

detail below, with a lucrative IPO already being planned, Robinhood manipulated the share prices of the Affected Stocks to avoid liquidation due to an inability to pay its core charges and excess net capital charges to the NSCC:

(a)    On January 28th, only a combination of disabling the "buy" button for eight (soon thereafter, 13) stocks and the NSCC waiving the excess capital premium charge – more than $2.2 billion of the $3.7 billion deposit requested that day – temporarily solved what Robinhood Markets' COO described as a "major liquidity issue". However, the NSCC only used its discretion to waive excess capital premium charges until February 1st, the two days it took transactions from January 27th and January 28th to clear.

(b)    On January 29th, when all other brokers lifted stock purchase restrictions and Robinhood started to do the same, the prices of the Affected Securities rebounded so strongly that Robinhood – which had only raised capital of $1 billion on January 28th – realized that it would be unable to meet an excess capital premium charge on February 2nd for the trading on its platform on January 29th and could once again face a major liquidity issue. For this reason, at several points throughout the trading day Robinhood – the only retail broker still restricting stock purchases – not only tightened the purchase restrictions (with some issuers down to just one share) but increased the number of issuers to which restrictions applied from 13 to 23 to 50.

(c)    Over the weekend, Robinhood raised an additional $2.4 billion of capital, which could prevent the NSCC from assessing steep excess capital premium charges for the January 29th transactions. At that point, Robinhood started the process of easing purchase restrictions, a process it dragged out over several days so that Robinhood could avoid a sharp increase in risk in its unsettled portfolio akin to what it had experienced on

6

January 29th when its partial lifting of restrictions caused an upward price spike in the share prices of the Affected Stocks.

13.      Robinhood knew the prices of the Affected Stocks would plummet because of its purchase restrictions:

(a)      As early as January 23rd, Robinhood executives were analyzing the impact of making margin calls on its customers with respect to their GameStop positions. They knew that their customers – most of who were just starting on their investment journey – would not have the funds to meet the margin calls, which could force Robinhood to close out their positions potentially exposing Robinhood to financial risk.

(b)      On January 26th, when the President and COO of Robinhood Securities, a 30-year industry veteran, alerted others that Robinhood Securities was moving GameStop to 100% margin the next day, he started his communication with the statement "I sold my AMC today." This seasoned securities industry executive was well aware (and informed the others with his statement) that the result of the Robinhood's introduction of frictions between its customers and the markets – be it a margin call or a total inability to purchase shares – would be a sharp decline in the price of the stocks subjected to the restrictions.

14.      Throughout the week it was artificially distorting the price of the Affected Stocks Robinhood went to great lengths to convince investors that was not what was occurring. On multiple occasions, Robinhood falsely assured investors that the national exchanges were free of manipulation, to wit, that Robinhood's actions were the same as its peers and simply part of any retail broker's "normal operations." Robinhood even went as far as to blame our national markets' failure to implement a real-time settlement system – something the CEO of the Depository Trust & Clearing Corporation testified would be unworkable and deprive financial markets of liquidity

7

– rather than its massive undercapitalization for the actions it took to distort the markets. These representations were patently untrue – and Robinhood knew it.

15.     The frictions between its customers and the markets introduced and maintained by Robinhood during the Class period, to ensure that its upcoming IPO was not derailed by a liquidity crisis, are against the law. Tenev later rationalized Robinhood's actions by claiming, during a discussion with Dave Portnoy of Barstool Sports, that "[i]f Robinhood ceases to exist," that would have caused more harm. Thus, Tenev reasoned, "protecting the firm and protecting the system, ultimately, that was the best thing for customers." Even if Tenev were correct, unlawful actions undertaken to ensure the survival of a company do not get a free pass under our nation's federal securities laws.

16.     While our sympathies may lie with a lawbreaker such as the legendary Robin Hood, who acted with a noble purpose, Robinhood's greed must be met with justice for the investors it harmed.

## JURISDICTION AND VENUE

17.     The claims asserted herein arise under and pursuant to Sections 9(a) and 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

18.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331, and Section 27 of the Exchange Act (15 U.S.C. §78aa).

19.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)) because defendants conduct business in this District and caused damages within this District. In addition, venue is proper in this District because the Judicial Panel for Multidistrict Litigation determined that the actions that are before this Court should be centralized in this District pursuant to 28 U.S.C. § 1407.

20.     In connection with the acts, conduct and other wrongs alleged in this complaint, defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mails, interstate telephone communications and the facilities of national securities exchanges.

## PARTIES

21.     Blue Laine-Beveridge, appointed by the Court as Lead Plaintiff (Dk. 420), owned shares of AMC and NOK at the close of the markets on January 27, 2021, and sold AMC shares on Robinhood's trading platform on February 3, 2021, and was economically damaged thereby.

22.     As set forth in detail in their certifications attached as Exhibit A hereto, plaintiffs Abraham Huacuja, Ava Bernard, Brandon Martin, Brendan Clarke, Brian Harbison, Cecilia Rivas, Garland Ragland Jr., Joseph Gurney, Santiago Gil Bohórquez, and Trevor Tarvis each owned shares of one or more of the Affected Stocks at the close of the markets on January 27, 2021, and sold those shares at a loss on one or more days during the period from January 28, 2021, to and including February 4, 2021, and were economically damaged thereby. Many, but not all, of the Named Plaintiffs traded on the Robinhood platform.

23.     Defendant Robinhood Financial, LLC (Robinhood Financial) is a brokerage company providing online and mobile application-based discount stock brokerage services that allow users to invest in publicly traded companies and exchange-traded funds. Robinhood Financial, LLC's business address is 85 Willow Road, Menlo Park, CA 94025.

24.     Defendant Robinhood Securities, LLC (Robinhood Securities) is registered as a broker-dealer with the SEC. Robinhood Securities, LLC acts as a clearing broker and clears trades introduced by its affiliate Defendant Robinhood Financial. Robinhood Securities, LLC's business address is 500 Colonial Center Parkway, Suite 100, Lake Mary, FL 32746.

9

25.     Defendant Robinhood Markets, Inc. is the corporate parent of defendants Robinhood Financial LLC and Robinhood Securities, LLC, both of which are wholly owned subsidiaries of Robinhood Markets. Robinhood Markets, Inc.'s business address is 85 Willow Road, Menlo Park, CA 94025.

26.     Robinhood Markets and its wholly owned subsidiaries operate as one entity, and they are treated as one entity in Robinhood Markets' IPO Registration Statement. *See* S-1, Robinhood Markets, at F-7 ("Robinhood Markets, Inc. ('RHM', together with its subsidiaries, 'Robinhood,' the 'Company,' 'we,' or 'us,')"). The S-1 explains that "[t]he consolidated financial statements include the accounts of RHM and its wholly-owned subsidiaries. All intercompany balances and transactions have been eliminated."). *Id*. at F-8. The S-1 also describes Robinhood Markets and its subsidiaries as a "Vertically Integrated Platform." *Id*. at 6.

27.     Robinhood Financial and Robinhood Securities are single member, limited liability companies, with all tax effects of income or loss included in the tax returns of their parent, Robinhood Markets.

28.     Robinhood Markets, Robinhood Financial and Robinhood Securities acted jointly in the market manipulation that is alleged herein. *See id*. at 41 (explaining that "*we* temporarily prevented our customers from purchasing certain specified securities") (emphasis added).

29.     Unless specified, the named defendants are collectively referred to herein as the "Robinhood".

## <u>SUBSTANTIVE ALLEGATIONS</u>

**<u>Background</u>**

30.     In 2011, Robinhood founders Vlad Tenev and Baiju Bhatt owned and operated Chronos Research, a company that developed backend trading technology which increased the

speed of trade execution. That summer, the company introduced Zardoz, software platforms that lowered tick-to-trade[5] latencies to either five microseconds or fifteen microseconds. Chronos Research's products were created to enable hedge funds and other HFTs to use speed to obtain a trading advantage over those without such high-end technology. In fact, HFTs are known to front-run other traders and to exploit differences in the bid-ask spreads across multiple exchanges.

31.     Several months later, purportedly inspired by the Occupy Wall Street protests, Bhatt and Tenev conceived the idea for Robinhood – a company whose stated mission is to democratize investing by providing access to financial markets at no cost to its customers. In 1973, sculptor and videographer Richard Serra coined the phrase "if something is free, you're the product." Although most of Robinhood's revenues came from selling customer orders to HFT market makers – the same firms for whom Chronos Research's products were designed – for much of its short life, Robinhood had gone to great lengths to hide that fact.

32.     Although it is now widely known that Robinhood's revenues come from routing its customers' orders to a handful of market makers for execution – a practice known as "payment for order flow" ("PFOF") – a December 17, 2020, SEC Cease-and-Desist Order imposing a $65 million civil penalty exposed how Robinhood Financial had methodically altered its public disclosures about PFOF for a number of years, with each adjustment moving farther away from the truth:

        (a)     Before the app launched, Robinhood had disclosed PFOF as a source of

---

[5] For HFTs, whose trades are automated, "tick-to-trade" is the response time between receiving a market "tick" (a price movement in the market, either an uptick or a downtick) presenting the opportunity to the algorithm and processing the buy or sell order.

revenue in its FAQ answer to the question "How does Robinhood make money?";[6]

(b)     Apparently concerned about negative publicity surrounding PFOF and HFTs, by late 2014, PFOF was taken out of the answer to "How does Robinhood make money?", a prominent topic on the Robinhood Help Center webpage, and placed elsewhere. There, Robinhood described PFOF revenue as "indirect" and "negligible" and stated that PFOF would be moved to the "How does Robinhood make money?" page if PFOF became a direct or significant source of revenue.[7]

(c)     Although PFOF made up 80% of Robinhood's income through mid-2016, PFOF was never disclosed as a revenue source, as had been promised, in the answer on the "How does Robinhood make money?" FAQ page. To the contrary, at some point during 2016, Robinhood removed all reference to PFOF from its website and even trained those responding to inquiries that PFOF as a source of revenues was an "incorrect" answer to a question about how Robinhood makes money. This deception continued through late 2018, despite PFOF being Robinhood's largest revenue source.[8]

---

[6] *In the Matter of Robinhood Fin., LLC*, SEC Admin. Proc. File 3-20171, ("SEC C&D Order") Finding of Fact No. 15. https://www.sec.gov/litigation/admin/2020/33-10906.pdf.

[7] *Id.* at Finding of Fact Nos. 16-17. Consistent with the SEC's findings, some time before April 2016, the discussion of PFOF was placed into an article entitled "Order Routing and Exchanges" that one would have to click through to reach on the "Trading with Robinhood" section of the Help Center. Toward the bottom of page is the following statement: "Prior to launching the product, we had some language saying that we intended to generate revenue through PFOF. The reason we removed this was because currently we execute all of our orders through our clearing partner APEX Clearing; as a result, Robinhood does not directly receive PFOF and any revenue we indirectly generate from it is negligible. If we were ever to receive it directly, or if it becomes a significant source of revenue, we will reintroduce that language into the FAQ." (https://web.archive.org/web/20160412113038/https://support.robinhood.com/hc/en-us/articles/204336175-Order-Routing-and-Exchanges, last accessed November 29, 2021).

[8] SEC C&D Order, Finding of Fact Nos. 18, 27, 31-36.

33.     The SEC also found that Robinhood Financial knowingly violated its duty of "best execution" for customer orders by routing trades only to executing brokers that would split the PFOF 80% to Robinhood and only 20% to price reduction for customers, *a reverse of the split paid to large retail broker-dealers*.[9] Not surprisingly, an extensive internal analysis conducted by Robinhood in March 2019 bluntly concluded: " '[n]o matter how we cut the data, our % orders receiving price improvement lags behind that of other retail brokerages by a wide margin.' " The SEC continued: "Robinhood further found that the amount of price improvement obtained for Robinhood customers was far lower than at competing broker-dealers, measured on a per order, per share, and per dollar traded basis. Senior Robinhood personnel were aware of this analysis." Although Robinhood had a Best Execution Committee, from 2016 to 2019 it did nothing to either assess or address whether Robinhood was breaching its duty of best execution.[10]

34.     Even though PFOF is banned in other countries because of the inherent conflicts it poses – including, in addition to a brokerage firm pocketing most of the payment, market maker front-running and broker inducements to increase customers' trading frequency[11] – since 1994,

---

[9] *Id*. at Finding of Fact Nos. 21-23, 27. A September 2018 article on *Seeking Alpha* first noted key differences in PFOF payment reporting in SEC Rule 606 filings. Author Logan Kane queried: "Every other discount broker reports their payments from HFT 'per share,' but Robinhood reports 'per dollar', and when you do the math, they appear to be receiving far more from HFT firms than other brokerages. This raises questions about the quality of execution that Robinhood provides if their true customers are HFT firms."  (https://seekingalpha.com/article/4205379-robinhood-is-making-millions-selling-out-millennial-customers-to-high-frequency-traders, last accessed November 29, 2021).

[10] SEC C&D Order, Finding of Fact Nos. 29, 30 & 39.

[11] Robinhood's "gamification" of its app to induce frequent trading is under scrutiny by the SEC. *See* https://www.sec.gov/rules/other/2021/34-92766.pdf.

the SEC has instead opted for full disclosure of PFOF and adherence to a broker's duty of best execution for its customers. As laid out in detail by the SEC, even before the events of late January and early February 2021 unfolded, Robinhood had already failed its customers spectacularly on both measures. But the worst was yet to come.

35.    During the pandemic lockdown, with stimulus checks in one hand and time on both hands, large numbers of Americans started to follow the markets and trade for the first time. The popularity of mobile app-based brokers such as Robinhood exploded among younger, first-time traders.[12] Social media sites such as the WallStreetBets sub-Reddit and Stocktwit provided millions of new investors with a platform to discuss investment strategy and the merits of trading in particular stocks. Not surprisingly, retail trading surged tremendously. On several occasions in 2020, Robinhood's platform crashed due to the steep increase in trading volume, causing millions of dollars in investor losses.[13]

36.    The extent to which novice, retail traders entered the market during the pandemic was detailed in a recent SEC Staff Report. Notable statistics include:

(a)    During 2020, the 60-day moving average of off-exchange market volume, *i.e.,* trades routed through wholesalers instead of being executed on an established

---

[12] Robinhood, whose investors' median age is 31, seeks to drive that figure even lower. In "Robinhood Is Going on a College Tour to Recruit New Customers," the *Wall Street Journal* reported on September 15, 2021, that Robinhood planned to give community college and HBCU students $15 to sign up, with five lucky customers to receive $20,000 for tuition.

[13] Failure to supervise the technology relied upon to provide core broker-dealer services caused multiple outages, including one for 26 hours on March 2-3, 2020. This is one reason Robinhood was fined $70 million by the Financial Industry Regulatory Authority ("FINRA") in June 2021. *See* "FINRA Orders Record Financial Penalties Against Robinhood Financial, LLC," June 30, 2021. ("FINRA Order") (https://www.finra.org/media-center/newsreleases/2021/finra-orders-record-financial-penalties-against-robinhood-financial last accessed November 29, 2021).

exchange (deemed to be a proxy for retail trading), increased from 38.4% on March 23 to 46.5% at the end of the 2020, with the single-day percentage exceeding 50% for the first time on December 23, 2020, at 50.4%.[14]

(b)     Trading in single option contracts in the 50 most-traded stocks rose from 10% to 14% in a matter of months, with number of contracts trading per day increasing from 19.6 million in December 2019 to 34.3 million in December 2020.[15]

(c)     In December 2020, over the counter, non-exchange listed equity volume (including "penny" stocks) surged, with a daily average of nearly 50 billion shares, compared to roughly 14.7 billion shares per day in November 2020, which had been the most active month over the prior two years.[16]

37.     This enormous growth in online retail trading corresponded to the destruction of many of the guardrails established by government entities and by self-regulatory organizations to protect investors. As explained on its website, FINRA is "authorized by Congress to protect America's investors by making sure the broker-dealer industry operates fairly and honestly." One rule enacted to protect investors, Rule 2111, sets standards for investment recommendations to customers, providing, in relevant part:

(a)     A member or an associated person must have a reasonable basis to believe that a recommended transaction or investment strategy involving a security or securities is suitable for the customer, based on the information obtained through the reasonable diligence of the member or associated person to ascertain the customer's

---

[14] SEC "Staff Report on Equity and Options Market Structure Conditions in Early 2021," at 16 n. 51 (Oct. 14, 2021) ("SEC Staff Report")  (https://www.sec.gov/files/staff-report-equity-options-market-struction-conditions-early-2021.pdf)

[15] *Id.* at n.52.

[16] *Id.* at n.51.

investment profile. A customer's investment profile includes, but is not limited to, the customer's age, other investments, financial situation and needs, tax status, investment objectives, investment experience, investment time horizon, liquidity needs, risk tolerance, and any other information the customer may disclose to the member or associated person in connection with such recommendation.

38.     Because customers trading on the Robinhood platform are self-directed, *i.e.,* not receiving portfolio management or investment advice from a licensed advisor, Robinhood insufficiently concerned itself with whether investments were suitable for the customers making them, only providing some basic financial literacy articles free-of-charge on its customer website. This paved the way for many of Robinhood's customers to trade not only in equities, but also in options,[17] for which Robinhood received a higher PFOF rate.[18] For the month of December 2020, Robinhood's Rule 606 report showed PFOF of $1.7 million for trades of S&P 500 stocks and $52.7 million in PFOF for its customers' options trading.[19]

39.     By late 2020, Robinhood was adding new traders at an accelerating pace, increasing its customer base to 12.5 million funded accounts. In early December, news reports surfaced that

---

[17]  FINRA fined Robinhood for relying on "option account approval bots," without oversight by the firm principals, to approve thousands of customers whose inconsistent or illogical responses to the firm's questions should have disqualified them from trading options. *See* FINRA Order.

[18]  S. Kolhatkar, "Robinhood's Big Gamble: In eliminating barriers to investing in the stock market, is the app democratizing finance or encouraging risky behavior?", *The New Yorker* (May 10, 2021) ("At the end of 2017, Robinhood announced options trading on the platform, making it available to all but its most inexperienced users. The company received even higher payment-for-order-flow rates on options than on stocks, and options trading soon became the company's largest source of revenue. In options trading, it is easy to quickly rack up enormous losses, and it has been associated with compulsive behavior.")

[19]  Felix Salmon, "Why people love to hate Robinhood," *Axios* (Feb. 4, 2021) (https://www.axios.com/robinhood-lawsuit-gamestop-stocks-90e13174-e459-4212-8f62-15540b1baf54.html last accessed November 29, 2021).

Robinhood had selected Goldman Sachs to lead its initial public offering in 2021.[20]

**Chronology of Relevant Events**

The Lead-Up to January 28, 2021

40.     Although purchases by prominent market players sparked retail investor interest in some of the Affected Stocks before January 2021, *e.g.,* by November 2020, the former CEO of online pet-supply giant Chewy.com, Ryan Cohen, had purchased a 9.98% interest in GameStop and Michael Burry's Scion Asset Management held a 5.3% interest, the rise in meme stock prices occurred in mid- to late- January 2021 because posters on social media investment sites had noted that some hedge funds had taken large short interests in certain of the Affected Stocks.

41.     The most-famous exchange between short sellers and retail investors was an online battle over GameStop. On January 19, 2021, Citron Research tweeted that it would livestream an event the next day explaining why GameStop share values would retreat, calling those currently purchasing GameStop – then hovering around $40 per share – "suckers at this poker game." Citing alleged hacks to its Twitter feed on January 20th, Citron's Andrew Left indicated that he would tape and post the message on January 21st. Live on the afternoon of January 21st on Benzinga's ZingerNation Power Hour, Left stated that GameStop's business was in "terminal decline." Retail investors and savvy hedge funds responded by driving up the price of the stock: after closing at $43.03 that day, GameStop's price soared to $65.01 at the close of the markets on January 22, 2021. By January 27th, Citron was forced to cover its position with purchases in the $90-dollar range, according to a Tweet it posted at 6:47 a.m. that day.

42.     As GameStop's share price began to soar as a result of this public feud, on January

---

[20] *See, e.g.,* reports by Reuters and Yahoo! Finance on December 8, 2020.

23, 2021, internal Robinhood communications between Tenev, Robinhood Securities President and COO James Swartwout and others centered around the risk to Robinhood of customers trading GameStop on margin. Specifically, Swartwout asks: (1) How many customers are holding GME on margin, (2) If we move to 100% [margin] -- what are the number of calls generated, and (3) What is our risk exposure?[21] At some point in the planning and analysis for such an event, a Robinhood employee chimed in, recognizing the potential harm to Robinhood's customers should Robinhood require 100% margin for GameStop:

> "It seems that the process outlined above covers firm risk well, but from a public perception POV, we may want to consider the risks our customers face. Is there a comms need or other action we should consider that would provide protection to our customers? I defer to … and … on that point, but something to consider. Although we don't have a straightforward obligation here because our customers are self directed, the perception is that they are relatively inexperienced and our action may well be compared to the actions of other firms  (with other obligations to customers)."[22]

Robinhood was thus acutely aware of the potential exposure its customers would face if forced to liquidate their positions because of a margin call.

43.     Prior to January 25th, hedge fund Melvin Capital had amassed an enormous short position in GameStop shares. As GameStop's share price rapidly increased, Melvin Capital was facing billions of dollars of losses. On January 25th, Melvin Capital announced an infusion of $2.75 billion – hedge funds Point72 and Citadel LLC ("Citadel") lent $750 million and $2 billion, respectively – to stay afloat after its value had declined more than 30% in a matter of weeks, due mainly to its short position in GameStop. Earlier, in November 2020, a post on WallStreetBets

---

[21] Robinhood Tranche Amended Consolidated Class Action Complaint (Dk. 409) ("Robinhood State Law Complaint") at ¶194 (reproducing internal chat).

[22] *Id.* at ¶195.

alerted the sub-reddit's millions of followers of Melvin Capital's short interest in GameStop and subsequent posters vowed to take the fund down. Melvin Capital closed out its GameStop position on January 27th.

44.    On the morning of January 27th, Vlad Tenev had published an opinion piece for CNBC.com entitled "Becoming an investor is the new American dream, just like home ownership was before." Making the case that Robinhood enables "everyday" Americans to trade, Tenev welcomed customers to the platform to take part in the current market rally:

> "In these turbulent times, it gives us tremendous satisfaction that Robinhood has expanded access for many to begin their investment journey during the market rally. Although most of those gains are unrealized, and 2021 is sure to bring its own twists and turns, we are proud to have enabled our customers to begin participating in the markets and allow them to progress towards their own financial independence.
>
> ***
>
> I'd argue that those who question the capability of retail investors do not have the interests of everyday Americans at heart. It's wrong to view the arrival of increasing numbers of retail investors in the market with dismay. It's short-sighted to proclaim that financial instruments integral to investment strategies of the wealthiest Americans should be left exclusively in the hands of the old guard. [23]

45.    When asked during a companion interview on CNBC's "Squawk Box" that same morning how the company planned to handle the massive volume of trading in stocks such as GameStop, Tenev stated:

> "Like many others in the industry, we have processes that respond to increases in volatility in certain names by doing things like raising the margin requirements.

---

[23]    *See*    https://www.cnbc.com/2021/01/27/robinhood-ceo-becoming-an-investor-is-the-new-american-dream-just-like-home-ownership-was-before.html (last accessed November 29, 2021). Even as Robinhood was worried, internally, about being able to handle the trading volume and margin risk, in addition to this opinion piece, Tenev appeared on Yahoo Finance Live on January 27th and made a similar pitch to customers new to investing:  "Retail investors and individuals have felt like they've been talked down to. Lots of them felt like they haven't been taken seriously," he said. "There's this term 'sophisticated investor' that's been thrown around, so there's an idea that they're unsophisticated." https://www.yahoo.com/now/robinhood-ceo-retail-investors-have-felt-like-they-have-been-talked-down-to-are-now-empowered-214947293.html (last accessed November 29, 2021).

We've done that in lots of cases. We, we always remain focused on making sure the system is reliable, that we're investing in stability, making sure we're up for customers when they need us the most … There's things happening, different things happening every week. I think we have to avoid running our business as if we're responding to what's in the news on a weekly basis …"

46.     When specifically asked whether Robinhood was raising the margin requirements for GameStop, Tenev refused to directly answer the question, but instead again compared Robinhood's actions to those of its competitors:  "Like other brokerages do, we monitor volatility and take steps as appropriate, like raising the margin requirements." Tenev's answer, which painted Robinhood as a responsible actor in the industry, one that need not specifically react to the meme stock trading phenomenon, was less than candid.

47.     Internally, the answer to host Andrew Ross Sorkin's question was a resounding "Yes!" According to the SEC Staff Report, Robinhood had already begun to ratchet up purchasing restrictions, raising both initial and maintenance margin requirements, with GameStop at 80% on January 26, 2021, and 100% January 27, 2021.[24] Of course, Tenev's bid for new customers, posting both an op-ed and appearing on CNBC's "Squawk Box" (and on Yahoo Finance Live), would not have fared as well had he publicly announced specific restrictions on margin trading of GameStop, which could have opened up the door to questions about customers' ability to readily purchase the other Affected Stocks.  By side-stepping host Sorkin's question, Tenev enabled the Robinhood app to be downloaded 120,000 times that day and Robinhood to set its own record for active daily users on mobile, at 2.6 million, ultimately catapulting Robinhood to the No. 1 app on

---

[24] SEC Staff Report at 33-34. Although Robinhood is not named, the unique actions described were those taken by Robinhood. *See also* Robinhood State Law Complaint at ¶12 (on January 26th, Robinhood Securities President and COO James Swartwout stated in an internal chat: "I sold my AMC today. FYI – tomorrow morning we are moving GME to 100% –  so you are aware.").

the App Store for the first time.

48.     Despite Tenev's attempt to place Robinhood in the company of other retail online brokerages, such as TD Ameritrade and Charles Schwab, what Robinhood did over the next eight days did not remotely resemble the risk management processes employed by any other brokerage firm. Nor were any two entities in the events that unfolded as tied together in public opinion as Robinhood and Citadel Securities LLC ("Citadel Securities").

49.     On the evening of January 27, 2021, Robinhood senior staff had an important discussion with employees of Citadel Securities, the market maker responsible for the largest portion of Robinhood's revenues. According to Robinhood's IPO Registration Statement, in 2019, PFOF revenue from Citadel Securities represented 29% of Robinhood's total revenues; in 2020, the figure rose to 34%.[25]   In actual dollars, Citadel Securities paid Robinhood nearly $80.5 million for its customers' order flow in 2019 and a whopping $326 million for its customers' order flow in 2020.[26]   Most important, the filing revealed that Robinhood's "***PFOF … arrangements with market makers are not documented under binding contracts***."[27] In short, the arrangement was terminable by either party at any time. Consequently, the continued growth of Robinhood's business, and most certainly its ability to move forward with an IPO, was very much in the hands of Citadel Securities on the evening of January 27, 2021.

50.     As internal communications at Robinhood and email chains between Robinhood

---

[25] Robinhood  Markets, Inc. Form S-1, filed July 1, 2021, at F-10.

[26] *Id*. at F-4.

[27] *Id.* at 35.

and Citadel Securities indicate,[28] although the initial reason for the discussion appears to have been anticipated "across-the-board" adjustments by Citadel Securities of PFOF payments to Robinhood (according to Robinhood Markets Chief Operating Officer Gretchen Howard), it was apparent that the discussion also included references to the negative impact on Citadel/Citadel Securities and other HFTs of the intense purchasing activity that caused the price of most of the Affected Stocks to skyrocket in a single trading session earlier that day.[29]

51.    Following the phone call, at least one Robinhood executive was unhappy with the way Citadel Securities apparently dictated the new terms of the parties' arrangement. Robinhood Securities President and COO James Swartwout wrote to a counterpart at Citadel Securities: "I have to say I am beyond disappointed in how this went down. It's difficult to have a partnership when these kind of things go down this way." [30] Although Citadel Securities was Robinhood's largest source of revenue, pursuant to an arrangement that is not documented in a binding contract, Robinhood appears to have only found out on the night of January 27, 2021, who had the upper hand in the parties' relationship.[31]

---

[28] Partially redacted reproductions of the communications appear in the Corrected Consolidated Class Action Complaint at ¶¶ 304-313 in the Antitrust Tranche (Dk. 416) ("Antitrust Complaint").

[29] *Id*. at ¶308 (One Robinhood employee noted: "Anecdotal evidence that several 'very large' firms are having really bad nights too". Robinhood Securities President and COO Swartwout replied: "everyone is. you wouldn't believe the convo we had with Citadel. total mess").

[30] Antitrust Complaint at ¶313.

[31]   Underscoring this point, Tenev's request to speak to Citadel CEO Ken Griffin that evening appears to have been rebuffed. In another email chain, Tenev asked his team to propose a one-on-one; in response, Citadel Securities offered to have Tenev speak with someone else, indicating arrangements could be made to speak with Griffin in the future. *Id.* at ¶¶307, 311 and 312.

January 28, 2021

52.     In the very early hours of the morning – *after* the unsatisfactory phone call with Citadel Securities and *before* receiving the January 28th deposit requirement from the NSCC that Robinhood blames for its six days of trading restrictions – Robinhood decided that customers holding options for GME and AMC set to expire on January 29th should not be permitted to exercise those options. Robinhood unilaterally acted in the middle of the night to foreclose this possibility by placing all options expiring on January 29th into "position closing only" ("PCO"), sending the following email to customers (posted at 1:03 a.m. on Twitter):

...0.5k ⌄ | ⌂ ⌧ Robinhood Announces You Can No Longer Open GME/AMC Positions For Friday. ...   `News`

Thu, Jan 28, 2021, 01:03:42 AM Eastern Standard Time

Posted by u/vocchiogrosso  10 months ago 🎖️ 🏅5 🎖️4 Ⓢ 🎖️ 🏆2 🐙

# Robinhood Announces You Can No Longer Open GME/AMC Positions For Friday. 😱

`OC`  `News`

## For GME and AMC options expiring Friday



We wanted to reach out to you in light of the unprecedented volatility surrounding GameStop (GME) and AMC Entertainment Holdings (AMC). In an effort to help reduce risk, we've begun implementing certain restrictions for GME and AMC options trading.

**Effective immediately, all GME and AMC options with expirations of January 29th, 2021 will be set to closing transactions only.**

Additionally, our standard sellout procedures on GME and AMC have been adjusted to account for the increased risk. Because of this, your positions are at a higher chance than usual of being closed out if you are unable or choose not to close out the positions yourself.

**How does this affect me?**

If we determine that your option contract is at risk of being in the money and you don't maintain the necessary collateral to support assignment/exercise, we may take proactive measures to help reduce your account risk, including closing at-risk positions prior to expiration date. This may also include, but isn't limited to, spread positions with a theoretical max gain/loss.

Please note that having the collateral to place the trade is different from having the collateral to support exercise/assignment.

**What actions might I consider taking?**

As always, it's important to stay on top of your portfolio and monitor the market closely. You may check out these articles for some best practices on monitoring and exiting your positions: simple strategies, advanced strategies.

If you have any questions about your account specifically, please reach out to our support team. We're here to help.

As always, thank you for your prompt attention and thank you for being a Robinhood customer.

53.     Specifically, customers were told: "If we determine that your option contract *is at risk of being in the money* and you don't maintain the necessary collateral to support assignment/exercise, we may take proactive measures to help reduce your account risk, including closing at-risk positions prior to expiration date." (Emphasis supplied.) Thus, before customers could decide whether to close out the position or deposit funds to exercise their in-the-money options, *i.e.*, to purchase GME and AMC shares at less than their then-current market value, Robinhood unilaterally decided it could proactively close out their positions early should it choose to do so.

54.     By closing out the positions early, Robinhood relieved the sellers on the other side of the option contracts (the "counterparties") of the obligation to sell shares to Robinhood's customers at below market value. Should the counterparties not have had shares of GME and AMC in their accounts, Robinhood's action would further relieve them of having to purchase shares at exorbitant prices to enable them to deliver those shares upon exercise of the option. As the pressure to perform under these contracts was removed from counterparties, Robinhood knew that such a "proactive" measure, indeed one step beyond requiring 100% margin for a share purchase, would cause the price of GME and AMC shares to decline rather than to continue to climb even higher.

55.     Robinhood's use of the phrase "at risk of being in the money" is rather telling. This is a very an odd way to refer to a successful bet on a stock's price movement – unless Robinhood knew for a fact that its customers were new investors who both routinely traded options without the financial means to exercise them *and* were more likely than experienced options traders to exercise their options.[32]

---

[32] In fact, Robinhood Securities President and COO James Swartwout explained that Robinhood customers were so uninformed about options trading that Robinhood took affirmative steps to try

56.     Preemptively taking away decision-making authority from its customers by closing out options early is an action that runs directly contrary to Robinhood's repeated refrain that it is democratizing finance for new investors. Less than 24 hours earlier, Tenev's published opinion on CNBC.com accusatorily proclaimed: "I'd argue that those who question the capability of retail investors do not have the interests of everyday Americans at heart."

57.     The decision to move all GME and AMC options expiring on January 29th to PCO during the early hours of January 28th, potentially closing out early options "at risk of being in the money," also contradicts Robinhood Securities President and COO Jim Swartwout's sworn statement on February 8th:  "At no time on or since January 27, 2021, did Robinhood restrict a customer's ability to exercise ITM [in-the-money]options."[33]

58.     Hours later, at 5:11 a.m. EST on January 28th, Robinhood received a file from the National Securities Clearing Corporation ("NSCC"), of which Robinhood Securities is a member, indicating that Robinhood was required to pay $3 billion dollars (in addition to the nearly $700 million already on deposit) to secure completion of unsettled trades in its customers' accounts. The $3.7 billion charge had two components: the core clearing fund charge, the primary component of which is the value at risk charge ("VaR") which is calculated based upon the estimated risk in the member's unsettled portfolio, and an excess capital premium charge which compares the member's excess net capital to its core charges. The more the core charges exceed

---

to prevent customers from losing money by requiring they speak to a live broker before exercising out-of-the-money options, *i.e.*, to purchase shares at a price higher than available on the open market, they should opt to allow to expire. Decl. of James Swartwout, filed Feb. 8, 2021, in *Cobos v. Robinhood Fin. LLC*, 21-cv-00835, (C.D. Cal.) (Dk. 27-3) ("Swartwout Decl.") at ¶¶ 22-23.

[33] Swartwout Decl. at ¶24.

the member's capital cushion, the larger the capital premium charge. To avoid incurring the latter charge the member must either reduce the level of risk or raise additional capital.[34]

59.    Citing a "major liquidity issue" Robinhood Markets COO Gretchen Howard wrote in an internal chat that eight stocks – AMC, GME, NOK, BB, NAKD, KOSS, EXPR and BBBY – had been moved to position closing only ("PCO") on the Robinhood Financial platform, with all purchases prohibited.[35] According to Shiv Verma, Head of Treasury at Robinhood Markets, because the VaR charge exceeded Robinhood's net capital, a special excess capital premium ("ECP") charge had been assessed in addition to the core VaR charge, and Robinhood was looking for a way to eliminate or significantly reduce the more than $2.2 billion ECP charge.[36]

60.    Following a discussion between Robinhood and the NSCC in which Robinhood "proposed to the NSCC that, as a temporary measure, it would limit customer purchases for certain volatile stocks that had driven the increased deposit requirements,"[37] before the markets opened

---

[34] *See* Written Testimony of Michael C. Bodson, CEO of the Depository Trust & Clearing Corporation, before the Committee on Financial Services of the U.S. House of Representatives, May 6, 2021 ("Bodson Testimony") at 3-4. (https://www.dtcc.com/-/media/Files/PDFs/Testimony-of-Michael-Bodson-050621.pdf)

[35] Internal Robinhood chats are reproduced at ¶¶ 232 and 233 of the Antitrust Complaint.

[36] Declaration of Shiv Verna, filed Feb. 8, 2021, in *Cobos v. Robinhood Fin. LLC*, 21-cv-00835, (C.D. Cal.) (Dk. 27-2) at ¶13. ("Verna Decl."). For an undercapitalized broker, the ECP could potentially be much greater than the VaR. Tenev testified that Robinhood's was more than $2.2 billion on the morning of January 28th. *See* Written Testimony of Vladimir Tenev, CEO Robinhood Markets, Inc., before the Committee on Financial Services of the U.S. House of Representatives Feb. 18, 2021, at 9-10 (after ECP was waived, $3.7 billion charge was reduced to the core charge amount of approximately $1.4 billion)  Thus, the bulk of the $3 billion requested deposit (in addition to the $700 million already on deposit) was an ECP charge not a core charge.

[37] Verna Decl., *supra, id.* Although Tenev later claimed that Robinhood had been "forced" to prohibit purchases, this was a voluntary proposal made by Robinhood. Bodson testified: "NSCC's role in the market is a neutral one. It does not impose trading restrictions upon its clearing members

on January 28th, the NSCC waived Robinhood's capital premium charge for the day – in fact, the NSCC waived net capital charges through February 1, 2021, to allow the trades from both January 27th and January 28th to work through the system.[38] Only because of its decision to halt stock purchases in eight issuers and the NSCC's waiver of a $2.2 billion charge was Robinhood was able to temporarily solve its "major liquidity issue" and meet the NSCC's greatly-reduced deposit requirement for January 28th with an additional $700 million payment. Had both extraordinary measures not been taken, Robinhood would have faced liquidation of its customers' positions and left the other members of the NSCC to cover the losses.[39]

61.     Apparently, the internal assessment of Robinhood Financial's President and COO, David Dusseault, that Robinhood would "navigate through this nscc issue" because the company was "to [sic] big for them to actually shut us down," proved to be correct. With the liquidity crisis temporarily solved, by 5:30 p.m. on January 28th Reuters reported that Robinhood raised $1 billion from existing investors to provide a desperately needed capital cushion. Alas, Robinhood's

---

or their customers, and it did not instruct any clearing member to impose restrictions during the market volatility events of late January."  Bodson Testimony at 5.

[38] Bodson Testimony at 5 & n.4.

[39] On the evening of January 28th, Thomas Peterffy, the Chairman of Interactive Brokers, viewed Robinhood's announced decision to enable the "buy" button when trading opened on January 29th, even for limited purchases only, a risk to the entire system. The potential liquidation of Robinhood, should it not be able to meet its deposit requirements, would impact "the integrity of the marketplace and the clearing system." He continued: "I'm not comfortable with the current situation because if the brokers go the clearinghouse has to collect from other members…and it's a domino effect." *See* M DeCambre "Peterffy calls Robinhood decision to allow 'limited buys' of GameStop troubling: 'I'm not comfortable'", *Marketwatch.com*, Jan. 28, 2021 (https://www.marketwatch.com/story/peterffy-calls-robinhood-decision-to-allow-limited-buys-of-gamestop-troubling-im-not-comfortable-11611876619, last accessed Nov. 29, 2021)

customers were not too big to fail, these "everyday Americans" were abandoned by Robinhood without even being told why.

62.     After Robinhood took the extraordinary measures of prematurely moving GME and AME options to position closing only, disabling the "buy" button for shares of GME, AMC and six other issuers, and telling customers that trades they already scheduled had been cancelled (either without their consent or, falsely, at their request),[40] on the morning of January 28th, Robinhood first sent a terse, patronizing note to its customers, one that did not inform investors of the purchase prohibitions or why they were instituted:

> We wanted to reach out to you in the midst of the current volatile market conditions. It's as important as ever to be an informed investor.
>
> Whether you're brand new to Robinhood or have been investing with us for years, we have lots of resources to help you navigate the markets, including Investing 101 and our entire Help Center.
>
> Here are some specific articles from Robinhood Learn to help make sense of market volatility:
> -- The stock market has been super volatile – How can I make sense of it?
> -- Volatility explained
>
> As always, thank you for being a Robinhood customer.
>
> Sincerely,
>
> The Robinhood Team[41]

63.     At or near the market open, Robinhood decided to increase the number of stocks for which purchases were barred to 13, adding AAL, CTRM, SNDL, TR and TRVG to the list. In

---

[40] *See* Robinhood State Law Complaint at ¶¶243-244; Antitrust Complaint at ¶237.

[41] This initial message was made public shortly before trading began. *See, e.g.,* "Robinhood sends market volatility warning to brokerage app users," ClickonDetroit.com (online site of WDIV Channel 4 news, Jan. 28, 2021) (https://www.clickondetroit.com/news/2021/01/28/robinhood-sends-market-volatility-warning-to-brokerage-app-users/, last accessed November 29, 2021)

a blog post on its site, stunned customers were provided no information – beyond a reference to "recent volatility" – about why the "buy" button had been disabled for these stocks:

### Keeping Customers Informed Through Market Volatility

> Our mission at Robinhood is to democratize finance for all. We're proud to have created a platform that has helped everyday people, from all backgrounds, shape their financial futures and invest for the long term.
>
> We continuously monitor the markets and make changes where necessary. In light of recent volatility, we are restricting transactions for certain securities to position closing only, including $AAL, $AMC, $BB, $BBY, $CTRM, $EXPR, $GME, $KOSS, $NAKD, $NOK, $SNDL, $TR, and $TRVG. We also raised margin requirements for certain securities.
>
> Amid significant market volatility, it's important as ever that we help customers stay informed. That's why we're committed to providing people with educational resources. We recently revamped and expanded Robinhood Learn to help people take advantage of the hundreds of financial resources we offer and educate themselves, including how to make sense of a volatile market. In 2020, more than 3.2 million people read our articles through Robinhood Learn.[42]

64.     The two public statements issued on the morning of January 28th were hardly a model of the transparency in which Robinhood purports to take pride. As Tenev admitted two weeks later, on the February 12th podcast of *All-In with Chamath, Jason, Sacks & Friedberg*: "no doubt we could have communicated this a little bit better to customers." However, when Tenev was specifically asked why Robinhood did not just come right out and explain the real reason to its customers, that the NSCC's initial $3 billion deposit requirement forced its hand, his explanation of what happened is even more disingenuous.

65.     Tenev deceptively tried to palm off the uninformative communications as ill-conceived automated messages. Specifically, because Robinhood has an "operationalized process"

---

[42] *Id.* (updated heading added to the article, "Robinhood now 'restricting transactions for certain securities' " republishes the blog post in full).

to switch off the "buy" button for a short period of time for a legitimate reason, *e.g.*, the occurrence of a corporate action such as a reverse stock split, Tenev suggested that when that action is taken, "there's a button in a dashboard you can click and automated emails get sent out. It's an operational process that I think in hindsight we probably should have 'exceptionalized' to make it clear why we were doing this."  Because the three stated reasons (in the Help Center FAQ "Why don't I see a buy button?") were not applicable to the popular stocks Robinhood customers were attempting to purchase, the appearance of these automated messages raised more questions for Robinhood's customers than they answered.

66.      Although Tenev only referenced inapposite automated messages when he retrospectively indicated that Robinhood should have "ma[de] it clear why we were doing this," the vague communications concerning "market volatility" quoted in ¶¶62 and 63, were carefully crafted before being sent to customers to specifically address the situation at hand. Internal Robinhood communications reveal that at 8:13 a.m. EST on January 28th, Robinhood was fashioning just the right message to not lose credibility with its current and future customer base: "Is there a level to which we are aiming for? . . . Not sure where the line is as a brand . . . not sure yet – *I know there is a team working on our response here and we'll know more shortly*." (Emphasis supplied.)[43]

67.      As the crisis was unfolding, the image that Robinhood was trying to project in advance of its IPO was not one of a company saved from liquidation by *both* the grace of an NSCC deposit waiver *and* Robinhood taking the extreme action – taken by no other retail brokers – to entirely shut down purchases of 13 different stocks. On the February 12th podcast, however, *after*

---

[43] Robinhood State Law Complaint at ¶205.

Robinhood raised $3.4 billion and shored up its balance sheet, Tenev concluded, in retrospect, that communications to customers should have been more forthright about the actions Robinhood took to respond to the NSCC's deposit demand.[44]

68.     Whether or not *that* explanation is entirely truthful, the deliberate decision not to provide it to the public in real time caused retail investors to reach their own conclusions, exacerbating the market volatility. Robinhood's precisely worded messages, that intentionally kept investors in the dark to save face, further drove down the share prices of the Affected Stocks. Specifically, Tenev explained that because Robinhood withheld information about the NSCC's deposit requirement, investors immediately jumped to the conclusion that Robinhood was on the side of the hedge funds the WallStreetBets investors were trying to take down.

69.     As the share prices of the Affected Stocks plummeted because of Robinhood's unexplained decision to prohibit all share purchases,[45] Robinhood's actions were immediately and universally decried as market manipulation – and not just by the followers of the WallStreetBets sub-Reddit. Robinhood was sharply criticized by members of Congress from both sides of the aisle, with Representatives Rashida Tlaib and Alexandria Ocasio-Cortez and Senators Ted Cruz and Marsha Blackburn all weighing in against its restrictions. (The next morning, as noted in a

---

[44] During a podcast on February 23rd with Dave Portnoy of Barstool Sports, Tenev again admitted that the vague communications about "market volatility" were insufficient: "[W]e we sent some emails that were like, hey, there's some market volatility going on, and we basically sent a link that said: What is market volatility? I think in that one, in hindsight, we should have said, hey, some things can happen that restrict certain aspects of your trading …"

[45] Price graphs of the nine Affected Stocks, GME, NOK, AMC, KOSS, TRVG, BBBY, EXPR, TR, and BB appear, respectively, at ¶¶ 258-266 of the Antitrust Complaint. Each shows a sharp price decline as between January 27th and January 28th. A chart of the prices of these stocks throughout the Class period is set forth below at ¶76.

tweet by U.S. Rep. Jamaal Bowman, Robinhood added a job posting for a new position based in Washington, D.C. for a "Federal Affairs Manager", *i.e.*, a lobbyist.)

70.     Many were disillusioned that the alleged disruptor, Robinhood, suddenly made it impossible for its customers to freely purchase the Affected Stocks while institutional investors and those on more-established online platforms could still do so. Some accused Robinhood of acting to benefit hedge funds, including Citadel LLC, and Citadel Securities, the market maker which provided Robinhood 36% of its 2020 revenues and had flexed its power the night before. Specifically, many theorized that Robinhood knowingly acted to slash the price of the Affected Stocks so that the hedge funds and market makers could cover their short positions in various meme stocks, as Melvin Capital and Citron Capital had been forced to do. [46]

71.     Robinhood prohibited purchases, but not sales, of the Affected Stocks to decrease the amount of the core charge it was required to deposit with the NSCC, which would enable the company to withstand the financial impact of the volume of its customers' trades – business it actively recruited and recklessly stoked during the market rally – so that it could survive until its IPO. Additionally, cutting off demand from 15 million active traders, a large percentage of which traded in one or more of the Affected Stocks, could also assist Citadel, Citadel Securities, other market makers who generate PFOF revenue, and/or hedge funds – many of which Robinhood executives believed were negatively impacted by the explosion in the price of the Affected Stocks on January 27th – by causing a price decline that would permit these powerful market players to cover, and/or profit from, short positions they held.

─────────────

[46] A chart in the SEC Staff Report showed that purchases to cover short sales were more prevalent during the period January 22 -27, 2021, than they were on January 28, 2021. However, the data presented appeared to expressly exclude trading by market makers and other HFTs. SEC Staff Report at 28, Fig. 6 and n.78.

72.     Regardless of its motive(s) on January 28th, when it closed out AMC and GME options early, disabled multiple "buy" buttons, and cancelled purchase orders for the Affected Stocks, Robinhood was certain of one thing: its actions would harm its customers and others who held the Affected Stocks by driving down their share prices. Not only were customers who would be harmed *not* protected or warned, as suggested should occur in a Robinhood January 23rd internal communication (¶42, above), but a senior Robinhood official *did* sell his shares of one of the Affected Stocks and warned his own colleagues before the restrictions were imposed.

73.     Robinhood Securities President and COO James Swartwout attested to being the person at Robinhood who made the PCO decisions.[47] According to his candidate statement in a 2020 FINRA Regional Committee Election:

> James Swartwout is a 30 year veteran of the securities industry who has held leadership roles at many of the top discount brokerage firms in the nation. His career encompasses roles in customer support, back office operations, trading and order management, clearing operations as well as branch operations. Currently the President and COO of Robinhood Securities LLC based in Lake Mary, Florida, he has also held Senior Leadership positions at AmSouth Investment Services, E*TRADE Securities and E*TRADE Clearing, Scottrade and was the President of tradeMONSTER until its merger with Optionshouse

74.     Thus, when Swartwout stated in an internal communication on January 26th: "I sold my AMC today. FYI – tomorrow morning we are moving GME to 100% [margin] - so you are aware," both Swartwout and all of the Robinhood personnel who were on the internal chat (or were told of its contents) knew that the prices of the Affected Stocks would be driven down should Robinhood make it more difficult to purchase and hold shares in the Affected Stocks by imposing a 100% purchase and maintenance margin requirement on its 15 million customers. These same

---

[47] Swartwout Decl. at ¶34 ("This was a decision I made on behalf of RHS and in consultation with my operations team at RHS and others at Robinhood.")

Robinhood executives understood very well that making the Affected Stocks impossible for their customers to purchase would have an even greater impact on Robinhood's customers and on the prices of the stocks subject to the purchase prohibition. After all, it was the very propensity of Robinhood's customers to purchase these very stocks in such high concentration that was the basis for the initial $3 billion deposit demand.

75.    Indeed, before the markets opened that morning, one Robinhood employee looking at the big picture questioned how detrimental Robinhood's actions could be – and how that would affect Robinhood (a company planning an IPO) in the long term:  "I think the blowback from this is going to be exponentially worse as time goes on . . . Just worried about the long term affects [sic] of this."[48] As Tenev later admitted: "We knew this was a bad outcome for customers."

76.    Not only Robinhood's customers were negatively affected by the tsunami of selling unleashed by Robinhood's disabling of  "buy" buttons for the very stocks that were the most popular with its customer base. By the close of the markets on January 28th, each of the Affected Stocks saw significant declines from the previous close:

---

[48] Robinhood State Law Complaint at ¶205 (the remainder of the quoted message appears in ¶66).

|  | Closing price January 27, 2021 | Closing price January 28, 2021 |
|---|---|---|
| AMC (AMC Entertainment Holdings Inc.) | $19.90 | $8.63 |
| BB (BlackBerry Ltd.) | $25.10 | $14.65 |
| BBBY (Bed Bath & Beyond Inc.) | $52.89 | $33.64 |
| EXPR (Express Inc.) | $9.55 | $4.70 |
| GME (GameStop Corp.) | $347.51 | $193.60 |
| KOSS (Koss Corp.) | $58.00 | $41.96 |
| NOK (Nokia Oyj) | $6.55 | $4.69 |
| TR (Tootsie Roll Industries Inc.) | $41.25 | $37.33 |
| TRVG (Trivago N.V.) | $3.19 | $2.48 |

77.     That evening, Tenev hit the airwaves to do damage control. Again appearing with

Andrew Ross Sorkin on CNBC, Tenev stated that Robinhood had to make a "very difficult

decision" to halt customer purchases of the stock of multiple issuers "as part of normal operations."

Rejecting the suggestion that Robinhood shut off its customers' ability to purchase these stocks to

aid hedge funds and market makers by depressing share prices for those needing to cover short

positions, Tenev stated: "We absolutely did not do this *at the direction* of any market maker or

hedge fund or anyone we route to or any other market participants." (Emphasis supplied.)[49]

78.     Instead, Tenev explained the various regulatory capital requirements at play that morning and how they had sharply increased due to volatility concentrated in the Affected Stocks, ultimately leading to the determination that "to protect the firm and protect our customers we had to limit buying in these stocks." Customers unable to freely trade disagreed with Tenev's paternalistic attitude; they felt betrayed, not protected, by Robinhood's self-serving actions.

79.     Host Sorkin followed up by asking whether Tenev's explanation suggested Robinhood had a liquidity problem, raising "all sorts of new questions" about whether there is a systemic issue underneath the company itself. Seeking to squelch questions about Robinhood's financial stability, and directly contradicting Robinhood Markets COO Gretchen Howard's internal comment that morning that a "major liquidity issue" led to the decision to PCO eight stocks before the market opened, Tenev flatly denied it, claiming:

> "***There was no liquidity problem***. And to be clear this was done pre-emptively, so we did this proactively … And we're doing what we can to allow buying and to remove these restrictions in the morning." (Emphasis supplied.)

80.     Tenev's false statement – that Robinhood did not have a liquidity problem on the morning of January 28th – was made with scienter because:

(a)     Tenev knew that Robinhood's COO internally attributed its decision to PCO eight stocks to Robinhood's having a "major liquidity issue," to wit, an inability to otherwise meet the additional $3 billion deposit demanded by the NSCC in the ordinary course of business;

---

[49] The denial is very precise: Tenev did not state that the decision was *not* made to benefit market makers or hedge funds or that it was made regardless of its impact on market makers and hedge funds, just not "at the direction" of these powerful players.

(b)     Were Tenev to admit to the liquidity crisis Robinhood faced that morning, it would reveal that Robinhood was ill-prepared to handle the volume of trading generated by the extraordinary popularity of its app, potentially endangering the planned IPO;

(c)     When given a do-over on this very question during the February 12th podcast, Tenev doubled down on his misstatement, underscoring his motivation for making it on January 28th – to make it appear Robinhood's actions were akin to those taken by other brokers and that it was never on the brink of liquidation. Specifically, Tenev was told that people thought he was "obfuscating or lying" to host Sorkin when he denied there had been a liquidity problem. When Tenev was asked whether he would now respond "Yes, we had a liquidity issue, and here's why," Tenev stuck by his earlier denial:

> "I stand by what I said and I'll explain it . . . Restricting the buying of securities is something that every, pretty much every broker did to some degree during this week. When you say the "L" word in financial services it reminds you of Lehman Brothers where you literally are not able to operate your business. We met all our deposit requirements."

Of course, what Tenev left out was that the NSCC exercised its discretion to waive the more than $2.2 billion excess capital payment which had dwarfed the core charge that morning, and that the deposit amount that was required had only been reduced because of Robinhood's suggestion that it would temporarily limit purchases of certain volatile stocks. Without these actions, Robinhood most certainly had a "major liquidity issue." Tenev, who wanted potential investors in Robinhood's IPO to hear that Robinhood's actions were "part of normal operations" and that it had acted as "pretty much every other broker did," would not admit to Robinhood's liquidity problem for fear of endangering the planned IPO.

(d)     On February 23, 2021, Tenev appeared on a podcast hosted by one of Robinhood's biggest critics, Dave Portnoy of Barstool Sports. Asking the liquidity

38

question in different ways, Portnoy obtained several admissions from Tenev:

(i) Portnoy: If you don't get a call at three in the morning, do you regulate trading?

Tenev: Well, no, we did this because we had to comply with our capital requirements . . .

Portnoy: But you found that out at like three in the morning . . .

Tenev: *If we had a bunch more headroom, yes, we probably would have let things continue* . . .

Portnoy: Well if you didn't get a call that says, hey, we need this money from you, you wouldn't have shut off buying?

Tenev: Correct. The last thing we would want to do is shut off buying

(ii) Portnoy: That is a capital issue, he specifically said, a liquidity issue, you need this much money, you didn't have it, so you acted. Isn't that the essence of liquidity? Like, are you afraid to say liquidity, because of a domino effect with the banks?

Tenev: I think that liquidity issue, and I probably should be careful and call it the "L word," right, the "L word" is a big thing in financial services. *Basically, if you say liquidity issue means you can't meet your capital requirements, or your deposit requirements, then you're essentially dead,* and that was not the case with Robinhood. We met our capital requirements; we met our deposit requirements …

Portnoy: But, that theoretically could be a technicality, right, if you didn't change the trading of that day, you may have had a liquidity issue tomorrow?

Tenev: Exactly. I think that's accurate. (Emphasis supplied.)[50]

Even though Tenev finally admitted that had Robinhood been better capitalized on the

morning of January 28th it would have not disabled any "buy" buttons, he clung to the

_____

[50] The podcast can be found at https://www.youtube.com/watch?v=LqoJApzkaPU, last accessed November. 29, 2021.

"proactive"/"pre-emptive" measures argument by explaining that the liquidity problem was not at hand, but a day away. To make that hair-splitting distinction, Tenev conveniently omitted that Robinhood only got to live to see another day because, in addition to its decision to PCO various stocks, the NSCC waived a $2.2 billion ECP charge.

81.     Avoiding host Sorkin's question of what he would tell investors who lost money because they were unable to buy the Affected Stocks or had to sell them at a loss, Tenev inaptly analogized Robinhood to Clorox and Lysol running out of inventory early in the pandemic:  "We just have not seen this level of concentrated interest market-wide in a small number of names before … We're doing what we can to re-enable buying in these names and we stand with our customers."

82.     Later that evening, in an interview on CNN with Chris Cuomo, Tenev was again asked whether the need to restrict purchasing to meet regulatory capital requirements evidenced a liquidity problem at Robinhood. Repeating the same talking points used on CNBC, Tenev stressed that Robinhood did not have a liquidity problem. Stating "we feel pretty good about the situation," Tenev instead claimed that Robinhood imposed the restrictions "pre-emptively" and "proactively." He added:  "We feel good about being able to re-enable these things."

<u>January 29, 2021</u>

83.     Believing Tenev's statements that the prohibition on purchases of 13 stocks was not evidence of a liquidity problem and that Robinhood was working hard to "re-enable" purchases, premarket trading activity on January 29th was very high as investors looked forward to purchasing these stocks when Robinhood lifted its restrictions. This belief was bolstered when CNBC reported that Robinhood was able to increase its net capital by securing financing of $1 billion, adding to the $500 million credit line it already tapped.

40

84.   Early in the trading day, SlashGear.com reported that Robinhood had lifted its complete prohibition but had imposed restrictions on the number of shares and option contracts a customer could purchase in the companies whose shares it had PCOed the day before:

| Symbol | Shares | Options contracts |
|---|---|---|
| AAL | 55 | 50 |
| AMC | 115 | 100 |
| BB | 65 | 100 |
| BBBY | 30 | 50 |
| CTRM | 1650 | N/A |
| EXPR | 200 | 100 |
| GME | 5 | 10 |
| KOSS | 25 | N/A |
| NAKD | 750 | N/A |
| NOK | 110 | 100 |
| SNDL | 1200 | 100 |
| TR | 25 | 50 |
| TRVG | 400 | 100 |

Source: Robinhood (Screenshot at 10:20am EST 01/29/2020)

85.   Several hours into the trading day, as the price of the 13 stocks PCOed the previous day had quickly rebounded from their steep declines, Robinhood significantly ratcheted up the share purchase restrictions it had put in place at the start of trading (as reported by SlashGear.com):

| Symbol | Shares | Options contracts |
|---|---|---|
| AAL | 55 | 50 |
| AMC | 25 | 100 |
| BB | 25 | 100 |
| BBBY | 30 | 50 |
| CTRM | 1650 | N/A |
| EXPR | 200 | 100 |
| GME | 2 | 10 |
| KOSS | 10 | N/A |
| NAKD | 300 | N/A |
| NOK | 50 | 100 |
| SNDL | 1200 | 100 |
| TR | 25 | 50 |
| TRVG | 400 | 100 |

Source: Robinhood (Screenshot at 12:38pm EST 01/29/2021)

41

86.     Several hours later, ShashGear.com reported that even greater restrictions were imposed on the purchase of shares and/or options of the original 13 PCOed stocks, and new restrictions were imposed on 10 additional issuers, *for the first time*:

| Symbol | Shares | Options contracts |
|---|---|---|
| AAL | 5 | 10 |
| AG | 5 | Standard limits apply |
| AMC | 10 | 10 |
| AMD | 1 | Standard limits apply |
| BB | 5 | 10 |
| BBBY | 2 | 10 |
| CTRM | 100 | N/A |
| EXPR | 5 | 10 |
| GME | 1 | 5 |
| GTE | 150 | Standard limits apply |
| JAGX | 30 | Standard limits apply |
| KOSS | 1 | N/A |
| MRNA | 1 | Standard limits apply |
| NAKD | 50 | N/A |
| NCITY | 5 | N/A |
| NOK | 20 | 10 |
| RYCEY | 75 | Standard limits apply |
| SLV | 5 | Standard limits apply |
| SNDL | 600 | 10 |
| TR | 25 | 10 |
| TRVG | 400 | 10 |
| WKHS | 3 | Standard limits apply |
| XM | 2 | Standard limits apply |

Source: Robinhood (Screenshot 2:29pm EST 01/29/2021)

87.     As the day wore on, the number of stocks subject to purchase restrictions more than doubled – from 23 mid-afternoon to 50 during the last half hour of trading for the week. No longer limited to volatile meme stocks, the list now included issuers such as Starbucks and GM. As CNBC reported that afternoon:

> Restrictions on Robinhood traders got tighter throughout the day on Friday, only allowing clients to buy a single share of GameStop.
>
> The stock trading app also expanded its list of restricted stocks from 13 earlier in the day to 50.
>
> "The table below shows the maximum number of shares and options contracts to which you can increase your positions," Robinhood wrote. [Although CNBC

recreated the table, below is a copy of the original posting on Robinhood's website[51]]

| Symbol | Shares | Options contracts |
|--------|--------|-------------------|
| AAL | 1 | 10 |
| ACB | 1 | Standard limits apply |
| AG | 1 | Standard limits apply |
| AMC | 1 | 10 |
| AMD | 1 | Standard limits apply |
| BB | 1 | 10 |
| BBBY | 1 | 10 |
| BYDDY | 1 | N/A |
| BYND | 1 | Standard limits apply |
| CCIV | 1 | Standard limits apply |
| CLOV | 1 | Standard limits apply |
| CRIS | 1 | Standard limits apply |
| CTRM | 5 | N/A |
| EXPR | 5 | 10 |
| EZGO | 5 | N/A |
| GM | 1 | Standard limits apply |
| GME | 1 | 5 |
| GTE | 5 | Standard limits apply |

---

[51]https://web.archive.org/web/20210129203511/https://robinhood.com/us/en/support/articles/changes-due-to-recent-market-volatility/  (This archived page from the Robinhood site on January 29th was last accessed on November 29, 2021.)

| Symbol | Shares | Options contracts |
|--------|--------|-------------------|
| HIMS | 1 | Standard limits apply |
| INO | 1 | Standard limits apply |
| IPOE | 1 | Standard limits apply |
| IPOF | 1 | Standard limits apply |
| JAGX | 5 | Standard limits apply |
| KOSS | 1 | N/A |
| LLIT | 5 | N/A |
| MRNA | 1 | Standard limits apply |
| MUX | 5 | Standard limits apply |
| NAKD | 5 | N/A |
| NCTY | 1 | Standard limits apply |
| NOK | 5 | 10 |
| NVAX | 1 | Standard limits apply |
| OPEN | 1 | Standard limits apply |
| RKT | 1 | Standard limits apply |
| RLX | 1 | Standard limits apply |
| RYCEY | 5 | Standard limits apply |
| SBUX | 1 | Standard limits apply |
| SHLS | 1 | N/A |
| SIEB | 1 | Standard limits apply |
| SLV | 1 | Standard limits apply |
| SNDL | 5 | 10 |
| SOXL | 1 | Standard limits apply |

44

| Symbol | Shares | Options contracts |
|--------|--------|-------------------|
| SRNE | 1 | Standard limits apply |
| STPK | 1 | Standard limits apply |
| TGC | 5 | N/A |
| TIRX | 1 | N/A |
| TR | 1 | 10 |
| TRVG | 5 | 10 |
| WKHS | 1 | Standard limits apply |
| XM | 1 | Standard limits apply |
| ZOM | 5 | N/A |

The restricted list tells clients how many shares and options contracts they can buy pertaining to a particular security. Robinhood customers can only buy one share and up to five options contracts of GameStop; however, if a customer already owns one or more share of GameStop, they are not able to buy any more shares.

Robinhood's restrictions could take the wind out of point-and-click traders trying to jack up the price of GameStop. Robinhood, however, will not sell any client's shares of GameStop that are already over the one-share limit from a previous position.

***The stock, which closed up 67%, was off its highs of the session as the new more severe limits were implemented. Earlier in the day, clients could buy five shares of GameStop.***

***The most shares clients could buy of any of the 50 stocks was five. Clients without existing shares can only buy one share and 10 options contracts in AMC Entertainment, which is down from an earlier 115 shares. Shares of AMC Entertainment closed up 53% but also well off their highs of the day.*** Clients can only buy one share of American Airlines, Bed Bath & Beyond and Koss.

The stock trading app has also expanded its list of restricted stocks. Some of the new names include Advanced Micro Devices, Starbucks, Novavax, General Motors and Beyond Meat.

45

On Thursday, Robinhood told clients it was only allowed to sell shares, not buy new ones, in certain securities that were garnering social media attention from Reddit crowds. The firm also raised margin requirements, or the amount of money in a client's account when they will be using leverage to buy a security. Robinhood's decision was met with outrage, with many users taking their grievance to Twitter.

Robinhood said the trading restrictions were risk management decisions to protect Robinhood and its clearinghouses, but touted that the restrictions would be eased on Friday.

The free trading pioneer raised $1 billion in investor money and tapped more credit lines overnight for its clients to be able to trade names like GameStop and AMC Entertainment on Friday.

However, the restrictions got tighter throughout the trading day, as the list of limited securities grew and the number of shares clients could buy shrunk for certain stocks. (Emphasis supplied.)

88.    Rather than working to ease restrictions on January 29th as repeatedly suggested by Tenev the night before, as the trading day progressed Robinhood once again panicked about not having sufficient excess capital to satisfy a deposit requirement for the January 29th trades. For this reason, Robinhood, on several occasions during the trading day, placed greater restrictions on free trading. And each time new restrictions were imposed, the prices of the Affected Stocks declined.

89.    As noted in italicized portions of the CNBC report reproduced above, as they did on January 28th, Robinhood's new restrictions had an oversized, detrimental impact on the market price of the Affected Stocks. On several occasions when Robinhood increased restrictions on share purchases during the day – just after 12:30 p.m. and before 2:30 p.m. – there was an immediate decline in the market price of the Affected Stocks:[52]

_____

[52] A chart in the Antitrust Complaint appears to correlate GameStop price and trading volume declines to Robinhood's two-share and one-share limits on the afternoon of January 29th. *Id.* at ¶325 and chart (text inadvertently refers to the date as January 30th, a Saturday).

46

**AMC US Equity (AMC Entertainment Holdings Inc)**
AMC US Equity (AMC Entertainment Holdings Inc)



**BB US Equity (BlackBerry Ltd)**
BB US Equity (BlackBerry Ltd)



**BBBY US Equity (Bed Bath & Beyond Inc)**
BBBY US Equity (Bed Bath & Beyond Inc)



**EXPR US Equity (Express Inc)**
EXPR US Equity (Express Inc)



**GME US Equity (GameStop Corp)**
GME US Equity (GameStop Corp)



**KOSS US Equity (Koss Corp)**
KOSS US Equity (Koss Corp)



49

**NOK US Equity (Nokia Oyj)**
NOK US Equity (Nokia Oyj)



**TR US Equity (Tootsie Roll Industries Inc)**
TR US Equity (Tootsie Roll Industries Inc)





90.     Most significantly, this distortion of the stock prices that occurred at various points during the trading day is directly attributed to Robinhood's manipulative actions because ***Robinhood was the only retail broker that not only continued the stock purchase restrictions imposed on January 28th but actually increased purchasing restrictions over the course of the January 29th trading day***.[53]

91.     Although the NSCC had exercised its discretion to waive the excess capital charges for Robinhood through the close of business on February 1st, to allow the trades from January 27th

---

[53] On January 29th, Apex Clearing Corporation ("Apex") informed Robinhood of a post on WallStreetBets instructing how to evade purchase restrictions on the Affected Stocks. *See* Antitrust Complaint at ¶¶328-330 (reproduced internal chats between Robinhood's Miles Wellesley, David Dusseault and/or Jim Swartwout) ("FYI Apex pinged me on this to make sure we are aware of it."). Robinhood's chats about Apex's warning appear to have occurred between the first and second intraday imposition of more-severe purchase limits for the Affected Stocks.

and January 28th to work their way through the system, having only raised $1 billion as a capital

cushion at that point, Robinhood could have faced another liquidity crisis on February 2nd if the

trading volume on January 29th – as share prices began to rebound sharply – was so great that the

amount of the unsettled trades again resulted in a core charge that greatly exceeded Robinhood's

net capital. (This is precisely the scenario that Thomas Peterffy, the Chairman of Interactive

Brokers had feared when interviewed the prior evening.) The $1 billion raised in the past 24 hours

might not be enough to meet an ECP of several billion, as Robinhood had initially faced on the

morning of January 28th.

92.    To whitewash its unique, drastic, and seemingly random restrictions, *i.e.*, on issuers

that were not heavily-shorted, WallStreetBets meme stocks, Tenev appeared on Yahoo Finance

Live on January 29th – as Robinhood was imposing new restrictions and manipulating market

pricing – to spread the false message that Robinhood's actions were, in fact, commonplace:

> Brokerages and other financial institutions do this all the time. They've been doing
> this throughout the week and it's just part of day-to-day, normal operations. Now,
> sure, Robinhood gets a lot of attention for it, but this is just a standard part of
> practices in the brokerage industry and the broader financial industry.
>
> ***
>
> Well, again, what we've done is something that other brokerages have done. It's not
> unique to Robinhood to place restrictions on purchasing certain things at certain
> times. Other brokers have done it.[54]

93.    Tenev's claim was patently untrue. No other online retail broker took as extreme

measures to restrict customers' ability to freely trade as Robinhood did on January 28-29, 2021.

For example:

---

[54] https://www.yahoo.com/lifestyle/robinhood-ceo-made-decision-response-204254105.html , last
accessed on November 29, 2021.

    (a)    Charles Schwab, Fidelity, and TD Ameritrade did not prohibit equity purchases on January 28, 2021;

    (b)    Apex is alleged to have required eight introducing brokers (including the very popular Webull) to turn off the "buy" button for only three of the Affected Stocks, AMC, GME and KOSS, for 3 ½ hours, until just before 3:00 p.m. on January 28, 2021;[55]

    (c)    Interactive Brokers raised margins on equity trades and placed options on AMC, BB, EXPR, GME and KOSS into liquidation only on January 28, 2021, removing the options restrictions after the close of trading on January 29, 2021; and

    (d)    E*Trade limited purchases of GME and AMC for part of the day on January 28, 2021, but allowed trading to resume on January 29, 2021. [56]

94.    As Robinhood's increasingly severe restrictions on January 29th distorted the prices of the Affected Stocks, the public began to recognize Robinhood's power to move the markets. As reported by *The New York Times* on January 30, 2021, Robinhood is far and away the app of choice for active retail traders:

> The app was downloaded more than 177,000 times on Thursday [January 28th], twice the daily download rate over the previous week, according to Apptopia, a data provider, and it had 2.7 million daily active users on its mobile app that day, its highest ever. That's more than its rivals — Schwab, TD Ameritrade, E*Trade, Fidelity and Webull — combined.[57]

---

[55] Amended Consolidated Class Action Complaint (Other Broker Tranche) at ¶ 2 (Dkt. 410).

[56] E*Trade's purchase halt was explained: "Amid the extraordinary volumes in GME and AMC, we chose to limit client activity in these names late in the trading day in order to ensure that we could continue to serve our broader client base. We take actions like this seriously, and only initiate them in rare circumstances. We expect to resume normal trading operations tomorrow."

[57] N. Popper, M. Phillips, K. Kelly and T. Siegel Bernard, "The Silicon Valley Start-Up That Caused Wall Street Chaos," *The New York Times*, Jan. 30, 2021 (last accessed on November 29, 2021, at https://www.nytimes.com/2021/01/30/business/robinhood-wall-street-gamestop.html).

95.    A review of trading data from January 2021 not only confirms the *New York Times*'s assessment that Robinhood was the 800-pound gorilla in the industry of online retail brokers but also reveals that it was a dominant force, overall, in U.S. equity markets. In June 2021, the *Wall Street Journal* reported that Larry Tabb, the head of market-structure research at Bloomberg Intelligence, estimated: "Activity from individual investors ***trading on Robinhood Markets Inc. accounted for roughly 4% of total U.S. share volume in January*** …"[58] Given the fact that one of every 25 shares traded on all U.S. markets in January 2021 traded on the Robinhood platform, when Robinhood halted, partially-restored, and then severely restricted purchases of the Affected Stocks, Robinhood manipulated the market prices of the Affected Stocks.

96.    What is most appalling about Robinhood's improper actions on January 29th – restricting 50 issuers by late in the trading day with no apparent rhyme or reason – is that Robinhood doubled down on its manipulations from the prior day because Robinhood appeared to not only have survived the firestorm but thrived, raising $1 billion from investors in a single day. During the February 12th podcast, Tenev revealingly admitted: "When an early investor called me throughout this and said, hey, chin up, you know, navigating a crisis successfully unlocks the next level of value creation for the company, [ ] I've had that in mind the entire time."

97.    Temporary restrictions due to volatility are imposed across entire exchanges for minutes at a time, not indefinitely, and most certainly not on the demand side only across a wide swath of issuers by a single firm desperate to manage, on the fly, its deposit requirements with the NSCC for the next few days. With the benefit of having raised another $2.4 billion over the

---

[58] Caitlin McCabe, "It Isn't Just AMC. Retail Traders Increase Pull in the Stock Market," *The Wall Street Journal* (June 18, 2021).

weekend quelling the fear Robinhood must have experienced on January 29th, during the February 12th podcast, Robinhood's CEO tried to normalize its outrageous price manipulations during trading on January 29th:

> "I'm very proud of the transition that we made between Thursday and Friday, so Thursday we had the blunt hammer of PCO'ing these stocks, which obviously was not ideal. By Friday, we had moved to a much more sophisticated system where intraday we adjust the position limits in, it was up to 50 stocks, and we published that on our website, so that gave us a lot more granular control over it, and is a better system, and we're going to only improve that, and take the learnings to other parts of the business."

<u>January 30 and 31, 2021</u>

98.     Over the weekend, to combat public perception that Robinhood imposed purchase restrictions because it was beholden to Citadel Securities, the source of 36% ($326 million) of Robinhood's 2020 revenues, the companies discussed how they could "generally coordinate messaging, in particular some of the narrative around Ken [Griffin, Citadel Securities' CEO] owning Robinhood."   Citadel Securities informed Robinhood's Vice President for Corporate Communications, Josh Drobnyk, who at Citadel Securities was "running point on this narrative for us," noting that members of its General Counsel office were also copied, in part, "for privilege."[59]

---

[59] Antitrust Complaint at ¶335 (reproducing partially redacted email chain). The companies' messaging on the subject has been in sync: Both Tenev and Griffin denied coordinated action in their testimony before Congress on February 18, 2021. (https://www.c-span.org/video/?508545-1/gamestop-hearing-part-1&event=508545&playEvent). On September 28, 2021, after complaints in the other tranches in this MDL revealed communications between Robinhood and Citadel during the last week of January 2021, in response to the trending hashtag, #KenGriffinLied, Griffin surprisingly tweeted: "It must frustrate the conspiracy theorists to no end that Vlad and I have never texted, called, or met each other." (Perhaps Tenev's request to speak with Griffin on January 27th was turned down to allow Griffin to later make this very denial.) For its part, Robinhood issued a statement claiming: "At no point did Citadel or any other market maker pressure the business to move any securities to position-close only." When the legitimate business reason for the meeting

99.     The next day, Vlad Tenev penned an op-ed in *USA Today* to repeat Robinhood's nothing-to-see-here-folks message, *to wit*, we were forced to restrict buying due to unprecedented regulatory requirements, not to help Citadel, Citadel Securities, or other HTFs. Under the caption "Robinhood CEO: We're helping those left behind by Wall Street, not hedge funds," Tenev sought to reassure ordinary investors on Main Streets across the country that Robinhood had their backs, stating, in relevant part:

> We built Robinhood for our customers. For millions of people who have felt left behind by America's financial system. For people who felt turned away by the big Wall Street financial institutions. For those who are making their voices heard through the markets and showing the world that investing is for everyone.

> Last week, we witnessed something the stock market has never quite experienced before. Short squeezes on a small number of stocks triggered wild gyrations in prices, massive volatility that prompted clearinghouses to take swift action to protect the plumbing that handles stock trading every day.

> In a matter of days, our clearinghouse-mandated deposit requirements related to stocks increased ten-fold. These deposits are the collateral we post to ensure our access to clearinghouse services on behalf of our customers. They are what led us to put temporary buying restrictions in place on a small number of securities that the clearinghouses had raised their deposit requirements on. As we noted in a blog on Friday, it was not because we wanted to stop people from buying these or any stocks — we built Robinhood to provide access to investing for all. And it certainly wasn't because we were trying to help hedge funds.

100.    Also on January 31, 2021, Elon Musk interviewed Vlad Tenev on the audio-based social-network site Clubhouse. As he did during his discussions on CNBC on January 27th and Yahoo Finance Live on January 29th,  Tenev disingenuously compared Robinhood's actions to those of other retail brokers. Specifically, Tenev claimed that while Robinhood's name was all

---

on the evening of January 27th was a discussion of an across-the-board reduction of Robinhood's largest source of revenue, PFOF payments from Citadel, is any pressure necessary? While the claims asserted in this case require no proof of coordination, it does appear that Griffin and Tenev doth protest too much.

over the press, "other brokers basically restricted the same exact activity." This was not true. As set forth in ¶93(a)-(d), above, other brokers did not completely shut down purchasing, either at all, as long, and/or in as many issuers as did Robinhood. Tenev's misrepresentation was made with scienter because the specific restrictions imposed by different brokerages on January 28th and January 29th were widely reported in the financial press and Tenev knew (or should have known on a matter of such critical importance), that Robinhood's actions were out of step with all other brokerages, especially on January 29th when Robinhood, alone, restricted stock purchases on up to 50 issuers.

101.   After walking Musk through Robinhood's interactions with the NSCC on the morning of January 28th, to reduce and ultimately be able to meet deposit requirements by prohibiting new purchases of volatile stocks, Tenev candidly admitted: "We knew this was a bad outcome for customers." But, trying to limit the damage, Tenev stated that the reason that both buying and selling were not restricted was that Robinhood concluded that it would be "categorically worse" to restrict both purchases and sales at the same time, explaining:  "People get really pissed off if they're holding stock and they want to sell it and they can't."

102.   Tenev's explanation for the one-sided trading halt does not appear in the internal chats on the subject. While several expressly discussed the dire fallout of moving numerous issuers to PCO,[60] and correctly anticipated the fury of frustrated purchasers, nowhere was it suggested that continuing to permit sales of the Affected Stocks would at least avoid an even greater level of ire from customers desperate to sell.

---

[60] *See, e.g.,* Robinhood State Law Complaint at ¶7 ("we're going to get crucified … for pco'ing"), ¶205 ("I think the blowback from this is going to be exponentially worse as time goes on. Not sure where the line is as a brand …), ¶219 ("Need to inform FINRA of expectations around plan for pco symbols & expected increase in complaint impact").

103.    Three weeks later, when speaking to Dave Portnoy, Tenev admitted that the demand-side only trading halt was not implemented to avoid "piss[ing] off" customers eager to sell, as he had misrepresented to Elon Musk on January 31st. Instead, Tenev rather bluntly admitted that a complete freeze of trading – which would have been fair to all market participants – would not have helped Robinhood meet its NSCC deposit requirements:

> Portnoy: When you force people to sell . . . you only allow them to sell but they can't buy, you cratered the stock, like that was the decision that cratered the stock, and I saw your quote, "People get pissed off if they are holding stock, and they can't sell it." Which I guess is true, but I guarantee you, if you polled your customer base, and said, listen, we're just gonna freeze it. Like when the market is tumultuous, they freeze stock, so you can't buy or sell, it's just frozen at that value. And you have your client base, all buying it; they would have rather said, freeze it, just figure out what you're [Robinhood's] issues are, liquidity, whatever they may be; figure it out, and then turn it back on and let me buy and sell, but you – and when I say you, Robinhood – manipulated that stock price. You cratered it . . . So how do you rationalize not freezing it? . . . You cratered the market.

> Tenev: Well, first of all, let me say that we're speculating now . . .

> Portnoy: There's no speculation that when you only allow somebody to sell a stock and not buy it, you crater it. That's not speculation.

> Tenev: Let me explain the reason why that's kind of standard procedure.

> Portnoy: Have you done that before? Standard procedure?

> Tenev: Well, PCO'ing, marking a stock position closing only, is a standard procedure, and it's what the other brokers did in this case as well . . . It actually comes from the capital requirements. The VaR formula was in this case driven by the one-sided long position, so it actually wouldn't help us; wouldn't help the deposit requirements to restrict selling in this case …. Restricting selling wouldn't help the exponential growth in the deposit requirements …

> Portnoy: I still don't feel like I got a straight answer why you didn't do both [restrict buying and selling], except you're saying it's standard procedure?

> Tenev: Because the VaR charge, which drives our deposit requirements, was driven by the size of the long position.

104.    When discussing a "freeze" on all stock transactions during a "tumultuous" period, Portnoy was referencing an industry-wide protocol. Since 2012, when it was initially approved as a pilot program, there has been in place a National Market System Plan, known as the Limit Up/Limit Down Plan ("LULD Plan"), to address extreme market volatility. The LULD Plan, which became a permanent rule in 2019, is administered by the LULD Operating Committee, an entity that includes numerous exchanges and FINRA. The Plan and all amendments are filed with and approved by the SEC in accordance with the Securities Exchange Act of 1934. Periodic monitoring and performance reports are filed with the SEC and made available to the public.

105.    The LULD Plan sets forth specific rules to be followed to rein in extreme intraday price movements while ensuring that trading remains fair for all. As explained on investor.gov, a SEC site, depending upon the issuer, time of day, and market price (for some stocks), if shares trade for too long at the upper or lower limit of a trading band, a five-minute pause will ensue:

> **Limit Up-Limit Down Circuit Breaker (Single Stock Circuit Breaker)** – The Limit Up-Limit Down circuit breaker ("LULD") is a market volatility moderator designed to prevent large, sudden price moves in a stock. In particular, it prevents trades in individual securities from occurring outside of a specified price band. This price band is set at a percentage level above and below the average price of the stock over the immediately preceding five-minute trading period. If the stock's price moves to the price band and does not move back within the price bands within 15 seconds, trading in the stock will pause for five minutes. These price bands are 5%, 10%, 20%, or the lesser of $.15 or 75%, depending on the price of the stock and whether the stock is designated as a Tier 1 or Tier 2 NMS stock. Tier 1 NMS stocks include all securities in the S&P 500, the Russell 1000 and select Exchange Traded Products. Tier 2 NMS stocks include all other NMS securities, except for rights and warrants, which are specifically excluded from coverage. The LULD applies during regular trading hours from 9:30 am ET – 4:00 pm ET. The LULD's price bands double during the last 25 minutes of the regular trading day for (i) all Tier 1 NMS stocks and (ii) Tier 2 NMS stocks at or below $3.00.

106.    According to the SEC Staff's investigation, there were 19 LULD trading pauses for GameStop on January 28, 2021 – 13 at the lower bound and 6 at the upper bound of the price

band.[61] As the LULD Plan demonstrates, our national exchanges have acted together for almost a decade to both limit and fine-tune restrictions on the freedom to trade. Robinhood's unilateral manipulation of demand – not, as initially claimed, because those of its customers wanting to sell would be "pissed off," but because only purchase risk affects the VaR charge Robinhood sought desperately to reduce – disrupted and distorted free-market pricing for the Affected Stocks that would otherwise only be limited (when necessary) by orderly operation of this circuit-breaker mechanism to briefly halt all trading.

February 1, 2021

107.    On Monday, February 1, 2021, having raised $2.4 billion over the weekend, Robinhood loosened the restrictions it imposed on Friday, January 29, 2021. Shrinking the list back down from 50, Robinhood still enforced restrictions on trading for seven of the 13 issuers it PCOed on January 28th. Brazenly, having gotten away with it for two trading sessions, Robinhood added one issuer to the list for the first time, Genius Brands (GNUS), a children's media company. As reported by CNBC, the issuers and the newly imposed limits were as follows:

---

[61] SEC Staff Report at 39 & n. 113.

| Symbol | Shares | Options contracts |
|--------|--------|-------------------|
| AMC | 350 | 350 |
| BB | 700 | 700 |
| EXPR | 1,000 | 1,000 |
| GME | 20 | 20 |
| GNUS | 5,000 | 1,000 |
| KOSS | 150 | N/A |
| NAKD | 6,500 | N/A |
| NOK | 2,000 | 1,000 |

108.    The disproportionate impact Robinhood's actions had on the markets for the Affected Stocks while its restrictions were in place was acknowledged in the financial press. In an article published by the *Wall Street Journal* at 6:05 a.m. on February 1st, entitled "Robinhood Stocks Rise Premarket," author Caitlin Ostroff noted that after Robinhood relaxed restrictions in the overnight hours, by 6:00 a.m., "[t]welve of the 13 stocks that Robinhood Markets had restricting trading in last week jumped premarket." More broadly, at 5:51 a.m. that day, a popular online investment site, *The Motley Fool*, published an article entitled "The Top 50 Robinhood Stocks of February." This is a recurring article, published at the beginning of each month, listing the 50 most-held stocks of Robinhood investors in the prior month. No similar articles are published about the stocks held by customers of any other online retail broker.

109.    Also on Monday, February 1, 2021, Robinhood posted a blog on its site informing customers that a group of investors – led by Ribbit Capital and including ICONIQ Capital, Sequoia Capital, Index Ventures and New Enterprise Associates – had infused Robinhood with an additional $2.4 billion in capital. Robinhood stated: "With this funding, we'll build and enhance our products that give more people access to the financial system."

61

110.    As for increasing its current customers' access to purchase all stocks free of restrictions, having survived the maelstrom of January 28th and January 29th, Robinhood appeared unwilling to risk another upward spike in meme stock prices that would require it to deposit much of the capital it had just raised with the NSCC. Restrictions on eight issuers remained in place.

111.    Before trading closed on February 1, 2021, *Politico* reported that Tenev was going to deliver Robinhood's message to its biggest audience yet:  On February 18, 2021, he would likely be called to testify before the U.S. House of Representatives Financial Services Committee.

<u>February 2, 2021</u>

112.    On February 2, 2021, Robinhood again eased but did not lift all restrictions it had put in place five days earlier. CNBC again reproduced Robinhood's restricted securities chart:

| Symbol | Shares | Options contracts |
|--------|--------|-------------------|
| AMC    | 1,250  | 1,250             |
| EXPR   | 3,000  | 3,000             |
| GME    | 100    | 100               |
| NAKD   | 12,000 | N/A               |
| NOK    | 2,000  | 2,000             |

113.    CNBC specifically noted that an immediate difference in GameStop's stock price appeared to be triggered by a five-fold increase in the upper limit of GameStop shares Robinhood customers could purchase and hold, *i.e.*, customers could purchase 100 shares or increase their total holdings to 100 shares: "Robinhood on Tuesday rolled back more of its trading limitations, now allowing clients to buy up to 100 shares of GameStop. GameStop climbed off the lows as the Robinhood changes were announced."

114.    On February 2, 2021, to get out of the hot seat, Robinhood decided to go on the offensive against the existing trade settlement rules. As reported by Reuters, Tenev posted a blog

on Robinhood's website blaming the initial $3 billion demand by the NSCC on January 28th on the uncertainties injected into the market by the fact that it takes two days to settle a trade, *i.e.*, exchange money for shares, during which time deposits are required by clearinghouses to ensure the trade settles regardless of whether either side of the transaction defaults (referred to as "T+2"). Tenev wrote: "There is no reason why the greatest financial system the world has ever seen cannot settle trades in real time. Doing so would greatly mitigate the risk that such processing poses."

115.    Tenev's comments were designed to redirect customers' and the public's anger from Robinhood to the "system," attacking Wall Street's manner of doing business to reclaim Robinhood's disrupter status. Tenev would repeat this strategy in his testimony before the House Committee on Financial Services, with a section of his prepared remarks entitled: "Real-Time Settlement: Big Changes Could Protect Small Investors." While such a move might relieve the strain on Robinhood's liquidity, it would greatly damage the overall liquidity of the financial markets.

116.    DTCC CEO Bodson's testimony before Congress provided many reasons why moving to T+0 or Real Time Gross Settlement ("RTGS") was not within the capability or the desire of various stakeholders in the financial markets:

> Substantial procedural hurdles remain for a move to T+0. Beyond T+0, a move to RTGS would eliminate the substantial efficiencies of netting, which currently compresses the amount of cash required to fund daily transactions at NSCC by over 98%. RTGS could require that transactions be funded on a trade-by-trade basis. While this could eliminate most margin component charges for clearing members if customers fully prefunded all trading activity, that prefunding would be difficult to forecast as settlement obligations change in real-time. The heightened costs of the substantial liquidity buffers required to support this approach could erode market liquidity. Additionally, the real-time reconciliation and real-time stock records required for either T+0 or RTGS would be difficult for the industry to implement. There would be negative impacts to processing for short sales, the use of securities lending as a financing tool, and institutional trade processing operations. For these reasons, while NSCC is fully supportive of a shorter settlement cycle, NSCC does

not believe the industry is ready to support shortening the settlement cycle beyond T+1 at this time.

February 3, 2021

117.   On February 3, 2021, Robinhood finally lifted restrictions on Express, Naked and Nokia, and lifted the prohibition on purchases of fractions of a share of GameStop and AMC. However, customers were still limited to purchases (and total holdings) of 500 shares of GameStop and 5,500 shares of AMC.

118.   Before the markets opened, CNBC.com reported "Robinhood moves forward with first Super Bowl ad as brand crisis mounts." With its balance sheet flush, Robinhood stated that the Super Bowl spot "will kick off what the company says is its largest ever brand campaign." For yet another day, Robinhood would not remove all trading restrictions – which could require it to deposit with the NSCC a portion of the billions of dollars it just raised should prices for those issuers' shares quickly rise. Instead, Robinhood spent its new funding on an ad campaign – including a Super Bowl spot, one of the most expensive ad buys of the year. Barely avoiding liquidation by the grace of the NSCC waiving the ECP charge through February 1st, which gave Robinhood time to regroup and raise capital over the weekend, Robinhood dared to risk roiling the markets yet again with an appeal for new customers during one of the country's most-watched broadcasts of the year.

119.   That day, CNBC.com published a story entitled "Why investors were willing to write Robinhood a $3 billion check during the GameStop chaos." This story explained Robinhood's cocky behavior over the past three days. Author Kate Rooney interviewed three of Robinhood's investors, one of whom explained: "In spite of the trouble last week, the metrics suggest retail trading is exploding and Robinhood is still the only game in town." Even with the

64

loss of customers who were injured or dismayed by Robinhood's actions, shoring up Robinhood's balance sheet in the short term would reap big results down the road:

> Robinhood's ability to add hundreds of thousands of new customers during a week of chaos, along with its IPO prospects, convinced Silicon Valley backers that a multi-billion-dollar cash infusion was worth it.
>
> \*\*\*
>
> One venture capital investor who saw the internal growth metrics last week said the flood of new investors "far outweighed" any attrition. Robinhood was the top app in the iOS app store for multiple days. It also led the industry in app downloads by a wide margin with 600,000 people downloading the free-trading app, according to JMP Securities analysis.

The explosive customer growth during the pandemic that culminated in adding 600,000 customers in a matter of days might have gone unnoticed had Robinhood not used its market power to manipulate and depress stock prices. Robinhood's national PR disaster showed investors that Robinhood stood alone as the app used by an overwhelming majority of retail traders.

120.    Because hedge funds and venture capitalists saw Robinhood as "the only game in town," when asked whether the backlash against Robinhood would delay its IPO plans, one unnamed banker said: "The [Robinhood] IPO is full steam ahead."[62]

<u>February 4, 2021</u>

121.    As the markets opened on February 4, 2021, Robinhood continued to impose the same restrictions on purchases and total holdings of GameStop and AMC, 500 and 5,500 shares, respectively. By the end of the day, GameStop shares fell to $53.50, the lowest close since January 21st, a whopping $294 less than the January 27th closing price of $347.51 Similarly, AMC shares closed at $7.09, the lowest closing price since January 26th's close of $4.96, and a greater than

---

[62] Luisa Beltran, "Robinhood to Push Forward With IPO Despite Backlash Over GameStop Trading," *Barron's* (Feb. 2, 2021).

64% drop from the closing price of $19.90 on January 27th. Late in the day on February 4th, after *six days* of limiting stock purchases, Robinhood posted a message on its website announcing: "There are currently no temporary limits to increasing your positions."

122.   When Robinhood Securities told the NSCC that it would impose "temporary" purchasing restrictions on the morning of January 28, 2021, to avoid payment of an excess capital premium charge so large that Robinhood would be forced to liquidate (a charge that was instead completely waived through February 1st), no one could have ever imagined that such restrictions would have lasted, in one form or another, for six entire trading sessions. After all, on the occasions when they are triggered, legitimate LULD trading halts last only for a matter of minutes.

123.   Apparently, Robinhood has a very fluid perception of time: Its founders developed trading technology that reduced tick-to-trade latency time for hedge funds and market makers down to as low as five microseconds – the more infinitesimal the better, or else you will lose the opportunity to an even faster trader. Yet, somehow, Robinhood told its customers with a straight face that restrictions that lasted from the morning of January 28th through the close of trade on February 4th were only "temporary".

124.   After Robinhood prohibited purchases (January 28th), then loosened and retightened restrictions (January 29th), only to gradually lift the restrictions on its trading platform over the course of the next week (February 1st – 5th), the price of the Affected Stocks were depressed by Robinhood artificially restricting demand:

| | Closing price Jan. 27, 2021 | Closing price Jan. 28, 2021 | Closing price Jan. 29, 2021 | Closing price Feb. 1, 2021 | Closing price Feb. 2, 2021 | Closing price Feb. 3, 2021 | Closing price Feb. 4, 2021 |
|---|---|---|---|---|---|---|---|
| AMC (AMC Entertainment Holdings Inc.) | $19.90 | $8.63 | $13.26 | $13.30 | $7.82 | $8.97 | $7.09 |
| BB (BlackBerry Ltd.) | $25.10 | $14.65 | $14.10 | $14.63 | $11.55 | $12.00 | $12.15 |
| BBBY (Bed Bath & Beyond Inc.) | $52.89 | $33.64 | $35.33 | $30.26 | $25.38 | $28.02 | $27.01 |
| EXPR (Express Inc.) | $9.55 | $4.70 | $6.00 | $5.00 | $3.38 | $3.56 | $3.28 |
| GME (GameStop Corp.) | $347.51 | $193.60 | $325.00 | $225.00 | $90.00 | $92.41 | $53.50 |
| KOSS (Koss Corp.) | $58.00 | $41.96 | $64.00 | $35.00 | $20.00 | $25.59 | $18.80 |
| NOK (Nokia Oyj) | $6.55 | $4.69 | $4.56 | $4.89 | $4.53 | $4.70 | $4.37 |
| TR (Tootsie Roll Industries Inc.) | $41.25 | $37.33 | $38.10 | $35.87 | $29.84 | $30.84 | $30.25 |
| TRVG (Trivago N.V.) | $3.19 | $2.48 | $2.52 | $2.38 | $2.33 | $2.51 | $2.40 |

125.   For an entire week, Robinhood manipulated the market prices of the Affected

Stocks by restricting the extraordinarily high trading frequency of its 15 million customers. Those

67

who sold or were forced to sell[63] during the trading days in which Robinhood's manipulative actions depressed the market prices of the Affected Stocks lost tens of billions of dollars.

**Post-Class Period Events**

126.   On July 29, 2021, Robinhood Markets, Inc. conducted its initial public offering of shares on the NASDAQ exchange and raised $2 billion. Following the IPO debut at $38 per share, Robinhood's balance sheet was significantly strengthened; its market value was $32 billion. Speaking that day on CNBC, Tenev initially avoided answering questions about any lessons Robinhood learned following the events of late January and early February. When he finally did, his comments showed a callous lack of concern about the market chaos and financial damages Robinhood's actions caused its customers and others who sold the Affected Stocks at a loss:

> MORGAN BRENNAN: Vlad, it's Morgan. Congratulations today.
>
> TENEV: Thank you.
>
> BRENNAN: I asked this question, though hindsight is 20/20, but if you could, could go back to January, would you have done things differently?
>
> TENEV: I would say it's, you know, there's always things we could have done better and I'm the, I'm the first to say that but it's, it's been an amazing six months and it really 18 months and much, much more than that …
>
> ***
>
> DAVID FABER: Vlad, it's David Faber. Final question from us here at the NYSE. You know, Morgan had asked you about that January period I mean, what did you take away from that? You know, you're a technology company but you're a financial technology company and when those peak margin calls were coming in with big volume, you know, what did you learn about being the financial part of a technology

---

[63] By increasing the margin requirement on the Affected Stocks, some who had purchased the securities on a margin loan were forced to sell or face a margin call.

company and all the regulations and all the things that come along with that and how are you going to apply it now?

TENEV: I think in those, in those short few weeks around end of January, early February, we certainly learned a lot. We got a whole lot of work done strengthening everything across the board not just the balance sheet but customer support. We made it a lot easier for customers that want to come back to the service …

127.    Closer to the events, appearing before the House of Representatives Committee on Financial Services on February 18th, Tenev more contritely testified: "[A]t the end of the day, what happened is unacceptable to us. For our customers, I'm sorry and I apologize. Please know that we are doing everything we can to make sure this won't happen again." A company valued at tens of billions of dollars is required to do more in response to the financial damages it caused than promise to do better next time. Instead, Robinhood needs to emulate its namesake and give to the poor, to wit, provide redress to injured investors made poorer by Robinhood's actions.

## PLAINTIFFS' CLASS ACTION ALLEGATIONS

128.    Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class consisting of persons or entities who held common stock in AMC Entertainment Holdings, Inc. ("AMC"), Bed Bath & Beyond Inc. ("BBBY"), BlackBerry Ltd. ("BB"),  Express Inc. ("EXPR"), GameStop Corp. ("GME"), Koss Corp. ("KOSS"), Tootsie Roll Industries Inc. ("TR"),  or American Depositary Shares of foreign-issuers Nokia ("NOK") and trivago N.V ("TRVG") (collectively "the Affected Stocks") as of the close of trading on January 27, 2021, and sold at a loss between January 28, 2021, and February 4, 2021 (the "Class"). Excluded from the class are the defendants, the officers and directors of defendants, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which defendants or any excluded persons have or had a controlling interest.

129.    The members of the Class are so numerous that joinder of all members is impracticable. The Affected Stocks were actively traded on the Robinhood trading platform via the NASDAQ and NYSE. While the exact number of Class members is unknown to Plaintiffs at this time and can be ascertained only through appropriate discovery, Plaintiffs believe that there are hundreds, if not thousands of members in the proposed Class.

130.    Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by defendants' wrongful conduct in violation of federal law that is complained of herein.

131.    Plaintiffs will fairly and adequately protect the interests of the members of the Class and have retained counsel competent and experienced in class and securities litigation. Plaintiffs have no interests antagonistic to or in conflict with those of the Class.

132.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

- whether defendants engaged in manipulative acts as alleged herein;

- whether defendants' acts distorted the price of the Affected Stocks;

- whether defendants misrepresented material facts or mislead due to their omission;

- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

133.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress

the wrongs done to them. There will be no difficulty in the management of this action as a class action.

134.    Investors will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- Defendants made public misrepresentations or failed to disclose facts during the Class period;

- the omissions and misrepresentations were material;

- the Affected Stocks were traded in efficient markets;

- the Affected Stocks were liquid and traded with moderate to heavy volume during the Class Period;

- the Affected Stocks were traded on national exchanges such as the NASDAQ and NYSE, and were covered by analysts;

- Investors and members of the Class sold the Affected Stocks during the Class period without knowledge of the omitted or misrepresented facts; and

- unexpected material news about the Affected Stocks was rapidly reflected in and incorporated into each company's stock price during the Class period.

135.    Based upon the foregoing, members of the Class are entitled to a presumption of reliance upon the integrity of the market for the Affected Stocks.

### COUNT I
### Violations of Section 9(a) of the Exchange Act
### Against Defendants

136.    Plaintiffs repeat and reallege each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

137.    The Robinhood Defendants affected and distorted the normal market dynamics for the Affected Stocks by: (a) canceling purchase orders for the Affected Stocks placed before the markets opened for trading on January 28, 2021; (b) closing out options positions in AMC and GME early; (c) prohibiting and later restricting purchases of the Affected Stocks on the Robinhood trading platform and (d) abruptly raising margin requirements for Robinhood's customers, forcing those who could not meet the margin calls for the Affected Stocks to sell some or all of their holdings.

138.    By preventing Robinhood customers from purchasing the Affected Stocks, Robinhood sought to ensure that it could meet its deposit requirements with the NSCC. Robinhood knew that distorting the demand side of the market for the Affected Stocks in this manner would depress the prices of those shares.

139.    While engaging in these manipulative acts that depressed the prices of the Affected Stocks, Robinhood intentionally omitted and/or misrepresented material facts to give the false impression to Class members that the markets for the Affected Stocks were free of manipulation.

140.    Plaintiffs would not have sold their Affected Stocks at a loss if not for defendants' manipulation of the prices of the Affected Stocks.

141.    As a direct and proximate result of defendants' unlawful conduct, Plaintiffs and members of the Class suffered damages in connection with their sales of the Affected Stocks.

### <u>COUNT II</u>
**<u>Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder
Against All Defendants</u>**

142.    Plaintiffs repeat and reallege each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

143.    Defendants (a) employed devices, schemes, and artifices to defraud; (b) made untrue statements of material fact and/or omitted to state material facts necessary to make the

statements not misleading; and/or (c) engaged in acts, practices, and a course of conduct which operated as a fraud and deceit upon the owners of the Affected Stocks in violation of §10(b) of the Exchange Act and Rule 10b-5. Defendants are sued as primary participants in the wrongful and unlawful conduct charged herein.

144.    Defendants' actions with respect to all restrictions placed on purchases of the Affected Stocks on the Robinhood platform during the Class Period constitutes a scheme to defraud and/or a course of conduct that operates as a fraud.

145.    Defendants' malfeasance included the dissemination of information which they knew or recklessly disregarded was materially false and/or misleading to induce the investing public to believe that the market for the Affected Stocks was free of manipulation.

146.    Defendants knew and/or recklessly disregarded that their actions to manipulate the price of the Affected Stocks would cause damages to Plaintiffs and members of the Class.

147.    As a direct and proximate result of defendants' wrongful conduct, Plaintiffs and members of the Class suffered damages in connection with their sales of the Affected Stocks.

148.    Defendants, individually and in concert, furthered their scheme directly and indirectly, by the use, means or instrumentalities of interstate commerce, the mails, and/or the facilities of a national securities exchange.

149.    By virtue of the foregoing, defendants have violated §10(b) of the Exchange Act, and Rule 10b-5 promulgated thereunder.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs, on behalf of themselves and the Class, pray for judgment and relief as follows:

(a)      declaring this action to be a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b)      awarding damages in favor of Plaintiffs and the other Class members against all defendants, jointly and severally, together with interest thereon;

(c)      awarding Plaintiffs and the Class reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)      awarding Plaintiffs and other members of the Class such other and further relief as the Court may deem just and proper.

## JURY TRIAL DEMANDED

Plaintiffs hereby demand a trial by jury.

Dated: November 30, 2021                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, FBN# 0182877
Robin Bronzaft Howald
Michael A. Cohen

By: /s/Laurence M. Rosen
Laurence M. Rosen, Esq.
275 Madison Avenue  40th Floor
New York, New York  10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff Blue Laine-Beveridge and Named Plaintiffs Abraham Huacuja, Ava Bernard, Brandon Martin, Brendan Clarke, Brian Harbison, Cecilia Rivas, Garland Ragland Jr., Joseph Gurney, Santiago Gil Bohórquez and Trevor Tarvis*

74