No. 22-11873-F

# United States Court of Appeals for the Eleventh Circuit

ANGEL GUZMAN, BURKE MINAHAN,
CHRISTOPHER MILLER, and TERELL STERLING,

*Plaintiffs-Appellants*,

v.

ROBINHOOD MARKETS, INC., ROBINHOOD FINANCIAL LLC,
ROBINHOOD SECURITIES, LLC and CITADEL SECURITIES LLC,

*Defendants-Appellees*.

*Appeal from U.S. District Court for the Southern District of Florida, Case No. 21-md-2989, before the Honorable Cecilia M. Altonaga*

## AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT-APPELLEE CITADEL SECURITIES LLC

Adam L. Hoeflich
Abby M. Mollen
Mac LeBuhn
Dawson K. Robinson
BARTLIT BECK LLP
54 W. Hubbard Street, Ste 300
Chicago, IL 60654
(312) 494-4400
adam.hoeflich@bartlitbeck.com
mac.lebuhn@bartlitbeck.com
dawson.robinson@bartlitbeck.com

William A. Burck
Derek L. Shaffer
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
1300 I Street NW, Ste 900
Washington, D.C. 20005
(202) 538-8000
williamburck@quinnemanuel.com
derekshaffer@quinnemanuel.com

*Counsel for Defendant-Appellee Citadel Securities LLC*

DECEMBER 14, 2022

John F. O'Sullivan
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
2601 S. Bayshore Drive, Ste 1550
Miami, FL 33133
(305) 439-5008
johnosullivan@quinnemanuel.com

Christopher D. Kercher
Peter H. Fountain
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7187
christopherkercher@quinnemanuel.com
peterfountain@quinnemanuel.com

*Counsel for Defendant-Appellee Citadel Securities LLC (cont.)*

No. 22-11873-F
Angel Guzman et al. v. Robinhood Markets, Inc. et al.

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. App. P. 26.1 and Eleventh Circuit Rules 26.1-1 and 26.1-2, Defendant-Appellee Citadel Securities LLC, by undersigned counsel, hereby certifies that the following is a complete list, in alphabetical order, of interested persons:

1. Altonaga, Cecilia M. (U.S. District Judge, Southern District of Florida)

2. Alvarado, Maria Castellanos (counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.)

3. Bartlit Beck LLP (counsel for Citadel Securities LLC)

4. Burck, William A. (counsel for Citadel Securities LLC)

5. Citadel Securities GP LLC (parent company of Citadel Securities LLC)

6. Citadel Securities LLC

7. Cravath, Swaine & Moore LLP (counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.)

8. Danon, Samuel A. (counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.)

9. Fountain, Peter H. (counsel for Citadel Securities LLC)

USCA11 Case: 22-11873　　Document: 41　　Date Filed: 12/14/2022　　Page: 4 of 7

No. 22-11873-F
Angel Guzman et al. v. Robinhood Markets, Inc. et al.

10. Furst, Rachel W. (counsel for Plaintiffs-Appellants)

11. Grossman Roth Yaffa Cohen, P.A. (counsel for Plaintiffs-Appellants)

12. Guzman, Angel

13. Hach Rose Schirripa & Cheverie, LLP (counsel for Plaintiffs-Appellants)

14. Hettler, Kathryn (counsel for Plaintiffs-Appellants)

15. Hoeflich, Adam L. (counsel for Citadel Securities LLC)

16. Hunton Andrews Kurth LLP (counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.)

17. Joseph Saveri Law Firm, LLP (counsel for Plaintiffs-Appellants)

18. Kercher, Christopher D. (counsel for Citadel Securities LLC)

19. LeBuhn, Mac (counsel for Citadel Securities LLC)

20. Maggard, Abraham A. (counsel for Plaintiffs-Appellants)

21. Miller, Christopher

22. Minahan, Burke

23. Mollen, Abby M (counsel for Citadel Securities LLC)

24. Orsini, Kevin J. (counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.)

USCA11 Case: 22-11873  Document: 41  Date Filed: 12/14/2022  Page: 5 of 7

No. 22-11873-F
Angel Guzman et al. v. Robinhood Markets, Inc. et al.

25. O'Sullivan, John F. (counsel for Citadel Securities LLC)

26. Pavsner, Seth (counsel for Plaintiffs-Appellants)

27. Quinn Emanuel Urquhart & Sullivan, LLP (counsel for Citadel Securities LLC)

28. Robinhood Financial LLC

29. Robinhood Markets, Inc. (stock ticker HOOD)

30. Robinhood Securities, LLC

31. Robinson, Dawson K. (counsel for Citadel Securities LLC)

32. Ryan, Antony L. (counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.)

33. Saveri, Joseph R. (counsel for Plaintiffs-Appellants)

34. Schirripa, Frank R. (counsel for Plaintiffs-Appellants)

35. Shaffer, Derek L. (counsel for Citadel Securities LLC)

36. Sterling, Terell

37. Sukiennik, Brittany L. (counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.)

38. Torres, Edwin G. (U.S. Mag. Judge, Southern District of Florida)

39. Williams, Steven N. (counsel for Plaintiffs-Appellants)

40. Young, Christopher K.L. (counsel for Plaintiffs-Appellants)

No. 22-11873-F
Angel Guzman et al. v. Robinhood Markets, Inc. et al.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-2, the undersigned counsel hereby certifies that Defendant-Appellee Citadel Securities LLC is a wholly-owned indirect subsidiary of Citadel Securities GP LLC. Counsel further certifies that no publicly-held corporation has a 10% or greater ownership interest in Citadel Securities GP LLC.

No. 22-11873-F
Angel Guzman et al. v. Robinhood Markets, Inc. et al.

| | |
|---|---|
| December 14, 2022 | Respectfully submitted, |
| | */s/ Adam L. Hoeflich* |
| Adam L. Hoeflich<br>Mac LeBuhn<br>Dawson K. Robinson<br>BARTLIT BECK LLP<br>54 W. Hubbard Street, Ste 300<br>Chicago, IL 60654<br>(312) 494-4400<br>adam.hoeflich@bartlitbeck.com<br>mac.lebuhn@bartlitbeck.com<br>dawson.robinson@bartlitbeck.com | William A. Burck<br>Derek L. Shaffer<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>1300 I Street NW, Ste 900<br>Washington, D.C. 20005<br>(202) 538-8000<br>williamburck@quinnemanuel.com<br>derekshaffer@quinnemanuel.com |
| John F. O'Sullivan<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>2601 S. Bayshore Drive, Ste 1550<br>Miami, FL 33133<br>(305) 439-5008<br>johnosullivan@quinnemanuel.com | Christopher D. Kercher<br>Peter H. Fountain<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7187<br>christopherkercher@quinnemanuel.com<br>peterfountain@quinnemanuel.com |

*Counsel for Defendant-Appellee Citadel Securities LLC*