No. 22-11873-F

# United States Court of Appeals
# for the Eleventh Circuit

ANGEL GUZMAN, BURKE MINAHAN,
CHRISTOPHER MILLER, and TERELL STERLING,

*Plaintiffs-Appellants*,

v.

ROBINHOOD MARKETS, INC., ROBINHOOD FINANCIAL LLC,
ROBINHOOD SECURITIES, LLC and CITADEL SECURITIES LLC,

*Defendants-Appellees.*

*Appeal from U.S. District Court for the Southern District of Florida,
Case No. 21-md-2989, before the Honorable Cecilia M. Altonaga*

## SUPPLEMENTAL APPENDIX OF
## APPELLEE CITADEL SECURITIES LLC
## VOLUME 1 OF 3

Adam L. Hoeflich
Abby M. Mollen
Mac LeBuhn
Dawson K. Robinson
BARTLIT BECK LLP
54 W. Hubbard Street, Ste 300
Chicago, IL 60654
(312) 494-4400
adam.hoeflich@bartlitbeck.com
abby.mollen@bartlitbeck.com
mac.lebuhn@bartlitbeck.com
dawson.robinson@bartlitbeck.com

William A. Burck
Derek L. Shaffer
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
1300 I Street NW, Ste 900
Washington, D.C. 20005
(202) 538-8000
williamburck@quinnemanuel.com
derekshaffer@quinnemanuel.com

*Counsel for Defendant-Appellee Citadel Securities LLC*

DECEMBER 14, 2022

John F. O'Sullivan
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
2601 S. Bayshore Drive, Ste 1550
Miami, FL 33133
(305) 439-5008
johnosullivan@quinnemanuel.com

Christopher D. Kercher
Peter H. Fountain
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7187
christopherkercher@quinnemanuel.com
peterfountain@quinnemanuel.com

*Counsel for Defendant-Appellee Citadel Securities LLC (cont.)*

# INDEX TO APPENDIX

*VOLUME 1 of 3*

Document                                                                Docket/Tab #

District Court Docket Sheet (as of Dec. 14, 2022) ................................... A

Class Action Complaint, *Cheng v. Ally Fin.* (February 1, 2021) .............. 1

Order re Non-Federal Securities Actions (June 3, 2021) .................... 323


*VOLUME 2 of 3*

Document                                                                Docket/Tab #

Class Action Complaint re Antitrust (July 26, 2021) ........................... 358

Defendants MTD the Antitrust Tranche Complaint (June 3, 2021) .... 408

Order re Antitrust Actions (November 17, 2021) ................................. 438


*VOLUME 3 of 3*

Document                                                                Docket/Tab #

Order re Other Broker Actions (January 10, 2022) ............................ 450

Order re Robinhood Actions (January 27, 2022) ................................. 453

Plaintiffs Notice of Appeal re Antitrust Actions (June 1, 2022) .......... 474

# TAB A

# DOCKET SHEET

APPEAL,MD,MDL,MEDCLK,REF_DISCOV

**U.S. District Court**
**Southern District of Florida (Miami)**
**CIVIL DOCKET FOR CASE #: 1:21−md−02989−CMA**

IN RE: January 2021 Short Squeeze Trading Litigation
Assigned to: Chief Judge Cecilia M. Altonaga
Referred to: Magistrate Judge Melissa Damian
Member cases:

Date Filed: 04/01/2021
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

0:21−cv−60220−CMA
0:21−cv−60226−CMA
1:21−cv−20414−CMA
9:21−cv−80238−CMA
1:21−cv−21261−CMA
1:21−cv−21264−CMA
1:21−cv−21265−CMA
1:21−cv−21291−CMA
1:21−cv−21293−CMA
1:21−cv−21294−CMA
1:21−cv−21295−CMA
1:21−cv−21296−CMA
1:21−cv−21297−CMA
1:21−cv−21298−CMA
1:21−cv−21299−CMA
1:21−cv−21300−CMA
1:21−cv−21305−CMA
1:21−cv−21307−CMA
1:21−cv−21310−CMA
1:21−cv−21311−CMA
1:21−cv−21313−CMA
1:21−cv−21315−CMA
1:21−cv−21316−CMA
1:21−cv−21318−CMA
1:21−cv−21333−CMA
1:21−cv−21335−CMA
1:21−cv−21338−CMA
1:21−cv−21340−CMA
1:21−cv−21341−CMA
1:21−cv−21343−CMA
1:21−cv−21349−CMA
1:21−cv−21350−CMA
1:21−cv−21351−CMA
1:21−cv−21353−CMA
1:21−cv−21359−CMA
1:21−cv−21367−CMA
1:21−cv−21378−CMA
1:21−cv−21404−CMA
1:21−cv−21428−CMA
1:21−cv−21430−CMA
1:21−cv−21432−CMA
1:21−cv−21441−CMA
1:21−cv−21442−CMA

1:21−cv−21444−CMA
1:21−cv−21445−CMA
1:21−cv−21446−CMA
1:21−cv−21447−CMA
1:21−cv−21450−CMA
1:21−cv−21451−CMA
1:21−cv−21453−CMA
1:21−cv−21478−CMA
1:21−cv−21479−CMA
1:21−cv−21534−CMA
1:21−cv−21600−CMA
1:21−cv−21665−CMA
1:21−cv−22702−CMA
1:21−cv−21458−CMA
1:21−cv−23026−CMA
1:22−cv−21747−CMA

Case in other court:  22−10669−F

USCA, 22−11873−F

Cause: 28:1407 Multidistrict Litigation

**In Re**

**January 2021 Short Squeeze Trading Litigation**

**Plaintiff**

| | | |
|---|---|---|
| **Santiago Gil Bohrquez** | represented by | **Laurence Matthew Rosen** |
| | | The Rosen Law Firm |
| | | 275 Madison Avenue |
| | | 40th Floor |
| | | New York, NY 10016 |
| | | 212−686−1060 |
| | | Fax: 202−3827 |
| | | Email: lrosen@rosenlegal.com |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Brian Harbison** | represented by | **Laurence Matthew Rosen** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Abraham Huacuja** | represented by | **Laurence Matthew Rosen** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Garland Jr. Ragland** | represented by | **Laurence Matthew Rosen** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Brendan Clarke** | represented by | **Laurence Matthew Rosen** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ava Bernard** | represented by | |

**Laurence Matthew Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Trevor Tarvis                          represented by   **Laurence Matthew Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Cecilia Rivas                          represented by   **Laurence Matthew Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Brandon Martin                         represented by   **Laurence Matthew Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Joseph Gurney                          represented by   **Laurence Matthew Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*


V.

**Consol Plaintiff**

Andrew B. Courtney                     represented by   **Michael James McMullen**
Cohen & McMullen, P.A.
1132 SE 3rd Avenue
Fort Lauderdale, FL 33316
(954) 523–7774
Email: Michael@floridajusticefirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

Peter Fray                             represented by   **Alexander Gabriel Cabeceiras**
*individually and on behalf of all others*              Derek Smith Law Group, PLLC.
*similarly situated*                                    1 Penn Plaza, Suite 49th Floor
New York, NY 10011
212–587–0670
Email: alexc@dereksmithlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Hope Miller**
Derek Smith Law Group PLLC
1835 Market Street
Suite 2950
Philadelphia, PA 19103
2153914790
Fax: 2158935288
Email: caroline@dereksmithlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

Andrea Juncadella                      represented by   **James L. Ferraro**
The Ferraro Law Firm

600 Brickell Avenue
Suite 3800
Miami, FL 33131–3073
305–375–0111
Fax: 305–379–6222
Email: jlf@ferrarolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
The Ferraro Law Firm
600 Brickell Avenue
Suite 3800
Miami, FL 33131
(305) 375–0111
Fax: (305) 379–6222
Email: jjr@ferrarolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
The Law Office of Jeffrey Kwatinetz pC
15821 Ventura Blvd., Suite 370
Encino, CA 91436–2909
312–607–8662
Email: JEK@prospectpk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mathew Daniel Gutierrez**
The Ferraro Law Firm, P.A.
600 Brickell Avenue
Suite 3800
Miami, FL 33131
786–564–2225
Email: mdg@ferrarolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
The Ferraro Law Firm, P.A.
600 Brickell Ave
Suite 3800
Miami, FL 33131
305–375–0111
Fax: 305–379–6222
Email: nms@ferrarolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Wagner Furst**
Grossman Roth Yaffa Cohen, P.A.
2525 Ponce de Leon Boulevard
Suite 1150
Coral Gables, FL 33134
305–442–8666
Email: rwf@grossmanroth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
Burstyn Law PLLC
1101 Brickell Avenue
Ste S700
Miami, FL 33131

305−204−9808
Email: Sean.Burstyn@BurstynLaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Patrick Young**                    represented by    **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Omar Alsaedi**                    represented by    **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Ethan Arellano**                    represented by    **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Travis Elliott**                    represented by    **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jessica Hines**                    represented by    **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Michelle del Valle**                  represented by  **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Michael Ridpath**                  represented by  **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Charles Fellows**                  represented by

**James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Bryan Joyner**                                    represented by    **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Christine Bukowski**                             represented by    **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Carolyn Collier**                    represented by    **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Amanda Giuliani**                    represented by    **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Chastity Woodward**                    represented by   **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Matt Scime**                    represented by   **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**William Urrutia**                    represented by   **James L. Ferraro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Louis Ferraro , Jr.**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Kwatinetz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Maria Salas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Alexander Burstyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Michael D Scalia**                              represented by  **Luke Thomas Jacobs**
Carey Rodriguez Milian, LLP
1395 Brickell Avenue
Suite 700
Miami, FL 33131
305–356–5481
Email: ljacobs@careyrodriguez.com
*TERMINATED: 04/01/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marguerite Clare Racher Snyder**
Weil Quaranta P.A.
200 South Biscayne Boulevard
Suite 900
Miami, FL 33131
(305) 372–5352
Email: msnyder@miamigov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald Peter Weil**
Ronald Weil PA
200 S Biscayne Boulevard
Wachovia Financial Center Suite 900
Miami, FL 33131
305–372–5352
Fax: 305–372–5355
Email: RWeil@weilquaranta.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jonathan Diamond**                              represented by  **Brian William Warwick**
*on behalf of himself and all others*            Varnell & Warwick, P.A.
*similarly situated*                             P.O. Box 1870
*TERMINATED: 04/28/2021*                         Lady Lake, FL 32158
352–753–8600
Fax: 352–753–8606
Email: bwarwick@varnellandwarwick.com
*LEAD ATTORNEY*

**Erika Roxanne Willis**
Varnell & Warwick, P.A.

1101 E. Cumberland Ave.
Suite 201H, #105
Tampa, FL 33602
352−753−8600
Fax: 352−504−3301
Email: ewillis@varnellandwarwick.com
*LEAD ATTORNEY*

**Janet Robards Varnell**
Varnell and Warwick, P.A.
P. O. Box 1870
Lady Lake, FL 32158
352−753−8600
Fax: 352−504−3301
Email: jvarnell@varnellandwarwick.com
*LEAD ATTORNEY*

**Matthew Peterson**
Varnell and Warwick, P.A.
1101 E. Cumberland Ave, Suite 201H, #105
Tampa Bay, FL 33602
(352) 753−8600
Email: mpeterson@varnellandwarwick.com
*LEAD ATTORNEY*

**Consol Plaintiff**

**Austin Schaff**
*on behalf of himself and on behalf of all*
*others similarly situated*

represented by **Brandon J Hill**
Wenzel Fenton Cabassa, P.A.
1110 North Florida Avenue
Suite 300
Tampa, FL 33602
8133377992
Fax: 8132298712
Email: bhill@wfclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad Andrew Justice**
Justice for Justice LLC
1205 N Franklin St
Suite 326
Tampa, FL 33602
813−566−0550
Fax: 813−566−0770
Email: chad@getjusticeforjustice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Luis A. Cabassa**
Wenzel Fenton Cabassa, P.A.
1110 N. Florida Avenue
Suite 300
Tampa, FL 33602
813−224−0431
Fax: 813−229−8712
Email: lcabassa@wfclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael C. McKay**
McKay Law LLC
5635 North Scottsdale Road, Suite 170
Scottsdale, AZ 85250
(480) 681.7000

Email: mckay@mckay.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Chance Daniels**                                    represented by    **Kevin Scott Hannon**
*individually, and on behalf of all others*                              Hannon Law Firm, LLC
*similarly situated*                                                     1641 Downing Street
                                                                         Denver, CO 80218
                                                                         303−861−8800
                                                                         Email: khannon@hannonlaw.com
                                                                         *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Taylor Perri**                                      represented by    **Brandon Michael Taaffe**
*TERMINATED: 04/16/2021*                                                 Shumaker, Loop , Kendrick, LLP
                                                                         240 South Pineapple Avenue
                                                                         10th Floor
                                                                         Sarasota, FL 34236
                                                                         941−364−2773
                                                                         Fax: 941−366−3999
                                                                         Email: btaaffe@slk−law.com
                                                                         *LEAD ATTORNEY*

                                                                         **Jeremy Matthew Halpern**
                                                                         Shumaker, Loop & Kendrick, LLP
                                                                         240 S. Pineapple Avenue
                                                                         10th Floor
                                                                         Sarasota, FL 34236
                                                                         941−364−2737
                                                                         Fax: 941−366−3999
                                                                         Email: jhalpern@slk−law.com
                                                                         *LEAD ATTORNEY*

                                                                         **Michael D. Bressan**
                                                                         Shumaker Loop & Kendrick, LLP
                                                                         240 South Pineapple Avenue
                                                                         Ste 10th Floor
                                                                         Sarasota, FL 34236
                                                                         941−364−2717
                                                                         Fax: 941−366−3999
                                                                         Email: mbressan@shumaker.com
                                                                         *LEAD ATTORNEY*

                                                                         **Michael S. Taaffe**
                                                                         Shumaker, Loop & Kendrick
                                                                         240 S Pineapple Avenue
                                                                         PO Box 49948
                                                                         Sarasota, FL 34230−6948
                                                                         941−364−2720
                                                                         Fax: 366−3999
                                                                         Email: mtaaffe@shumaker.com
                                                                         *LEAD ATTORNEY*

**Consol Plaintiff**

**Ryan Heitz**                                        represented by    **Brandon Michael Taaffe**
*TERMINATED: 04/16/2021*                                                 (See above for address)
                                                                         *LEAD ATTORNEY*

                                                                         **Jeremy Matthew Halpern**
                                                                         (See above for address)
                                                                         *LEAD ATTORNEY*

**Michael D. Bressan**
(See above for address)
*LEAD ATTORNEY*

**Michael S. Taaffe**
(See above for address)
*LEAD ATTORNEY*

**Consol Plaintiff**

| | | |
|---|---|---|
| **Kevin Sheehan**<br>*TERMINATED: 04/16/2021* | represented by | **Brandon Michael Taaffe**<br>(See above for address)<br>*LEAD ATTORNEY* |

**Jeremy Matthew Halpern**
(See above for address)
*LEAD ATTORNEY*

**Michael D. Bressan**
(See above for address)
*LEAD ATTORNEY*

**Michael S. Taaffe**
(See above for address)
*LEAD ATTORNEY*

**Consol Plaintiff**

| | | |
|---|---|---|
| **Steven Baird** | represented by | **Jason Alec Zimmerman**<br>GrayRobinson, P.A.<br>301 East Pine Street<br>Orlando, FL 32803<br>(407)843−8880<br>Email: jason.zimmerman@gray−robinson.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consol Plaintiff**

| | | |
|---|---|---|
| **Hanna Kayali**<br>*individually and on behalf of others<br>similarly situated* | represented by | **Alexander Gabriel Cabeceiras**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Heather Lea Blaise**
Blaise and Nitschke PC
123 North Wacker Drive Suite 250
Chicago, IL 60606
312−448−6602
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lana Bajes Nassar**
Blaise and Nitschke PC
123 North Wacker Drive Suire 250
Chicago, IL 60606
312−448−6602
Email: lnassar@blaisenitschkelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Hope Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

| | | |
|---|---|---|
| **Mohammed A. Doleh**<br>*individually and on behalf of others*<br>*similarly situated* | represented by | **Alexander Gabriel Cabeceiras**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Heather Lea Blaise**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lana Bajes Nassar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Hope Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

| | | |
|---|---|---|
| **Maurice Scarborough** | represented by | **Maurice David Pessah**<br>Pessah Law Group PC<br>661 North Harper Avenue Suite 208<br>West Hollywood, CA 90048<br>310–772–2261<br>Email: maurice@pessahgroup.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Michael Joseph Morris–Nussbaum**
Pessah Law Group PC
661 North Harper Avenue Suite 208
Los Angeles, CA 90048
310–772–2261
Email: mmnussbaum@pessahgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Neil Chelin**
Chelin Law Firm
16133 Ventura Boulevard
Suite 700
Encino, CA 91436
310–776–6500
Email: stuart@chelinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Summer Elizabeth Benson**
Pessah Law Group PC
661 North Harper Avenue Suite 208
Los Angeles, CA 90048
310–772–2261
Email: sbenson@pessahgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

| | | |
|---|---|---|
| **Scott Schiller** | represented by | **Maurice David Pessah**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Michael Joseph Morris–Nussbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Neil Chelin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Summer Elizabeth Benson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Josh Gossett**                                    represented by   **Maurice David Pessah**
*each individually and on behalf of all*                            (See above for address)
*others similarly situated*                                         *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Michael Joseph Morris–Nussbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Neil Chelin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Summer Elizabeth Benson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**James LaPlant**                                   represented by   **Maurice David Pessah**
*each individually and on behalf of all*                            (See above for address)
*others similarly situated*                                         *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Michael Joseph Morris–Nussbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Neil Chelin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Summer Elizabeth Benson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Danielle Perreault**                              represented by   **Maurice David Pessah**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Michael Joseph Morris–Nussbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Neil Chelin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Summer Elizabeth Benson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Consol Plaintiff**</u>

**Timothy A. Nordeen**
*and all members of the public who are
similarly situated*

represented by **Gary Richard Carlin**
Law Offices of Gary R. Carlin, APC
301 East Ocean Boulevard Suite 1550
Long Beach, CA 90802
562–432–1656
Email: gary@garycarlinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Consol Plaintiff**</u>

**Aaron Kolysko**
*and all members of the public who are
similarly situated*

represented by **Gary Richard Carlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Consol Plaintiff**</u>

**Mr. Richard Joseph Gatz**

represented by **Richard Joseph Gatz**
Mulherin Rehfeldt & Varchetto PC
211 S. Wheaton Ave. Suite 200
Wheaton, IL 60187
630–653–9300
Email: ichardgatz@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Consol Plaintiff**</u>

**Marcus Lagmanson**

represented by **Jonathan D. Lubin**
8800 Bronx Ave Suite 100H
Skokie, IL 60077
773–945–2608
Email: jonathan@lubinlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Tamara de Silva**
Law Offices of R. Tamara de Silva, LLC
980 N Michigan Avenue Suite 1400
Chicago, IL 60611
866–566–1849
Email: rtamaradesilva@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Consol Plaintiff**</u>

**Anthony R Reyes**                    represented by **Jonathan D. Lubin**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **R. Tamara de Silva**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Brian Belderrain**                   represented by **Jonathan D. Lubin**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **R. Tamara de Silva**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Larry Cherry**                       represented by **Larry Cherry**
                                                      P.O. Box 1677
                                                      South Holland, IL 60473
                                                      773–306–3377
                                                      PRO SE

**Consol Plaintiff**

**James Hiscock**                      represented by **Alexander N. Loftus**
*individually and on behalf of the class*              Loftus & Eisenberg, Ltd.
*described below*                                      161 N. Clark St. 16th Floor
                                                      Chicago, IL 60601
                                                      (312) 8996625
                                                      Email: alex@loftusandeisenberg.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Joshua Bradford Kons**
                                                      Law Offices of Joshua B. Kons, LLC
                                                      939 West North Avenue, Suite 750
                                                      Chicago, IL 60642
                                                      (312) 757–2272
                                                      Email: joshuakons@konslaw.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**DAMON MUNCY**                        represented by **Laurence Matthew Rosen**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Phillip C. Kim**
                                                      The Rosen Law Firm, P.A.
                                                      275 Madison Avenue, 40th Floor
                                                      New York, NY 10016
                                                      212–686–1060
                                                      Fax: 212–202–3827
                                                      Email: pkim@rosenlegal.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

| | | |
|---|---|---|
| **Bartosz Zybura** | represented by | **Alexander Gabriel Cabeceiras** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Hope Miller**
Derek Smith Law Group PLLC
1835 Market Street
Suite 2950
Philadelphia, PA 19103
215–391–4790
Fax: 2158935288
Email: caroline@dereksmithlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

| | | |
|---|---|---|
| **Robert Days** | represented by | **Carl Alan Roth** |

Browne George Ross O'Brien Annaguey &
Ellis LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
(310) 2747100
Email: croth@bgrfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis S. Ellis**
Browne George Ross LLP
2121 Avenue of the Stars Suite 2800
Los Angeles, CA 90067
310–274–7100
Email: dellis@bgrfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine Frenck Murray**
Browne George Ross LLP
2121 Avenue of the Stars Suite 2800
Los Angeles, CA 90067
310–274–7100
Email: kmurray@bgrfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keith Joseph Wesley**
Brown George Ross Obrien Annaguey &
Ellis LLP
44 Montgomery Street, Suite 1280
San Francisco, CA 94104
(415) 3917100
Email: kwesley@bgrfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew L. Venezia**
Browne George Ross O'Brien Annaguey &
Ellis LLP
2121 Avenue of the Stars
Suite 2800
Los Agneles, CA 90067

310–274–7100
Fax: 310–275–5697
Email: mvenezia@bgrfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Christian A. Dalton**                    represented by   **Cherisse Heidi Alcantara Cleofe**
*Individually and on Behalf of All Others*                  Kiesel Law LLP
*Similarly Situated*                                        8648 Wilshire Boulevard
                                                            Beverly Hills, CA 90211
                                                            (310) 854–4444
                                                            Email: cleofe@kiesel.law
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jeffrey A. Koncius**
                                                            Kiesel Law LLP
                                                            8648 Wilshire Boulevard
                                                            Beverly Hills, CA 90211
                                                            (310) 854–4444
                                                            Email: koncius@kiesel.law
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Paul R. Kiesel**
                                                            Kiesel Law LLP
                                                            8648 Wilshire Boulevard
                                                            Beverly Hills, CA 90211–2910
                                                            310 854–4444
                                                            Fax: 310–854–0812
                                                            Email: kiesel@kiesel.law
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Richard Collins Dalton**
                                                            Richard C. Dalton, LLC
                                                            P.O. Box 358
                                                            Carencro, LA 70520
                                                            (337) 371–0375
                                                            Email: rick@rickdaltonlaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Patryk Krasowski**                       represented by   **Amir Alimehri**
                                                            Klafter Lesser LLP
                                                            2 International Drive, Suite 350
                                                            Rye Brook, NY 10573
                                                            (914) 934–9200
                                                            Email: amir.alimehri@klafterlesser.com
                                                            *TERMINATED: 03/24/2022*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jeffrey A. Klafter**
                                                            Klafter Lesser, LLP
                                                            Two International Drive
                                                            Suite 350
                                                            Rye Brook, NY 10573
                                                            914–934–9200
                                                            Email: JAK@klafterlesser.com
                                                            *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Pamela Ann Markert**
Cera LLP
595 Market Street Suite 1350
San Francisco, CA 94105
(415) 977–2228
Email: pmarkert@cerallp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Solomon B. Cera**
Cera LLP
595 Market Street
Suite 1350
San Francisco, CA 94105–2835
415–777–2230
Fax: 777–5189
Email: scera@cerallp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Nick Parker**                               represented by   **Amir Alimehri**
(See above for address)
*TERMINATED: 03/24/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Klafter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pamela Ann Markert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Solomon B. Cera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Sagi Cezana**                               represented by   **Kurt Kessler**
*on behalf of himself and all others*                         Audet & Partners LLP
*similarly situated*                                          711 Van Ness Avenue
Suite 500
San Francisco, CA 94102–3275
(415) 568–2555
Email: kkessler@audetlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ling Y. Kuang**
Audet & Partners, LLP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
(415) 568–2555
Email: lkuang@audetlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Wagner Furst**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Audet**
Audet & Partners, LLP
711 Van Ness Avenue
Suite 500
San Francisco, CA 94102–3229
(415) 568–2555
Email: waudet@audetlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Asad Noorzaie**                              represented by    **Ibrahim Ahmed**
Ibrahim Ahmed Law Group, P.C.
4105 US–1 South, Suite 2
Monmouth Junction, NJ 08852
(609) 235–7820
Email: i.ahmed@ibrahimalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Shane Cheng**                               represented by    **Anupama Reddy**
Joseph Saveri Law Firm, LLP
601 California St
Ste 1000
San Francisco
San Francisco, CA 94108
510–561–6321
Email: areddy@saverilawfirm.com
*TERMINATED: 04/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Kar–Lun Young**
Joseph Saveri Law Firm, LLP
601 California Street
Ste 1000
San Francisco, CA 94108
415–500–6807
Email: cyoung@saverilawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
Joseph Saveri Law Firm, LLP
601 California St.
Suite 1000
San Francisco, CA 94108
415–500–6800
Fax: 415–395–9940
Email: jsaveri@saverilawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Noel Williams**
Joseph Saveri Law Firm, LLP
601 California Street

Suite 1000
San Francisco, CA 94108
415–500–6800
Email: swilliams@saverilawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Terell Sterling**
*individually, and on behalf of others*
*similarly situated*

represented by **Anupama Reddy**
(See above for address)
*TERMINATED: 04/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Kar–Lun Young**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Noel Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Elvia Curiel–Ruth**

represented by **Kurt Kessler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ling Y. Kuang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Wagner Furst**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Audet**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**David Moody**

represented by **Eric M. Poulin**
Poulin Willey Anastopoulo LLC
32 Ann Street
Charleston, SC 29403
843–614–8888
Email: eric@akimlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy T. Willey , IV**
Poulin, Willey, Anastopoulo, LLC
32 Ann Street

Charleston, SC 29403
843–614–8888
Email: roy@akimlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Blake Abbott**
Poulin, Willey, Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403
843–614–8888
Email: blake@akimlawfirm.com
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Julie Moody**                                    represented by   **Eric M. Poulin**
*on behalf of themselves and on behalf of*                         (See above for address)
*all others similarly situated*                                    *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Roy T. Willey , IV**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Blake Abbott**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jordan Krumenacker**                             represented by   **Lawrence Timothy Fisher**
*individually and on behalf of all others*                         Bursor & Fisher, P.A.
*similarly situated*                                               1990 N. California Blvd., Suite 940,
                                                                   Walnut Creek, CA 94596
                                                                   925–300–4455
                                                                   Email: ltfisher@bursor.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jayesh Shah**                                    represented by   **Shreedhar R. Patel**
                                                                   Reich & Binstock LLP
                                                                   4265 San Felipe, Ste. 1000
                                                                   Houston, TX 77027
                                                                   713–622–7271
                                                                   Email: spatel@reichandbinstock.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Summit Thakral**                                 represented by   **Shreedhar R. Patel**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Brian Ng**                                       represented by   **Shreedhar R. Patel**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Chetan Patel**                                            represented by  **Shreedhar R. Patel**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Anuj Kapur**                                             represented by  **Shreedhar R. Patel**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Mark Feeney**                                            represented by  **Jason S. Rathod**
                                                                           Migliaccio & Rathod
                                                                           412 H Street North East, Suite 302
                                                                           Washington, DC 20002
                                                                           (202) 470–3520
                                                                           Email: jrathod@classlawdc.com
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Nicholas A. Migliaccio**
                                                                           Migliaccio & Rathod, LLP
                                                                           412 H. Street, N.E.
                                                                           Suite 302
                                                                           Washington, DC 20002
                                                                           202–470–3520
                                                                           Email: nmigliaccio@classlawdc.com
                                                                           *LEAD ATTORNEY*
                                                                           *PRO HAC VICE*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Selin Demir**
                                                                           Migliaccio & Rathod LLP
                                                                           412 H. St. NE, Ste. 302
                                                                           Wasington, DC 20002
                                                                           202–470–3520
                                                                           Email: sdemir@classlawdc.com
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jason Fossella**                                         represented by  **Jason S. Rathod**
*individually and on behalf of all others*                                 (See above for address)
*similarly situated*                                                       *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Nicholas A. Migliaccio**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *PRO HAC VICE*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Selin Demir**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Alaa Khoury**                                            represented by  **Alexander Gabriel Cabeceiras**
                                                                           (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Hope Miller**
Derek Smith Law Group PLLC
1835 Market Street
Suite 2950
Philadelphia, PA 19103
215–391–4790
Fax: 215–893–5288
Email: caroline@dereksmithlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seamus Barrett**
Derek Smith Law Group, PLLC
1 Penn Plaza, Suite 49th Floor
New York, NY 10011
212–587–0760
Email: sbarrett@spbarrettlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Nicholas Bogan**                    represented by    **Alexander Gabriel Cabeceiras**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Hope Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seamus Barrett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Brandon Nelson**                    represented by    **Alexander Gabriel Cabeceiras**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Hope Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seamus Barrett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Benedict Wong**                    represented by    **Alexander Gabriel Cabeceiras**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Hope Miller**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seamus Barrett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Steffon Dunlop**                    represented by **Alexander Gabriel Cabeceiras**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Hope Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seamus Barrett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Royal Williams**                    represented by **Elizabeth Ann Brehm**
*individually and on behalf of all others*          Siri & Glimstad LLP
*similarly situated*                                745 Fifth Avenue
Suite 500
New York, NY 10151
212–532–1091
Fax: 646–417–5967
Email: ebrehm@sirillp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Ryan Zachary Ross**                 represented by **Gabriel Amin Assaad**
McDonald Worley, P.C.
1770 St. James Place, Suite 100
Houston, TX 77056
713–523–5500
Email: gassaad@mcdonaldworley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Rey Ogden**
Farrar Ball LLP
1117 Herkimer Street
Houston, TX 77008
(713) 221–8300
Email: bill@fbtrial.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**C. Louis Bunya**                    represented by **Gabriel Amin Assaad**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Rey Ogden**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Drew Hunnicutt**                  represented by **Gabriel Amin Assaad**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **William Rey Ogden**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Erika Mercado**                   represented by **Gabriel Amin Assaad**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **William Rey Ogden**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Zachary Ziegler**                 represented by **Alexander Gabriel Cabeceiras**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Caroline Hope Miller**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Marc A. Fresa**                   represented by **Stephen Seeger**
                                                  SJ Carriero, LLC
                                                  810 Bedford Street
                                                  Suite #3
                                                  Stanford, CT 06901
                                                  203−273−5170
                                                  Email: seegerkid2@aol.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Matthew M Lavin**                 represented by **Lena Marguerite Mirilovic**
                                                  Roberts Tate LLC
                                                  2487 Demere Rd.
                                                  Suite 400
                                                  St. Simons Island, GA 328021873
                                                  912−638−5200
                                                  Fax: 912−638−5300
                                                  Email: lmirilovic@robertstate.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Parker James Lavin**
                                                  Roberts Tate, LLC

2487 Demere Road Suite 400
St. Simons Island, GA 31522
912–638–5200
Email: plavin@robertstate.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Steven Minnick**                          represented by   **Alexander Gabriel Cabeceiras**
*individually*                                              (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Caroline Hope Miller**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Nathaniel N. Peckham**
                                                            Derek Smith Law Group, PLLC
                                                            1835 Market Street
                                                            Suite 2950
                                                            Philadelphia, PA 19103
                                                            215–391–4790
                                                            Email: nathaniel@dereksmithlaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jhanna White**                            represented by   **Alexander Gabriel Cabeceiras**
*individually and on behalf of all others*                  (See above for address)
*similarly situated*                                        *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Caroline Hope Miller**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Nathaniel N. Peckham**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**David Wieg**                              represented by   **Abraham Zev Wolf Melamed**
*individually and on behalf of other*                       Derek Smith Law Group, PLLC
*members of the general public simiarly*                    1 Penn Plaza, Suite 4905
*situated*                                                  New York, NY 10119
                                                            212–587–0760
                                                            Email: abe@dereksmithlaw.com
                                                            *TERMINATED: 10/07/2022*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Alexander Gabriel Cabeceiras**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Ishan Dave**
                                                            Derek Smith Law Group, PLLC
                                                            633 West 5th Street, Suite 3250

Los Angeles, CA 90071
516–297–6665
Email: mr.ishan.dave@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline Hope Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

Joseph Daniluk                    represented by    **Charles David Marshall**
Marshall Law Firm
2121 N. California Blvd., Suite 290
Walnut Creek, CA 94596
925–575–7105
Email: cdm@marshall–law–firm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emrah Sumer**
Green and Noblin, PC
2200 Larkspur Landing Circle Suite 101
Larkspur, CA 94939
415–477–6700
Email: gnecf@classcounsel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert S. Green**
Green & Noblin, P.C.
700 Larkspur Landing Circle
Suite 101
Larkspur, CA 94939
415–477–6700
Fax: 415–477–6710
Email: gnecf@classcounsel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

Michael McFadden                    represented by    **Andrew Joseph Obergfell**
Bursor & Fisher PA
888 Seventh Avenue, Third Floor
New York, NY 10019
(646) 837–7150
Email: aobergfell@bursor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Nicole Westcot**
Bursor & Fisher P.A.
701 Brickell Avenue
Suite 1420
Miami, FL 33131
305–330–5512
Email: swestcot@bursor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

Eric Quat                    represented by    **Andrew Joseph Obergfell**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Nicole Westcot**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Igor Kravchenko**                    represented by    **Andrew Joseph Obergfell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Nicole Westcot**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Aaron Fassinger**                    represented by    **Andrew Joseph Obergfell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Nicole Westcot**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Tenzin Woiser**                      represented by    **Andrew Joseph Obergfell**
*individually and on behalf of all others*                (See above for address)
*similarly situated*                                      *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Nicole Westcot**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Mike Ross**                          represented by    **Andrew Joseph Obergfell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Nicole Westcot**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Kevin Kelley**                       represented by    **Thomas P. Thrash**
*Individually and on behalf of all others*                Thrash Law Firm
*similarly situated*                                      1101 Garland Street
Little Rock, AR 72201
501−374−1058
Email: tomthrash@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Thomas Crowder**
Attorney at Law
1101 Garland Street
Little Rock, AR 72201
501–374–1058
Fax: 501–374–2222
Email: willcrowder@thrashlawfirmpa.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Zackary Kelley**                                    represented by   **Thomas P. Thrash**
*Individually and on behalf of all others*                             (See above for address)
*similarly situated*                                                   *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **William Thomas Crowder**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jean–Paul Saliba**                                 represented by   **Christine Zaouk**
*individually and on behalf of other persons*                          McCathern LLP
*similarly situated*                                                   523 West Sixth Street, Suite 830
                                                                       Los Angeles, CA 90014
                                                                       213–225–6150
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Evan Selik**
                                                                       McCathern LLP
                                                                       523 W Sixth Street
                                                                       Los Angeles, CA 90014
                                                                       213–225–6150
                                                                       Email: ESelik@mccathernlaw.com
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Sabrina Clapp**                                    represented by   **Eric Lechtzin**
                                                                       Edelson Lechtzin LLP
                                                                       3 Terry Drive, Suite 205
                                                                       Newtown, PA 18940
                                                                       215–867–2399
                                                                       Email: elechtzin@edelson–law.com
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Joshua H. Grabar**
                                                                       Grabar Law Office
                                                                       One Liberty Place
                                                                       1650 Market Street, Suite 3600
                                                                       Philadelphia, PA 19103
                                                                       267–507–6085
                                                                       Email: jgrabar@grabarlaw.com
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Marc H. Edelson**
                                                                       Edelson Lechtzin LLP
                                                                       411 S. State Street

Suite N–300
Newtown, PA 18940
215–867–2399
Email: medelson@edelson–law.com
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Denise Redfield**                    represented by  **Eric Lechtzin**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Joshua H. Grabar**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

                                        **Marc H. Edelson**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Spencer Lybrook**                    represented by  **Gretchen Freeman Cappio**
*individually, and on behalf of all others*            Keller Rohrback, LLP
*similarly situated*                                   1201 Third Avenue
                                                       Suite 3200
                                                       Seattle, WA 98101
                                                       206–623–1900
                                                       Email: gcappio@kellerrohrback.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jeffrey Greg Lewis**
                                                       Keller Rohrback L.L.P.
                                                       180 Grand Avenue, Suite 1380
                                                       Oakland, CA 94612
                                                       510–463–3900
                                                       Email: jlewis@kellerrohrback.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Maxwell Holt Goins**
                                                       Keller Rohrback LLP
                                                       1201 Third Avenue Suite 3200
                                                       Seattle, WA 98101
                                                       206–623–1900
                                                       Email: mgoins@kellerrohrback.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Rachel Morowitz**
                                                       Keller Rohrback L.L.P
                                                       1201 Third Avenue, Suite 3200
                                                       Seattle, WA 98101
                                                       206–623–1900
                                                       Email: rmorowitz@kellerrohrback.com
                                                       *TERMINATED: 12/20/2021*
                                                       *LEAD ATTORNEY*

                                                       **Ryan McDevitt**
                                                       Keller Rohrback L.L.P.
                                                       1201 3rd Ave Ste 3200
                                                       Seattle, WA 98101
                                                       206–623–1900

Email: rmcdevitt@kellerrohrback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Cody Hill**
*individually, and on behalf of all others similarly situated*

represented by **Gretchen Freeman Cappio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Greg Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maxwell Holt Goins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Morowitz**
(See above for address)
*TERMINATED: 12/20/2021*
*LEAD ATTORNEY*

**Ryan McDevitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Alec English**
*individually, and on behalf of all others similarly situated*

represented by **Gretchen Freeman Cappio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Greg Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maxwell Holt Goins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Morowitz**
(See above for address)
*TERMINATED: 12/20/2021*
*LEAD ATTORNEY*

**Ryan McDevitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Michael Watson**
*individually, and on behalf of all others similarly situated*

represented by **Gretchen Freeman Cappio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Greg Lewis**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maxwell Holt Goins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Morowitz**
(See above for address)
*TERMINATED: 12/20/2021*
*LEAD ATTORNEY*

**Ryan McDevitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Emil Petrosyan**                          represented by  **Rebecca A. Peterson**
*on behalf of himself and all others*                      Lockridge Grindal Nauen PLLP
*similarly situated*                                        100 Washington Ave. S., Suite 2200
                                                            Minneapolis, MN 55401
                                                            612–339–6900
                                                            Email: rapeterson@locklaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Allen Zelewski**                          represented by  **Dario D. Diaz**
                                                            Law Office of Dario Diaz, PA
                                                            1101 N Armenia Ave
                                                            Tampa, FL 33607
                                                            813–259–1017
                                                            Email: dariofed@dariodiazlaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Matthew Douglas Powell**
                                                            MattLaw
                                                            304 S Plant Ave
                                                            Tampa, FL 33606
                                                            (813) 222–2222
                                                            Fax: (813) 254–2226
                                                            Email: matt@mattlaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Richard Conley**                          represented by  **Dario D. Diaz**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Matthew Douglas Powell**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Dillon Rogers**                           represented by

**Dario D. Diaz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Douglas Powell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**James Hill**                                    represented by    **Dario D. Diaz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Douglas Powell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Mark Milhouse**                                 represented by    **Eve–Lynn J. Rapp**
*individually and on behalf of all others*                         Edelson PC
*similarly situated*                                               2101 Pearl Street
*TERMINATED: 07/14/2021*                                           Ste 2101 Pearl Street
                                                                   Boulder, CO 80302
                                                                   720–741–0076
                                                                   Email: erapp@edelson.com
                                                                   *LEAD ATTORNEY*

**Consol Plaintiff**

**Hani Odeh**                                     represented by    **Alexander N. Loftus**
*individually and on behalf of the class*                          (See above for address)
*described below*                                                  *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **David Alan Eisenberg**
                                                                   Loftus & Eisenberg, Ltd
                                                                   161 N. Clark Suite 1600
                                                                   Chicago, IL 60601
                                                                   312–576–0898
                                                                   Email: david@loftusandeisenberg.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Petro Siruk**                                   represented by    **Petro Siruk**
*TERMINATED: 05/04/2021*                                           12410 Rolling Ridge Rd
                                                                   Becker, MN 55308
                                                                   763–262–5046
                                                                   PRO SE

**Consol Plaintiff**

**Marina Siruk**                                  represented by    **Marina Siruk**
*TERMINATED: 05/04/2021*                                           12410 Rolling Ridge Rd
                                                                   Becker, MN 55308
                                                                   PRO SE

**Consol Plaintiff**

                                                  represented by

**Francis Shaeffer**
*individually, and on behalf of all others*
*similarly situated*

**David A. Domina**
Domina Law Group
2425 South 144th Street
Omaha, NE 68144−3267
(402) 4934100
Fax: (402) 4939782
Email: ddomina@dominalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J. Worley**
Evangelista Worley, LLC
8100A Roswell Road
Suite 100
Atlanta, GA 30350
404−205−8400
Email: david@ewlawllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Evangelista**
Evangelista Worely, LLC
500 Sugar Mill Road
Bldg. A, Suite 245
Atlanta, GA 30350
404−205−8395
Email: jim@ewlawllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristi Stahnke McGregor**
Evangalista Worley LLC
8100A Roswell Rd
Suite 100
Atlanta, GA 30350
404−205−8400
Fax: 404−205−8395
Email: kristi@ewlawllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie Toran**
Evangelista Worley Law Firm
500 Sugar Mill Road Suite 245A
Atlanta, GA 30350
404−205−8400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart J. Guber**
Evangelista Worley LLC
500 Sugar Mill Road Suite 245A
Atlanta, GA 30350
404−205−8400
Email: stuart@ewlawllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Dan Dechirico**                    represented by  **Eugene Zaydfudim**
Hach Rose Schirripa & Cheverie LLP
112 Madison Ave, 10th floor
New York, NY 10016
Email: ezaydfudim@hrsclaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank R. Schirripa**
Hach Rose Schirripa & Cheverie LLP
112 Madison Avenue 10th Floor
New York, NY 10016
212–213–8311
Email: FSchirripa@hrsclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn A. Hettler**
Hach Rose Schirripa & Cheverie, LLP
112 Madison Avenue, 10th Floor
New York, NY 10016
212–213–8311
Email: kh@hrsclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel B. Rehns**
Hach Rose Schirripa & Cheverie, LLP
112 Madison Avenue, 10th Floor
New York, NY 10016
212–213–8311
Email: drehns@hrsclaw.com
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Angel Guzman**                     represented by   **Eugene Zaydfudim**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Frank R. Schirripa**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Kathryn A. Hettler**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Daniel B. Rehns**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Joshua Palmer**                    represented by   **Eugene Zaydfudim**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Frank R. Schirripa**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Kathryn A. Hettler**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Daniel B. Rehns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Raymond Norvell**                    represented by   **Michael R. Fuller**
*individually and on behalf of others*                 OlsenDaines
*similarly situated*                                   US Bancorp Tower
                                                       111 SW 5th Ave., Suite 3150
                                                       Portland, OR 97204
                                                       503–222–2000
                                                       Email: Michael@UnderdogLawyer.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Mike Vallejo**                       represented by   **Michael R. Fuller**
*individually and on behalf of others*                 (See above for address)
*similarly situated*                                   *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Officer David Segovia**              represented by   **Michael R. Fuller**
*individually and on behalf of others*                 (See above for address)
*similarly situated*                                   *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Julie Fox**                          represented by   **Daniel E. Gustafson**
                                                       Gustafson Gluek PLLC
                                                       120 South 6th Street, Suite 2600
                                                       Minneapolis, MN 55402
                                                       612–333–8844
                                                       Email: dgustafson@gustafsongluek.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Daniel C. Hedlund**
                                                       Gustafson Gluek PLLC
                                                       120 South Sixth Street, Suite 2600
                                                       Minneapolis, MN 55402
                                                       (612) 333–8844
                                                       Email: dhedlund@gustafsongluek.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **David A. Goodwin**
                                                       Gustafson Gluck, PLLC
                                                       650 Northstar East
                                                       608 Second Avenue South
                                                       Minneapolis, MN 55402
                                                       612–333–8844
                                                       Email: dgoodwin@gustafsongluek.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Kaitlyn Leeann Dennis**
                                                       Gustafson Gluek PLLC
                                                       120 South 6th Street Ste 2600
                                                       Minneapolis, MN 55402

612−333−8844
Email: kdennis@gustafsongluek.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott David Hirsch**
Scott Hirsch Law Group, PLLC
Scott Hirsch Law Group, PLLC
6810 North State Road 7
33073
Coconut Creek, FL 33073
561−569−7062
Email: scott@scotthirschlawgroup.com
*ATTORNEY TO BE NOTICED*

<u>**Consol Plaintiff**</u>

**Preenon Huq**                    represented by  **Daniel E. Gustafson**
                                   (See above for address)
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

                                   **Daniel C. Hedlund**
                                   (See above for address)
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

                                   **David A. Goodwin**
                                   (See above for address)
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

                                   **Kaitlyn Leeann Dennis**
                                   (See above for address)
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

                                   **Scott David Hirsch**
                                   (See above for address)
                                   *ATTORNEY TO BE NOTICED*

<u>**Consol Plaintiff**</u>

**Nermin Memic**                   represented by  **Anuj Kapur**
                                   D. Miller & Associates, PLLC
                                   2610 W. Sam Houston Parkway South Suite
                                   200
                                   Houston, TX 77042
                                   713−850−8600
                                   Email: anuj@dmillerlaw.com
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

<u>**Consol Plaintiff**</u>

**Carlos Ferreiro**                represented by  **Anuj Kapur**
                                   (See above for address)
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

<u>**Consol Plaintiff**</u>

**Bharat Thakkar**                 represented by  **Anuj Kapur**
                                   (See above for address)
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Skyler Baird**                                  represented by  **Anuj Kapur**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Daniel S. Kadin**                              represented by  **Adrian Gucovschi**
*TERMINATED: 04/20/2021*                         Gucovschi Law, PLLC
                                                 630 Fifth Avenue Suite 2000
                                                 New York, NY 10111
                                                 212–884–4230
                                                 Email: adrian@gucovschi–law.com
                                                 *LEAD ATTORNEY*

**Consol Plaintiff**

**Uniqueka Best**                                represented by  **Adrian Gucovschi**
*individually and on behalf of all others*       (See above for address)
*similarly situated*                             *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Ariel Rubenstein**                             represented by  **Adrian Gucovschi**
*individually and on behalf of all others*       (See above for address)
*similarly situated*                             *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Rasheed Best**                                 represented by  **Adrian Gucovschi**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jacob Rosmarin**                               represented by  **Adrian Gucovschi**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Michael Oberlin**                              represented by  **Gary S. Graifman**
                                                 Kantrowitz Goldhamer & Graifman, P.C.
                                                 747 Chestnut Ridge Road
                                                 Chestnut Ridge, NY 10977–6216
                                                 845–356–2570
                                                 Fax: 356–4335
                                                 Email: Ggraifman@kgglaw.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Eric Eisen**                                   represented by  **Adrian Gucovschi**
*individually and on behalf of all others*       (See above for address)
*similarly situated*                             *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Justina Carrasco**                             represented by

**Michael Linzymiah Kennedy**
Estelle and Kennedy, A Professional Law
Corporation
367 North 2nd Avenue
Upland, CA 91786
609–608–0466
Email: michael@estellekennedylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Anthony Suppa**
Estelle and Kennedy, APC
367 North 2nd Avenue
Upland, CA 91786
909–608–0466
Email: paul@estellekennedylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Stephen D'agostino**
*individually and on behalf of all others
similarly situated*

represented by **Austin B. Cohen**
Levin Sedran & Berman LLP
510 Walnut Street – Suite 500
Philadelphia, PA 19106
(215) 592–1500
Email: ACohen@lfsblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel C. Levin**
Levin, Sedran & Berman, LLP
510 Walnut Street
Suite 500
Philadelphia, PA 19106–3697
215–592–1500
Email: dlevin@lfsblaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Shanan Montoya**
Milberg Coleman Bryson Phillips &
Grossman, PLLC
2701 S. LeJeune Road
Ste 10th Floor
Coral Gables, FL 33134
305–458–1797
Email: pmontoya@milberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Janelle Burch**
*individually and on behalf of all others
similarly situated*

represented by **Austin B. Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel C. Levin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Shanan Montoya**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Taylor Thompson**                          represented by  **Cherisse Heidi Alcantara Cleofe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David S. Markun**
Markun Zusman and Compton LLP
17383 West Sunset Boulevard Suite A380
Pacific Palisades, CA 90272
310–454–5900
Email: dmarkun@mzclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward S. Zusman**
Markun Zusman Freniere and Compton LLP
465 California Street, Suite 401
San Francisco, CA 94104
415–438–4449
Email: ezusman@mzclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Koncius**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Kiesel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Collins Dalton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Erik Chavez**                          represented by  **Gary Steven Graifman**
Kantrowitz Goldhamer & Graifman, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
845–356–2570
Fax: (845) 356–4335
Email: ggraifman@kgglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Safirstein**
Safirstein Metcalf LLP
1345 Avenue of the Americas 2nd fl
New York, NY 10105
212–201–2845
Email: psafirstein@safirsteinlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Gary S. Graifman**
Kantrowitz Goldhamer & Graifman, P.C.
135 Chestnut Ridge Road Suite 200
Montavle, NJ 07645
845–356–2570
Fax: 356–4335
Email: Ggraifman@kgglaw.com
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Peter Jang**                          represented by  **Gary Steven Graifman**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Peter Safirstein**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *PRO HAC VICE*
                                        *ATTORNEY TO BE NOTICED*

                                        **Gary S. Graifman**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SoFi Securities LLC**                 represented by  **Michael P Matthews**
*TERMINATED: 08/30/2021*                Foley & Lardner
                                        100 N Tampa Street
                                        Suite 2700 PO Box 3391
                                        Tampa, FL 33601
                                        813–229–2300
                                        Email: mmatthews@foley.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Ana Romes**
                                        Foley , Lardner LLP
                                        One Biscayne Tower
                                        2 South Biscayne Boulevard
                                        Suite 1900
                                        Miami, FL 33131
                                        3054828412
                                        Email: aromes@foley.com
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**PEAK6 Investments LLC**

**Defendant**

**Electronic Transaction Clearing, Inc.**

V.

**Consol Defendant**

**Robinhood Financial LLC**             represented by

**Andrew Kabnick Garden**
Clark Hill PLC
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
215–640–8500
Fax: 215–640–8501
Email: agarden@clarkhill.com
*TERMINATED: 07/16/2021*
*LEAD ATTORNEY*

**Andrew D. Huynh**
Cravath Swaine and Moore LLP
825 Eighth Avenue
New York, NY 10019
212–474–1376
Email: ahuynh@cravath.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Antony L. Ryan**
Cravath Swaine & Moore LLP
825 8th Avenue
New York, NY 10019–7475
212–474–1000
Fax: 212–474–3700
Email: aryan@cravath.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin H. Diessel**
Wiggin and Dana LLP
265 Church Street
New Haven, CT 06508
(203) 498–4304
Email: bdiessel@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brittany L. Sukiennik**
Cravath Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212–474–1000
Email: bsukiennik@cravath.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl Brandon Wisoff**
Farella Braun & Martel
235 Montgomery Street, 18th floor
San Francisco, CA 94104
415–954–4400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Crandall Reilly**
Law Office of Craig C. Reilly
209 Madison Street Suite 501
Alexandria, VA 22314
703–549–5354
Email: craig.reilly@ccreillylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Steven Rutenberg**
Manatt Phelps and Phillips LLP
2049 Century Park East Suite 1700
Los Angeles, CA 90067
310–312–4000
Email: crutenberg@manatt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis Parker Waggoner**
Hill Ward & Henderson
101 E Kennedy Boulevard
Suite 3700
PO Box 2231
Tampa, FL 33601–2231
813–221–3900
Fax: 813–221–2900
Email: dwaggoner@hwhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Robben Murray**
Friday, Eldredge & Clark, LLP
Regions Center
400 West Capitol Avenue
Suite 2000
Little Rock, AR 72201–3522
501–370–1534
Email: murray@fridayfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric D. Monek Anderson**
Farella Braun & Martel LLP
235 Montgomery Street 17th Floor
San Francisco, CA 94104
415–954–4400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Grace Kang**
Bird Marella Boxer Wolpert Nessim Drooks
Lincenberg and Rhow
1875 Century Park East 23rd Floor
Los Angeles,, CA 90067
310–201–2100
Email: gkang@birdmarella.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gustavo Javier Membiela**
Winston & Strawn LLP
200 S. Biscayne Boulevard, Suite 2400
Miami, FL 33131
305–910–0717
Email: gmembiela@winston.com
*TERMINATED: 05/09/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John M. Doroghazi**
Wiggin and Dana, LLP
265 Church Street
P.O. Box 1832

New Haven, Ct 06508–1832
203–498–4400
Email: jdoroghazi@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Clark Webb**
Hill, Ward & Henderson, P.A.
101 E. Kennedy Blvd.
Suite 3700
Tampa, FL 33602
(813) 222–3165
Email: jwebb@hwhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin A. Crass**
Friday, Eldredge & Clark, LLP
Regions Center
400 West Capitol Avenue
Suite 2000
Little Rock, AR 72201–3522
501–370–1592
Email: crass@fridayfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Orsini**
Cravath Swaine and Moore LLP
825 Eighth Avenue
New York, NY 10019
212–474–1596
Email: korsini@cravath.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria Alina Castellanos Alvarado**
Hunton Andrews Kurth LLP
333 S.E. 2 Avenue
Suite 2400
Miami, FL 33131
305–810–2523
Fax: 305–810–2460
Email: mcastellanos@hunton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Naeun Rim**
Manatt Phelps and Phillips LLP
2049 Century Park East Suite 1700
Los Angeles, CA 90067
310–312–4224
Email: nrim@manatt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Odean L. Volker**
Haynes and Boone LLP
1221 McKinney Street, Suite 4000
Houston, TX 770102007
(713) 547–2036
Email: odean.volker@haynesboone.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert N. Feltoon**
Conrad O'Brien
1500 Market Street, Centre Square
West Tower, Suite 3900
Philadelphia, PA 19102
215–864–8064
Email: rfeltoon@conradobrien.com
*TERMINATED: 07/16/2021*
*LEAD ATTORNEY*

**Samuel Alberto Danon**
Hunton Andrews Kurth LLP
333 S.E. 2 Avenue
Suite 2400
Miami, FL 33131
305–810–2500
Fax: 305–810–1610
Email: sdanon@huntonak.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P. Cimino , Jr.**
Vedder Price P.C.
222 N LaSalle Street
Suite 2300
Chicago, IL 60601–1003
312–609–7784
Email: tcimino@vedderprice.com
*TERMINATED: 07/14/2021*
*LEAD ATTORNEY*

**Zachary J. Watters**
Vedder Price P.C.
222 N. LaSalle Suite 2300
Chicago, IL 60601
(312) 609–7594
Email: zwatters@vedderprice.com
*TERMINATED: 07/14/2021*
*LEAD ATTORNEY*

**Consol Defendant**

**Robinhood Securities, LLC**              represented by **Andrew Kabnick Garden**
(See above for address)
*TERMINATED: 07/16/2021*
*LEAD ATTORNEY*

**Andrew D. Huynh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Antony L. Ryan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin H. Diessel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brittany L. Sukiennik**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl Brandon Wisoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Crandall Reilly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Steven Rutenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis Parker Waggoner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Robben Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric D. Monek Anderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Grace Kang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gustavo Javier Membiela**
(See above for address)
*TERMINATED: 05/09/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John M. Doroghazi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Clark Webb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin A. Crass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Orsini**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria Alina Castellanos Alvarado**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Naeun Rim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Odean L. Volker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert N. Feltoon**
(See above for address)
*TERMINATED: 07/16/2021*
*LEAD ATTORNEY*

**Samuel Alberto Danon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P. Cimino , Jr.**
(See above for address)
*TERMINATED: 07/14/2021*
*LEAD ATTORNEY*

**Zachary J. Watters**
(See above for address)
*TERMINATED: 07/14/2021*
*LEAD ATTORNEY*

**Consol Defendant**

**Robinhood Markets, Inc.**                    represented by    **Andrew Kabnick Garden**
(See above for address)
*TERMINATED: 07/16/2021*
*LEAD ATTORNEY*

**Andrew D. Huynh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Antony L. Ryan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin H. Diessel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brittany L. Sukiennik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl Brandon Wisoff**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Craig Crandall Reilly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Steven Rutenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis Parker Waggoner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Robben Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric D. Monek Anderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Grace Kang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gustavo Javier Membiela**
(See above for address)
*TERMINATED: 05/09/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel A. Mullin**
Stoel Rives LLP
760 S.W. Ninth Ave. Suite 3000
Portland, OR 97205
503–294–9665
Email: joel.mullin@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John M. Doroghazi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Clark Webb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin A. Crass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Orsini**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Maria Alina Castellanos Alvarado**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Naeun Rim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Odean L. Volker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert N. Feltoon**
(See above for address)
*TERMINATED: 07/16/2021*
*LEAD ATTORNEY*

**Samuel Alberto Danon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen H. Galloway**
Stoel Rives LLP
760 S.W. Ninth Ave. Suite 3000
Portland, OR 97205
Email: shgalloway@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P. Cimino , Jr.**
(See above for address)
*TERMINATED: 07/14/2021*
*LEAD ATTORNEY*

**Zachary J. Watters**
(See above for address)
*TERMINATED: 07/14/2021*
*LEAD ATTORNEY*

**Consol Defendant**

**Citadel LLC**
*doing business as*
Citadel Securities

**Consol Defendant**

**Point72 Asset Management, L.P.**              represented by   **Daniel J. Kramer**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019−6064
212−373−3392
Fax: 757−3990
Email: dkramer@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard C. Tarlowe**

Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373–3035
Email: rtarlowe@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**John Does 1–10**

**Consol Defendant**

**Citadel Securities, LLC**                    represented by    **Adam L. Hoeflich**
Bartlit Beck LLP
54 W. Hubbard St., Suite 300
Chicago, IL 60654
312–494–4400
Email: adam.hoeflich@bartlitbeck.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher D. Kercher**
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849–7263
Email: christopherkercher@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. O'Sullivan**
Quinn Emanuel
Brickell World Plaza
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
305–439–5008
Email: johnosullivan@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Thomas Reinheimer**
Quinn Emanuel Urquhart and Sullivan LLP
50 California St. 22nd Floor
San Francisco, CA 94111
415–875–6600
Email: justinreinheimer@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marina Lev**
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443–3000
Email: marinalev@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steig D. Olson**
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
22nd Floor

New York, NY 10010
212–849–7152
Email: steigolson@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Andrew Broome**
Quinn Emanuel Urquhart & Sullivan LL
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213–443–3285
Email: stephenbroome@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William A. Burck**
Quinn, Emanuel, Urquhart and Sullivan, LLP
1300 I Street NW Suite 900
Washington, DC 20005
202–538–8120
Email: williamburck@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason David Sternberg**
Quinn Emanuel
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
561–213–5635
Email: jasonsternberg@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Charles Schwab & Co., Inc.**          represented by   **Brian Michael Lutz**
Gibson, Dunn & Crutcher LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
415–393–8379
Email: BLutz@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason J. Mendro**
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave. NW
Washington, DC 20036
(202) 887–3726
Email: jmendro@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore J. Boutrous , Jr.**
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071–3197
213–229–7000
Email: tboutrous@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell B. Balikian**
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave. NW
Washington, DC 20036

(202) 955–8535
Email: rbalikian@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Interactive Brokers, LLC**                    represented by    **Jonathan E. Greengarden**
Dechert LLP
1900 K. Street NW
Washington, DC 20006
202–261–3300
Email: jonathan.greengarden@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel W. Stelk**
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
212–698–3500
Email: samuel.stelk@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shari Ross Lahlou**
Dechert LLP
1900 K. Street NW
Washington, DC 20006
202–261–3300
Email: shari.lahlou@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven E. Bizar**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
215–994–4000
Email: steven.bizar@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**TD Ameritrade, Inc.**                    represented by    **Christian T. Kemnitz**
*TERMINATED: 08/06/2021*                                     Katten Muchin Rosenman LLP
525 West Monroe Street
Suite 1600
Chicago, IL 60661
312–902–5200
Email: christian.kemnitz@kattenlaw.com
*LEAD ATTORNEY*

**Hannah Olivia Koesterer**
Katten Muchin Rosenman Llp
525 W. Monroe
Chicago, IL 60661
312–902–5351
Email: hannah.koesterer@kattenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason J. Mendro**
(See above for address)

*LEAD ATTORNEY*

**Ryan Carlton Stewart**
Law Office of Ryan C. Stewart, PLLC
4935 W Bay Way Place
Tampa, FL 33629
919–889–4419
Email: rstewart@gibsondunn.com
*LEAD ATTORNEY*

**Theodore J. Boutrous , Jr.**
(See above for address)
*LEAD ATTORNEY*

**Russell B. Balikian**
(See above for address)

<u>**Consol Defendant**</u>

**Webull Financial, LLC**              represented by    **H. Gregory Howard**
*TERMINATED: 08/25/2021*                                Lowenstein Sandler LLP
                                                        1251 Avenue of the Americas
                                                        New York, NY 10020
                                                        (212) 419–5877
                                                        Email: hbaker@lowenstein.com
                                                        *TERMINATED: 07/21/2021*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Rachel Maimin**
                                                        Lowenstein Sandler LLP
                                                        1251 Avenue of the Americas, 17th Fl
                                                        New York, NY 10020
                                                        212–262–6700
                                                        Email: rmaimin@lowenstein.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Ana Jara**
                                                        Lowenstein Sandler LLP
                                                        2200 Pennsylvania Avenue NW
                                                        Washington, DC 20037
                                                        (202) 753–3800
                                                        Email: ajara@lowenstein.com
                                                        *ATTORNEY TO BE NOTICED*

<u>**Consol Defendant**</u>

**Open to the Public Investing, Inc.**    represented by    **Brendan J. Coffman**
*TERMINATED: 08/24/2021*                                 Wilson Sonsini Goodrich and Rosati
                                                        1700 K Street, NW Fifth Floor
                                                        Washington, DC 20006
                                                        202–973–8891
                                                        Email: bcoffman@wsgr.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jeffrey C. Bank**
                                                        Wilson Sonsini Goodrich & Rosati
                                                        1301 Avenue of the Americas
                                                        40th Floor
                                                        New York, NY 10019
                                                        212–497–7761
                                                        Email: jbank@wsgr.com
                                                        *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Justina Kahn Sessions**
Wilson Sonsini Goodrich & Rosati, P.C.
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
415–947–2000
Email: jsessions@wsgr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Ryan O'Rourke**
Wilson Sonsini Goodrich & Rosati, P.C.
1700 K Street NW, Fifth Floor
Washington, DC 20006
202–973–8889
Email: korourke@wsgr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

| | | |
|---|---|---|
| **Melvin Capital Management, LP** | represented by | **Kevin Oliver Grange** |

Lowenstein Sandler LLP
390 Lytton Avenue
Palo Alto, CA 94301
650–433–5800
Email: kgrange@lowenstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maya Ginsburg**
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
212–419–5873
Email: mginsburg@lowenstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. Redburn , Jr.**
Lowenstein Sandler
1251 Avenue of the Americas
New York, NY 10020
212–419–5899
Email: tredburn@lowenstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zarema A. Jaramillo**
Lowenstein Sandler LLP
2200 Pennsylvania Avenue NW
Suite 500E
Washington, DC 20037
(202) 753–3800
Email: zjaramillo@lowenstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

| | | |
|---|---|---|
| **The Charles Schwab Corporation** | represented by | **Jason J. Mendro** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore J. Boutrous , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell B. Balikian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**The Depository Trust Company**    represented by    **Gregory M. Boyle**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
(312) 923–2651
Email: GBoyle@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Citadel Enterprise Americas, LLC**    represented by    **Adam L. Hoeflich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher D. Kercher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. O'Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Thomas Reinheimer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marina Lev**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steig D. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie M Boomershine**
Wilson Elser Moskowitz Edelman & Dicker
LLP
111 N Orange Ave
Suite 1200
Orlando, fl 32801
407–203–7599
Fax: 407–648–1376
Email: stephanie.boomershine@wilsonelser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William A. Burck**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason David Sternberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**The Depository Trust & Clearing**     represented by     **Brian Hauck**
**Corporation**                                             Jenner and Block LLP
*TERMINATED: 08/06/2021*                                    633 W. 5th Street
                                                           Suite 3500
                                                           Los Angeles, CA 90071
                                                           213−239−5100
                                                           Email: bhauck@jenner.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Gregory M. Boyle**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Does**
*1−100, inclusive*

**Consol Defendant**

**Interactive Brokers Corp**

**Consol Defendant**

**TD Ameritrade Holding Corp**          represented by     **Jason J. Mendro**
*TERMINATED: 08/06/2021*                                   (See above for address)
                                                           *LEAD ATTORNEY*

                                                           **Theodore J. Boutrous , Jr.**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*

                                                           **Russell B. Balikian**
                                                           (See above for address)

**Consol Defendant**

**IBG, LLC**

**Consol Defendant**

**E Trade Asset Management, Inc.**

**Consol Defendant**

**E Trade Financial Corp**              represented by     **Brian S. Weinstein**
                                                           Davis Polk and Wardwell LLP
                                                           450 Lexington Avenue
                                                           New York, NY 10017
                                                           2124504972
                                                           Email: brian.weinstein@davispolk.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Gina M. Cora**
Davis Polk and Wardwell LLP
450 Lexington Avenue
New York, NY 10017
212–450–4132
Email: gina.cora@davispolk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janet Jones–Duffey**
Davis Polk and Wardwell LLP
450 Lexington Avenue
New York, NY 10017
212–450–3067
Email: janet.jones–duffey@davispolk.com
*TERMINATED: 10/22/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neal Alan Potischman**
Davis Polk & Wardwell LLP
1600 El Camino Real
Menlo Park, CA 94025
650–752–2021
Email: neal.potischman@dpw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter W. Homer**
Homer Bonner Jacobs, P.A.
1441 Brickell Avenue
Four Seasons Tower Suite 1200
Miami, FL 33131
305–350–5100
Fax: 305–372–2738
Email: PHomer@homerbonner.com
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Trade Republic**

**Consol Defendant**

**Firstrade Securities, Inc.**

**Consol Defendant**

**Merrill Lynch, Pierce, Fenner, Smith**
*and Subsidiaries*

**Consol Defendant**

**Citadel, EFT, Inc.**

**Consol Defendant**

**D1 Capital Partner, L.P.**

**Consol Defendant**

**Maplelane Capital, LLC**

represented by **Jack Yoskowitz**
Seward & Kissel
1 Battery Park Plaza
New York, NY 10004
212–574–1200
Email: yoskowitz@sewkis.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Scott Geller**
Fishback Dominick
1947 Lee Road
Winter Park, FL 32789
407–425–2786
Fax: 407–425–2863
Email: rgeller@fishbacklaw.com
*ATTORNEY TO BE NOTICED*

**Tamara Rozina**
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
212–574–1568
Email: rozina@sewkis.com
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Candlestick Capital Management L.P.**

**Consol Defendant**

**The Interactive Brokers Group Inc and Subsidiaries**

**Consol Defendant**

**IBG Holdings, LLC**

**Consol Defendant**

**Merrill Edge**

**Consol Defendant**

**John Does**

**Consol Defendant**

**Cash App Investing LLC**      represented by  **Alfred Carroll Pfeiffer , Jr.**
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
415–391–0600
Email: Al.Pfeiffer@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Belinda S. Lee**
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
415–391–0600
Email: Belinda.Lee@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**ETrade Financial Holdings, LLC**      represented by  **Brian S. Weinstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gina M. Cora**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janet Jones–Duffey**
(See above for address)
*TERMINATED: 10/22/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neal Alan Potischman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter W. Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Square Inc.**                    represented by **Alfred Carroll Pfeiffer , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Belinda S. Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Apex Clearing Corporation**          represented by **Angela Daker**
White & Case
200 S Biscayne Boulevard
Suite 4900
Miami, FL 33131–2352
305–371–2700
Fax: 358–5744
Email: adaker@whitecase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan Daniel Gant**
White and Case LLP
1221 Avenue of the Americas
New York, NY 10020
212–819–8200
Email: bgant@whitecase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather Marie Burke**
White and Case LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306
650–213–0353
Email: hburke@whitecase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack E. Pace , III**
White and Case LLP
1221 Avenue of the Americas
New York, MY 10020
212–819–8200
Email: jpace@whitecase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Mark Gidley**
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005–3807
Email: mgidley@whitecase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Stash Financial, Inc.**
*TERMINATED: 08/13/2021*

represented by **Joseph Edward Floren**
Morgan, Lewis & Bockius LLP
One Market Street
Spear Street Tower
San Francisco, CA 94105
(415) 442–1000
Email: joseph.floren@morganlewis.com
*LEAD ATTORNEY*

**Robin L. Nunn**
101 Park Avenue
New York, NY 10178
212–309–6000
Email: robin.nunn@morganlewis.com
*LEAD ATTORNEY*

**Consol Defendant**

**M1 Finance, LLC**

**Consol Defendant**

**Freetrade, Ltd.**

**Consol Defendant**

**eToro USA Securities, Inc.**

represented by **H. Gregory Howard**
(See above for address)
*TERMINATED: 07/21/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Maimin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ana Jara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Sequoia Capital Operations LLC**

represented by **Harry Arthur Olivar , Jr.**
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street 10th Floor
Los Angeles, CA 90017

213–443–3000
Email: harryolivar@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Korinna Stefel Anderson**
Quinn Emanuel Urquhart and Sullivan
865 S Figueroa St Fl. 10
Los Angeles, CA 90017
213–443–3000
Email: korinnaanderson@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda Jane Brewer**
Quinn Emanuel Urquhart & Sullivan,LLP
50 California Street
22nd Floor
San Francisco, CA 94111
415–875–6600
Email: lindabrewer@quinnemanuel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**IG Group Holdings PLC**

**Consol Defendant**

**Morgan Stanley Smith Barney LLC**          represented by  **Brian S. Weinstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gina M. Cora**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janet Jones–Duffey**
(See above for address)
*TERMINATED: 10/22/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neal Alan Potischman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter W. Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Trading 212 UK Ltd.**

**Consol Defendant**

**Tastyworks, Inc.**                        represented by  **Allison Gerard**
*TERMINATED: 08/25/2021*                    Barnes and Thornburg LLP
                                            2121 N Pearl Street Ste 700
                                            Dallas, TX 75201

214–258–4135
Email: Allison.Gerard@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Dale Rising**
Barnes & Thornburg LLP
2029 Century Park East Suite 300
Los Angeles, CA 90067
310–284–3880
Email: kevin.rising@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Olszowka**
Barnes & Thornburg, LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
(312) 214–5612
Email: paul.olszowka@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas G. Haskins , Jr.**
Barnes and Thornburg LLP
2121 N Pearl Street Suite 700
Dallas, TX 75201
214–258–4200
Email: thaskins@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Fumi Holdings, Inc.**                    represented by **H. Gregory Howard**
(See above for address)
*TERMINATED: 07/21/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Maimin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ana Jara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Trading 212 Ltd.**

**Consol Defendant**

**Barclays Bank PLC**                    represented by **Colleen E. Heyler**
*TERMINATED: 05/27/2021*                             Latham and Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391–0600
Email: colleen.heyler@lw.com
*LEAD ATTORNEY*

**Lawrence E. Buterman**
Latham & Watkins LLP
1271 Avenue of the Americas

New York, NY 10020
212–906–1200
Fax: 212–751–4864
Email: lawrence.buterman@lw.com
*LEAD ATTORNEY*

**Lilia B. Vazova**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Fax: 212–751–4864
Email: lilia.vazova@lw.com
*LEAD ATTORNEY*

**Richard D. Owens**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212–906–1200
Fax: 212–751–4864
Email: richard.owens@lw.com
*LEAD ATTORNEY*

**Consol Defendant**

**FF Trade Republic Growth, LLC**          represented by   **Paul T. Llewellyn**
Lewis & Llewellyn LLP
601 Montgomery St. #2000
San Francisco, CA 94111
(415) 800–0592
Email: pllewellyn@lewisllewellyn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Dough LLC**
*TERMINATED: 08/25/2021*

**Consol Defendant**

**Ally Financial Inc.**          represented by   **Adam S. Paris**
*TERMINATED: 08/24/2021*                        Sullivan & Cromwell LLP
1888 Century Park East Suite 2100
Los Angeles, CA 90067
310–712–6600
Email: parisa@sullcrom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Ann McLoone**
Shook, Hardy & Bacon L.L.P.
201 South Biscayne Blvd
Suite 3200
Miami, FL 33131
305–358–5171
Fax: 305–358–7470
Email: jmcloone@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle Allen Niemi**
Sullivan and Cromwell LLP
1870 Embarcadero Road
Palo Alto, CA 94303

650 4615600
Email: niemik@sullcrom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc De Leeuw**
Sullivan and Cromwell LLP
125 Broad Street
New York, NY 10004
212−558−4219
Email: deleeuwm@sullcrom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Consol Defendant**</u>

**ETrade Securities LLC**                    represented by  **Brian S. Weinstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gina M. Cora**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janet Jones−Duffey**
(See above for address)
*TERMINATED: 10/22/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neal Alan Potischman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter W. Homer**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Consol Defendant**</u>

**Does 1−50**

<u>**Consol Defendant**</u>

**TD Ameritrade Clearing, Inc.**             represented by  **Jason J. Mendro**
*TERMINATED: 08/06/2021*                                      (See above for address)
*LEAD ATTORNEY*

**Theodore J. Boutrous , Jr.**
(See above for address)
*LEAD ATTORNEY*

**Russell B. Balikian**
(See above for address)

<u>**Consol Defendant**</u>

**Square, LLC**

<u>**Consol Defendant**</u>

**Alpaca Securities, LLC**                   represented by  **H. Gregory Howard**
*TERMINATED: 08/24/2021*                                      (See above for address)

*TERMINATED: 07/21/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Maimin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ana Jara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Free Freetrade, LTD.**

**Consol Defendant**

**Financial Securities, LLC**

**Consol Defendant**

**Robinhood Crypto, LLC**                          represented by   **Antony L. Ryan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brittany L. Sukiennik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl Brandon Wisoff**
Farella Braun & Martel LLP
235 Montgomery Street, 17th floor
San Francisco, CA 94104
415–954–4400
Email: bwisoff@fbm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric D. Monek Anderson**
Farella Braun Martel LLP
235 Montgomery Street 17th Floor
San Francisco, CA 94104
415–954–4400
Email: EMonekAnderson@fbm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Orsini**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Citadel Execution Services, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2021 | 1 | TRANSFER ORDER (TO–Dated 04/01/2021) transferring case to the Southern District of Florida re: MDL 2989 for consolidated pretrial proceedings pursuant to 28 USC 1407 and |

| | | assigned to the Honorable Cecilia M. Altonaga. (Signed by Karen K. Caldwell, Chair). (mc) (Entered: 04/01/2021) |
|---|---|---|
| 04/01/2021 | 2 | Rules of Procedure of the Judicial Panel on Multidistrict Litigation (mc) (Entered: 04/01/2021) |
| 04/01/2021 | 3 | MDL Tag–Along Case Receipt from Southern District of Florida. Case Number 0:21–cv–60220–CMA with documents 1–8. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/01/2021) |
| 04/01/2021 | 4 | MDL Tag–Along Case Receipt from Southern District of Florida. Case Number 0:21–cv–60226–CMA with documents 1–15. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/01/2021) |
| 04/01/2021 | 5 | MDL Tag–Along Case Receipt from Southern District of Florida. Case Number 1:21–cv–20414 with documents 1–28. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/01/2021) |
| 04/01/2021 | 6 | MDL Tag–Along Case Receipt from Southern District of Florida. Case Number 9:21–cv–80238–CMA with documents 1–17. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/01/2021) |
| 04/02/2021 | 7 | MDL Transmittal Letter Requesting Case from the Central District of California Case Number 2:21–00835 Kayali, et al v. Robinhood Financial, LLC et al, 2:21–00837 Gossett, et al v. Robinhood Financial, LLC, et al with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 8 | MDL Transmittal Letter Requesting Case from the Northern District of California Case Number 4:21–00693 Wieg v. Robinhood Financial LLC, et al, 4:21–00696 Days v. Robinhood Markets, Inc., et al, 4:21–00697 Dalton v. Robinhood Securities, LLC, et al, 4:21–00758 Krasowski, et al v. Robinhood Financial, LLC, et al, 4:21–00759 Cezana v. Robinhood Financial LLC, et al, 4:21–00781 Cheng, et al v. Ally Financial Inc., et al, 4:21–00829 Curiel–Ruth v. Robinhood Securities LLC, et al, 4:21–00833 Freeney, et al v. Robinhood Financial, LLC, et al. 4:21–00838 Krumenacker v. Robinhood Financial, LLC, et al, 4:21–00861 Moody, et al v. Robinhood Financial, LLC et al with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 9 | MDL Transmittal Letter Requesting Case from the Southern District of California Case Number 3:21–00167 Nordeen, et al v. Robinhood Financial LLC, et al with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 10 | MDL Transmittal Letter Requesting Case from the District of Colorado Case Number 1:21–00290 Daniels v. Robinhood Financial LLC, et al with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 11 | MDL Transmittal Letter Requesting Case from the District of Connecticut Case Number 3:21–00123 Ziegler v. Robinhood Financial LLC et al, 3:21–00134 Fresa v. Robinhood Financial LLC et al with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 12 | MDL Transmittal Letter Requesting Case from the Middle District of Florida Case Number 6:21–00207 Diamond v. Robinhood Financial, LLC et al, 8:21–00216 Schaff v. Robinhood Markets, Inc. et al, 8:21–00222 Schaff v. TD Ameritrade, Inc., 8:21–00234 Perri, et al v. Robinhood Markets, Inc. et al with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 13 | MDL Transmittal Letter Requesting Case from the Northern District of Florida Case Number 4:21–00061 Baird v. Robinhood Financial LLC, et al with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 14 | MDL Transmittal Letter Requesting Case from the Northern District of Illinois Case Number 1:21–00490 Gatz v. Robinhood Financial, LLC, 1:21–00510 Kayali, et al v. Robinhood Financial, LLC, et al, 1:21–00541 Lagmanson, et al v. Robinhood Markets, Inc., et al, 1:21–00574 Cherry v. Robinhood Financial LLC, et al, 1:21–00624 Hiscock v. TD Ameritrade, Inc. with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |

| | | |
|---|---|---|
| 04/02/2021 | 15 | MDL Transmittal Letter Requesting Case from the District of New Jersey Case Number 2:21–01348 Zybura v. Robinhood Financial LLC, et al, 2:21–01729 Muncy v. Robinhood Securities, LLC, et al, 3:21–01361 Noorzaie v. Robinhood Markets, Inc., et al with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 16 | MDL Transmittal Letter Requesting Case from the Southern District of New York Case Number 1:21–00777 Nelson v. Robinhood Financial LLC, et al, 1:21–00799 Williams v. Webull Financial LLC with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 17 | MDL Transmittal Letter Requesting Case from the Eastern District of Pennsylvania Case Number 2:21–00489 Minnick, et al v. Robinhood Financial LLC, et al with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 18 | MDL Transmittal Letter Requesting Case from the Southern District of Texas Case Number 4:21–00292 Ross, et al v. Robinhood Financial, LLC, et al, 4:21–00311 NG, et al v. Robinhood Financial, LLC, et al with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 19 | MDL Transmittal Letter Requesting Case from the Eastern District of Virginia Case Number 1:21–00115 Lavin v. Robinhood Financial LLC, et al with enclosed copy of the 1 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 20 | ORDER Setting Initial Status Conference for 4/19/2021 10:00 AM in Miami Division before Judge Cecilia M. Altonaga. One hour has been reserved for the conference; if any party anticipates requiring additional time, it shall advise the Courtroom Deputy on or before April 15, 2021. The parties shall submit a joint proposed agenda listing items for discussion on or before April 15, 2021. The hearing will be held via video conference, with instructions to follow. Signed by Judge Cecilia M. Altonaga on 4/2/2021. *See attached document for full details.* (wc) (Entered: 04/02/2021) |
| 04/02/2021 | 21 | MDL Transfer In Case Receipt from Middle District of Florida. Case Number 6:21–cv–00207 with documents 1–13. Assigned FLSD Case Number 1:21–cv–21263–CMA on 4/2/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 22 | MDL Transfer In Case Receipt from Middle District of Florida. Case Number 8:21–cv–00216 with documents 1–13. Assigned FLSD Case Number 1:21–cv–21264–CMA on 4/2/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 23 | MDL Transfer In Case Receipt from District of Colorado. Case Number 1:21–cv–00290 with documents 1–11. Assigned FLSD Case Number 1:21–cv–21261–CMA on 4/2/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 24 | MDL Transfer In Case Receipt from Middle District of Florida. Case Number 8:21–cv–00222 with documents 1–12. Assigned FLSD Case Number 1:21–cv–21265–CMA on 4/2/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/02/2021) |
| 04/02/2021 | 25 | MDL Transfer In Case Receipt from Middle District of Florida. Case Number 8:21–cv–00234 with documents 1–12. Assigned FLSD Case Number 1:21–cv–21266–CMA on 4/2/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/02/2021) |
| 04/05/2021 | 26 | MOTION to Appoint Lead Plaintiff Cody Todd *under the federal securities laws* ( Responses due by 4/19/2021), MOTION to Appoint Lead Counsel The Rosen Law Firm, P.A. *under the federal securities laws* by Cody Todd. Attorney Laurence Matthew Rosen added to party Cody Todd(pty:mov). (Attachments: # 1 Declaration of Laurence M. Rosen in Support of the Motion of Cody Todd to: (1) Appoint Lead Plaintiff; and (2) Approve Selection of Lead Counsel, # 2 Exhibit 1 – PSLRA Notice, # 3 Exhibit 2 – PSLRA Certification, # 4 Exhibit 3 – Loss Chart, # 5 Exhibit 4 – Firm Resume, # 6 Text of Proposed Order)(Rosen, Laurence) (Entered: 04/05/2021) |
| 04/06/2021 | 27 | MDL Transfer In Case Receipt from Northern District of Florida. Case Number 4:21–cv–00061 with documents 1–17. Assigned FLSD Case Number 1:21–cv–21295–CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/06/2021) |

| 04/06/2021 | 28 | MDL Transfer In Case Receipt from Central District of California. Case Number 2:21–cv–00835 with documents 1–39. Assigned FLSD Case Number 1:21–cv–21291–CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/06/2021) |
|---|---|---|
| 04/06/2021 | 29 | MDL Transfer In Case Receipt from Central District of California. Case Number 21–cv–00837 with documents 1–37. Assigned FLSD Case Number 1:21–cv–21293–CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/06/2021) |
| 04/06/2021 | 30 | MDL Transfer In Case Receipt from Southern District of California. Case Number 3:21–cv–00167 with documents 1–11. Assigned FLSD Case Number 1:21–cv–21294–CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/06/2021) |
| 04/06/2021 | 31 | MDL Transfer In Case Receipt from Northern District of Illinois. Case Number 1:21–cv–00490 with documents 1–6. Assigned FLSD Case Number 1:21–cv–21296–CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/06/2021) |
| 04/06/2021 | 32 | MDL Transfer In Case Receipt from Northern District of Illinois. Case Number 1:21–cv–00510 with documents 1–21. Assigned FLSD Case Number 1:21–cv–21297–CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/06/2021) |
| 04/06/2021 | 33 | MDL Transfer In Case Receipt from Northern District of Illinois. Case Number 1:21–cv–00541 with documents 1–14. Assigned FLSD Case Number 1:21–cv–21298–CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/06/2021) |
| 04/06/2021 | 34 | MDL Transfer In Case Receipt from Northern District of Illinois. Case Number 1:21–cv–00574 with documents 1–14. Assigned FLSD Case Number 1:21–cv–21299–CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/06/2021) |
| 04/06/2021 | 35 | MDL Transfer In Case Receipt from Northern District of Illinois. Case Number 1:21–cv–00624 with documents 1–15. Assigned FLSD Case Number 1:21–cv–21300–CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/06/2021) |
| 04/06/2021 | <u>36</u> | ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE–OUT. Signed by Judge Cecilia M. Altonaga on 4/6/2021. *See attached document for full details.* (mc) (Entered: 04/06/2021) |
| 04/06/2021 | 37 | MDL Transfer In Case Receipt from District of New Jersey. Case Number 2:21–cv–01729 with documents 1–8. Assigned FLSD Case Number 1:21–cv–21307–CMA. Re: FLSD MDL Case Number 1:21–md–2989–CMA. (pes) (Entered: 04/06/2021) |
| 04/07/2021 | 38 | MDL Transfer In Case Receipt from District of New Jersey. Case Number 2:21–cv–01348 with documents 1–8. Assigned FLSD Case Number 1:21–cv–21305–CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/07/2021) |
| 04/07/2021 | 39 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21–cv–00696 with documents 1–25. Assigned FLSD Case Number 1:21–cv–21310–CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/07/2021) |
| 04/07/2021 | 40 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21–cv–00697 with documents 1–28. Assigned FLSD Case Number 1:21–cv–21311–CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/07/2021) |
| 04/07/2021 | 41 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21–cv–00758 with documents 1–28. Assigned FLSD Case Number 1:21–cv–21313–CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/07/2021) |
| 04/07/2021 | 42 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21–cv–00759 with documents 1–20. Assigned FLSD Case Number 1:21–cv–21315–CMA |

| | | |
|---|---|---|
| | | on 4/6/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/07/2021) |
| 04/07/2021 | 43 | MDL Transfer In Case Receipt from District of New Jersey. Case Number 3:21–cv–01361 with documents 1–6. Assigned FLSD Case Number 1:21–cv–21316–CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/07/2021) |
| 04/07/2021 | 44 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21–cv–00781 with documents 1–155. Assigned FLSD Case Number 1:21–cv–21318–CMA on 4/6/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/07/2021) |
| 04/07/2021 | 45 | SECOND ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE–OUT. Signed by Judge Cecilia M. Altonaga on 4/7/2021. *See attached document for full details.* (mc) (Entered: 04/07/2021) |
| 04/07/2021 | 46 | PRETRIAL ORDER #1 Initial Conference. Signed by Judge Cecilia M. Altonaga on 4/7/2021. *See attached document for full details.* (Attachments: # 1 Schedule A, # 2 Schedule B – Certificate of Understanding) (mc) (Entered: 04/07/2021) |
| 04/07/2021 | 47 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21–cv–00829 with documents 1–32. Assigned FLSD Case Number 1:21–cv–21340–CMA on 4/7/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/07/2021) |
| 04/08/2021 | 48 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21–cv–00861 with documents 1–28. Assigned FLSD Case Number 1:21–cv–21349–CMA on 4/8/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/08/2021) |
| 04/08/2021 | 49 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21–cv–00838 with documents 1–23. Assigned FLSD Case Number 1:21–cv–21343–CMA on 4/7/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/08/2021) |
| 04/08/2021 | 50 | MDL Transfer In Case Receipt from Southern District of Texas. Case Number 4:21–cv–00311 with documents 1–12. Assigned FLSD Case Number 1:21–cv–21350–CMA on 4/8/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/08/2021) |
| 04/08/2021 | 51 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21–cv–00833 with documents 1–20. Assigned FLSD Case Number 1:21–cv–21341–CMA on 4/7/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/08/2021) |
| 04/08/2021 | 52 | MDL Transfer In Case Receipt from Southern District of New York. Case Number 1:21–cv–00777 with documents 1–17. Assigned FLSD Case Number 1:21–cv–21333–CMA on 4/7/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/08/2021) |
| 04/08/2021 | 53 | MDL Transfer In Case Receipt from Southern District of New York. Case Number 1:21–cv–00799 with documents 1–8. Assigned FLSD Case Number 1:21–cv–21335–CMA on 4/7/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/08/2021) |
| 04/08/2021 | 54 | MDL Transfer In Case Receipt from Southern District of Texas. Case Number 4:21–cv–00292 with documents 1–21. Assigned FLSD Case Number 1:21–cv–21338–CMA on 4/7/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/08/2021) |
| 04/08/2021 | 55 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Roy T. Willey, IV by David Moody, Julie Moody re 46 Order (NEF sent to Attorney Admissions (ATTYADM)). Attorney Roy T. Willey, IV added to party David Moody(pty:conpla), Attorney Roy T. Willey, IV added to party Julie Moody(pty:conpla). (Willey, Roy) (Entered: 04/08/2021) |
| 04/08/2021 | 56 | MDL Transfer In Case Receipt from District of Connecticut. Case Number 3:21–cv–00123 with documents 1–17. Assigned FLSD Case Number 1:21–cv–21359–CMA on 4/8/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/08/2021) |

| 04/08/2021 | 57 | THIRD ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE–OUT. Signed by Judge Cecilia M. Altonaga on 4/8/2021. *See attached document for full details.* (mc) (Entered: 04/08/2021) |
| 04/08/2021 | 58 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Jeffrey A. Klafter (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/08/2021) |
| 04/08/2021 | 59 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Amir Alimehri (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/08/2021) |
| 04/08/2021 | 60 | NOTICE of Attorney Appearance by Angela Daker on behalf of Apex Clearing Corporation. Attorney Angela Daker added to party Apex Clearing Corporation(pty:condft). (Daker, Angela) (Entered: 04/08/2021) |
| 04/09/2021 | 61 | MDL Transfer In Case Receipt from Connecticut. Case Number 3:21–cv–00134 with documents 1–6. Assigned FLSD Case Number 1:21–cv–21367–CMA on 4/9/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/09/2021) |
| 04/09/2021 | 62 | MDL Transfer In Case Receipt from Eastern District of Virginia. Case Number 1:21–cv–00115 with documents 1–15. Assigned FLSD Case Number 1:21–cv–21351–CMA on 4/8/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/09/2021) |
| 04/09/2021 | 63 | MDL Transfer In Case Receipt from Eastern District of Pennsylvania. Case Number 2:21–cv–00489 with documents 1–13. Assigned FLSD Case Number 1:21–cv–21353–CMA on 4/8/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/09/2021) |
| 04/09/2021 | 64 | FOURTH ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE–OUT. Signed by Judge Cecilia M. Altonaga on 4/9/2021. *See attached document for full details.* (mc) (Entered: 04/09/2021) |
| 04/09/2021 | 65 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Elizabeth A. Brehm (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/09/2021) |
| 04/09/2021 | 66 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Rachel Meese (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/09/2021) |
| 04/09/2021 | 67 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Gabriel A. Assaad (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/09/2021) |
| 04/09/2021 | 68 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Joseph R. Saveri (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/09/2021) |
| 04/09/2021 | 69 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Christopher K.L. Young (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/09/2021) |
| 04/09/2021 | 70 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Anupama K. Reddy (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/09/2021) |
| 04/09/2021 | 71 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Steven N. Williams (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/09/2021) |
| 04/09/2021 | 72 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Michael C. McKay by Austin Schaff (NEF sent to Attorney Admissions (ATTYADM)) (Hill, Brandon) (Entered: 04/09/2021) |
| 04/09/2021 | 73 | NOTICE of Attorney Appearance by Peter W. Homer on behalf of E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC. Attorney Peter W. Homer added to party E Trade Financial Corp (pty:condft), Attorney Peter W. Homer added to party ETrade Financial Holdings, LLC(pty:condft), Attorney Peter W. Homer added to party ETrade Securities LLC(pty:condft), Attorney Peter W. Homer added |

| | | to party Morgan Stanley Smith Barney LLC(pty:condft). (Homer, Peter) (Entered: 04/09/2021) |
|---|---|---|
| 04/09/2021 | 74 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Alexander G. Cabeceiras by Mohammed A. Doleh, Peter Fray, Hanna Kayali, Steven Minnick, Brandon Nelson, Jhanna White, Zachary Ziegler, Bartosz Zybura (NEF sent to Attorney Admissions (ATTYADM)) (Miller, Caroline) (Entered: 04/09/2021) |
| 04/09/2021 | 75 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Sean A. Burstyn by Omar Alsaedi, Ethan Arellano, Christine Bukowski, Carolyn Collier, Travis Elliott, Charles Fellows, Amanda Giuliani, Jessica Hines, Bryan Joyner, Andrea Juncadella, Michael Ridpath, Matt Scime, William Urrutia, Chastity Woodward, Patrick Young, Michelle del Valle (NEF sent to Attorney Admissions (ATTYADM)) (Salas, Natalia) (Entered: 04/09/2021) |
| 04/12/2021 | 76 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Matthew L. Venezia (NEF sent to Attorney Admissions (ATTYADM) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 77 | FIFTH ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE–OUT. Signed by Judge Cecilia M. Altonaga on 4/12/2021. *See attached document for full details.* (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 78 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21–cv–00693 with documents 1–33. Assigned FLSD Case Number 1:21–cv–21378–CMA on 4/9/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 79 | NOTICE of Attorney Appearance by Lena Marguerite Mirilovic on behalf of Matthew M Lavin. Attorney Lena Marguerite Mirilovic added to party Matthew M Lavin(pty:conpla). (Mirilovic, Lena) (Entered: 04/12/2021) |
| 04/12/2021 | 80 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Samuel W. Stelk (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 81 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Jack E. Pace III (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 82 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Bryan D. Gant (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 83 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for J. Mark Gidley (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 84 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Steven Bizar (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 85 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Stuart Chelin (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 86 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Belinda S. Lee (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 87 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Phillip Kim (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 88 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for R. Tamara de Silva (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 89 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Marc De Leeuw (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 90 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Shari Ross Lahlou (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |

| 04/12/2021 | 91 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Cherisse H. Cleofe (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 92 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Jeffrey A. Koncius (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 93 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Thomas G. Haskins, Jr. (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 94 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Alexander G. Cabeceiras (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 95 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Maurice D. Pessah (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 96 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Adam S. Paris (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 97 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Jonathan E. Greengarden (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 98 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Thomas E. Redburn, Jr. (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 99 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Maya Ginsburg (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 100 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Zarema A. Jaramillo (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/12/2021) |
| 04/12/2021 | 101 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Brian S. Weinstein. Filing Fee $ 200.00 Receipt # AFLSDC−14599297 by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC. Responses due by 4/26/2021 (Attachments: # 1 Certification, # 2 Text of Proposed Order Proposed Order)(Homer, Peter) (Entered: 04/12/2021) |
| 04/12/2021 | 102 | NOTICE of Attorney Appearance by Rachel Wagner Furst on behalf of Sagi Cezana. Attorney Rachel Wagner Furst added to party Sagi Cezana(pty:mov). (Furst, Rachel) (Entered: 04/12/2021) |
| 04/12/2021 | 103 | CONDITIONAL TRANSFER ORDER (CTO−1) transferring case to the Southern District of Florida re: MDL 2989 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to the Honorable Cecilia M. Altonaga. (Signed by John W. Nichols, Clerk of the Panel). (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 104 | MDL Transmittal Letter Requesting Case from the Eastern District of Arkansas Case Number 4:21−00093 Kelley et al v. Robinhood Markets Inc et al with enclosed 103 copy of the order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 105 | MDL Transmittal Letter Requesting Case from the Northern District of California Case Number 3:21−00980 Daniluk v. Robinhood Financial, LLC et al, 4:21−00871 Saliba v. Robinhood Markets, Inc. et al, 4:21−00896 Clapp et al v. Ally Financial Inc. et al, 4:21−01596 Lybrook et al v. Robinhood Financial LLC et al with enclosed copy of the 103 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 106 | MDL Transmittal Letter Requesting Case from the Southern District of California Case Number 3:21−00238 Petrosyan v. Robinhood Financial LLC et al with enclosed copy of the 103 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/13/2021) |

| 04/13/2021 | 107 | MDL Transmittal Letter Requesting Case from the Middle District of Florida Case Number 8:21–00329 Zelewski et al v. Robinhood Markets, Inc. et al with enclosed copy of the 103 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/13/2021) |
| --- | --- | --- |
| 04/13/2021 | 108 | MDL Transmittal Letter Requesting Case from the Northern District of Illinois Case Number 1:21–01601 Milhouse v. Robinhood Financial LLC et al, 1:21–01643 Odeh v. TD Ameritrade, Inc. et al with enclosed copy of the 103 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 109 | MDL Transmittal Letter Requesting Case from the District of Minnesota Case Number 0:21–00415 Siruk et al v. Robinhood Financial LLC et al, 0:21–00689 Fox et al v. Ally Financial Inc. et al with enclosed copy of the 103 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 110 | MDL Transmittal Letter Requesting Case from the District of Nebraska Case Number 8:21–00093 Shaeffer v. TD Ameritrade, Inc. with enclosed copy of the 103 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 111 | MDL Transmittal Letter Requesting Case from the Eastern District of New York Case Number 1:21–00677 Dechirico et al v. Ally Financial Inc. et al with enclosed copy of the 103 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 112 | MDL Transmittal Letter Requesting Case from the District of Oregon Case Number 3:21–00319 Norvell et al v. Robinhood Markets, Inc. with enclosed copy of the 103 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 113 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Gina Cora. Filing Fee $ 200.00 Receipt # AFLSDC–14600720 by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC. Responses due by 4/27/2021 (Attachments: # 1 Certification, # 2 Proposed Order)(Homer, Peter) (Entered: 04/13/2021) |
| 04/13/2021 | 114 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Janet Jones–Duffey. Filing Fee $ 200.00 Receipt # AFLSDC–14600779 by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC. Responses due by 4/27/2021 (Attachments: # 1 Certification, # 2 Proposed Order)(Homer, Peter) (Entered: 04/13/2021) |
| 04/13/2021 | 115 | ORDER denying as moot 101 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Brian S. Weinstein. Signed by Judge Cecilia M. Altonaga on 4/13/2021. *See attached document for full details.* (wc) (Entered: 04/13/2021) |
| 04/13/2021 | 116 | CONDITIONAL TRANSFER ORDER (CTO–2) transferring case to the Southern District of Florida re: MDL 2989 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to the Honorable Cecilia M. Altonaga. (Signed by John W. Nichols, Clerk of the Panel). (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 117 | MDL Transmittal Letter Requesting Case from the Southern District of New York Case Number 1:21–02566 Kadin v. Robinhood Financial LLC et al with enclosed copy of the 116 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 118 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Russell B. Balikian (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 119 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Jason J. Mendro (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 120 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Gregory M. Boyle (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/13/2021) |

| | | |
|---|---|---|
| 04/13/2021 | 121 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Paul Olszowka (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 122 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Solomon B. Cera (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/13/2021) |
| 04/13/2021 | 123 | ORDER denying as moot 113 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing ; denying as moot 114 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Signed by Judge Cecilia M. Altonaga on 4/13/2021. *See attached document for full details.* (wc) (Entered: 04/13/2021) |
| 04/14/2021 | 124 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for William M. Audet by Sagi Cezana, Elvia Curiel–Ruth (NEF sent to Attorney Admissions (ATTYADM)). Attorney Rachel Wagner Furst added to party Elvia Curiel–Ruth(pty:conpla). (Furst, Rachel) (Entered: 04/14/2021) |
| 04/14/2021 | 125 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Ling Y. Kuang by Sagi Cezana, Elvia Curiel–Ruth (NEF sent to Attorney Admissions (ATTYADM)) (Furst, Rachel) (Entered: 04/14/2021) |
| 04/14/2021 | 126 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Kurt Kessler by Sagi Cezana, Elvia Curiel–Ruth (NEF sent to Attorney Admissions (ATTYADM)) (Furst, Rachel) (Entered: 04/14/2021) |
| 04/14/2021 | 127 | FIFTH ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE–OUT. Signed by Judge Cecilia M. Altonaga on 4/14/2021. *See attached document for full details.* (mc) (Entered: 04/14/2021) |
| 04/14/2021 | 128 | MDL Tag–Along Case Receipt from Southern District of Florida. Case Number 1:21–cv–21404–CMA with documents 1–7. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/14/2021) |
| 04/14/2021 | 129 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Adam L. Hoeflich (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/14/2021) |
| 04/14/2021 | 130 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Parker James Lavin (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/14/2021) |
| 04/14/2021 | 131 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Shreedhar R. Patel (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/14/2021) |
| 04/14/2021 | 132 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Marina Lev (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/14/2021) |
| 04/14/2021 | 133 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Eve–Lynn J. Rapp (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/14/2021) |
| 04/14/2021 | 134 | (STRICKEN per DE 170 ) CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Brian S. Weinstein by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC (NEF sent to Attorney Admissions (ATTYADM)) (Homer, Peter) Modified text on 4/16/2021 (mc). (Entered: 04/14/2021) |
| 04/14/2021 | 135 | (STRICKEN per DE 170 ) CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Janet Jones–Duffey by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC (NEF sent to Attorney Admissions (ATTYADM)) (Homer, Peter) Modified text on 4/16/2021 (mc). (Entered: 04/14/2021) |
| 04/14/2021 | 136 | (STRICKEN per 192 ) CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Gina Cora by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC (NEF sent to Attorney Admissions (ATTYADM)) (Homer, Peter) Modified text on 4/19/2021 (mc). (Entered: |

| | | 04/14/2021) |
|---|---|---|
| 04/14/2021 | 137 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Justina K. Sessions (NEF sent to Attorney Admissions (ATTYADM)) (mc) (No email address provided) Modified text on 4/15/2021 (mc). (Entered: 04/14/2021) |
| 04/14/2021 | 138 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Dennis C. Reich (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/14/2021) |
| 04/14/2021 | 139 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Robert J. Binstock (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/14/2021) |
| 04/14/2021 | 140 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Christopher D. Kercher (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/14/2021) |
| 04/14/2021 | 141 | (STRICKEN per DE 198 ) CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Janet Jones–Duffey by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC (NEF sent to Attorney Admissions (ATTYADM)) (Homer, Peter) Modified text on 4/19/2021 (mc). (Entered: 04/14/2021) |
| 04/14/2021 | 142 | (STRICKEN per DE 198 ) CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Brian S. Weinstein by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC (NEF sent to Attorney Admissions (ATTYADM)) (Homer, Peter) Modified text on 4/19/2021 (mc). (Entered: 04/14/2021) |
| 04/14/2021 | 143 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Jeffrey Evan Kwatinetz by Omar Alsaedi, Ethan Arellano, Christine Bukowski, Carolyn Collier, Travis Elliott, Charles Fellows, Amanda Giuliani, Jessica Hines, Bryan Joyner, Andrea Juncadella, Michael Ridpath, Matt Scime, William Urrutia, Chastity Woodward, Patrick Young, Michelle del Valle (NEF sent to Attorney Admissions (ATTYADM)) (Salas, Natalia) (Entered: 04/14/2021) |
| 04/14/2021 | 144 | MOTION to Appoint Lead Plaintiff Eric Quat, Aaron Fassinger, Mike Ross, Igor Kravchenko, Michael McFadden and Tenzin Woiser by Aaron Fassinger, Igor Kravchenko, Michael McFadden, Eric Quat, Mike Ross, Tenzin Woiser. Responses due by 4/28/2021 (Attachments: # 1 Exhibit A, # 2 Declaration of Sarah Westcot in Support of Motion to Appoint Lead Plaintiff, # 3 Text of Proposed Order)(Westcot, Sarah) (Entered: 04/14/2021) |
| 04/14/2021 | 145 | NOTICE by Sagi Cezana, Andrea Juncadella *Notice of Filing Joint Proposed Agenda*. Attorney Rachel Wagner Furst added to party Andrea Juncadella(pty:conpla). (Attachments: # 1 Exhibit Joint Proposed Agenda) (Furst, Rachel) (Entered: 04/14/2021) |
| 04/15/2021 | 146 | Clerks Notice to Filer re 134 Certificate of Understanding, 135 Certificate of Understanding. **Docket Text Does Not Match Document**; CORRECTIVE ACTION REQUIRED – The Filer must File a Notice of Striking, then refile the correct document that matches the docket text. (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 147 | Clerks Notice to Filer re 136 Certificate of Understanding. **Missing Signature**. CORRECTIVE ACTION REQUIRED – No electronic signature accepted for the Certificate of Understanding, original signature is required. The Filer must file a Notice of Striking, then refile the document with the original signature.(mc) (Entered: 04/15/2021) |
| 04/15/2021 | 148 | Clerks Notice of Filing Fee refunded to Peter Homer in the amount of $200.00 on 04/15/2021 re 115 Order on Motion to Appear Pro Hac Vice, (mua) (Entered: 04/15/2021) |
| 04/15/2021 | 149 | Clerks Notice of Filing Fee refunded to Peter Homer in the amount of $200.00 on 04/15/2021 re 123 Order on Motion to Appear Pro Hac Vice,,, (mua) (Entered: 04/15/2021) |
| 04/15/2021 | 150 | Clerks Notice of Filing Fee refunded to Peter Homer in the amount of $200.00 on 04/15/2021 re 123 Order on Motion to Appear Pro Hac Vice,,, (mua) (Entered: 04/15/2021) |
| 04/15/2021 | 151 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Evangelina A.Z. Burbidge (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: |

| | | 04/15/2021) |
|---|---|---|
| 04/15/2021 | 152 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Paul T. Llewellyn (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 153 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Brendan J. Coffman (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 154 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Colleen E. Heyler (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 155 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Lilia B. Vazova (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 156 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Richard D. Owens (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 157 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Lawrence E. Buterman (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 158 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Richard C. Tarlowe (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 159 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Daniel J. Kramer (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 160 | CONDITIONAL TRANSFER ORDER (CTO–3) transferring case to the Southern District of Florida re: MDL 2989 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to the Honorable Cecilia M. Altonaga. (Signed by John W. Nichols, Clerk of the Panel). (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 161 | MDL Transmittal Letter Requesting Case from the Southern District of Texas Case Number 4:21–01083 Memic et al v. Markets, Inc. et al with enclosed copy of the 160 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 162 | MDL Transfer In Case Receipt from Eastern District of Arkansas. Case Number 4:21–cv–00093 with documents 1–9. Assigned FLSD Case Number 1:21–cv–21428–CMA on 4/14/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 163 | MDL Transfer In Case Receipt from Northern District of California. Case Number 3:21–cv–00980 with documents 1–40. Assigned FLSD Case Number 1:21–cv–21430–CMA on 4/14/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 164 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21–cv–00871 with documents 1–28. Assigned FLSD Case Number 1:21–cv–21432–CMA on 4/14/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 165 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21–cv–00896 with documents 1–38. Assigned FLSD Case Number 1:21–cv–21441–CMA on 4/15/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/15/2021) |
| 04/15/2021 | 166 | MDL Transfer In Case Receipt from Northern District of California. Case Number 4:21–cv–01596 with documents 1–23. Assigned FLSD Case Number 1:21–cv–21442–CMA on 4/15/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/15/2021) |

| 04/15/2021 | 167 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Robert S. Green by Joseph Daniluk (NEF sent to Attorney Admissions (ATTYADM)) (Green, Robert) (Entered: 04/15/2021) |
|---|---|---|
| 04/15/2021 | 168 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Emrah M. Sumer by Joseph Daniluk (NEF sent to Attorney Admissions (ATTYADM)) (Green, Robert) (Entered: 04/15/2021) |
| 04/15/2021 | 169 | NOTICE of Attorney Appearance by Jason J. Mendro on behalf of Charles Schwab & Co., Inc., TD Ameritrade Clearing, Inc., TD Ameritrade Holding Corp, TD Ameritrade, Inc., The Charles Schwab Corporation. Attorney Jason J. Mendro added to party Charles Schwab & Co., Inc.(pty:condft), Attorney Jason J. Mendro added to party TD Ameritrade Clearing, Inc.(pty:condft), Attorney Jason J. Mendro added to party TD Ameritrade Holding Corp(pty:condft), Attorney Jason J. Mendro added to party TD Ameritrade, Inc(pty:condft), Attorney Jason J. Mendro added to party The Charles Schwab Corporation(pty:condft). (Mendro, Jason) (Entered: 04/15/2021) |
| 04/15/2021 | 170 | NOTICE of Striking 134 Certificate of Understanding, filed by ETrade Financial Holdings, LLC, Morgan Stanley Smith Barney LLC, ETrade Securities LLC, E Trade Financial Corp, 135 Certificate of Understanding, filed by ETrade Financial Holdings, LLC, Morgan Stanley Smith Barney LLC, ETrade Securities LLC, E Trade Financial Corp by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC (Homer, Peter) (Entered: 04/15/2021) |
| 04/15/2021 | 171 | NOTICE of Attorney Appearance by Russell B. Balikian on behalf of Charles Schwab & Co., Inc., TD Ameritrade Clearing, Inc., TD Ameritrade Holding Corp, TD Ameritrade, Inc., The Charles Schwab Corporation. Attorney Russell B. Balikian added to party Charles Schwab & Co., Inc.(pty:condft), Attorney Russell B. Balikian added to party TD Ameritrade Clearing, Inc.(pty:condft), Attorney Russell B. Balikian added to party TD Ameritrade Holding Corp(pty:condft), Attorney Russell B. Balikian added to party TD Ameritrade, Inc.(pty:condft), Attorney Russell B. Balikian added to party The Charles Schwab Corporation(pty:condft). (Balikian, Russell) (Entered: 04/15/2021) |
| 04/16/2021 | 172 | MDL Transfer In Case Receipt from Southern District of California. Case Number 3:21–cv–00238 with documents 1–4. Assigned FLSD Case Number 1:21–cv–21444–CMA on 4/15/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 173 | MDL Transfer In Case Receipt from Middle District of Florida. Case Number 8:21–cv–00329 with documents 1–14. Assigned FLSD Case Number 1:21–cv–21445–CMA on 4/15/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 174 | MDL Transfer In Case Receipt from Northern District of Illinois. Case Number 1:21–cv–01601 with documents 1–9. Assigned FLSD Case Number 1:21–cv–21446–CMA on 4/15/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 175 | MDL Transfer In Case Receipt from Northern District of Illinois. Case Number 1:21–cv–01643 with documents 1–9. Assigned FLSD Case Number 1:21–cv–21447–CMA on 4/15/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 176 | MDL Transfer In Case Receipt from District of Minnesota. Case Number 0:21–cv–00415 with documents 1–4. Assigned FLSD Case Number 1:21–cv–21448–CMA on 4/15/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 177 | MDL Transfer In Case Receipt from District of Nebraska. Case Number 8:21–cv–00093 with documents 1–25. Assigned FLSD Case Number 1:21–cv–21450–CMA on 4/15/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 178 | MDL Transfer In Case Receipt from Eastern District of New York. Case Number 1:21–cv–00677 with documents 1–66. Assigned FLSD Case Number 1:21–cv–21451–CMA on 4/15/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 179 | MDL Transfer In Case Receipt from District of Oregon. Case Number 3:21–cv–00319 with documents 1–7. Assigned FLSD Case Number 1:21–cv–21453–CMA on 4/15/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/16/2021) |

| 04/16/2021 | 180 | Corrected CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Brian S. Weinstein by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC (NEF sent to Attorney Admissions (ATTYADM)) (Homer, Peter) (Entered: 04/16/2021) |
|---|---|---|
| 04/16/2021 | 181 | Corrected CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Janet Jones–Duffey by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC (NEF sent to Attorney Admissions (ATTYADM)) (Homer, Peter) (Entered: 04/16/2021) |
| 04/16/2021 | 182 | NOTICE of Attorney Appearance by Scott David Hirsch on behalf of Julie Fox, Preenon Huq. Attorney Scott David Hirsch added to party Julie Fox(pty:conpla), Attorney Scott David Hirsch added to party Preenon Huq(pty:conpla). (Hirsch, Scott) (Entered: 04/16/2021) |
| 04/16/2021 | 183 | Corrected CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Gina Cora by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC (NEF sent to Attorney Admissions (ATTYADM)) (Homer, Peter) (Entered: 04/16/2021) |
| 04/16/2021 | 184 | NOTICE of Attorney Appearance by Samuel Alberto Danon on behalf of Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Attorney Samuel Alberto Danon added to party Robinhood Financial LLC(pty:condft), Attorney Samuel Alberto Danon added to party Robinhood Markets, Inc.(pty:condft), Attorney Samuel Alberto Danon added to party Robinhood Securities, LLC(pty:condft). (Danon, Samuel) (Entered: 04/16/2021) |
| 04/16/2021 | 185 | NOTICE of Attorney Appearance by Gustavo Javier Membiela on behalf of Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Attorney Gustavo Javier Membiela added to party Robinhood Financial LLC(pty:condft), Attorney Gustavo Javier Membiela added to party Robinhood Markets, Inc.(pty:condft), Attorney Gustavo Javier Membiela added to party Robinhood Securities, LLC(pty:condft). (Membiela, Gustavo) (Entered: 04/16/2021) |
| 04/16/2021 | 186 | NOTICE of Attorney Appearance by Maria Alina Castellanos Alvarado on behalf of Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Attorney Maria Alina Castellanos Alvarado added to party Robinhood Financial LLC(pty:condft), Attorney Maria Alina Castellanos Alvarado added to party Robinhood Markets, Inc.(pty:condft), Attorney Maria Alina Castellanos Alvarado added to party Robinhood Securities, LLC(pty:condft). (Castellanos Alvarado, Maria) (Entered: 04/16/2021) |
| 04/16/2021 | 187 | NOTICE of Attorney Appearance by Jennifer Ann McLoone on behalf of Ally Financial Inc.. Attorney Jennifer Ann McLoone added to party Ally Financial Inc.(pty:condft). (McLoone, Jennifer) (Entered: 04/16/2021) |
| 04/16/2021 | 188 | Clerks Notice to Filer re 141 Certificate of Understanding, 142 Certificate of Understanding. **Missing Signature**; CORRECTIVE ACTION REQUIRED – No electronic signature accepted for the Certificate of Understanding, original signature is required. The Filer must file a Notice of Striking, then refile the document with the original signature (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 189 | NOTICE of Attorney Appearance by Paul T. Llewellyn on behalf of FF Trade Republic Growth, LLC (Llewellyn, Paul) (Entered: 04/16/2021) |
| 04/16/2021 | 190 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Marc H. Edelson (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 191 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Kenneth R. O'Rourke (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 192 | NOTICE of Striking 136 Certificate of Understanding, filed by ETrade Financial Holdings, LLC, Morgan Stanley Smith Barney LLC, ETrade Securities LLC, E Trade Financial Corp by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC (Homer, Peter) (Entered: 04/16/2021) |
| 04/16/2021 | 193 | SEVENTH ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE–OUT. Signed by Judge Cecilia M. Altonaga on 4/16/2021. *See attached document for full details.* (mc) (Entered: 04/16/2021) |

| | | |
|---|---|---|
| 04/16/2021 | 194 | NOTICE of Voluntary Dismissal *without Prejudice* by Ryan Heitz, Taylor Perri, Kevin Sheehan (Taaffe, Michael) (Entered: 04/16/2021) |
| 04/16/2021 | 195 | MDL Transfer In Case Receipt from District of Minnesota. Case Number 0:21–cv–00689 with documents 1–11. Assigned FLSD Case Number 1:21–cv–21478–CMA on 4/16/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 196 | MDL Transfer In Case Receipt from Southern District of Texas. Case Number 4:21–cv–01083 with documents 1–5. Assigned FLSD Case Number 1:21–cv–21479–CMA on 4/16/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/16/2021) |
| 04/16/2021 | 197 | NOTICE of Attorney Appearance by Marc H. Edelson on behalf of Sabrina Clapp. Attorney Marc H. Edelson added to party Sabrina Clapp(pty:conpla). (Edelson, Marc) (Entered: 04/16/2021) |
| 04/16/2021 | 198 | NOTICE of Striking 142 Certificate of Understanding, filed by ETrade Financial Holdings, LLC, Morgan Stanley Smith Barney LLC, ETrade Securities LLC, E Trade Financial Corp, 141 Certificate of Understanding, filed by Morgan Stanley Smith Barney LLC, ETrade Securities LLC, E Trade Financial Corp by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC (Homer, Peter) (Entered: 04/16/2021) |
| 04/16/2021 | 201 | ORDER that Consol Plaintiffs Taylor Perri, Ryan Heitz, and Kevin Sheehan are dismissed from this action without prejudice re ( 194 in case 1:21–md–02989–CMA) Notice of Voluntary Dismissal. Signed by Judge Cecilia M. Altonaga on 4/16/2021. Clerks Note: JPML notified. Related Cases: 1:21–md–02989–CMA, 1:21–cv–21266–CMA. *See attached document for full details.* (mc) (Entered: 04/19/2021) |
| 04/18/2021 | 199 | Notice of Pending, Refiled, Related or Similar Actions by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC (Castellanos Alvarado, Maria) (Entered: 04/18/2021) |
| 04/18/2021 | 200 | NOTICE by Sagi Cezana, Sagi Cezana *Notice of Filing Case List* (Attachments: # 1 Exhibit Pending Case List) (Furst, Rachel) (Entered: 04/18/2021) |
| 04/19/2021 | 202 | PAPERLESS Minute Entry for proceedings held before Judge Cecilia M. Altonaga: Status Conference held on 4/19/2021. Total time in court: 1 hour(s) : 10 minutes. Attorney Appearance(s): Natalia Maria Salas, Sean Alexander Burstyn, Rachel Wagner Furst, William M. Audet, Jason J. Mendro, Joseph R. Saveri, Sean A. Byrstyn, Jeffrey A. Klafter, Roy T. Willey, IV, Kevin J. Orsini, Phillip Kim. Court Reporter: Stephanie McCarn, 305–523–5518 / Stephanie_McCarn@flsd.uscourts.gov. (edr) (Entered: 04/19/2021) |
| 04/19/2021 | 203 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Harry A. Olivar (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/19/2021) |
| 04/19/2021 | 204 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Korinna S. Anderson (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/19/2021) |
| 04/19/2021 | 205 | NOTICE of Attorney Appearance by Daniel J. Kramer on behalf of Point72 Asset Management, L.P.. Attorney Daniel J. Kramer added to party Point72 Asset Management, L.P.(pty:condft). (Kramer, Daniel) (Entered: 04/19/2021) |
| 04/19/2021 | 206 | NOTICE of Attorney Appearance by Richard C. Tarlowe on behalf of Point72 Asset Management, L.P.. Attorney Richard C. Tarlowe added to party Point72 Asset Management, L.P.(pty:condft). (Tarlowe, Richard) (Entered: 04/19/2021) |
| 04/19/2021 | 207 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Linda J. Brewer (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/19/2021) |
| 04/19/2021 | 208 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Charles D. Marshall by Joseph Daniluk (NEF sent to Attorney Admissions (ATTYADM)) (Green, Robert) (Entered: 04/19/2021) |
| 04/19/2021 | 209 | ORDER of Procedures for Appointment of Counsel re 202 Initial Conference. Signed by Judge Cecilia M. Altonaga on 4/19/2021. (Responses due by 4/26/2021, Replies due by 5/3/2021 re 26 , 144 Motions to Appoint Lead Plaintiff and Lead Counsel). *See attached document for full details.* (mc) (Entered: 04/19/2021) |

| | | |
|---|---|---|
| 04/20/2021 | 210 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Richard C. Dalton (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/20/2021) |
| 04/20/2021 | 211 | MDL Transfer In Case Receipt from Southern District of New York. Case Number 1:21–cv–02566 with documents 1–8. Assigned FLSD Case Number 1:21–cv–21511–CMA on 4/20/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA. (mc) (Entered: 04/20/2021) |
| 04/20/2021 | 212 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Peter Safirstein (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/20/2021) |
| 04/20/2021 | 213 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Blake G. Abbott (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/20/2021) |
| 04/20/2021 | 214 | ORDER Dismissing Consol Plaintiff Daniel S. Kadin from this action without prejudice re (7 in case 1:21–cv–21511–CMA) Notice of Voluntary Dismissal Without Prejudice. Signed by Judge Cecilia M. Altonaga on 4/20/2021. Clerks Note: JPML notified. *See attached document for full details.* (mc) (Entered: 04/20/2021) |
| 04/20/2021 | 215 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Frank R. Schirripa (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/20/2021) |
| 04/20/2021 | 216 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Kathryn A. Hettler (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/20/2021) |
| 04/20/2021 | 217 | NOTICE of Change of Address, Email or Law Firm Name by Eve–Lynn J. Rapp (Rapp, Eve–Lynn) (Entered: 04/20/2021) |
| 04/21/2021 | 218 | NOTICE of Attorney Appearance by Blake Abbott on behalf of David Moody, Julie Moody. Attorney Blake Abbott added to party David Moody(pty:conpla), Attorney Blake Abbott added to party Julie Moody(pty:conpla). (Abbott, Blake) (Entered: 04/21/2021) |
| 04/21/2021 | 219 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Joshua H. Grabar (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/21/2021) |
| 04/21/2021 | 220 | NOTICE of Attorney Appearance by Joshua H. Grabar on behalf of Sabrina Clapp. Attorney Joshua H. Grabar added to party Denise Redfield(pty:conpla). (Grabar, Joshua) Modified party name on 4/21/2021 (mc). (Entered: 04/21/2021) |
| 04/21/2021 | 221 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Adrian Gucovschi (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/21/2021) |
| 04/21/2021 | 222 | EIGHTH ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE–OUT. Signed by Judge Cecilia M. Altonaga on 4/21/2021. *See attached document for full details.* (mc) (Entered: 04/21/2021) |
| 04/22/2021 | 223 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for H. Gregory Howard (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/22/2021) |
| 04/22/2021 | 224 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Allison Vissichelli (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/22/2021) |
| 04/22/2021 | 225 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Leiv Blad (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/22/2021) |
| 04/22/2021 | 226 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Michael A. Cohen (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/22/2021) |
| 04/22/2021 | 227 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Erica L. Stone (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/22/2021) |

| 04/23/2021 | 228 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Evan Selik (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/23/2021) |
|---|---|---|
| 04/23/2021 | 229 | MDL Tag–Along Case Receipt from Southern District of Florida. Case Number 1:21–cv–21534–CMA Best et al v. Robinhood Financial, LLC. et al with documents 1–4. Re: FLSD MDL Case Number 1:21–md–02989–CMA (mc) (Entered: 04/23/2021) |
| 04/23/2021 | 230 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Jason S. Rathod (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/23/2021) |
| 04/23/2021 | 231 | NOTICE of Attorney Appearance by Kristi Stahnke McGregor on behalf of Francis Shaeffer (McGregor, Kristi) (Entered: 04/23/2021) |
| 04/26/2021 | 232 | NINTH ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE–OUT. Signed by Judge Cecilia M. Altonaga on 4/26/2021. *See attached document for full details.* (mc) (Entered: 04/26/2021) |
| 04/26/2021 | 233 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Stuart J. Guber (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/26/2021) |
| 04/26/2021 | 234 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Gretchen Freeman Cappio (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/26/2021) |
| 04/26/2021 | 235 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Maxwell Goins (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/26/2021) |
| 04/26/2021 | 236 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Rachel E. Morowitz (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/26/2021) |
| 04/26/2021 | 237 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Ryan McDevitt (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/26/2021) |
| 04/26/2021 | 238 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for William Rey Ogden (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/26/2021) |
| 04/26/2021 | 239 | NOTICE of Exhibit 1 – Assaad Aplication – 3M Combat Arms Leadership Structure by Ryan Zachary Ross (Attachments: # 1 Exhibits 2 – Assaad Application 3M Combat Arms CMO 4, # 2 Exhibits 3 – Assaad Application – CV 2021–Short Squeeze) (Assaad, Gabriel) Modified text per attorney's requests on 4/26/2021 (mc). (Entered: 04/26/2021) |
| 04/26/2021 | 240 | Statement of: Recommendation for Jeffrey Klafter for Appointment as Interim Lead Counsel by Mark Feeney, Jason Fossella (Attachments: # 1 Exhibit 1 – Resume of Jason S. Rathod)(Rathod, Jason) (Entered: 04/26/2021) |
| 04/26/2021 | 241 | Statement of: *PLAINTIFF DANILUK'S STATEMENT ON LEADERSHIP OF THIS MDL* by Joseph Daniluk (Attachments: # 1 Exhibit A)(Green, Robert) (Entered: 04/26/2021) |
| 04/26/2021 | 242 | NOTICE of Change of Address, Email or Law Firm Name by Joseph R. Saveri (Saveri, Joseph) (Entered: 04/26/2021) |
| 04/26/2021 | 243 | NOTICE by Sagi Cezana *Notice of Filing Plaintiffs' Leadership Applications* (Attachments: # 1 Exhibit Assaad Application, # 2 Exhibit Ellis Application, # 3 Exhibit Furst Application, # 4 Exhibit Klafter Application, # 5 Exhibit Oberlin Application, # 6 Exhibit Pessah Application, # 7 Exhibit Salas Application, # 8 Exhibit Saveri Application, # 9 Exhibit Schirripa Application, # 10 Exhibit Willey Application) (Furst, Rachel) (Entered: 04/26/2021) |
| 04/26/2021 | 244 | NOTICE by Michael Oberlin re 243 *Of Filing Of Exhibits To Appl. For Appointment Of Lead Plaintiff And Selection Of Counsel*. Attorney Gary S. Graifman added to party Michael Oberlin(pty:pla). (Attachments: # 1 Exhibit A To Appl. For Appointment Of Lead Plaintiff––Firm Resume Of Safirstein Metcalf LLP, # 2 Exhibit B To Appl. For Appointment Of Lead Plaintiff––Firm Resume Of KGG) (Graifman, Gary) Modified to add document link on 4/27/2021 (cds). (Entered: 04/26/2021) |
| 04/26/2021 | 245 | NOTICE by Josh Gossett, James LaPlant, Danielle Perreault, Maurice Scarborough, Scott Schiller re 243 Notice (Other), *of Exhibits in Support of Application of Maurice D. Pessah for Appointment to Plaintiff's Leadership Committee* (Attachments: # 1 Exhibit A. Gossett, et al. |

| | | v. Robinhood Financial, et al. First Amended Complaint, # 2 Exhibit B. CV of Pessah Law Group's Attorneys, # 3 Exhibit C. Pessah Law Group's MDL Resources Page, # 4 Exhibit D. Spreadsheet of Cases Submitted to the JPML) (Pessah, Maurice) (Entered: 04/26/2021) |
|---|---|---|
| 04/26/2021 | 246 | NOTICE by Omar Alsaedi, Ethan Arellano, Christine Bukowski, Carolyn Collier, Travis Elliott, Charles Fellows, Amanda Giuliani, Jessica Hines, Bryan Joyner, Andrea Juncadella, Michael Ridpath, Matt Scime, William Urrutia, Chastity Woodward, Patrick Young, Michelle del Valle re 243 Notice (Other), *of Filing Exhibits in Support of Leadership Application of Natalia M. Salas* (Attachments: # 1 Exhibit List of Law Firms and Pls' Lawyers Supporting Application of Natalia M. Salas, # 2 Exhibit CV of Natalia M. Salas and The Ferraro Law Firm, P.A., # 3 Exhibit CV of Bruce S. Rogow) (Salas, Natalia) (Entered: 04/26/2021) |
| 04/26/2021 | 247 | AFFIDAVIT *of Frank R. Schirripa in Support of Application for Leadership* signed by: F. Schirripa re 243 Notice (Other), by Dan Dechirico, Angel Guzman, Joshua Palmer (Attachments: # 1 Exhibit 1 – HRSC Firm Bio, # 2 Exhibit 2 – Chart of Counsel Support for Salas–Ellis–Schirripa Slate)(Hettler, Kathryn) (Entered: 04/26/2021) |
| 04/26/2021 | 248 | NOTICE by Robert Days re 243 Notice (Other), *Declaration of Dennis S. Ellis in Support of Application to be Appointed as Co–Lead Interim Counsel* (Attachments: # 1 Exhibit A – Browne George Ross, et al. Firm Information, # 2 Exhibit B – Browne George Ross, et al. Firm Articles, # 3 Exhibit C – Dennis S. Ellis Bio, # 4 Exhibit D – Katherine F. Murray Bio, # 5 Exhibit E – Carl A. Roth Bio, # 6 Exhibit F – Matthew L. Venezia Bio, # 7 Exhibit G – Law Firm Support List) (Venezia, Matthew) (Entered: 04/26/2021) |
| 04/26/2021 | 249 | NOTICE by Patryk Krasowski, Nick Parker re 243 Notice (Other), *of Declaration and Exhibits in Support of Jeffrey A. Klafter Application for Interim Lead Counsel* (Attachments: # 1 Exhibit A – Klafter Lesser LLP Firm Resume, # 2 Exhibit B – Juncadella Complaint, # 3 Exhibit C – Krasowski Complaint, # 4 Exhibit D – Byrd McDonald's Complaint) (Klafter, Jeffrey) (Entered: 04/26/2021) |
| 04/26/2021 | 250 | NOTICE by Sagi Cezana re 243 Notice (Other), *Notice of Filing Rachel Furst CV* (Attachments: # 1 Exhibit Rachel Furst CV) (Furst, Rachel) (Entered: 04/26/2021) |
| 04/26/2021 | 251 | NOTICE by David Moody, Julie Moody re 243 Notice (Other), *Notice of Declaration of Roy T. Willey, IV and Exhibit in Support of Application for Appointment of Roy T. Willey, IV* (Attachments: # 1 Declaration of Roy T. Willey, IV, # 2 Exhibit 1 – Career Highlights of William M. Audet) (Willey, Roy) (Entered: 04/26/2021) |
| 04/26/2021 | 252 | NOTICE by Shane Cheng, Terell Sterling *Notice of Filing in Support of Plaintiffs Shane Cheng and Terell Sterling's Motion to Appoint Joseph R. Saveri as Interim Lead Counsel* (Attachments: # 1 Declaration of Joseph R. Saveri in Support of Cheng Plaintiffs' Motion to Appoint Joseph R. Saveri as Interim Lead Counsel, # 2 Exhibit A – Firm Resume of Joseph Saveri Law Firm, LLP, # 3 Exhibit B – JSLF Team Member Biographies, # 4 Exhibit C – Proposed Time–Keeping and Expense Protocols, # 5 Declaration of Anupama K. Reddy in Support of Cheng Plaintiffs' Motion to Appoint Joseph R. Saveri as Interim Lead Counsel, # 6 Declaration of Christopher K.L. Young in Support of Cheng Plaintiffs' Motion to Appoint Joseph R. Saveri as Interim Lead Counsel, # 7 Declaration of Catherine K. Smith in Support of Cheng Plaintiffs' Motion to Appoint Joseph R. Saveri as Interim Lead Counsel, # 8 Declaration of Austin B. Cohen in Support of Cheng Plaintiffs' Motion to Appoint Joseph R. Saveri as Interim Lead Counsel) (Saveri, Joseph) (Entered: 04/26/2021) |
| 04/26/2021 | 253 | RESPONSE in Opposition re 26 MOTION to Appoint Lead Plaintiff Cody Todd *under the federal securities laws* MOTION to Appoint Lead Counsel The Rosen Law Firm, P.A. *under the federal securities laws* filed by Aaron Fassinger, Igor Kravchenko, Michael McFadden, Eric Quat, Mike Ross, Tenzin Woiser. Replies due by 5/3/2021. (Attachments: # 1 Declaration of Sarah N. Westcot, # 2 Exhibit A)(Westcot, Sarah) (Entered: 04/26/2021) |
| 04/26/2021 | 254 | RESPONSE in Opposition re 144 MOTION to Appoint Lead Plaintiff Eric Quat, Aaron Fassinger, Mike Ross, Igor Kravchenko, Michael McFadden and Tenzin Woiser filed by Cody Todd. Replies due by 5/3/2021. (Rosen, Laurence) (Entered: 04/26/2021) |
| 04/26/2021 | 256 | DECLARATION signed by: Dennis S. Ellis in Support re 243 Notice (Other), by Robert Days (For Image See DE# 248 ) (cds) (Entered: 04/27/2021) |
| 04/26/2021 | 257 | DECLARATION signed by: Jeffrey A. Klafter in Support re 243 Notice (Other), by Patryk Krasowski, Nick Parker. (For Image See DE# 249 ) (cds) (Entered: 04/27/2021) |

| 04/27/2021 | 255 | CLERK'S NOTICE – Attorney Admissions has not updated address and/or email information for attorney Joseph R. Saveri re 242 Notice of Change of Address, Email or Law Firm Name. Attorney Joseph R. Saveri has not completed the required procedures for updating their information with the Court. After filing a Notice in all pending cases, Attorney is instructed to go to their PACER account, Manage My Account, to complete the process of updating their information. The Court is NOT responsible for updating secondary email addresses. Also, each attorney must file their own Notice and complete the Pacer process as well. One Notice is not sufficient for all attorneys in the same firm. See the Courts website for detailed instructions. www.flsd.uscourts.gov/updating–your–information (pt) (Entered: 04/27/2021) |
|---|---|---|
| 04/27/2021 | 258 | Clerks Notice to Filer re 248 Notice (Other),.. **Wrong Event Selected**; ERROR – The Filer selected the wrong event. The document was re–docketed by the Clerk, See DE# 256 . It is not necessary to refile this document. (cds) (Entered: 04/27/2021) |
| 04/27/2021 | 259 | Clerks Notice to Filer re 249 Notice (Other),. **Wrong Event Selected**; ERROR – The Filer selected the wrong event. The document was re–docketed by the Clerk, See DE# 257 . It is not necessary to refile this document. (cds) (Entered: 04/27/2021) |
| 04/27/2021 | 260 | NOTICE of Attorney Appearance by William Rey Ogden on behalf of C. Louis Bunya, Drew Hunnicutt, Erika Mercado, Ryan Zachary Ross (Ogden, William) (Entered: 04/27/2021) |
| 04/27/2021 | 261 | Clerks Notice to Filer re 244 Notice (Other),. **Document Not Linked**; ERROR – The filed document was not linked to the related docket entry. The correction was made by the Clerk. It is not necessary to refile this document. (cds) (Entered: 04/27/2021) |
| 04/27/2021 | 262 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for David A. Domina (NEF sent to Attorney Admissions (ATTYADM)) (pes) (Entered: 04/27/2021) |
| 04/27/2021 | 263 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Theodore J. Boutrous, Jr. (NEF sent to Attorney Admissions (ATTYADM)) (pes) (Entered: 04/27/2021) |
| 04/27/2021 | 264 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Gary S. Graifman by Michael Oberlin (NEF sent to Attorney Admissions (ATTYADM)) (Graifman, Gary) (Entered: 04/27/2021) |
| 04/27/2021 | 265 | NOTICE of Change of Address, Email or Law Firm Name by Steven Noel Williams (Williams, Steven) (Entered: 04/27/2021) |
| 04/27/2021 | 266 | NOTICE of Change of Address, Email or Law Firm Name by Christopher Kar–Lun Young (Young, Christopher) (Entered: 04/27/2021) |
| 04/27/2021 | 267 | NOTICE of Change of Address, Email or Law Firm Name by Anupama Reddy (Reddy, Anupama) (Entered: 04/27/2021) |
| 04/27/2021 | 268 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Kevin S. Hannon (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 04/28/2021) |
| 04/28/2021 | 269 | NOTICE by Omar Alsaedi, Ethan Arellano, Christine Bukowski, Carolyn Collier, Travis Elliott, Charles Fellows, Amanda Giuliani, Jessica Hines, Bryan Joyner, Andrea Juncadella, Michael Ridpath, Matt Scime, William Urrutia, Chastity Woodward, Patrick Young, Michelle del Valle re 246 Notice (Other),, 243 Notice (Other), *of Filing Updated Exhibit A in Support of Leadership Application of Natalia M. Salas* (Attachments: # 1 Exhibit Updated Exhibit A– List of Law Firms and Plaintiffs' Lawyers Supporting Natalia M. Salas as Lead Counsel) (Salas, Natalia) (Entered: 04/28/2021) |
| 04/28/2021 | 270 | MDL Tag–Along Case Receipt from Southern District of Florida. Case Number 1:21–cv–21600–CMA Oberlin v. TD Ameritrade, Inc. with documents 1–3. Re: FLSD MDL Case Number 1:21–md–02989–CMA (mc) (Entered: 04/28/2021) |
| 04/28/2021 | 271 | NOTICE of Voluntary Dismissal by Jonathan Diamond (Varnell, Janet) (Entered: 04/28/2021) |
| 04/28/2021 | 272 | ORDER that Consol Jonathan Diamond is dismissed from this action without prejudice re ( 271 in case 1:21–md–02989–CMA) Notice of Voluntary Dismissal. Signed by Judge Cecilia M. Altonaga on 4/28/2021. Clerks Note: JPML notified. Related Cases: 1:21–md–02989–CMA, 1:21–cv–21263–CMA. *See attached document for full details.* (mc) (Entered: 04/29/2021) |

| | | |
|---|---|---|
| 04/29/2021 | 273 | NOTICE of Attorney Appearance by H. Gregory Howard on behalf of Alpaca Securities, LLC, Fumi Holdings, Inc., Webull Financial, LLC, eToro USA Securities, Inc.. Attorney H. Gregory Howard added to party Alpaca Securities, LLC(pty:condft), Attorney H. Gregory Howard added to party Fumi Holdings, Inc.(pty:condft), Attorney H. Gregory Howard added to party Webull Financial, LLC(pty:condft), Attorney H. Gregory Howard added to party eToro USA Securities, Inc(pty:condft). (Howard, H.) (Entered: 04/29/2021) |
| 04/29/2021 | 274 | NOTICE by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC *of Filing Robinhood's Response to Plaintiffs' Objection to the Report and Recommendation* (Attachments: # 1 Exhibit) (Danon, Samuel) (Entered: 04/29/2021) |
| 04/30/2021 | 275 | NOTICE of filing OBJECTIONS to (3 in case 1:21–cv–21448–CMA) Report and Recommendations by Marina Siruk, Petro Siruk (mc) (Entered: 04/30/2021) |
| 04/30/2021 | 276 | NOTICE of Attorney Appearance by Theodore J. Boutrous, Jr on behalf of Charles Schwab & Co., Inc., TD Ameritrade Clearing, Inc., TD Ameritrade Holding Corp, TD Ameritrade, Inc., The Charles Schwab Corporation. Attorney Theodore J. Boutrous, Jr added to party Charles Schwab & Co., Inc.(pty:condft), Attorney Theodore J. Boutrous, Jr added to party TD Ameritrade Clearing, Inc.(pty:condft), Attorney Theodore J. Boutrous, Jr added to party TD Ameritrade Holding Corp(pty:condft), Attorney Theodore J. Boutrous, Jr added to party TD Ameritrade, Inc.(pty:condft), Attorney Theodore J. Boutrous, Jr added to party The Charles Schwab Corporation(pty:condft). (Boutrous, Theodore) (Entered: 04/30/2021) |
| 05/03/2021 | 277 | NOTICE of Change of Address, Email or Law Firm Name by Lilia B. Vazova (Vazova, Lilia) (Entered: 05/03/2021) |
| 05/03/2021 | 278 | NOTICE of Change of Address, Email or Law Firm Name by Lawrence E. Buterman (Buterman, Lawrence) (Entered: 05/03/2021) |
| 05/03/2021 | 279 | NOTICE of Change of Address, Email or Law Firm Name by Richard D. Owens (Owens, Richard) (Entered: 05/03/2021) |
| 05/03/2021 | 280 | REPLY to Response to Motion re 144 MOTION to Appoint Lead Plaintiff Eric Quat, Aaron Fassinger, Mike Ross, Igor Kravchenko, Michael McFadden and Tenzin Woiser filed by Aaron Fassinger, Igor Kravchenko, Michael McFadden, Eric Quat, Mike Ross, Tenzin Woiser. (Attachments: # 1 Declaration of Sarah N. Westcot, # 2 Exhibit A)(Westcot, Sarah) (Entered: 05/03/2021) |
| 05/03/2021 | 281 | REPLY to Response to Motion re 26 MOTION to Appoint Lead Plaintiff Cody Todd *under the federal securities laws* MOTION to Appoint Lead Counsel The Rosen Law Firm, P.A. *under the federal securities laws* filed by Cody Todd. (Rosen, Laurence) (Entered: 05/03/2021) |
| 05/04/2021 | 282 | CLERK'S NOTICE – Attorney Admissions has not updated address and/or email information for attorney Lawrence E. Buterman re 278 Notice of Change of Address, Email or Law Firm Name. Attorney Lawrence E. Buterman has not completed the required procedures for updating their information with the Court. After filing a Notice in all pending cases, Attorney is instructed to go to their PACER account, Manage My Account, to complete the process of updating their information. The Court is NOT responsible for updating secondary email addresses. See the Courts website for detailed instructions. www.flsd.uscourts.gov/updating–your–information (pt) (Entered: 05/04/2021) |
| 05/04/2021 | 283 | ORDER adopting (3 in case 1:21–cv–21448–CMA) Report and Recommendations. Plaintiffs' Class Action Complaint (1 in case 1:21–cv–21448–CMA) is DISMISSED without prejudice. The Clerk of the Court is directed to CLOSE this case. Clerks Note: JPML notified. Signed by Judge Cecilia M. Altonaga on 5/3/2021. Related Cases: 1:21–md–02989–CMA, 1:21–cv–21448–CMA. *See attached document for full details.* (mc) (Entered: 05/04/2021) |
| 05/04/2021 | 284 | MDL Tag–Along Case Receipt from Southern District of Florida. Case Number 1:21–cv–21665–CMA Eisen v. Apex Clearing Corporation et al with documents 1–2. Re: FLSD MDL Case Number 1:21–md–02989–CMA (mc) (Entered: 05/04/2021) |
| 05/04/2021 | 285 | TENTH ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE–OUT. Signed by Judge Cecilia M. Altonaga on 5/4/2021. *See attached document for full details.* (mc) (Entered: 05/05/2021) |
| 05/05/2021 | 286 | ORDER on Interviews for Leadership Structure re 209 Case Management Order, 243 Notice of Filing Leadership Applications of Plaintiffs' Attorneys. Leadership presentations/interviews |

| | | |
|---|---|---|
| | | will be conducted in one session, on May 17, 2021 beginning at 11:00 a.m. The Court directs each applicant for Plaintiffs' leadership to file on the docket the Court written responses to the questions by May 14, 2021. Signed by Judge Cecilia M. Altonaga on 5/5/2021. *See attached document for full details.* (mc) (Entered: 05/05/2021) |
| 05/06/2021 | 287 | NOTICE of Attorney Appearance by Richard Scott Geller on behalf of Maplelane Capital, LLC, Richard S Geller. Attorney Richard Scott Geller added to party Maplelane Capital, LLC(pty:condft). (Geller, Richard) (Entered: 05/06/2021) |
| 05/10/2021 | 288 | Statement of: Written Disclosures of Gabriel A. Assaad, Applicant for Plaintiffs' Leadership by C. Louis Bunya, Drew Hunnicutt, Erika Mercado, Ryan Zachary Ross (Assaad, Gabriel) (Entered: 05/10/2021) |
| 05/11/2021 | 289 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Melissa R. Emert by Michael Oberlin (NEF sent to Attorney Admissions (ATTYADM)) (Graifman, Gary) (Entered: 05/11/2021) |
| 05/11/2021 | 290 | Statement of: JEFFREY A. KLAFTER'S WRITTEN DISCLOSURES IN FURTHER SUPPORT OF HIS APPLICATION FOR APPOINTMENT AS AN INTERIM LEAD COUNSEL by Patryk Krasowski, Nick Parker re 249 Notice (Other), 286 Order,,, Set/Reset Deadlines/Hearings,, 243 Notice (Other), (Klafter, Jeffrey) (Entered: 05/11/2021) |
| 05/11/2021 | 291 | Statement of: Written Disclosures of Roy T. Willey, IV in Support of his Application for Appointment by David Moody, Julie Moody re 286 Order,,, Set/Reset Deadlines/Hearings,, 251 Notice (Other), (Willey, Roy) (Entered: 05/11/2021) |
| 05/12/2021 | 292 | ORDER re 286 Order on Interviews for Leadership Structure. Signed by Judge Cecilia M. Altonaga on 5/12/2021. *See attached document for full details.* (pes) (Entered: 05/13/2021) |
| 05/13/2021 | 293 | Statement of: Written Disclosures in Support of Motion to Appoint Joseph R. Saveri as Interim Lead Counsel by Shane Cheng, Terell Sterling re 286 Order,,, Set/Reset Deadlines/Hearings,, (Saveri, Joseph) (Entered: 05/13/2021) |
| 05/13/2021 | 299 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Jack Yoskowitz (NEF sent to Attorney Admissions (ATTYADM)) (pes) (Entered: 05/14/2021) |
| 05/13/2021 | 300 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Tamara Rozina (NEF sent to Attorney Admissions (ATTYADM)) (pes) (Entered: 05/14/2021) |
| 05/14/2021 | 294 | Statement of: Written Disclosures of Frank R. Schirripa in Support of his Application for Appointment by Dan Dechirico, Angel Guzman, Joshua Palmer re 286 Order,,, Set/Reset Deadlines/Hearings,, (Schirripa, Frank) (Entered: 05/14/2021) |
| 05/14/2021 | 295 | Statement of: *Written Disclosures of Rachel W. Furst, Applicant for Plaintiffs' Leadership* by Sagi Cezana re 286 Order,,, Set/Reset Deadlines/Hearings,, (Furst, Rachel) (Entered: 05/14/2021) |
| 05/14/2021 | 296 | Statement of: Written Disclosures for Plaintiffs' Leadership Applicant Natalia M. Salas by Omar Alsaedi, Ethan Arellano, Christine Bukowski, Carolyn Collier, Travis Elliott, Charles Fellows, Amanda Giuliani, Jessica Hines, Bryan Joyner, Andrea Juncadella, Michael Ridpath, Matt Scime, William Urrutia, Chastity Woodward, Patrick Young, Michelle del Valle re 286 Order,,, Set/Reset Deadlines/Hearings,, (Salas, Natalia) (Entered: 05/14/2021) |
| 05/14/2021 | 297 | Statement of: Written Disclosures of Lead Counsel Applicant Dennis S. Ellis by Robert Days re 286 Order,,, Set/Reset Deadlines/Hearings,, (Venezia, Matthew) (Entered: 05/14/2021) |
| 05/14/2021 | 298 | Statement of: WRITTEN DISCLOSURES OF MAURICE D. PESSAH, APPLICANT FOR PLAINTIFFS LEADERSHIP by Josh Gossett, Ryan Heitz, James LaPlant, Danielle Perreault, Taylor Perri, Kevin Sheehan (Pessah, Maurice) (Entered: 05/14/2021) |
| 05/14/2021 | 301 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Tamara Rozina (NEF sent to Attorney Admissions (ATTYADM)) (pes) (Entered: 05/14/2021) |
| 05/14/2021 | 302 | NOTICE of Attorney Appearance by Jack Yoskowitz on behalf of Maplelane Capital, LLC. Attorney Jack Yoskowitz added to party Maplelane Capital, LLC(pty:condft). (Yoskowitz, Jack) (Entered: 05/14/2021) |

| | | |
|---|---|---|
| 05/14/2021 | 303 | NOTICE of Attorney Appearance by Tamara Rozina on behalf of Maplelane Capital, LLC. Attorney Tamara Rozina added to party Maplelane Capital, LLC(pty:condft). (Rozina, Tamara) (Entered: 05/14/2021) |
| 05/14/2021 | 304 | Statement of: Written Disclosures of Peter Safirstein Application For Plaintiffs Leadership by Michael Oberlin (Graifman, Gary) (Entered: 05/14/2021) |
| 05/14/2021 | 305 | Statement of: Written Disclosures of Gary S. Graifman And Melissa R. Emert Application For Plaintiffs Leadership by Michael Oberlin (Graifman, Gary) (Entered: 05/14/2021) |
| 05/17/2021 | 306 | PAPERLESS Minute Entry for proceedings held before Judge Cecilia M. Altonaga: Miscellaneous Hearing held on 5/17/2021. Total time in court: 2 hour(s) : 15 minutes. Attorney Appearance(s): Natalia Maria Salas, Gabriel Amin Assaad, Rachel Wagner Furst, Joseph R. Saveri, Dennis S. Ellis, Frank R. Schirripa, Maurice David Pessah, Jeffrey A. Klafter, Roy T. Willey, IV, Peter G.A. Safirstein, Court Reporter: Sharon Velazco, 305–523–5636 / Sharon_PellVelazco@flsd.uscourts.gov. (edr) (Entered: 05/17/2021) |
| 05/17/2021 | 307 | ORDER denying 26 Movant Cody Todd's Motion to: (1) Appoint Lead Plaintiff; and (2) Approve Selection of Lead Counsel; denying 144 Plaintiffs Eric Quat, Aaron Fassinger, Mike Ross, Igor Kravchenko, Michael McFadden and Tenzin Woiser's Motion to Appoint Lead Plaintiffs and Approve Their Selection of Lead Counsel. Signed by Judge Cecilia M. Altonaga on 5/17/2021. Related Cases: 1:21–md–02989–CMA, 1:21–cv–21261–CMA, 1:21–cv–21293–CMA, 1:21–cv–21298–CMA, 1:21–cv–21307–CMA, 1:21–cv–21310–CMA, 1:21–cv–21343–CMA, 1:21–cv–21404–CMA, 1:21–cv–21534–CMA. *See attached document for full details.* (mc) (Entered: 05/18/2021) |
| 05/18/2021 | 308 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for James M. Evangelista (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 05/18/2021) |
| 05/18/2021 | 309 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Heather L. Blaise (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 05/18/2021) |
| 05/18/2021 | 310 | ORDER on Leadership Structure and Appointing Counsel to Designated Leadership Roles. (Status Report due by 6/2/2021). Signed by Judge Cecilia M. Altonaga on 5/18/2021. This Document Relates to 1:21–md–2989–CMA and to All Actions. *See attached document for full details.* (mc) (Entered: 05/18/2021) |
| 05/20/2021 | 311 | TRANSCRIPT of hearing held on 05/17/2021 before Judge Cecilia M. Altonaga, 1–113 pages, Court Reporter: Sharon Velazco, 305–523–5636 / Sharon_PellVelazco@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/10/2021. Redacted Transcript Deadline set for 6/21/2021. Release of Transcript Restriction set for 8/18/2021. (Pell Velazco, Sharon) (Entered: 05/20/2021) |
| 05/20/2021 | 312 | Statement of: Application to Replace Dennis Ellis with Matthew L. Venezia on Plaintiff's Steering Committee by Robert Days (Venezia, Matthew) (Entered: 05/20/2021) |
| 05/21/2021 | 313 | Statement of: Application for Appointment of Jason S. Rathod to the Plaintiffs' Steering Committee to Fill Vacated Seat by Mark Feeney, Jason Fossella re 312 Statement (Attachments: # 1 Exhibit 1 – Resume)(Rathod, Jason) (Entered: 05/21/2021) |
| 05/21/2021 | 314 | Statement of: Renewed Application Of Melissa R. Emert For Leadership Position To Fill Vacated Seat by Michael Oberlin (Graifman, Gary) (Entered: 05/21/2021) |
| 05/21/2021 | 315 | ORDER Re: New Applicants Seeking Appointment to the Steering Committee. Signed by Judge Cecilia M. Altonaga on 5/21/2021. *See attached document for full details.* (pes) (Entered: 05/21/2021) |
| 05/24/2021 | | Attorney Dennis S. Ellis representing Steering Committe Members (Movant) terminated per DE 315 Order. (mc) (Entered: 05/24/2021) |
| 05/24/2021 | 316 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Daniel B. Rehns (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 05/24/2021) |

| 05/25/2021 | 317 | NOTICE of Attorney Appearance by Daniel B. Rehns on behalf of Dan Dechirico, Angel Guzman, Joshua Palmer. Attorney Daniel B. Rehns added to party Dan Dechirico(pty:conpla), Attorney Daniel B. Rehns added to party Angel Guzman(pty:conpla), Attorney Daniel B. Rehns added to party Joshua Palmer(pty:conpla). (Rehns, Daniel) (Entered: 05/25/2021) |
|---|---|---|
| 05/26/2021 | 318 | NOTICE of Voluntary Dismissal *Without Prejudice of Barclays Bank PLC* by Shane Cheng (Saveri, Joseph) (Entered: 05/26/2021) |
| 05/27/2021 | 319 | ORDER that Defendant Barclays Bank PLC is dismissed from this action without prejudice re ( 318 in case 1:21–md–02989–CMA) Notice of Voluntary Dismissal. Signed by Judge Cecilia M. Altonaga on 5/27/2021. Related Cases: 1:21–md–02989–CMA, 1:21–cv–21478–CMA, 1:21–cv–21451–CMA, 1:21–cv–21441–CMA, 1:21–cv–21338–CMA, 1:21–cv–21318–CMA. *See attached document for full details.* (mc) (Entered: 05/27/2021) |
| 05/27/2021 | 320 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Selin Demir (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 05/27/2021) |
| 05/28/2021 | 321 | NOTICE by DAMON MUNCY, Cody Todd re 307 Order on Motion to Appoint Lead Plaintiff,,, Order on Motion to Appoint Lead Counsel,,,,, *Regarding the Republication of Notice Pursuant to the Private Securities Litigation Reform Act of 1995* (Rosen, Laurence) (Entered: 05/28/2021) |
| 06/02/2021 | 322 | STATUS REPORT *(JOINT) (Per D.E. 310)* by Plaintiffs' Liaison Counsel (Attachments: # 1 Exhibit A. Case List, # 2 Exhibit B. Proposed Order)(Furst, Rachel) (Entered: 06/02/2021) |
| 06/03/2021 | 323 | ORDER re 322 Joint Status Report. The Plaintiffs shall file a single master complaint per Tranche on or before July 12, 2021. Defendants in each Tranche shall file a joint motion to dismiss on or before August 16, 2021. Plaintiffs' responses in opposition to Defendants' joint motions to dismiss shall be filed by September 7, 2021. Defendants' replies to Plaintiffs' responses shall be filed by September 21, 2021. (Motions due by 8/16/2021, Responses due by 9/7/2021, Replies due by 9/21/2021). Signed by Judge Cecilia M. Altonaga on 6/3/2021. *See attached document for full details.* (mc) (Entered: 06/03/2021) |
| 06/07/2021 | 324 | NOTICE of Attorney Appearance by John F. O'Sullivan on behalf of Citadel Enterprise Americas, LLC, Citadel Securities, LLC. Attorney John F. O'Sullivan added to party Citadel Enterprise Americas, LLC(pty:condft), Attorney John F. O'Sullivan added to party Citadel Securities, LLC(pty:condft). (O'Sullivan, John) (Entered: 06/07/2021) |
| 06/07/2021 | 325 | NOTICE of Attorney Appearance by Jason David Sternberg on behalf of Citadel Enterprise Americas, LLC, Citadel Securities, LLC. Attorney Jason David Sternberg added to party Citadel Enterprise Americas, LLC(pty:condft), Attorney Jason David Sternberg added to party Citadel Securities, LLC(pty:condft). (Sternberg, Jason) (Entered: 06/07/2021) |
| 06/08/2021 | 326 | TRANSCRIPT of the Status Conference held on 04/19/21, before Judge Cecilia M. Altonaga, 1–64 pages, Court Reporter: Stephanie McCarn, 305–523–5518 / Stephanie_McCarn@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/29/2021. Redacted Transcript Deadline set for 7/9/2021. Release of Transcript Restriction set for 9/7/2021. (smn) (Entered: 06/08/2021) |
| 06/23/2021 | 327 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Rachel Maimin (NEF sent to Attorney Admissions (ATTYADM)) (pes) (Entered: 06/24/2021) |
| 06/29/2021 | 328 | Joint MOTION for Protective Order by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A. Protective Order)(Furst, Rachel) (Entered: 06/29/2021) |
| 06/30/2021 | 329 | STIPULATED PROTECTIVE ORDER. The Joint Motion for Entry of Stipulated Protective Order (ECF No. 328 ) is GRANTED. Signed by Judge Cecilia M. Altonaga on 6/30/2021. *See attached document for full details.* (mc) (Entered: 07/01/2021) |
| 07/02/2021 | 330 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Thomas P. Cimino, Jr. (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 07/02/2021) |
| 07/02/2021 | 331 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Zachary J. Watters (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 07/02/2021) |

| | | |
|---|---|---|
| 07/02/2021 | 332 | MOTION to Withdraw as Attorney by Thomas P. Cimino for / by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Responses due by 7/16/2021 (Cimino, Thomas) (Entered: 07/02/2021) |
| 07/02/2021 | 333 | MOTION to Withdraw as Attorney by Zachary J. Watters for / by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Responses due by 7/16/2021 (Watters, Zachary) (Entered: 07/02/2021) |
| 07/07/2021 | 334 | Unopposed MOTION for Extension of Time to file Master Complaints, Responsive Motions by Plaintiffs' Liaison Counsel. Responses due by 7/21/2021 (Furst, Rachel) (Entered: 07/07/2021) |
| 07/08/2021 | 335 | ORDER granting 334 Plaintiffs' Unopposed Motion for Extension of Time. The deadline for Plaintiffs to file master complaints is extended to July 26, 2021. Defendants' joint motions to dismiss are due on August 30, 2021. Plaintiffs' responses in opposition to Defendants' joint motions to dismiss are due on September 21, 2021. Defendants' replies to Plaintiffs responses are due on October 5, 2021. (Motions due by 8/30/2021. Responses due by 9/21/2021 Replies due by 10/5/2021). Signed by Chief Judge Cecilia M. Altonaga on 7/8/2021. *See attached document for full details.* (mc) (Entered: 07/08/2021) |
| 07/09/2021 | 336 | NOTICE of Change of Address, Email or Law Firm Name by John F. O'Sullivan (O'Sullivan, John) (Entered: 07/09/2021) |
| 07/09/2021 | 337 | NOTICE of Change of Address, Email or Law Firm Name by Jason David Sternberg (Sternberg, Jason) (Entered: 07/09/2021) |
| 07/09/2021 | 338 | CLERK'S NOTICE – Attorney Admissions has not updated address and/or email information for attorney Jason David Sternberg re 337 Notice of Change of Address, Email or Law Firm Name. Attorney Jason David Sternberg has not completed the required procedures for updating their information with the Court. After filing a Notice in all pending cases, Attorney is instructed to go to their PACER account, Manage My Account, to complete the process of updating their information. The Court is NOT responsible for updating secondary email addresses. See the Courts website for detailed instructions. www.flsd.uscourts.gov/updating–your–information (pt) (Entered: 07/09/2021) |
| 07/09/2021 | 339 | Joint MOTION for Entry of Order Re: Rule 502(D) & Priv. Materials by Plaintiffs' Liaison Counsel. (Attachments: # 1 Text of Proposed Order Proposed 502(d), Priv. Materials Order)(Furst, Rachel) (Entered: 07/09/2021) |
| 07/10/2021 | 340 | NOTICE by Plaintiffs' Liaison Counsel *of Filing Joint Proposed Order Re: ESI Protocol* (Attachments: # 1 Exhibit Ex. A. ESI Protocol Stipulation) (Furst, Rachel) (Entered: 07/10/2021) |
| 07/13/2021 | 341 | STIPULATION ORDER REGARDING ESI PROTOCOL AND FORMAT OF PRODUCTIONS. Signed by Chief Judge Cecilia M. Altonaga on 7/13/2021. *See attached document for full details.* (mc) (Entered: 07/13/2021) |
| 07/13/2021 | 342 | STIPULATED RULE 502(D) AND PRIVILEGED MATERIALS ORDER. Signed by Chief Judge Cecilia M. Altonaga on 7/13/2021. *See attached document for full details.* (mc) (Entered: 07/13/2021) |
| 07/13/2021 | 343 | NOTICE of Voluntary Dismissal *without Prejudice* by Mark Milhouse (Rapp, Eve–Lynn) (Entered: 07/13/2021) |
| 07/14/2021 | 344 | ORDER granting 332 , 333 Motions to Withdraw Appearance. Attorneys Thomas P. Cimino, Jr., and Zachary J. Watters representing Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc. withdrawn from case. Signed by Chief Judge Cecilia M. Altonaga on 7/14/2021. *See attached document for full details.* (mc) (Entered: 07/14/2021) |
| 07/14/2021 | 345 | ORDER Dismissing Without Prejudice Defendants Robinhood Markets, Inc., Robinhood Financial LLC, and Robinhood Securities, LLC re 343 Plaintiff Mark Milhouse's Notice of Voluntary Dismissal. Signed by Chief Judge Cecilia M. Altonaga on 7/14/2021. Related Cases: 1:21–md–02989–CMA, 1:21–cv–21446–CMA. *See attached document for full details.* (mc) . (Entered: 07/14/2021) |
| 07/16/2021 | 346 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Andrew K. Garden (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 07/16/2021) |

| 07/16/2021 | 347 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Robert N. Feltoon (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 07/16/2021) |
| --- | --- | --- |
| 07/16/2021 | 348 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Ana Jara (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 07/16/2021) |
| 07/16/2021 | 349 | MOTION to Withdraw as Attorney by Robert N. Feltoon for / by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Responses due by 7/30/2021 (Feltoon, Robert) (Entered: 07/16/2021) |
| 07/16/2021 | 350 | MOTION to Withdraw as Attorney by Andrew K. Garden for / by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Responses due by 7/30/2021 (Garden, Andrew) (Entered: 07/16/2021) |
| 07/16/2021 | 351 | ORDER granting 349 , 350 Motions to Withdraw Appearance. Attorneys Robert N. Feltoon, and Andrew Kabnick Garden representing Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc. withdrawn from case. Signed by Chief Judge Cecilia M. Altonaga on 7/16/2021. *See attached document for full details.* (mc) (Entered: 07/19/2021) |
| 07/20/2021 | 352 | MOTION to Withdraw as Attorney *& Substitution of Counsel* by Howard Gregory Baker for / by Alpaca Securities, LLC, Fumi Holdings, Inc., Webull Financial, LLC, eToro USA Securities, Inc.. Attorney Rachel Maimin added to party Alpaca Securities, LLC(pty:condft), Attorney Rachel Maimin added to party Fumi Holdings, Inc.(pty:condft), Attorney Rachel Maimin added to party Webull Financial, LLC(pty:condft), Attorney Rachel Maimin added to party eToro USA Securities, Inc.(pty:condft). Responses due by 8/3/2021 (Maimin, Rachel) (Entered: 07/20/2021) |
| 07/20/2021 | 353 | NOTICE of Attorney Appearance by Ana Jara on behalf of Alpaca Securities, LLC, Fumi Holdings, Inc., Webull Financial, LLC, eToro USA Securities, Inc.. Attorney Ana Jara added to party Alpaca Securities, LLC(pty:condft), Attorney Ana Jara added to party Fumi Holdings, Inc.(pty:condft), Attorney Ana Jara added to party Webull Financial, LLC(pty:condft), Attorney Ana Jara added to party eToro USA Securities, Inc.(pty:condft). (Jara, Ana) (Entered: 07/20/2021) |
| 07/21/2021 | 354 | ORDER granting 352 Attorney Howard Gregory Baker's Motion to Withdraw and Substitution of Counsel. Signed by Chief Judge Cecilia M. Altonaga on 7/21/2021. *See attached document for full details.* (wc) (Entered: 07/21/2021) |
| 07/21/2021 |  | Attorney H. Gregory Howard representing Webull Financial, LLC (Consol Defendant), eToro USA Securities, Inc. (Consol Defendant), Fumi Holdings, Inc. (Consol Defendant), and Alpaca Securities, LLC (Consol Defendant) terminated per DE 354 Order. (mc) (Entered: 07/21/2021) |
| 07/23/2021 | 355 | CONDITIONAL TRANSFER ORDER (CTO−4) transferring case to the Southern District of Florida re: MDL 2989 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to the Honorable Cecilia M. Altonaga. (Signed by John W. Nichols, Clerk of the Panel). (mc) (Entered: 07/23/2021) |
| 07/23/2021 | 356 | MDL Transmittal Letter Requesting Case from the Central District of California Case Number 8:21−01202 Justina Carrasco v. Robinhood Financial LLC et al with enclosed copy of the 355 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 07/23/2021) |
| 07/26/2021 | 357 | Unopposed MOTION to Seal per Local Rule 5.4 by Plaintiffs' Lead Counsel−Antitrust Tranche, Plaintiffs' Lead Counsel−Other Broker Tranche, Plaintiffs' Lead Counsel−Robinhood Tranche, Plaintiffs' Liaison Counsel. (Furst, Rachel) (Entered: 07/26/2021) |
| 07/27/2021 | 358 | MDL AMENDED COMPLAINT *(ANTITRUST)* against Ally Financial Inc., Alpaca Securities, LLC, Apex Clearing Corporation, Citadel Securities, LLC, Dough LLC, ETrade Financial Holdings, LLC, ETrade Securities LLC, Interactive Brokers, LLC, Open to the Public Investing, Inc., Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC, Stash Financial, Inc., Tastyworks, Inc., Webull Financial, LLC, SoFi Securities LLC, PEAK6 Investments LLC, Electronic Transaction Clearing, Inc., filed by Plaintiffs' Lead Counsel−Antitrust Tranche.(Furst, Rachel) (Entered: 07/27/2021) |
| 07/27/2021 | 359 | MDL AMENDED COMPLAINT *(Robinhood and Other Broker)* against Apex Clearing Corporation, Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, |

|  |  | LLC, filed by Plaintiffs' Lead Counsel–Other Broker Tranche, Plaintiffs' Lead Counsel–Robinhood Tranche.(Furst, Rachel) (Entered: 07/27/2021) |
|---|---|---|
| 07/27/2021 | 360 | MDL Transfer In Case Receipt from Central District of California. Case Number 8:21–cv–01202 with documents 1–38. Assigned FLSD Case Number 1:21–cv–22702–CMA Justina Carrasco v. Robinhood Financial LLC et al on 7/27/21. Re: FLSD MDL Case Number 1:21–md–02989–CMA pursuant to Conditional Transfer Order 4. (mc) (Entered: 07/27/2021) |
| 07/27/2021 | 361 | ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE–OUT. Signed by Chief Judge Cecilia M. Altonaga on 7/27/2021. *See attached document for full details.* (mc) (Entered: 07/27/2021) |
| 07/27/2021 | 362 | ORDER denying 357 Plaintiffs' Unopposed Motion for Leave to File Under Seal. This Order does not otherwise modify the Stipulated Protective Order (ECF No. 329 ). Signed by Chief Judge Cecilia M. Altonaga on 7/27/2021. *See attached document for full details.* (mc) (Entered: 07/27/2021) |
| 07/27/2021 | 363 | NOTICE of Filing Proposed Summons(es) by Plaintiffs' Lead Counsel–Antitrust Tranche re 358 MDL Amended Complaint,, filed by Plaintiffs' Lead Counsel–Antitrust Tranche (Furst, Rachel) (Entered: 07/27/2021) |
| 07/27/2021 | 364 | Summons Issued as to Electronic Transaction Clearing, Inc., PEAK6 Investments LLC, SoFi Securities LLC. (mc) (Entered: 07/27/2021) |
| 07/27/2021 | 365 | MOTION to Appoint Lead Plaintiff Abe Kurdi and Teodoro Russell Pueyrredon by Abe Kurdi, Teodoro Russell Pueyrredon. Attorney Sarah Nicole Westcot added to party Abe Kurdi(pty:conpla), Attorney Sarah Nicole Westcot added to party Teodoro Russell Pueyrredon(pty:conpla). Responses due by 8/10/2021 (Attachments: # 1 Declaration of Sarah N. Westcot, # 2 Exhibit A – PSLRA Certifications, # 3 Exhibit B – Kwon Order, # 4 Exhibit C – Bursor & Fisher, P.A. Resume, # 5 Exhibit D – Zicam Order)(Westcot, Sarah) (Entered: 07/27/2021) |
| 07/27/2021 | 366 | MOTION to Appoint Lead Plaintiff Blue Laine–Beveridge ( Responses due by 8/10/2021), MOTION to Appoint Lead Counsel The Rosen Law Firm, P.A. by Blue Laine–Beveridge. Attorney Laurence Matthew Rosen added to party Blue Laine–Beveridge(pty:mov). (Attachments: # 1 Declaration of Laurence M. Rosen in Support of the Motion of Blue Laine–Beveridge, # 2 Exhibit 1 – PSLRA Notice, # 3 Exhibit 2 – PSLRA Certification, # 4 Exhibit 3 – Loss Chart, # 5 Exhibit 4 – Firm Resume, # 6 Text of Proposed Order)(Rosen, Laurence) (Entered: 07/27/2021) |
| 07/28/2021 | 367 | MDL Tag–Along Case Receipt from Southern District of Florida. Case Number 1:21–cv–21458–CMA D'agostino et al v. Ally Financial Inc. et al with documents 1–19. Re: FLSD MDL Case Number 1:21–md–02989–CMA (mc) (Entered: 07/28/2021) |
| 07/28/2021 | 368 | ORDER on Motion of Movants Abe Kurdi and Teodoro Russell Pueyrredon (ECF No. 365 ) and the Motion of Movant Blue Laine–Beveridge to: (1) Appoint Lead Plaintiff; and (2) Approve Selection of Lead Counsel (ECF No. 366 ). Pursuant to Local Rule 7.1(c)(1), any responses in opposition to those motions shall be filed on or before August 10, 2021, and replies are due on or before August 17, 2021. (Responses due by 8/10/2021, Replies due by 8/17/2021) Signed by Chief Judge Cecilia M. Altonaga on 7/28/2021. *See attached document for full details.* (mc) (Entered: 07/28/2021) |
| 07/28/2021 | 369 | ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE–OUT. Signed by Chief Judge Cecilia M. Altonaga on 7/28/2021. *See attached document for full details.* (mc) (Entered: 07/28/2021) |
| 08/05/2021 | 370 | **FIRST** Clerk's Notice of Undeliverable Mail re 329 Order on Motion for Protective/Confidentiality Order. US Mail returned for: Larry Cherry. ***Updated address found and document resent to new address.*** (mc) (Entered: 08/05/2021) |
| 08/06/2021 | 371 | NOTICE of Attorney Appearance by Michael P Matthews on behalf of SoFi Securities LLC. Attorney Michael P Matthews added to party SoFi Securities LLC(pty:dft). (Matthews, Michael) (Entered: 08/06/2021) |
| 08/06/2021 | 372 | ACKNOWLEDGMENT OF SERVICE *Proof of Service on Electronic Transaction Clearing, Inc.* filed by Plaintiffs' Lead Counsel–Antitrust Tranche. (Saveri, Joseph) (Entered: 08/06/2021) |

| 08/06/2021 | 373 | ACKNOWLEDGMENT OF SERVICE *Proof of Service on Peak6 Investments LLC* filed by Plaintiffs' Lead Counsel–Antitrust Tranche. (Saveri, Joseph) (Entered: 08/06/2021) |
| 08/06/2021 | 374 | ACKNOWLEDGMENT OF SERVICE *Proof of Service on SoFi Securities LLC* filed by Plaintiffs' Lead Counsel–Antitrust Tranche. (Saveri, Joseph) (Entered: 08/06/2021) |
| 08/10/2021 | 375 | TRANSFER ORDER (TO–Dated 8/10/2021) transferring case to the Southern District of Florida re: MDL 2989 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to the Honorable Cecilia M. Altonaga. (Signed by Karen K. Caldwell, Chair). (mc) (Entered: 08/10/2021) |
| 08/10/2021 | 376 | MDL Transmittal Letter Requesting Case from the Central District of California Case Number 2:21–02230 Thompson v. Robinhood Financial LLC with enclosed copy of the 375 order of transfer from the Judicial Panel on Multidistrict Litigation. (mc) (Entered: 08/10/2021) |
| 08/10/2021 | 377 | RESPONSE in Opposition re 366 MOTION to Appoint Lead Plaintiff Blue Laine–Beveridge MOTION to Appoint Lead Counsel The Rosen Law Firm, P.A. filed by Abe Kurdi, Teodoro Russell Pueyrredon. Replies due by 8/17/2021. (Westcot, Sarah) (Entered: 08/10/2021) |
| 08/10/2021 | 378 | RESPONSE in Opposition re 365 MOTION to Appoint Lead Plaintiff Abe Kurdi and Teodoro Russell Pueyrredon filed by Blue Laine–Beveridge. Replies due by 8/17/2021. (Rosen, Laurence) (Entered: 08/10/2021) |
| 08/12/2021 | 379 | NOTICE of Voluntary Dismissal *(Stash Financial, Inc.)* by Plaintiffs' Lead Counsel–Antitrust Tranche, Plaintiffs' Liaison Counsel (Furst, Rachel) (Entered: 08/12/2021) |
| 08/13/2021 | 380 | ORDER dismissing without prejudice Defendant Stash Financial, Inc. re 379 Antitrust Tranche Plaintiffs' Notice of Voluntary Dismissal. Signed by Chief Judge Cecilia M. Altonaga on 8/13/2021. This Document Relates to: All Antitrust Actions. *See attached document for full details.* (mc) (Entered: 08/13/2021) |
| 08/14/2021 | 381 | Joint MOTION to Enter Joint Addendum re 341 Stipulation and Order *Re: ESI Protocol and Format of Production* by Plaintiffs' Lead Counsel–Antitrust Tranche, Plaintiffs' Lead Counsel–Other Broker Tranche, Plaintiffs' Lead Counsel–Robinhood Tranche, Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A. Addendum to ESI Protocol)(Furst, Rachel) (Entered: 08/14/2021) |
| 08/16/2021 | 382 | JOINT ADDENDUM TO STIPULATED ORDER REGARDING ESI PROTOCOL AND FORMAT OF PRODUCTIONS re 341 Stipulated Order Regarding ESI Protocol and Format of Productions. Signed by Chief Judge Cecilia M. Altonaga on 8/16/2021. *See attached document for full details.* (mc) (Entered: 08/16/2021) |
| 08/16/2021 | 383 | NOTICE of Attorney Appearance by Ana Romes on behalf of SoFi Securities LLC. Attorney Ana Romes added to party SoFi Securities LLC(pty:dft). (Romes, Ana) (Entered: 08/16/2021) |
| 08/17/2021 | 384 | Plaintiff's MOTION for Discovery *Lifting the Discovery Stay for Limited Purpose* by Plaintiffs' Lead Counsel–Antitrust Tranche, Plaintiffs' Lead Counsel–Other Broker Tranche, Plaintiffs' Lead Counsel–Robinhood Tranche, Plaintiffs' Liaison Counsel. Responses due by 8/31/2021 (Attachments: # 1 Text of Proposed Order)(Furst, Rachel) (Entered: 08/17/2021) |
| 08/17/2021 | 385 | REPLY to Response to Motion re 365 MOTION to Appoint Lead Plaintiff Abe Kurdi and Teodoro Russell Pueyrredon filed by Abe Kurdi, Teodoro Russell Pueyrredon. (Westcot, Sarah) (Entered: 08/17/2021) |
| 08/17/2021 | 386 | REPLY to Response to Motion re 366 MOTION to Appoint Lead Plaintiff Blue Laine–Beveridge MOTION to Appoint Lead Counsel The Rosen Law Firm, P.A. filed by Blue Laine–Beveridge. (Rosen, Laurence) (Entered: 08/17/2021) |
| 08/18/2021 | 387 | ORDER granting 384 Plaintiffs' Motion and Memorandum of Law in Support of an Order to Lift the Discovery Stay for Limited Purpose. The stay of discovery in the non–federal securities actions is lifted for the limited purpose of allowing Plaintiffs to issue DTCC a Rule 45 subpoena commanding the production of records within the scope of the Court's June 3, 2021 Order 323 . Signed by Chief Judge Cecilia M. Altonaga on 8/17/2021. *See attached document for full details.* (wc) (Entered: 08/18/2021) |
| 08/23/2021 | 388 | Corrected MDL AMENDED COMPLAINT *Corrected Consolidated Class Action Complaint* against Ally Financial Inc., Alpaca Securities, LLC, Apex Clearing Corporation, Citadel Securities, LLC, Dough LLC, ETrade Financial Holdings, LLC, ETrade Securities LLC, Electronic Transaction Clearing, Inc., Interactive Brokers Corp, Open to the Public Investing, |

| | | |
|---|---|---|
| | | Inc., PEAK6 Investments LLC, Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC, SoFi Securities LLC, Stash Financial, Inc., Tastyworks, Inc., Webull Financial, LLC, filed by Plaintiffs' Lead Counsel–Antitrust Tranche.(Saveri, Joseph) (Entered: 08/23/2021) |
| 08/23/2021 | 389 | MDL Transfer In Case Receipt from Central District of California. Case Number 2:21–cv–02230 with documents 1–36. Assigned FLSD Case Number 1:21–cv–23026–CMA Taylor Thompson v. Robinhood Financial LLC on 8/20/2021. Re: FLSD MDL Case Number 1:21–md–02989–CMA (mc) (Entered: 08/24/2021) |
| 08/24/2021 | 390 | NOTICE of Voluntary Dismissal *as to Open to the Public Investing, Inc.* by Plaintiffs' Lead Counsel–Antitrust Tranche, Plaintiffs' Liaison Counsel (Furst, Rachel) (Entered: 08/24/2021) |
| 08/24/2021 | 391 | NOTICE of Voluntary Dismissal *as to Ally Financial, Inc.* by Plaintiffs' Lead Counsel–Antitrust Tranche, Plaintiffs' Liaison Counsel (Furst, Rachel) (Entered: 08/24/2021) |
| 08/24/2021 | 392 | NOTICE of Voluntary Dismissal *as to Alpaca Securities LLC* by Plaintiffs' Lead Counsel–Antitrust Tranche, Plaintiffs' Liaison Counsel (Furst, Rachel) (Entered: 08/24/2021) |
| 08/24/2021 | 393 | NOTICE of Voluntary Dismissal *as to Dough LLC* by Plaintiffs' Lead Counsel–Antitrust Tranche, Plaintiffs' Liaison Counsel (Furst, Rachel) (Entered: 08/24/2021) |
| 08/24/2021 | 394 | NOTICE of Voluntary Dismissal *as to tastyworks, Inc.* by Plaintiffs' Lead Counsel–Antitrust Tranche, Plaintiffs' Liaison Counsel (Furst, Rachel) (Entered: 08/24/2021) |
| 08/24/2021 | 395 | NOTICE of Voluntary Dismissal *as to Webull Financial LLC* by Plaintiffs' Lead Counsel–Antitrust Tranche, Plaintiffs' Liaison Counsel (Furst, Rachel) (Entered: 08/24/2021) |
| 08/24/2021 | 396 | ORDER Dismissing Without Prejudice Defendant, Open to the Public Investing, Inc. re 390 Antitrust Tranche Plaintiffs' Notice of Voluntary Dismissal. Signed by Chief Judge Cecilia M. Altonaga on 8/24/2021. *See attached document for full details.* (mc) (Entered: 08/24/2021) |
| 08/24/2021 | 397 | ORDER Dismissing Without Prejudice Defendant, Ally Financial Inc. re 391 Antitrust Tranche Plaintiffs' Notice of Voluntary Dismissal. Signed by Chief Judge Cecilia M. Altonaga on 8/24/2021. *See attached document for full details.* (mc) (Entered: 08/24/2021) |
| 08/24/2021 | 398 | ORDER Dismissing Without Prejudice Defendant, Alpaca Securities, LLC re 392 Antitrust Tranche Plaintiffs' Notice of Voluntary Dismissal. Signed by Chief Judge Cecilia M. Altonaga on 8/24/2021. *See attached document for full details.* (mc) (Entered: 08/24/2021) |
| 08/24/2021 | 399 | ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE–OUT. Signed by Chief Judge Cecilia M. Altonaga on 8/24/2021. *See attached document for full details.* (mc) (Entered: 08/24/2021) |
| 08/25/2021 | 400 | ORDER Dismissing Without Prejudice Defendant, Dough LLC re 393 Antitrust Tranche Plaintiffs' Notice of Voluntary Dismissal. Signed by Chief Judge Cecilia M. Altonaga on 8/25/2021. *See attached document for full details.* (mc) (Entered: 08/25/2021) |
| 08/25/2021 | 401 | ORDER Dismissing Without Prejudice Defendant, Tastyworks, Inc. re 394 Antitrust Tranche Plaintiffs' Notice of Voluntary Dismissal. Signed by Chief Judge Cecilia M. Altonaga on 8/25/2021. *See attached document for full details.* (mc) (Entered: 08/25/2021) |
| 08/25/2021 | 402 | ORDER Dismissing Without Prejudice Defendant, Webull Financial, LLC re 395 Antitrust Tranche Plaintiffs' Notice of Voluntary Dismissal. Signed by Chief Judge Cecilia M. Altonaga on 8/25/2021. *See attached document for full details.* (mc) (Entered: 08/25/2021) |
| 08/27/2021 | 403 | NOTICE of Voluntary Dismissal *as to SoFi Securities LLC* by Plaintiffs' Lead Counsel–Antitrust Tranche, Plaintiffs' Liaison Counsel (Furst, Rachel) (Entered: 08/27/2021) |
| 08/30/2021 | 404 | ORDER Dismissing Without Prejudice Defendant, SoFi Securities LLC re 403 Antitrust Tranche Plaintiffs' Notice of Voluntary Dismissal. Signed by Chief Judge Cecilia M. Altonaga on 8/30/2021. *See attached document for full details.* (mc) (Entered: 08/30/2021) |
| 08/30/2021 | 405 | MOTION to Dismiss with Prejudice 359 MDL Amended Complaint, by Apex Clearing Corporation. Responses due by 9/13/2021 (Attachments: # 1 Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 2 Exhibit 1 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 3 Exhibit 2 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 4 Exhibit 3 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 5 Exhibit 4 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 6 Exhibit 5 to |

| | | Declaration of Jack E. Pace III in Support of Motion to Dismiss)(Pace, Jack) (Entered: 08/30/2021) |
|---|---|---|
| 08/30/2021 | 406 | Defendant's MOTION TO DISMISS 359 MDL Amended Complaint, FOR FAILURE TO STATE A CLAIM *pertaining to the Robinhood Tranche* by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Responses due by 9/13/2021 (Attachments: # 1 Exhibit Robinhood Financial LLC and Robinhood Securities LLC Customer Agreement)(Danon, Samuel) (Entered: 08/30/2021) |
| 08/30/2021 | 407 | Defendant's MOTION TO DISMISS 388 MDL Amended Complaint,, FOR FAILURE TO STATE A CLAIM *pertaining to the Antitrust Tranche* by Apex Clearing Corporation, Citadel Securities, LLC, ETrade Financial Holdings, LLC, ETrade Securities LLC, Electronic Transaction Clearing, Inc., Interactive Brokers, LLC, PEAK6 Investments LLC, Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Responses due by 9/13/2021 (Danon, Samuel) (Entered: 08/30/2021) |
| 08/30/2021 | 408 | Corrected MOTION TO DISMISS 388 MDL Amended Complaint,, FOR FAILURE TO STATE A CLAIM *pertaining to the Antitrust Tranche* by Apex Clearing Corporation, Citadel Securities, LLC, ETrade Financial Holdings, LLC, ETrade Securities LLC, Electronic Transaction Clearing, Inc., Interactive Brokers, LLC, PEAK6 Investments LLC, Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Responses due by 9/13/2021 (Danon, Samuel) (Entered: 08/30/2021) |
| 09/21/2021 | 409 | First MDL AMENDED COMPLAINT *Consolidated Class Action Complaint* against Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC, filed by Plaintiffs' Lead Counsel, Plaintiffs' Lead Counsel–Robinhood Tranche. (Attachments: # 1 Exhibit A. RH Customer Agreement, # 2 Exhibit B. Customer Relationship Summary)(Furst, Rachel) (Entered: 09/21/2021) |
| 09/21/2021 | 410 | Amended MDL AMENDED COMPLAINT *Consolidated Class Action Complaint as to Other Broker Tranche* against Apex Clearing Corporation, filed by Plaintiffs' Lead Counsel–Other Broker Tranche, Plaintiffs' Liaison Counsel.(Furst, Rachel) (Entered: 09/21/2021) |
| 09/21/2021 | 411 | (STRICKEN per DE 415 ) Corrected MDL AMENDED COMPLAINT *Corrected Consolidated Class Action Complaint (Partially Redacted)* against Ally Financial Inc., Alpaca Securities, LLC, Apex Clearing Corporation, Citadel Securities, LLC, Dough LLC, ETrade Financial Holdings, LLC, ETrade Securities LLC, Electronic Transaction Clearing, Inc., Interactive Brokers, LLC, Open to the Public Investing, Inc., PEAK6 Investments LLC, Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC, SoFi Securities LLC, Tastyworks, Inc., Webull Financial, LLC, filed by Plaintiffs' Lead Counsel–Antitrust Tranche.(Saveri, Joseph) Modified text on 9/23/2021 (mc). (Entered: 09/21/2021) |
| 09/21/2021 | 412 | ORDER SETTING STATUS CONFERENCE: Status Conference set for 9/23/2021 at 8:30 AM in Miami Division before Chief Judge Cecilia M. Altonaga. The parties should be prepared to discuss case management and scheduling issues, particularly with respect to Plaintiffs' recently–filed Amended Consolidated Class Action Complaints 409 , 410 . Signed by Chief Judge Cecilia M. Altonaga on 9/21/2021. *See attached document for full details.* (wc) (Entered: 09/21/2021) |
| 09/21/2021 | 413 | RESPONSE to Motion re 408 Corrected MOTION TO DISMISS 388 MDL Amended Complaint,, FOR FAILURE TO STATE A CLAIM *pertaining to the Antitrust Tranche Antitrust Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint* filed by Plaintiffs' Lead Counsel–Antitrust Tranche. Replies due by 9/28/2021. (Saveri, Joseph) (Entered: 09/21/2021) |
| 09/22/2021 | 414 | PAPERLESS NOTICE re 412 Order Setting Status Conference for Thursday, September 23, 2021 at 8:30 a.m. before Chief Judge Cecilia M. Altonaga. Please note the Zoom login information below: https://www.zoomgov.com/j/1607698333?pwd=L1ozS25LK2hScHVDMHV3YVZ6a0RPdz09 Meeting ID: 160 769 8333 Passcode: 161498 |

| | | |
|---|---|---|
| | | (wc) (Entered: 09/22/2021) |
| 09/22/2021 | 415 | NOTICE of Striking 411 MDL Amended Complaint,, filed by Plaintiffs' Lead Counsel–Antitrust Tranche by Plaintiffs' Lead Counsel–Antitrust Tranche (Saveri, Joseph) (Entered: 09/22/2021) |
| 09/22/2021 | 416 | Corrected MDL AMENDED COMPLAINT *Corrected Consolidated Class Action Complaint (Partially Unredacted)* against Ally Financial Inc., Alpaca Securities, LLC, Apex Clearing Corporation, Citadel Securities, LLC, Dough LLC, ETrade Financial Holdings, LLC, ETrade Securities LLC, Electronic Transaction Clearing, Inc., Interactive Brokers Corp, Open to the Public Investing, Inc., PEAK6 Investments LLC, Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC, SoFi Securities LLC, Tastyworks, Inc., Webull Financial, LLC, filed by Plaintiffs' Lead Counsel–Antitrust Tranche.(Saveri, Joseph) (Entered: 09/22/2021) |
| 09/23/2021 | 417 | PAPERLESS Minute Entry for proceedings held before Chief Judge Cecilia M. Altonaga: Status Conference held on 9/23/2021. Total time in court: 0 hour(s) : 10 minutes. Attorney Appearance(s): Natalia Maria Salas, Peter G.A. Safirstein, Kevin J. Orsini, Court Reporter: Stephanie McCarn, 305–523–5518 / Stephanie_McCarn@flsd.uscourts.gov. With respect to the Robinhood and Other Broker Tranches: Motions to Dismiss due 10/15/21; Responses due 11/5/21; Replies due 11/19/21. Defendants' request for an additional 10 pages of briefing is granted. With respect to the Antitrust Tranche, the Reply remains due 10/5/21. A post–hearing order will follow. (edr) (Entered: 09/23/2021) |
| 09/23/2021 | 418 | ORDER denying as moot 405 Defendant Apex Clearing Corporation's Rule 12 Motion to Dismiss Plaintiffs' Consolidated Robinhood and Other Broker Tranche Class Action Complaint; denying as moot 406 Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC's Motion to Dismiss the Robinhood Tranche Complaint. Defendants in each Tranche shall file a joint motion to dismiss on or before October 15, 2021; the two motions shall be no more than 50 pages each. Signed by Chief Judge Cecilia M. Altonaga on 9/23/2021. *See attached document for full details.* (wc) (Entered: 09/23/2021) |
| 10/05/2021 | 419 | Defendant's REPLY to 413 Response to Motion, re Corrected MOTION TO DISMISS 388 MDL Amended Complaint,, FOR FAILURE TO STATE A CLAIM *pertaining to the Antitrust Tranche* by Apex Clearing Corporation, Citadel Securities, LLC, ETrade Financial Holdings, LLC, ETrade Securities LLC, Electronic Transaction Clearing, Inc., Interactive Brokers, LLC, PEAK6 Investments LLC, Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Danon, Samuel) (Entered: 10/05/2021) |
| 10/14/2021 | 420 | ORDER denying 365 MOTION to Appoint Lead Plaintiff ; granting 366 MOTION to Appoint Lead Plaintiff ; granting 366 MOTION to Appoint Lead Counsel Rosen Law Firm. Pursuant to 15 U.S.C. § 78u–4(a)(3)(B), Blue Laine–Beveridge is appointed to serve as Lead Plaintiff in this action, and the Rosen Law Firm is approved as Lead Counsel. To better manage the orderly progress of the case, it is ORDERED that Lead Counsel in the federal securities actions shall confer and file a joint status report on or before October 22, 2021, proposing procedural and/or other next steps the Court should take to ensure the just and efficient disposition of the federal securities cases in this MDL. Signed by Chief Judge Cecilia M. Altonaga on 10/14/2021. *See attached document for full details.* (pes) (Entered: 10/15/2021) |
| 10/15/2021 | 421 | Defendant's MOTION TO DISMISS 409 MDL Amended Complaint, FOR FAILURE TO STATE A CLAIM *pertaining to the Robinhood Tranche* by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Responses due by 10/29/2021 (Danon, Samuel) (Entered: 10/15/2021) |
| 10/15/2021 | 422 | MOTION to Dismiss with Prejudice 410 MDL Amended Complaint by Apex Clearing Corporation. Responses due by 10/29/2021 (Attachments: # 1 Declaration of Jack E. Pace III in Support of Apex Motion to Dismiss the Amended Other Broker Tranche Complaint Pursuant to Rules 12(B)(1) and 12(B)(6), # 2 Exhibit 1 to Declaration of Jack E. Pace in Support of Motion to Dismiss, # 3 Exhibit 2 to Declaration of Jack E. Pace in Support of Motion to Dismiss, # 4 Exhibit 3 to Declaration of Jack E. Pace in Support of Motion to Dismiss, # 5 Exhibit 4 to Declaration of Jack E. Pace in Support of Motion to Dismiss, # 6 Exhibit 5 to Declaration of Jack E. Pace in Support of Motion to Dismiss, # 7 Exhibit 6 to Declaration of Jack E. Pace in Support of Motion to Dismiss, # 8 Exhibit 7 to Declaration of Jack E. Pace in Support of Motion to Dismiss)(Pace, Jack) (Entered: 10/15/2021) |

| 10/21/2021 | 423 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Rebecca A. Peterson (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 10/21/2021) |
|---|---|---|
| 10/21/2021 | 424 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Robin Bronzaft Howald (NEF sent to Attorney Admissions (ATTYADM)) (mc) Modified to correct last name on 10/21/2021 (mc). (Entered: 10/21/2021) |
| 10/21/2021 | 425 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Robert K. Shelquist (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 10/21/2021) |
| 10/22/2021 | 426 | MOTION to Withdraw as Attorney by Janet Jones–Duffey for / by E Trade Financial Corp, ETrade Financial Holdings, LLC, ETrade Securities LLC, Morgan Stanley Smith Barney LLC. Responses due by 11/5/2021 (Attachments: # 1 Text of Proposed Order)(Homer, Peter) (Entered: 10/22/2021) |
| 10/22/2021 | 427 | ORDER granting 426 Motion to Withdraw Appearance. Attorney Janet Jones–Duffey representing E Trade Financial Corp (Consol Defendant), ETrade Financial Holdings, LLC (Consol Defendant), Morgan Stanley Smith Barney LLC (Consol Defendant), and ETrade Securities LLC (Consol Defendant) withdrawn from case. Signed by Chief Judge Cecilia M. Altonaga on 10/22/2021. *See attached document for full details.* (mc) (Entered: 10/22/2021) |
| 10/22/2021 | 428 | STATUS REPORT *(Joint Status Report and Proposed Scheduling Order)* by Blue Laine–Beveridge (Rosen, Laurence) (Entered: 10/22/2021) |
| 10/22/2021 | 429 | Notice of Supplemental Authority re 413 Response to Motion, *Antitrust Plaintiffs' Notice of Supplemental Authority in Support of Opposition to Defendants' Motion to Dismiss the Complaint* by Plaintiffs' Lead Counsel–Antitrust Tranche (Attachments: # 1 Exhibit A) (Saveri, Joseph) (Entered: 10/22/2021) |
| 10/25/2021 | 431 | ORDER re 428 Joint Status Report. The Lead Plaintiff shall file a master complaint on or before November 30, 2021. Defendants shall file responses to the Lead Plaintiff's master complaint on or before January 7, 2022. If Defendants file a motion to dismiss, the Lead Plaintiff's response in opposition shall be filed by January 28, 2022. Defendants' reply to Lead Plaintiff's response shall be filed by February 11, 2022. A protective order governing confidential information and materials shall be filed by November 23, 2021. Signed by Chief Judge Cecilia M. Altonaga on 10/25/2021. *See attached document for full details.* (mc) (Entered: 10/26/2021) |
| 10/26/2021 | 430 | Notice of Supplemental Authority re 408 Corrected MOTION TO DISMISS 388 MDL Amended Complaint,, FOR FAILURE TO STATE A CLAIM *pertaining to the Antitrust Tranche Defendant Citadel Securities LLC's Notice of Supplemental Authority in Support of Defendants' Motion to Dismiss the Antitrust Tranche Complaint* by Citadel Securities, LLC (Attachments: # 1 Exhibit A – SEC Report) (O'Sullivan, John) (Entered: 10/26/2021) |
| 10/26/2021 | 432 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Alexander N. Loftus (NEF sent to Attorney Admissions (ATTYADM)) (mc) (Entered: 10/26/2021) |
| 11/04/2021 | 433 | MOTION to Strike 430 Notice of Supplemental Authority, *Antitrust Plaintiffs' Motion to Strike Defendant Citadel Securities LLC's Notice of Supplemental Authority in Support of Defendants' Motion to Dismiss the Antitrust Tranche Complaint* by Plaintiffs' Lead Counsel–Antitrust Tranche. Responses due by 11/18/2021 (Saveri, Joseph) (Entered: 11/04/2021) |
| 11/05/2021 | 434 | ORDER denying 433 Motion to Strike 430 Notice of Supplemental Authority, *Antitrust Plaintiffs' Motion to Strike Defendant Citadel Securities LLC's Notice of Supplemental Authority in Support of Defendants' Motion to Dismiss the Antitrust Tranch. Signed by Chief Judge Cecilia M. Altonaga on 11/5/2021. See attached document for full details. (ps1) (Entered: 11/05/2021)* |
| 11/05/2021 | 435 | RESPONSE in Opposition re 422 MOTION to Dismiss with Prejudice 410 MDL Amended Complaint filed by Plaintiffs' Lead Counsel–Other Broker Tranche, Plaintiffs' Liaison Counsel. Replies due by 11/12/2021. (Attachments: # 1 Appendix Declaration, # 2 Exhibit Decl. Ex. 1, # 3 Exhibit Decl. Ex. 2, # 4 Exhibit Decl. Ex. 3, # 5 Exhibit Decl. Ex. 4)(Furst, Rachel) (Entered: 11/05/2021) |

| | | |
|---|---|---|
| 11/05/2021 | 436 | RESPONSE in Opposition re 421 Defendant's MOTION TO DISMISS 409 MDL Amended Complaint, FOR FAILURE TO STATE A CLAIM *pertaining to the Robinhood Tranche* filed by Plaintiffs' Lead Counsel–Robinhood Tranche, Plaintiffs' Liaison Counsel. Replies due by 11/12/2021. (Furst, Rachel) (Entered: 11/05/2021) |
| 11/12/2021 | 437 | MOTION to Strike 430 Notice of Supplemental Authority, *Antitrust Plaintiffs' Motion to Strike Defendant Citadel Securities LLC's Notice of Supplemental Authority in Support of Defendants' Motion to Dismiss the Antitrust Tranche Complaint* by Plaintiffs' Lead Counsel–Antitrust Tranche. Responses due by 11/29/2021 (Saveri, Joseph) (Entered: 11/12/2021) |
| 11/17/2021 | 438 | ORDER denying 408 Defendants' Motion to Dismiss the Antitrust Tranche Complaint. The 416 MDL Amended Complaint is dismissed without prejudice. Plaintiffs have until 12/20/2021 to file their final amended complaint in the Antitrust Tranche of this Multidistrict Litigation. Denying as moot 437 Motion to Strike Defendant Citadel Securities LLC's Notice of Supplemental Authority. Signed by Chief Judge Cecilia M. Altonaga on 11/17/2021. *See attached document for full details.* (ps1) (Entered: 11/17/2021) |
| 11/19/2021 | 439 | REPLY in Support re 421 Defendant's MOTION TO DISMISS 409 MDL Amended Complaint, FOR FAILURE TO STATE A CLAIM *pertaining to the Robinhood Tranche* filed by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Danon, Samuel) Modified title text on 11/22/2021 (mc). (Entered: 11/19/2021) |
| 11/19/2021 | 440 | REPLY in Support re 422 MOTION to Dismiss with Prejudice 410 MDL Amended Complaint */Defendant Apex Clearing Corporation's Reply in Support of its Rule 12 Motion to Dismiss Plaintiffs' Amended Consolidated Other Broker Tranche Class Action Complaint* filed by Apex Clearing Corporation. (Attachments: # 1 Affidavit /Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 2 Exhibit 8 – SPAC's, GameStop and cyrpto Q&A with Apex, # 3 Exhibit 9 – French v. Bache Halsey USCFTC)(Pace, Jack) Modified title text on 11/22/2021 (mc). (Entered: 11/19/2021) |
| 11/23/2021 | 441 | STIPULATION *re ESI Protocol and Format of Productions* by Blue Laine–Beveridge (Rosen, Laurence) (Entered: 11/23/2021) |
| 11/23/2021 | 442 | STIPULATION *re Rule 502(d) and Privileged Materials Order* by Blue Laine–Beveridge (Rosen, Laurence) (Entered: 11/23/2021) |
| 11/23/2021 | 443 | STIPULATION *re Protective Order* by Blue Laine–Beveridge (Rosen, Laurence) (Entered: 11/23/2021) |
| 11/29/2021 | 444 | Unopposed MOTION for Extension of Time to file amended complaint in Antitrust Tranche by Plaintiffs' Lead Counsel–Antitrust Tranche, Plaintiffs' Liaison Counsel. Responses due by 12/13/2021 (Attachments: # 1 Text of Proposed Order)(Furst, Rachel) (Entered: 11/29/2021) |
| 11/30/2021 | 445 | ORDER granting 444 Motion for Extension of Time. Amended Complaint due by 1/20/2022. Signed by Chief Judge Cecilia M. Altonaga on 11/30/2021. *See attached document for full details.* (ps1) (Entered: 11/30/2021) |
| 11/30/2021 | 446 | MDL AMENDED COMPLAINT against Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC, filed by Blue Laine–Beveridge, Santiago Gil Bohrquez, Brian Harbison, Abraham Huacuja, Garland Jr. Ragland, Brendan Clarke, Ava Bernard, Trevor Tarvis, Cecilia Rivas, Brandon Martin, Joseph Gurney. (Attachments: # 1 Exhibit A)(Rosen, Laurence) (Entered: 11/30/2021) |
| 12/20/2021 | 447 | MOTION to Withdraw as Attorney *for Plaintiffs Spencer Lybrook, Alec English, Michael Watson and Cody Hill* by Rachel Morowitz for / by Alec English, Cody Hill, Spencer Lybrook, Michael Watson. Responses due by 1/3/2022 (Attachments: # 1 Proposed Order)(Morowitz, Rachel) (Entered: 12/20/2021) |
| 12/20/2021 | 448 | ORDER granting 447 Motion to Withdraw Appearance. Rachel Morowitz representing Spencer Lybrook (Consol Plaintiff), Cody Hill (Consol Plaintiff), Alec English (Consol Plaintiff), and Michael Watson, (Consol Plaintiff); withdrawn from case. Signed by Chief Judge Cecilia M. Altonaga on 12/20/2021. *See attached document for full details.* (mc) (Entered: 12/21/2021) |
| 01/07/2022 | 449 | MOTION TO DISMISS 446 MDL Amended Complaint, FOR FAILURE TO STATE A CLAIM *pertaining to Federal Securities Tranche* by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Responses due by 1/21/2022 (Danon, Samuel) |

| | | |
|---|---|---|
| | | (Entered: 01/07/2022) |
| 01/10/2022 | 450 | ORDER granting 422 Defendant Apex Clearing Corporation's Rule 12 Motion to Dismiss Plaintiffs' Amended Consolidated Other Broker Tranche Class Action Complaint. The Amended Consolidated Class Action Complaint (ECF No. 410 ) is DISMISSED without prejudice. Plaintiffs in the Other Broker Tranche of this Multidistrict Litigation have until February 14, 2022 to file a final amended complaint. (Amended Complaint due by 2/14/2022). Signed by Chief Judge Cecilia M. Altonaga on 1/10/2022. *See attached document for full details.* (mc) (Entered: 01/10/2022) |
| 01/20/2022 | 451 | MDL AMENDED COMPLAINT *Amended Consolidated Class Action Complaint for the Antitrust Tranche* against Citadel Securities, LLC, Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC, filed by Plaintiffs' Lead Counsel–Antitrust Tranche.(Saveri, Joseph) (Entered: 01/20/2022) |
| 01/24/2022 | 452 | ORDER re 451 Amended Consolidated Class Action Complaint. Defendants shall file responses to the Amended Consolidated Class Action Complaint on or before February 18, 2022. If Defendants file a motion to dismiss, it shall be a combined motion that shall not exceed 40 pages. If Defendants file a motion to dismiss, Plaintiffs' response in opposition shall be filed by March 11, 2022 and shall be no more than 40 pages. Defendants' reply to Plaintiff's response shall be filed by March 25, 2022 and shall be no more than 20 pages. Signed by Chief Judge Cecilia M. Altonaga on 1/24/2022. *See attached document for full details.* (mc) (Entered: 01/24/2022) |
| 01/26/2022 | 453 | ORDER granting 421 Defendants' Motion to Dismiss the Robinhood Tranche Complaint. The Amended Consolidated Class Action Complaint (ECF No. 409 ) is dismissed with prejudice. Signed by Chief Judge Cecilia M. Altonaga on 1/26/2022. *See attached document for full details.* (mc) (Entered: 01/27/2022) |
| 01/28/2022 | 454 | RESPONSE in Opposition re 449 MOTION TO DISMISS 446 MDL Amended Complaint, FOR FAILURE TO STATE A CLAIM *pertaining to Federal Securities Tranche* filed by Ava Bernard, Santiago Gil Bohrquez, Joseph Gurney, Brian Harbison, Abraham Huacuja, Brandon Martin, Garland Jr. Ragland, Cecilia Rivas, Trevor Tarvis. Replies due by 2/4/2022. (Attachments: # 1 Exhibit A)(Rosen, Laurence) (Entered: 01/28/2022) |
| 02/11/2022 | 455 | REPLY to Response to Motion re 449 MOTION TO DISMISS 446 MDL Amended Complaint, FOR FAILURE TO STATE A CLAIM *pertaining to Federal Securities Tranche* filed by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Danon, Samuel) (Entered: 02/11/2022) |
| 02/18/2022 | 456 | MOTION TO DISMISS 451 MDL Amended Complaint, FOR FAILURE TO STATE A CLAIM *pertaining to the Antitrust Tranche* by Citadel Securities, LLC, Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Responses due by 3/4/2022 (Attachments: # 1 Exhibit Comparison between ECF No. 416 and ECF No. 451)(Danon, Samuel) (Entered: 02/18/2022) |
| 02/28/2022 | 457 | Notice of Appeal as to 453 Order on Motion to Dismiss for Failure to State a Claim, by Joseph Daniluk, Cody Hill, Andrea Juncadella, Patryk Krasowski, Julie Moody, Plaintiffs' Lead Counsel–Robinhood Tranche, Plaintiffs' Liaison Counsel. Filing fee $ 505.00 receipt number AFLSDC–15433629. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (Attachments: # 1 Exhibit)(Furst, Rachel) (Entered: 02/28/2022) |
| 03/02/2022 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 457 Notice of Appeal. Notice has been electronically mailed. (hh) (Entered: 03/02/2022) |
| 03/07/2022 | 458 | Acknowledgment of Receipt of NOA from USCA re 457 Notice of Appeal, filed by Julie Moody, Cody Hill, Plaintiffs' Liaison Counsel, Plaintiffs' Lead Counsel–Robinhood Tranche, Joseph Daniluk, Andrea Juncadella, Patryk Krasowski. Date received by USCA: 3/2/22. USCA Case Number: 22–10669–F. (hh) (Entered: 03/07/2022) |
| 03/11/2022 | 459 | RESPONSE in Opposition re 456 MOTION TO DISMISS 451 MDL Amended Complaint, FOR FAILURE TO STATE A CLAIM *pertaining to the Antitrust Tranche* filed by Plaintiffs' Lead Counsel–Antitrust Tranche. Replies due by 3/18/2022. (Saveri, Joseph) (Entered: 03/11/2022) |

| | | |
|---|---|---|
| 03/14/2022 | 460 | TRANSCRIPT INFORMATION FORM by Plaintiffs' Lead Counsel–Robinhood Tranche, Plaintiffs' Liaison Counsel re 457 Notice of Appeal,,. No Transcript Requested. (Furst, Rachel) (Entered: 03/14/2022) |
| 03/24/2022 | 461 | MOTION to Withdraw as Attorney by Amir Alimehri for / by Patryk Krasowski, Nick Parker. Responses due by 4/7/2022 (Attachments: # 1 Text of Proposed Order)(Klafter, Jeffrey) (Entered: 03/24/2022) |
| 03/24/2022 | 462 | ORDER granting 461 Motion to Withdraw as Attorney. Amir Alimehri representing Krasowski, Patryk (Consol Plaintiff) and Parker, Nick (Consol Plaintiff) withdrawn from case. Signed by Chief Judge Cecilia M. Altonaga on 3/24/2022. *See attached document for full details.* (gp) (Entered: 03/25/2022) |
| 03/25/2022 | 463 | Defendant's REPLY to Response to Motion re 456 MOTION TO DISMISS 451 MDL Amended Complaint, FOR FAILURE TO STATE A CLAIM *pertaining to the Antitrust Tranche* filed by Citadel Securities, LLC, Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Danon, Samuel) (Entered: 03/25/2022) |
| 03/31/2022 | 464 | MOTION to Withdraw as Attorney by Luke Jacobs for / by Michael D Scalia. Responses due by 4/14/2022 (Attachments: # 1 Text of Proposed Order)(Snyder, Marguerite) (Entered: 03/31/2022) |
| 04/01/2022 | 465 | ORDER granting 464 Motion to Withdraw as Attorney. Luke Thomas Jacobs representing Scalia, Michael D (Consol Plaintiff) withdrawn from case. Signed by Chief Judge Cecilia M. Altonaga on 4/1/2022. *See attached document for full details.* (pes) (Entered: 04/01/2022) |
| 04/05/2022 | 466 | MOTION to Withdraw as Attorney by Anupama K. Reddy for / by Plaintiffs' Lead Counsel–Antitrust Tranche. Responses due by 4/19/2022 (Attachments: # 1 Proposed Order Granting Motion to Withdraw Appearance)(Reddy, Anupama) (Entered: 04/05/2022) |
| 04/06/2022 | 467 | ORDER granting 466 Motion to Withdraw as Attorney. Anupama Reddy representing Cheng, Shane (Consol Plaintiff) and Sterling, Terell (Consol Plaintiff) withdrawn from case. Signed by Chief Judge Cecilia M. Altonaga on 4/6/2022. *See attached document for full details.* (pes) (Entered: 04/07/2022) |
| 05/05/2022 | 468 | MOTION to Withdraw as Attorney by Gustavo J. Membiela for / by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Responses due by 5/19/2022 (Attachments: # 1 Text of Proposed Order)(Membiela, Gustavo) (Entered: 05/05/2022) |
| 05/09/2022 | 469 | ORDER granting 468 Motion to Withdraw as Attorney. Gustavo Javier Membiela representing Robinhood Financial LLC (Consol Defendant) and Robinhood Securities, LLC (Consol Defendant) and Robinhood Markets, Inc. (Consol Defendant); withdrawn from case. Signed by Chief Judge Cecilia M. Altonaga on 5/9/2022. *See attached document for full details.* (pes) (Entered: 05/10/2022) |
| 05/12/2022 | 470 | ORDER granting 456 Motion to Dismiss the Amended Antitrust Tranche Complaint. The Amended Consolidated Class Action Complaint, ECF No. 451 , is DISMISSED. Signed by Chief Judge Cecilia M. Altonaga on 5/12/2022. *See attached document for full details.* (pes) (Entered: 05/13/2022) |
| 05/19/2022 | 471 | NOTICE by Plaintiffs' Lead Counsel–Robinhood Tranche *of Filing Order by Eleventh Circuit Court of Appeals Granting Plaintiff's Motion to Amend the Amended Complaint* (Attachments: # 1 Exhibit A– Order Granting Appellants' Motion to Amend Jurisdictional Pleadings, # 2 Exhibit B– Robinhood Tranche Amended Consolidated Class Action Complaint (Amended on Appeal)) (Salas, Natalia) (Entered: 05/19/2022) |
| 05/23/2022 | 472 | NOTICE of Change of Address, Email or Law Firm Name by Stuart Neil Chelin (pes) (Entered: 05/24/2022) |
| 05/31/2022 | 473 | NOTICE of Change of Address, Email or Law Firm Name by Marc H. Edelson (pes) (Entered: 06/01/2022) |
| 06/01/2022 | 474 | Notice of Appeal as to 470 Order on Motion to Dismiss for Failure to State a Claim, by Plaintiffs' Lead Counsel–Antitrust Tranche. Filing fee $ 505.00 receipt number BFLSDC–15683778. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (Attachments: # 1 Exhibit A)(Saveri, Joseph) (Entered: |

| | | |
|---|---|---|
| | | 06/01/2022) |
| 06/02/2022 | 475 | TRANSFER ORDER transferring case to the Southern District of Florida re: MDL 2989 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to the Honorable Honorable Cecilia M. Altonaga. (Signed by Karen K. Caldwell). (pes) (Entered: 06/02/2022) |
| 06/03/2022 | | Transmission of Notice of Appeal, Order under appeal and Docket Sheet to US Court of Appeals re 474 Notice of Appeal, Notice has been electronically mailed. (apz) (Entered: 06/03/2022) |
| 06/08/2022 | 476 | MDL Transfer In Case Receipt from District of Southern District of New York. Case Number 1:22–cv–01233 with documents 1–18. Assigned FLSD Case Number 1:22–cv–21747–CMA. Re: FLSD MDL Case Number 1:21–md–02989–CMA. Clerks Note: JPML notified (pes) (Entered: 06/08/2022) |
| 06/08/2022 | 477 | ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE–OUT. Signed by Chief Judge Cecilia M. Altonaga on 6/8/2022. *See attached document for full details.* (pes) (Entered: 06/09/2022) |
| 06/09/2022 | 478 | ORDER Re: 475 TRANSFER ORDER transferring 1:22–cv–01233 (S.D.N.Y. 2022), to this Court for consolidated pretrial proceedings. ( Amended Complaint due by 6/10/2022.) Plaintiffs, Erik Chavez and Peter Jang, shall file Complaint on the MDL docket on or before June 10, 2022. Defendant, Apex Clearing Corporation shall file its response to the Complaint on or before June 17, 2022. Signed by Chief Judge Cecilia M. Altonaga on 6/8/2022. *See attached document for full details.* (pes) (Entered: 06/09/2022) |
| 06/10/2022 | 479 | NOTICE by Erik Chavez, Peter Jang *of Filing of Complaint in MDL Docket Pursuant to Court Order of June 8, 2022 [ECF 478] together with Exhibit A (Complaint).* Attorney Gary S. Graifman added to party Erik Chavez(pty:conpla), Attorney Gary S. Graifman added to party Peter Jang(pty:conpla). (Graifman, Gary) (Entered: 06/10/2022) |
| 06/13/2022 | 480 | MOTION for Leave to File Excess Pages / *Defendant Apex Clearing Corporation's Motion for Expansion of Page Limitations for Briefing on Its Motion to Dismiss Plaintiffs Chavez and Jang's Class Action Complaint* by Apex Clearing Corporation. (Attachments: # 1 Text of Proposed Order)(Pace, Jack) (Entered: 06/13/2022) |
| 06/13/2022 | 481 | ORDER: Plaintiffs Erik Chavez and Peter Jang shall file an amended complaint clarifying their citizenship by June 15, 2022. Failure to do so will result in dismissal without prejudice without further notice. Signed by Chief Judge Cecilia M. Altonaga on 6/13/2022. *See attached document for full details.* (pes) (Entered: 06/14/2022) |
| 06/14/2022 | 482 | RESPONSE in Opposition re 480 MOTION for Leave to File Excess Pages / *Defendant Apex Clearing Corporation's Motion for Expansion of Page Limitations for Briefing on Its Motion to Dismiss Plaintiffs Chavez and Jang's Class Action Complaint* filed by Erik Chavez, Peter Jang. Replies due by 6/21/2022. (Graifman, Gary) (Entered: 06/14/2022) |
| 06/15/2022 | 483 | AMENDED COMPLAINT against Apex Clearing Corporation filed in response to Order Granting Motion for Leave, filed by Erik Chavez, Peter Jang.(Graifman, Gary) (Entered: 06/15/2022) |
| 06/15/2022 | 484 | ORDER denying as moot 480 Motion for Leave to File Excess Pages. Signed by Chief Judge Cecilia M. Altonaga on 6/15/2022. *See attached document for full details.* (pes) (Entered: 06/15/2022) |
| 06/15/2022 | 485 | TRANSCRIPT INFORMATION FORM by Plaintiffs' Lead Counsel–Antitrust Tranche re 474 Notice of Appeal,,. No Transcript Requested. (Saveri, Joseph) (Entered: 06/15/2022) |
| 06/15/2022 | 486 | NOTICE of Change of Address, Email or Law Firm Name by Peter G.A. Safirstein (Safirstein, Peter) (Entered: 06/15/2022) |
| 06/15/2022 | 487 | MOTION for Leave to File Excess Pages / *Defendant Apex Clearing Corporation's Motion and [Proposed] Order for Expansion of Page Limitations for Briefing on its Motion to Dismiss Plaintiffs Chavez and Jang's Amended Class Action Complaint [ECF No. 483]* by Apex Clearing Corporation. (Attachments: # 1 Text of Proposed Order)(Pace, Jack) (Entered: 06/15/2022) |
| 06/16/2022 | 488 | RESPONSE in Opposition re 487 MOTION for Leave to File Excess Pages / *Defendant Apex Clearing Corporation's Motion and [Proposed] Order for Expansion of Page Limitations for* |

| | | |
|---|---|---|
| | | *Briefing on its Motion to Dismiss Plaintiffs Chavez and Jang's Amended Class Action Complaint filed by Erik Chavez, Peter Jang. Replies due by 6/23/2022. (Graifman, Gary) (Entered: 06/16/2022)* |
| 06/16/2022 | 489 | ORDER re 483 Amended Complaint filed by Erik Chavez, Peter Jang; Apex Clearing Corporation response/answer due 6/22/2022. Signed by Chief Judge Cecilia M. Altonaga on 6/16/2022. *See attached document for full details.* (pes) (Entered: 06/17/2022) |
| 06/17/2022 | 490 | ORDER granting 487 Motion for Expansion of Page Limitations for Briefing on its Motion to Dismiss Plaintiffs Chavez and Jang's Amended Class Action Complaint. Signed by Chief Judge Cecilia M. Altonaga on 6/16/2022. *See attached document for full details.* (pes) (Entered: 06/17/2022) |
| 06/22/2022 | 491 | MOTION to Dismiss with Prejudice 483 Amended Complaint/Amended Notice of Removal by Apex Clearing Corporation. Responses due by 7/6/2022 (Attachments: # 1 Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 2 Exhibit 1 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 3 Exhibit 2 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 4 Exhibit 3 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 5 Exhibit 4 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 6 Exhibit 5 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 7 Exhibit 6 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 8 Exhibit 7 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 9 Exhibit 8 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 10 Exhibit 9 to Declaration of Jack E. Pace III in Support of Motion to Dismiss, # 11 Exhibit 10 to Declaration of Jack E. Pace III in Support of Motion to Dismiss)(Pace, Jack) (Entered: 06/22/2022) |
| 06/23/2022 | 492 | Acknowledgment of Receipt of NOA from USCA re 474 Notice of Appeal, filed by Plaintiffs' Lead Counsel–Antitrust Tranche. Date received by USCA: 6/3/22. USCA Case Number: 22–11873–F. (vjk) (Entered: 06/24/2022) |
| 06/28/2022 | 493 | NOTICE of Change of Address, Email or Law Firm Name by Sean Alexander Burstyn (Burstyn, Sean) (Entered: 06/28/2022) |
| 07/06/2022 | 494 | RESPONSE in Opposition re 491 MOTION to Dismiss with Prejudice 483 Amended Complaint/Amended Notice of Removal filed by Erik Chavez, Peter Jang. Replies due by 7/13/2022. (Attachments: # 1 Affidavit (Decl. of Peter Safirstein, Esq. In Opp. To Motion to Dismiss), # 2 Exhibit 1 To Safirstein Decl., # 3 Exhibit 2 To Safirstein Decl.)(Graifman, Gary) (Entered: 07/06/2022) |
| 07/12/2022 | 495 | MOTION for entry of a scheduling order re Amendment of Complaint by Ava Bernard, Santiago Gil Bohrquez, Brendan Clarke, Joseph Gurney, Brian Harbison, Abraham Huacuja, Blue Laine–Beveridge, Brandon Martin, Garland Jr. Ragland, Cecilia Rivas, Trevor Tarvis. (Attachments: # 1 Text of Proposed Order, # 2 Affidavit Declaration of Laurence M. Rosen in Support of Motion Requesting Entry of a Scheduling Order, # 3 Exhibit A)(Rosen, Laurence) (Entered: 07/12/2022) |
| 07/13/2022 | 496 | REPLY to Response to Motion re 491 MOTION to Dismiss with Prejudice 483 Amended Complaint/Amended Notice of Removal filed by Apex Clearing Corporation. (Pace, Jack) (Entered: 07/13/2022) |
| 07/20/2022 | 497 | NOTICE of Change of Address, Email or Law Firm Name by Gary S. Graifman (Graifman, Gary) (Entered: 07/20/2022) |
| 07/20/2022 | 498 | CLERK'S NOTICE – Attorney Admissions has not updated address information for attorney Gary Steven Graifman re 497 Notice of Change of Address, Email or Law Firm Name. Attorney has not followed the required procedures for updating their information with the Court. Attorney is instructed to go to their PACER account, Manage My Account, to complete the process of updating their information. See the Court's website for detailed instructions. www.flsd.uscourts.gov/updating–your–information. (cw) (Entered: 07/20/2022) |
| 07/26/2022 | 499 | RESPONSE in Opposition re 495 MOTION for entry of a scheduling order re Amendment of Complaint filed by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Replies due by 8/2/2022. (Danon, Samuel) (Entered: 07/26/2022) |
| 08/01/2022 | 500 | NOTICE of Change of Address, Email or Law Firm Name by Elizabeth Ann Brehm (Brehm, Elizabeth) (Entered: 08/01/2022) |

| 08/01/2022 | 501 | CLERK'S NOTICE – Attorney Admissions has updated the address for attorney Elizabeth Ann Brehm re 500 Notice of Change of Address, Email or Law Firm Name. (cw) (Entered: 08/01/2022) |
|---|---|---|
| 08/02/2022 | 502 | RESPONSE in Support re 495 MOTION for entry of a scheduling order re Amendment of Complaint filed by Ava Bernard, Santiago Gil Bohrquez, Brendan Clarke, Joseph Gurney, Brian Harbison, Abraham Huacuja, Blue Laine–Beveridge, Brandon Martin, Garland Jr. Ragland, Cecilia Rivas, Trevor Tarvis. (Rosen, Laurence) (Entered: 08/02/2022) |
| 08/10/2022 | 503 | ORDER granting in part 449 Motion to Dismiss the Securities Tranche Complaint. Count I's misrepresentation claim under 15 U.S.C. section 78i(a)(4) is DISMISSED. Signed by Chief Judge Cecilia M. Altonaga on 8/10/2022. *See attached document for full details.* (pes) (Entered: 08/11/2022) |
| 08/19/2022 | 504 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 446 MDL Amended Complaint, by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Attachments: # 1 Text of Proposed Order)(Danon, Samuel) (Entered: 08/19/2022) |
| 08/22/2022 | 505 | NOTICE by Ava Bernard, Santiago Gil Bohrquez, Brendan Clarke, Joseph Gurney, Brian Harbison, Abraham Huacuja, Blue Laine–Beveridge, Brandon Martin, Garland Jr. Ragland, Cecilia Rivas, Trevor Tarvis re 503 Order on Motion to Dismiss for Failure to State a Claim, *and Intent Not to Proceed* (Rosen, Laurence) (Entered: 08/22/2022) |
| 08/23/2022 | 506 | ORDER denying as moot 495 Motion Requesting Entry of a Scheduling Order Re: Amendment of Complaint. Signed by Chief Judge Cecilia M. Altonaga on 8/23/2022. *See attached document for full details.* (pes) (Entered: 08/23/2022) |
| 08/23/2022 | 507 | NOTICE of Change of Address, Email or Law Firm Name by Patrick Shanan Montoya (Montoya, Patrick) (Entered: 08/23/2022) |
| 08/24/2022 | 508 | ORDER granting 504 Motion for Extension of Time to File Response/Answer to a Complaint or Other Case Initiating Document. The deadline for Robinhood to file an Answer to Plaintiffs Federal Securities Tranche Complaint is extended to September 12, 2022. Signed by Chief Judge Cecilia M. Altonaga on 8/24/2022. *See attached document for full details.* (pes) (Entered: 08/25/2022) |
| 09/07/2022 | 509 | Pursuant to 11th Cir. R. 11–2 and 11th Cir. R. 11–3, the Clerk of the District Court for the Southern District of Florida certifies that the record is complete for purposes of this appeal re: 457 Notice of Appeal, Appeal No. 22–10669–JJ. The entire record on appeal is available electronically. (apz) (Entered: 09/07/2022) |
| 09/12/2022 | 510 | *Robinhood's* ANSWER and Affirmative Defenses to Complaint *(Federal Securities Tranche)* by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (Danon, Samuel) (Entered: 09/12/2022) |
| 09/22/2022 | 511 | ORDER REQUIRING SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES. Joint Scheduling Report and Certificates of Interested Parties due by 10/6/2022. Signed by Chief Judge Cecilia M. Altonaga on 9/22/2022. *See attached document for full details.* (wc) (Entered: 09/22/2022) |
| 10/03/2022 | 512 | MOTION to Withdraw as Attorney by Abraham Z. Melamed, Esq. for / by David Wieg. Attorney Caroline Hope Miller added to party David Wieg(pty:conpla). Responses due by 10/17/2022 (Attachments: # 1 Text of Proposed Order)(Miller, Caroline) (Entered: 10/03/2022) |
| 10/06/2022 | 513 | Corporate Disclosure Statement *and Certificate of Interested Persons* by Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC (Danon, Samuel) (Entered: 10/06/2022) |
| 10/06/2022 | 514 | Corporate Disclosure Statement *and Certificate of Interested Parties* by Ava Bernard, Santiago Gil Bohrquez, Brendan Clarke, Joseph Gurney, Brian Harbison, Abraham Huacuja, Blue Laine–Beveridge, Brandon Martin, Garland Jr. Ragland, Cecilia Rivas, Trevor Tarvis (Rosen, Laurence) (Entered: 10/06/2022) |
| 10/06/2022 | 515 | Joint SCHEDULING REPORT – **Rule 26(f)** by Ava Bernard, Santiago Gil Bohrquez, Brendan Clarke, Joseph Gurney, Brian Harbison, Abraham Huacuja, Blue Laine–Beveridge, Brandon Martin, Garland Jr. Ragland, Cecilia Rivas, Trevor Tarvis (Attachments: # 1 Exhibit |

| | | 1, # 2 Exhibit 2)(Rosen, Laurence) (Entered: 10/07/2022) |
|---|---|---|
| 10/07/2022 | 516 | ORDER granting 512 Motion to Withdraw as Attorney. Abraham Zev Wolf Melamed representing Wieg, David (Consol Plaintiff) withdrawn from case. Notice of Termination delivered by US Mail to Abraham Melamed. Signed by Chief Judge Cecilia M. Altonaga on 10/7/2022. *See attached document for full details.* (pes) (Entered: 10/11/2022) |
| 10/07/2022 | 517 | SCHEDULING ORDER Setting Trial and Pre–Trial Schedule: ( Trial set for 8/12/2024 in Miami Division before Chief Judge Cecilia M. Altonaga., Calendar Call set for 8/6/2024 at 9:00 AM in Miami Division before Chief Judge Cecilia M. Altonaga.), ORDER REFERRING CASE to Mediation. ( Mediation Deadline 3/29/2024.), ORDER REFERRING CASE to Magistrate Judge Melissa Damian for Discovery Matters. Signed by Chief Judge Cecilia M. Altonaga on 10/7/2022. *See attached document for full details.* (pes) <br><br> ***Pattern Jury Instruction Builder –*** To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 10/11/2022) |
| 10/15/2022 | 518 | MOTION to Withdraw as Attorney by Marguerite Snyder for / by Michael D Scalia. Responses due by 10/31/2022 (Weil, Ronald) (Entered: 10/15/2022) |
| 10/18/2022 | 519 | CERTIFICATE of Understanding re Electronic Filing in The Southern District of Florida for Gary R. Carlin (NEF sent to Attorney Admissions (ATTYADM)) (pes) (Entered: 10/18/2022) |
| 10/20/2022 | 520 | Pursuant to 11th Cir. R. 11–2 and 11th Cir. R. 11–3, the Clerk of the District Court for the Southern District of Florida certifies that the record is complete for purposes of this appeal re: 474 Notice of Appeal, Appeal No. 22–11873–DD. The entire record on appeal is available electronically. (apz) (Entered: 10/20/2022) |
| 10/26/2022 | 521 | Plaintiff's Certificate of Other Affiliates/Corporate Disclosure Statement by Aaron Kolysko, Timothy A. Nordeen (Carlin, Gary) (Entered: 10/26/2022) |
| 10/28/2022 | 522 | Request for Clerk to Appoint Mediator(Rosen, Laurence) (Entered: 10/28/2022) |
| 10/31/2022 | 523 | ORDER Scheduling Mediation before Robert A. Meyer. Mediation Hearing set for 5/17/2023 at 9:00 AM. Signed by Chief Judge Cecilia M. Altonaga on 10/31/2022. *See attached document for full details.* (pes) (Entered: 10/31/2022) |
| 12/01/2022 | 524 | PAPERLESS ORDER denying 518 Motion to Withdraw as Attorney due to the failure to supply a proposed order as is required by the Local Rules. Signed by Chief Judge Cecilia M. Altonaga (CMA) (Entered: 12/01/2022) |

# TAB 1

# Class Action Complaint
# *Cheng v. Ally Fin.*

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Christopher K.L. Young (State Bar No. 318371)
Anupama K. Reddy (State Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:  (415) 395-9940
Email:  jsaveri@saverilawfirm.com
          swilliams@saverilawfirm.com
          cyoung@saverilawfirm.com
          areddy@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs*
*Shane Cheng and Terell Sterling*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated, | Case No. |
| | CLASS ACTION COMPLAINT |
| Plaintiffs, | |
| v. | |
| | DEMAND FOR JURY TRIAL |
| ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SMITH BARNEY LLC; E*TRADE SECURITIES LLC; E*TRADE FINANCIAL CORPORATION; E*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE, LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD FINANCIAL, LLC; ROBINHOOD MARKETS, INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; FF TRADE REPUBLIC GROWTH, LLC ; TRADING 212 LTD.; | |

1    TRADING 212 UK LTD.;
     WEBULL FINANCIAL LLC;
2    FUMI HOLDINGS, INC.;
     STASH FINANCIAL, INC.;
3    BARCLAYS BANK PLC;
     CITADEL ENTERPRISE AMERICAS, LLC;
4    CITADEL SECURITIES LLC;
     MELVIN CAPITAL MANAGEMENT LP;
5    SEQUOIA CAPITAL OPERATIONS LLC;
     APEX CLEARING CORPORATION;
6    THE DEPOSITORY TRUST & CLEARING
     CORPORATION,
7
                    Defendants.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLASS ACTION COMPLAINT

# TABLE OF CONTENTS

Page(s)

INTRODUCTION ................................................................................................. 1

JURISDICTION AND VENUE ........................................................................... 3

PARTIES ............................................................................................................. 5

    A.    Plaintiff Shane Cheng ................................................................ 5

    B.    Plaintiff Terell Sterling ............................................................. 5

    C.    Brokerage Defendants .............................................................. 5

    D.    Fund Defendants .................................................................... 10

    E.    Clearinghouse Defendants ..................................................... 11

AGENTS AND CO-CONSPIRATORS ............................................................ 11

CLASS ALLEGATIONS .................................................................................. 12

FACTUAL ALLEGATIONS ............................................................................ 14

CLAIMS FOR RELIEF ................................................................................... 38

COUNT ONE .................................................................................................... 38

COUNT TWO ................................................................................................... 40

COUNT THREE ............................................................................................... 42

COUNT FOUR ................................................................................................. 43

COUNT FIVE ................................................................................................... 44

COUNT SIX ..................................................................................................... 45

COUNT SEVEN ............................................................................................... 46

COUNT EIGHT ................................................................................................ 47

COUNT NINE ................................................................................................... 48

PRAYER FOR JUDGMENT ........................................................................... 48

JURY TRIAL DEMANDED ............................................................................ 50

CLASS ACTION COMPLAINT

1    Plaintiffs Shane Chang and Terell Sterling, on behalf of themselves and all others similarly

2    situated, bring this Class Action Complaint against Defendants for violations of Section 1 of the

3    Sherman Act, 15 U.S.C. § 1, Section 16 of the Clayton Act, 15 U.S.C. § 26, state antitrust and consumer

4    protection laws, and the common law as follows:

5                                    **INTRODUCTION**

6         1.      This case is about individual investors (the "Retail Investors") who invested their hard-

7    earned money in the stock market and were stripped of the rights to control their investments due to a

8    large, overarching conspiracy to prevent the market from operating freely and to stop the Defendants

9    from hemorrhaging losses as a result of their highly speculative short selling strategies.

10        2.      Retail Investors or individual investors are non-professional investors that make

11   individual investments on their own behalf. Retail Investors purchase assets such as stocks, bonds,

12   securities, mutual funds, and exchange traded funds (ETFs). They execute their personal trades through

13   websites, apps and trading platforms provided by brokerage firms or other investment service providers.

14   Retail Investors tend to invest smaller amounts, in contrast as compared to institutional investors, and

15   have little ability to influence market prices or market dynamics on their own.

16        3.      Generally, Retail Investors pay brokerages a fee or commission for personal trades to

17   their brokerages.

18        4.      Some brokerages, like Defendant Robinhood, do not charge their investors a fee per

19   transaction, but instead earn revenue through rebates, kickbacks and other payments from market

20   makers like the Clearinghouse Defendants.

21        5.      Some individual investors are members of online financial discussion forums on Reddit,

22   Facebook, TikTok and elsewhere, where they are able to share and discuss their market research and

23   observations and help like-minded peers benefit from their research and potentially identify good

24   opportunities for investment.

25        6.      Based on their research, and observations, the Retail Investors, through stock

26   brokerages, including the Brokerage Defendants, purchased and invested in certain stocks—Gamestop

27   (GME), AMC Theaters (AMC), American Airlines (AAL), Bed Bath & Beyond (BBBY),

28   Blackberry (BB), Express (EXPR), Koss (KOSS) Naked Brand Group (NAKD), Nokia (NOK),

CLASS ACTION COMPLAINT

Sundial Growers Inc. (SNDL), Tootsie Roll Industries (TR), and Trivago NV (TRVG) (the "Relevant Securities")—that they believed would grow, increase in price and serve as good investment opportunities.

7.     Several large hedge funds and investment firms, including Citadel Enterprise Americas LLC, Citadel Securities LLC, Melvin Capital Management LP, and unnamed co-conspirators, acquired and possessed massive "short" positions in the Relevant Securities.

8.     "Short" sellers borrow shares or other interests in corporate stock, securities, or other assets. In so doing, they bet that prices of the securities will decrease. If the stock prices in fact drop, a short seller buys the stock back at a lower price and returns it to the lender. The difference between the sell price and the buy price is the profit. Short sellers essentially bet on a stock's failure or decline rather than its success or increase.

9.     The Fund Defendants and other unnamed co-conspirators made short selling investments in the Relevant Securities. In so doing, they made highly speculative bets. When the Relevant Securities increased in value, due in large part to Retail Investors purchasing the Relevant Securities and increasing stock prices, the Fund Defendants, Clearinghouse Defendants and unnamed co-conspirators were exposed to potential losses of several billion dollars.

10.     As Retail Investors and others continued to purchase the Relevant Securities, the Fund Defendants, Clearinghouse Defendants and unnamed co-conspirators were caught in a classic "short squeeze." A "short squeeze" occurs when a stock or other asset rises sharply in value, distressing short positions. Short selling investors are faced with a rapid increase in the shorted asset's value, exposing the short seller to increased and theoretically limitless loss. As the price of the asset rises, short sellers may face pressure to buy back stock to exit their short positions to mitigate their potential losses. In the absence of intervention, as short sellers exit their short positions to buy back stocks to cover their shorts, the purchase of stock further increases the price of the stock.

11.     The Brokerage Defendants, Fund Defendants and Clearinghouse Defendants (together the "Defendants") conspired to prevent the Retail Investors from buying any further stock and forcing Retail Investors to sell their Relevant Securities to artificially suppress stock prices of the Relevant Securities.

CLASS ACTION COMPLAINT

12.     On January 27, 2021, after the close of the stock market and before the open of the market the next day, the Fund Defendants coordinated and planned increased short volumes in anticipation of short calls on January 28, 2021.

13.     The Brokerage Defendants—that operate through websites and mobile applications— disabled all buy features on their platforms and thereby left the Retail Investors with no choice but to sell or hold their rapidly dwindling stocks. The Brokerage Defendants did so to ensure that the stock prices for the Relevant Securities go down in furtherance of the conspiracy. Other Brokerage Defendants displayed loading graphics on the landing pages for these Relevant Securities to prevent users from purchasing any more Relevant Securities. Plaintiffs and Class members, faced with an imminent decrease in the price of their positions in the Relevant Securities due to the inability of Retail Investors to purchase shares, were induced to sell their shares in the Relevant Securities at a lower price than they otherwise would have. Additionally, Class members that would have purchased more stock in the Relevant Securities given the upward trend in price could not do so.

14.     By doing so, the Defendants and their co-conspirators forced Retail Investors to choose between selling the Relevant Securities at a lower price or holding their rapidly declining positions in the Relevant Securities. Defendants did so to drive the price of the Relevant Securities down.

15.     Defendants and their co-conspirators conspired to prevent the Retail investors from buying further stock in order to mitigate the Fund Defendants' exposure in their short positions. By forcing the Retail Investors to sell their Relevant Securities at lower prices than they otherwise would have, Defendants artificially reduced the value of the Relevant Securities that Retail Investors either sold or held on to.

## JURISDICTION AND VENUE

16.     Plaintiffs bring this action on their own behalf as well on behalf of the members of the Class to recover damages, including treble damages, costs of suit, and reasonable attorneys' fees arising from Defendants' violations of Section 1 of the Sherman Act, 15 U.S.C. § 1, Section 16 of the Clayton Act, 15 U.S.C. § 26, as well as any and all equitable relief afforded to them under the federal laws pleaded herein.

CLASS ACTION COMPLAINT

17.     This Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 because the case arises under the Constitution, laws, or treaties of the United States.

18.     This Court also has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1332(d) and 1367, in that (a) this is a class action in which the matter or controversy exceeds the sum of $5,000,000, exclusive of interest and costs, and in which some members of the proposed Class are citizens of a state different from some defendants; and (b) Plaintiffs' state law claims form part of the same case or controversy as their federal claims under Article III of the United States Constitution.

19.     Jurisdiction and venue are proper in this judicial District pursuant to 28 U.S.C. § 1391(b), (c) and (d), because a substantial part of the events giving rise to Plaintiffs' claims occurred in this District, a substantial portion of the affected interstate trade and commerce was carried out in this District, and one or more of the Defendants reside in this District or are licensed to do business in this District. Each Defendant has transacted business, maintained substantial contacts, or committed overt acts in furtherance of the illegal scheme and conspiracy throughout the United States, including in this District. The conspiracy occurred in this judicial District. The conspiracy has been directed at, and has had the intended effect of, causing injury to persons residing in, located in, or doing business throughout the United States, including in this District.

20.     This Court has personal jurisdiction over each Defendant because, each Defendant: (a) transacted business throughout the United States, including in this District; (b) transacted in substantial amounts of the Relevant Securities throughout the United States; (c) had substantial contacts with the United States, including this District; and/or (d) engaged in an antitrust conspiracy that was directed at and had a direct, foreseeable, and intended effect of causing injury to the business or property of persons residing in, located in, or doing business throughout the United States, including in this District.

21.     The activities of the Defendants and all co-conspirators—whether unnamed or as of yet unknown—as described herein, were within the flow of, were intended to, and did have direct, substantial, and reasonably foreseeable effects on the foreign and interstate commerce of the United States.

CLASS ACTION COMPLAINT

1

**PARTIES**

2

    **A.**    **Plaintiff Shane Cheng**

3

    22.    Plaintiff Shane Cheng is a resident of the State of California. Before January 28, 2021,

4

Plaintiff Cheng purchased and owned option contracts in Gamestop, AMC Theaters and Blackberry on

5

Robinhood and TD Ameritrade.

6

    23.    On January 28, 2021, Plaintiff Cheng attempted to purchase securities but was unable to

7

do so because Defendants had deactivated the "buy" features on their applications due to the

8

anticompetitive scheme.

9

    24.    Plaintiff Cheng was unable to search for the Relevant Securities on Defendant

10

Robinhood's platform on January 28, 2021.

11

    **B.**    **Plaintiff Terell Sterling**

12

    25.    Plaintiff Terell Sterling is a resident of the State of California. Before January 28, 2021,

13

Plaintiff Sterling purchased and owned stocks and option contracts in AMC Theaters, Blackberry,

14

Gamestop, Naked Brand Group, and Nokia on Robinhood and E*Trade. Plaintiff Sterling bought these

15

Relevant Securities with cash and not on margin.

16

    26.    On January 28, 2021 Plaintiff Sterling attempted to purchase the Relevant Securities on

17

Defendants Robinhood and E*Trade's web-based and mobile-based platforms but was prohibited from

18

doing so by the Defendants due the anticompetitive scheme.

19

    27.    On January 29, 2021, Plaintiff Sterling sold positions in Gamestop as a result of the

20

anticompetitive scheme.

21

    **C.**    **Brokerage Defendants**

22

    **a.**    **Defendant Ally Financial Inc.**

23

    28.    Defendant Ally Financial Inc. ("Ally") is a Delaware corporation, with its headquarters

24

located at Ally Detroit Center 500, Woodward Ave., Floor 10, Detroit, Michigan. Ally provides financial

25

services including an electronic trading platform to trade financial assets. Ally sold Relevant Securities

26

directly to members of the Class during the Class Period.

27

28

    CLASS ACTION COMPLAINT

**b. Defendant Alpaca Securities LLC**

29.     Defendant Alpaca Securities LLC ("Alpaca") is a Delaware corporation, with its headquarters at 20 N San Mateo Drive Suite 10, San Mateo, California. Alpaca provides financial services including an electronic trading platform to trade financial assets. Alpaca sold Relevant Securities directly to members of the Class during the Class Period.

**c. Defendant Cash App**

30.     Defendant Cash App Investing LLC ("Cash App Investing") is a Delaware corporation headquartered at 920, SW 6th Avenue Ste. 1200, Portland, Oregon. Cash App Investing is a wholly owned subsidiary of Square Inc. Cash App Investing provides financial services including an electronic trading platform to trade financial assets. Cash App Investing sold Relevant Securities directly to members of the Class during the Class Period. Square Inc. and Cash App Investing LLC are referred collectively as "Cash App."

31.     Defendant Square Inc. is a Delaware corporation with its headquarters located at 1455 Market Street, Suite 600, San Francisco, California.

**d. Defendant Dough**

32.     Defendant Dough LLC ("Dough") is a Delaware limited-liability corporation, with its headquarters located at 327 N. Aberdeen Street, Chicago, Illinois. Dough provides financial services including an electronic trading platform to trade financial assets. Dough sold Relevant Securities directly to members of the Class during the Class Period.

**e. Defendant E*Trade**

33.     Defendant Morgan Stanley Smith Barney LLC ("Morgan Stanley") is a Delaware limited-liability corporation and parent company of E*Trade, with its headquarters located at 1585 Broadway Avenue, New York, New York. Morgan Stanley is the owner and ultimate parent of E*Trade Securities LLC, E*Trade Financial Corporation, and E*Trade Financial Holdings. Morgan Stanley, E*Trade Securities LLC, E*Trade Financial Corporation, and E*Trade Financial Holdings are collectively referred to as "E*Trade."

34.     Defendant E*Trade Securities LLC is a Delaware limited-liability corporation, with its headquarters at 671 North Glebe Road, Ballston Tower, Arlington, Texas.

35.     Defendant E*Trade Financial Corporation is a Delaware corporation, with its headquarters at 671 North Glebe Road, Ballston Tower, Arlington, Texas.

36.     Defendant E*Trade Financial Holdings, LLC is a Delaware limited-liability corporation, with its headquarters at 671 North Glebe Road, Ballston Tower, Arlington, Texas.

### f.  Defendant eToro

37.     Defendant Etoro USA Securities, INC. ("eToro") is a Delaware corporation and owner of the application eToro, headquartered at 221 River St., 9th floor, Hoboken, New Jersey. eToro provides financial services including an electronic trading platform to trade financial assets. eToro sold Relevant Securities directly to members of the Class during the Class Period.

### g.  Defendant Freetrade

38.     Defendant Freetrade, Ltd. ("Freetrade") is a company incorporated in the United Kingdom, headquartered at 32-38 Leman Street, London, United Kingdom. Freetrade provides financial services including an electronic trading platform to trade financial assets. Freetrade sold Relevant Securities directly to members of the Class during the Class Period.

### h.  Defendant Interactive Brokers

39.     Defendant Interactive Brokers LLC ("Interactive Brokers") is a Delaware limited-liability corporation headquartered at 1 Pickwick Plaza, Greenwich, Connecticut. Interactive Brokers provides financial services including an electronic trading platform to trade financial assets. Interactive Brokers sold Relevant Securities directly to members of the Class during the Class Period.

### i.  Defendant M1 Finance

40.     Defendant M1 Finance, LLC ("M1 Finance") is a Delaware corporation headquartered at 200 North La Salle Street, Suite 800, Chicago, Illinois. M1 Finance provides financial services including an electronic trading platform to trade financial assets. M1 Finance sold Relevant Securities directly to members of the Class during the Class Period.

### j.  Defendant Public.com

41.     Defendant Open To The Public Investing, Inc. ("Public.com") is a New York corporation, headquartered at 1 State Street Plaza, 10th Floor, New York, New York. Public.com

provides financial services including an electronic trading platform to trade financial assets. Public.com sold Relevant Securities directly to members of the Class during the Class Period.

### k.  Defendant Robinhood

42.     Defendant Robinhood Markets, Inc. is a Delaware corporation with its principal place of business at 85 Willow Road, Menlo Park, California. Defendant Robinhood Markets, Inc. is the corporate parent of and controls the affairs of Defendants Robinhood Financial, LLC and Robinhood Securities, LLC.

43.     Defendant Robinhood Financial, LLC is a Delaware corporation with its principal place of business at 85 Willow Road, Menlo Park, California. It is a wholly- owned subsidiary of Robinhood Markets, Inc.

44.     Defendant Robinhood Securities, LLC is a Delaware corporation with its principal place of business at 500 Colonial Center Parkway, Suite 100, Lake Mary, Florida. It is a wholly owned subsidiary of Defendant Robinhood Markets, Inc. Defendant Robinhood Financial (collectively, with Robinhood Financial, LLC and Robinhood Markets, Inc. as "Robinhood").

45.     Robinhood provides financial services including an electronic trading platform to trade financial assets. Robinhood sold Relevant Securities directly to members of the Class during the Class Period.

### l.  Defendant Stash

46.     Defendant Barclays Bank PLC is a company incorporated in the United Kingdom, and headquartered at 745 7th Ave New York, New York. Barclays Bank PLC is the ultimate corporate parent of, and controls the affairs of Stash Financial, Inc.

47.     Defendant Stash Financial, Inc. ("Stash") is a Delaware corporation and owner of the application Stash, headquartered at 500 7th Avenue,18th Floor, New York, New York. Stash is a wholly-owned subsidiary of Barclays Bank PLC. Stash provides financial services including an electronic trading platform to trade financial assets. Stash sold Relevant Securities directly to members of the Class during the Class Period.

**m. Defendant Tastyworks**

48.     Defendant IG Group Holdings PLC is a Delaware public limited company and ultimate corporate parent of and controls the affairs Tastyworks, Inc., headquartered at 200 West Jackson Blvd., Suite 1450, Chicago, Illinois.

49.     Defendant Tastyworks, Inc. is a Delaware corporation and wholly-owned subsidiary of IG Group Holdings PLC, headquartered at 100 West Fulton Market Street, Suite 220, Chicago, Illinois (IG Holdings and Tastyworks, Inc. collectively, "Tastyworks").

50.     Tastyworks provides financial services including an electronic trading platform to trade financial assets. Tastyworks sold Relevant Securities directly to members of the Class during the Class Period.

**n. Defendant TD Ameritrade**

51.     Defendant The Charles Schwab Corporation is a Delaware corporation with its principal place of business at 211 Main Street, San Francisco, California. The Charles Schwab Corporation is the ultimate corporate parent of and controls the affairs of Charles Schwab & Co., Inc. and TD Ameritrade Inc.

52.     Defendant Charles Schwab & Co. Inc. is a California corporation with its principal place of business at 211 Main Street, San Francisco, California. Charles Schwab & Co. Inc. is a wholly owned subsidiary of The Charles Schwab Corporation.

53.     Defendant TD Ameritrade, Inc., is a New York corporation with its principal place of business in Illinois. As of October 2020, The Charles Schwab Corporation acquired TD Ameritrade, Inc. The Charles Schwab Corporation, Charles Schwab & Co., Inc. and TD Ameritrade, Inc. collectively, "TD Ameritrade." TD Ameritrade provides financial services including an electronic trading platform to trade financial assets. TD Ameritrade sold Relevant Securities directly to members of the Class during the Class Period.

**o. Defendant Trade Republic**

54.     Defendant FF Trade Republic Growth, LLC ("Trade Republic") is a Delaware corporation, headquartered at One Letterman Drive, Building D, 5th Floor, San Francisco, California. Trade Republic provides financial services including an electronic trading platform to trade financial

assets. Trade Republic sold Relevant Securities directly to members of the Class during the Class Period.

### p.  Defendant Trading 212

55.      Defendant Trading 212 Ltd. is a Bulgarian company headquartered at 3 Lachezar Stanchev Str., Litex Tower, Floor 10, Sofia 1797, Bulgaria. Trading 212 Ltd. is the ultimate corporate parent of and controls the affairs of Trading 212 UK Ltd.

56.      Defendant Trading 212 UK Ltd. is a company incorporated in the United Kingdom headquartered at 107 Cheapside, London, United Kingdom. Trading 212 UK Ltd. a wholly-owned subsidiary of Trading 212 Ltd. (Trading 212 Ltd. and Trading 212 UK Ltd. collectively, "Trading 212"). Trading 212 provides financial services including an electronic trading platform to trade financial assets. Trading 212 sold Relevant Securities directly to members of the Class during the Class Period.

### q.  Defendant WeBull

57.      Defendant Fumi Holdings, Inc. is a Chinese corporation. Fumi Holdings, Inc. and headquartered in Hunan, China. Fumi Holdings, Inc. is the corporate parent of, and controls the affairs of Webull Financial LLC.

58.      Defendant Webull Financial LLC ("WeBull") is a Delaware corporation and wholly-owned subsidiary of Fumi Holdings, Inc., headquartered at 44 Wall Street, Ste 501, New York, New York. WeBull is a wholly-owned subsidiary of Fumi Holdings, Inc. WeBull provides financial services including an electronic trading platform to trade financial assets. WeBull sold Relevant Securities directly to members of the Class during the Class Period.

### D.  Fund Defendants

### a.  Defendant Citadel

59.      Defendant Citadel Enterprise Americas LLC is a Delaware limited-liability corporation, headquartered at 131 South Dearborn Street, Chicago, Illinois. Citadel Enterprise Americas LLC is the corporate parent of, and controls the affairs of Citadel Securities LLC.

60.      Defendant Citadel Securities LLC is a Delaware limited-limited corporation, headquartered at 131 South Dearborn Street, Chicago, Illinois. Citadel Securities LLC is a wholly-

CLASS ACTION COMPLAINT

owned subsidiary of Citadel Enterprise Americas LLC. Citadel Enterprise Americas, LLC and Citadel Securities LLC collectively, "Citadel."

61.     Defendant Citadel took short positions in the Relevant Securities. Citadel actively participated in the conspiracy and the wrongful acts alleged herein.

**b.  Defendant Melvin Capital**

62.     Defendant Melvin Capital Management LP (hereinafter "Melvin Capital") is a Delaware limited partnership headquartered at 535 Madison Avenue, 22nd Floor, New York, New York.

63.     Defendant Melvin Capital took short positions in the Relevant Securities. Melvin Capital actively participated in the conspiracy and the wrongful acts alleged herein.

**c.  Defendant Sequoia**

64.     Defendant Sequoia Capital Operations LLC ("Sequoia") is a Delaware limited-liability corporation, headquartered at 2800 Sand Hill Road, Suite 101, Menlo Park, California.

65.     Defendant Sequoia actively participated in the conspiracy and the wrongful acts alleged herein.

**E.     Clearinghouse Defendants**

**a.  Defendant Apex**

66.     Defendant Apex Clearing Corporation ("Apex") is a New York corporation headquartered at One Dallas Center, 350 N. St. Paul, Suite 1300, Dallas, Texas.

67.     Defendant Apex participated in the conspiracy and the wrongful acts alleged herein.

**b.  Defendant Depository Trust & Clearing Corporation**

68.     Defendant The Depository Trust & Clearing Corporation ("DTCC") is a New York company headquartered at 55 Water Street, New York, New York.

69.     Defendant DTCC participated in the conspiracy and the wrongful acts alleged herein.

**AGENTS AND CO-CONSPIRATORS**

70.     The anticompetitive and unlawful acts alleged against the Defendants in this class action complaint were authorized, ordered or performed by the Defendants' respective officers, agents, employees, representatives, or shareholders while actively engaged in the management, direction, or control of the Defendants' businesses or affairs.

71. The Defendants' agents operated under the explicit and apparent authority of their principals.

72. Each Defendant, and its subsidiaries, affiliates and agents operated as a single unified entity.

73. Various persons and/or firms not named as Defendants herein may have participated as co-conspirators in the violations alleged herein and may have performed acts and made statements in furtherance thereof.

74. Each Defendant acted as the principal, agent, or joint venture of, or for other Defendants with respect to the acts, violations, and common course of conduct alleged herein.

## CLASS ALLEGATIONS

75. Plaintiffs bring this action for damages and injunctive relief on behalf of themselves and all others similarly situated as a class action pursuant to Rules 23(a), (b)(2) and (b)(3) of the Federal Rules of Civil Procedure, on behalf of the following Class:

> All persons or entities in the United States that directly purchased securities in GameStop Corp. (GME), AMC Entertainment Holdings Inc. (AMC), American Airlines Group Inc. (AAL), Bed Bath & Beyond Inc. (BBBY), BlackBerry Ltd. (BB), Express, Inc. (EXPR), Koss Corporation (KOSS), Naked Brand Group Ltd. (NAKD), Nokia Corp. (NOK), Sundial Growers Inc. (SNDL), Tootsie Roll Industries, Inc. (TR), or Trivago N.V. (TRVG) from one or more of the Defendants between January 1, 2021 through and until the anticompetitive effects of Defendants' unlawful conduct cease (the "Class Period").

76. This Class definition specifically excludes the following person or entities:

   a. Any of the Defendants named herein;

   b. Any of the Defendants' co-conspirators;

   c. Any of Defendants' parent companies, subsidiaries, and affiliates;

   d. Any of Defendants' officers, directors, management, employees, subsidiaries, affiliates, or agents;

   e. All governmental entities; and

   f. The judges and chambers staff in this case, as well as any members of their immediate families.

CLASS ACTION COMPLAINT

77.     Plaintiffs do not know the exact number of Class members, because such information is in the exclusive control of Defendants. Plaintiffs are informed and believe that, due to the nature of the trade and commerce involved, there are millions of Class members geographically dispersed throughout the United States and elsewhere, such that joinder of all Class members in the prosecution of this action is impracticable.

78.     Plaintiffs' claims are typical of the claims of their fellow Class members because Plaintiffs directly purchased stocks and instruments via the Brokerages. Plaintiffs and all Class members were damaged by the same wrongful conduct of Defendants as alleged herein, and the relief sought herein is common to all members of the Class.

79.     Plaintiffs will fairly and adequately represent the interests of the Class because they purchased the Relevant Securities directly from the one or more of the Defendants and have no conflicts with any other members of the Class. Furthermore, Plaintiffs have retained sophisticated and competent counsel who is experienced in prosecuting antitrust class actions, as well as other complex litigation.

80.     Numerous questions of law or fact common to the entire Class—including, but not limited to those identified below—arise from Defendants' anticompetitive and unlawful conduct:

     a.  whether Defendants combined or conspired with one another to artificially suppress prices for the Relevant Securities at any time during the Class Period to purchasers in the United States;

     b.  whether Defendants combined or conspired with one another to fix, raise, maintain, stabilize and/or suppress prices for Relevant Securities at any time during the Class Period to purchasers in the United States;

     c.  whether Defendants' conduct caused the prices of the Relevant Securities, sold or held by the Retail Investors in the United States at any time during the Class Period to be artificially fixed, suppressed, maintained or stabilized;

     d.  whether Plaintiffs and the other members of the Class were injured by Defendants' conduct and, if so, the appropriate Class-wide measure of damages; and

CLASS ACTION COMPLAINT

e.  whether Plaintiffs and other members of the Class are entitled to, among other things, injunctive relief, and, if so, the nature and extent of such relief.

81.    These and other questions of law and fact are common to the Class and predominate over any questions affecting the Class members individually.

82.    Defendants have acted on grounds generally applicable to the Class, thereby making final injunctive relief appropriate with respect to the Class as a whole. This class action is superior to alternatives, if any, for the fair and efficient adjudication of this controversy. Prosecuting the claims pleaded herein as a class action will eliminate the possibility of repetitive litigation. There will be no material difficulty in the management of this action as a class action.

83.    The prosecution of separate actions by individual Class members would create the risk of inconsistent or varying adjudications, establishing incompatible standards of conduct for Defendants.

**FACTUAL ALLEGATIONS**

84.    Retail Investors participate in online financial discussion forums, including but not limited to Reddit, Facebook, and TikTok. Through these forums, and elsewhere, Retail Investors are able to trade information about their market observations and help like-minded peers benefit from their research. During the Relevant Period, Retail Investors communicated and exchanges information regarding the Relevant Securities, among other things.

85.    Based on their research, the Retail Investors, through stockbrokers such as the Brokerage Defendants, invested in the Relevant Securities that they believed would increase in price and grow.

86.    The Fund Defendants and unnamed co-conspirators purchased and held "short" positions in the Relevant Securities. By the nature of the short positions, the Fund Defendants, the Clearinghouse Defendants and certain unnamed co-conspirators stood to benefit and substantially profit were the prices of the Relevant Securities to decrease. Short-selling is highly speculative. In a free and open market, there would be substantial financial risk that prices might increase causing the short sellers to cover the contract at a loss.

CLASS ACTION COMPLAINT

87.     The Fund Defendants, Clearinghouse Defendants and unnamed co-conspirators predicted incorrectly. The Relevant Securities grew in value, exposing the Defendant Funds and Clearing Houses to billions of dollars in losses.

88.     Rather than facing the consequences of their risky bets, the Fund Defendants, Clearinghouse Defendants and their co-conspirators entered into an agreement and conspiracy to prevent the market from operating, to prevent decrease in prices of the Relevant Securities, to avoid their own financial losses and to cause financial losses to Plaintiffs and the members of the Class.

*Background*

89.     Retail Investors or individual investors are non-professional investors that execute their personal trades through brokerage firms or investment accounts.

90.     Retail Investors discuss and exchange information regarding investments including the Relevant Securities on financial discussion forums on social networking sites like Reddit, Facebook, Twitter, TikTok and Discord.

91.     Many of the Brokerage Defendants represented to the Retail Investors that they were offering free brokerage services to facilitate fair trading in the stock market.

92.     The Brokerage Defendants are stockbrokers that run online platforms from which Plaintiffs and other Retail Investors directly purchase and sell securities during the Class Period.

93.     The Retail Investors identified as early as 2019, that Gamestop's (GME) stock value was lower than they expected it to be based on Gamestop's publicly available financial disclosures and future prospects.

94.     Gamestop for example, despite being a brick-and-mortar store specializing in video games that can now be downloaded from a person's home, possessed ample cash reserves, was regularly paying off its debts and was presented new opportunity with the release of the next generation of gaming platforms. Despite this, in 2019, Gamestop's stock was valued as low as $3 per share. Retail Investors correctly deduced that Gamestop was undervalued because large financial institutions had taken large short positions, essentially betting on Gamestop's failures. Due to Gamestop's low stock price, the Retailer Investors correctly determined Gamestop represented a good investment opportunity.

95.     In addition to Gamestop, Retail Investors invested in the other Relevant Securities based on their valuation and anticipated business performance. For example, Retail Investors invested in Nokia (NOK) because Nokia, which had historically focused its business on the manufacture and sale of mobile phone handsets, had been expanding in other industries, including investing in 5G communication networks, including towers and other infrastructure.

96.     Like other Retail Investors, Plaintiffs purchased "long" positions in these companies, including stocks, option contracts and other securities.

97.     In a free and open market, stock prices are determined by the laws of supply and demand as purchasers and sellers bid and ask stock prices. As more investors buy a certain stock, and bid up the stock's prices, the market price for the stock rises. Conversely, as investors sell stock, the stock price is bid down and the market price for the stock declines.

98.     If an investor has long positions, it means that the investor has bought and owns those shares of stocks (in contrast to a short position, where the investor owes those stocks to someone, but does not actually own them yet). Investors holding long positions generally own the stock with the expectation that it will rise in value and it will be worth more than they paid for it. When the investor sells a long position, the profit or loss from the same is the difference between the purchase price of the security and the sale price of the security.

99.     Retail Investors took long positions in the Relevant Securities with the expectation that the stock would increase in value, generally because they believed that the respective companies' business prospects were improving. Investors in the Relevant Securities generally believed they were good investment opportunities, and that prices of their securities would rise as can be expected when a market is operating freely, without fraud, conspiracy or manipulation.

100.     Institutional investors, including the Fund Defendants and unnamed co-conspirators, acquired massive "short" positions in the Relevant Securities.

101.     As indicated above, "short" sellers borrow shares of an asset that they believe will fall in price only to buy them after the asset depreciates in value. Short sellers essentially bet on an asset's failure rather than its success. Profit is made in the difference between the value lost at the time sold versus when the time when the short position is bought. For example, a short seller borrows a share of

CLASS ACTION COMPLAINT

Company X (for a fee) from a broker which is presently valued at $10. The short seller immediately sells the share and waits for the value of the share to drop. The share price then falls to $4. The short seller then purchases the share at the reduced value of $4 and returns it to the lender and earns the difference of $6. Short sales are often time limited. On the other hand, if the price of the share rises to $20, the short seller would need to purchase the share at $20 to return it to the lender, thereby incurring a loss of $10.

102.    To a short seller, the more a stock price increases, the greater the loss to the short seller. The theoretical loss to a short investor who predicts wrongly is potentially infinite. Should a short seller want to exit a short position in the face of rapidly increasing stock price, they must "buy back" the stock at the higher price to return to the institution they borrowed the share from. Risk from bad short selling investments is potentially ruinous and catastrophic.

103.    On the other hand, an investor who purchases a stock "long" is limited to a maximum loss of the price of an asset potentially decreasing to zero.

104.    Defendant Melvin Capital, for example, shorted approximately 140% of Gamestop's total stock. The practice of short selling more shares than exists is itself an illegal practice known as "naked shorting." In a "naked" short sale, a seller does not borrow or arrange to borrow the necessary securities in time to deliver them to the buyer within the standard three-day settlement period. Although abusive "naked" short selling is not defined in the federal securities laws, it refers generally to selling short without having stock available for delivery and intentionally failing to deliver stock within the standard three-day settlement period.

105.    As a result of Retail Investors purchasing long positions in the Relevant Securities, the stock price of these companies began to rise. As the value of the Relevant Securities increased, this resulted in a "short squeeze."

106.    A short squeeze occurs when a stock or other asset rises sharply in value, distressing short positions in the asset. A short squeeze therefore is when investors in short positions are faced with a rapid increase in the shorted asset's value, exposing the short seller to increased loss. As the price of the asset rises, short sellers may face pressure to buy back stock to exit their short positions to mitigate

their losses. In the absence of intervention, as short sellers exit their short positions to buy back stocks to cover their shorts, the purchase of stock further increases the price of the stock.

107.    For example, with regards to Gamestop, a popular Reddit user who also creates content on Youtube under the handle Roaring Kitty ("Roaring Kitty") had reason to believe that hedge funds had entered into these short positions with respect to Gamestop's stock. Based on his own financial analysis, Roaring Kitty determined that Gamestop was actually undervalued due to coordinated shorting of Gamestop by numerous funds and made an initial purchase of $50,000 of Gamestop stock and published his investments on the Reddit financial discussion forum WallStreetBets.

108.    WallStreetBets is a financial discussion forum on Reddit. WallStreetBets is characterized by a particular culture centered around discussion of financial investments and memes. Many users on WallStreetBets are sophisticated, financially savvy Retail Investors with business acumen.

109.    Roaring Kitty regularly updated and continued to publish information and analysis that Gamestop stocks were undervalued. In August 2020, Roaring Kitty posted an in-depth analysis of Gamestop's stock on his Youtube channel, walking his subscribers through his extensive analysis of the value proposition of the stock.

110.    Attention to Gamestop's stock was not limited to online financial communities and discussion forums. Dr. Michael Burry (who gained fame for his investment decisions in relation with correctly predicting the 2008 financial crisis as presented in the film *The Big Short*) and his investment firm Scion Asset Management, LLC spent nearly $15 million to purchase stock in Gamestop in 2019 at share prices between $2 and $4.20 per share for a 5% ownership position in Gamestop. Retail Investors took notice and Gamestop's price steadily increased.

111.    Ryan Cohen, the co-founder and former CEO of the pet e-commerce website Chewy.com, invested $76 million and acquired a 12.9% stake in Gamestop in 2020. Several Retail Investors were optimistic about Ryan Cohen's involvement in Gamestop, who joined the board of directors on January 11, 2021.

112.    Institutional investors, holding large short positions in Gamestop's stock and other Relevant Securities began to push back and attempted to message on media and elsewhere that the Relevant Securities were not as valuable as the Retail Investors thought. For example, on January 21,

CLASS ACTION COMPLAINT

2021, when Gamestop was valued at approximately $20 per share, Andrew Left, the founder of Citron Research, a capital research and investment firm, gave an interview explaining why he was shorting Gamestop.

113.    In response, Retail Investors further went long on Gamestop and other Relevant Securities. Given the operation of a free and open market, the prices of Gamestop and other Relevant Securities was bid up and prices increased. This exposed short sellers in those stocks, including the Fund Defendants, to substantial loses. It was a textbook short squeeze.

114.    On January 21, 2021, the Relevant Securities' stock prices increased substantially. For example, on January 8, 2021, Gamestop's stock was priced at $17.69 per share. On January 27, 2021, driven by investments from Retail Investors, Gamestop's stock closed at $347.51. Other Relevant Securities experienced similar increases.

115.    The figure below summarizes the prices of Gamestop's stock from December 28, 2020 through January 29, 2021.



CLASS ACTION COMPLAINT

116.    The figure below summarizes the prices of Nokia Corporation's stock from December 28, 2020 through January 29, 2021.



117.    The figure below summarizes the prices of American Airlines Group Inc.'s stock from December 28, 2020 through January 29, 2021.



118.    The figure below summarizes the prices of Sundial Growers Inc.'s stock from December 28, 2020 through January 29, 2021.



119.    The figure below summarizes the prices of Naked Brand Group Limited's stock from December 28, 2020 through January 29, 2021.



120.    The figure below summarizes the prices of AMC Entertainment Holdings, Inc.' stock from December 28, 2020 through January 29, 2021.



121.    The figure below summarizes the prices of Koss Corporation's stock from December 28, 2020 through January 29, 2021.



CLASS ACTION COMPLAINT

122.    The figure below summarizes the prices of Trivago stock from December 28, 2020 through January 29, 2021.



123.    The figure below summarizes the prices of Bed Bath & Beyond stock from December 28, 2020 through January 29, 2021.



CLASS ACTION COMPLAINT

124.    The figure below summarizes the prices of Express stock from December 28, 2020 through January 29, 2021.



125.    The figure below summarizes the prices of Tootsie Roll Industries Inc.'s stock from December 28, 2020 through January 29, 2021.



126.    The figure below summarizes the prices of Blackberry's stock from December 28, 2020 through January 29, 2021.



127.    The tremendous growth in the Relevant Securities' stock price resulted in significant and potentially disastrous exposure of institutional investors, and hedge funds, including the Fund Defendants and their co-conspirators holding short positions in the Relevant Securities.

128.    Defendant Citadel Investments, for example, holds a significant interest in Defendant Melvin Capital (who had the illegal naked 140% short position) and was forced to inject around $3 billion along with another fund, Point72, to bailout Melvin Capital from its distressed short position.

129.    In essence, small Retail Investors concluded that institutional investors had severely undervalued the Relevant Securities by shorting them, presenting a good investment opportunity. By investing in the undervalued Relevant Securities, the Retail Investors were outfoxing Wall Street at its own game.

### *The Illegal Scheme*

130.    Rather than use their financial acumen to compete and invest in good opportunities in the market to recoup the loss in their short positions the growth in the Relevant Securities' prices

CLASS ACTION COMPLAINT

represented, or paying the price for their highly speculative bad bets, Defendants instead hatched an anticompetitive scheme to limit trading in the Relevant Securities.

131.    After the market closed on January 27, 2021, after-hours revealed suspicious coordinated trading activity. After-hours trading is not permitted for individual Retail Investors and is restricted to institutional investors such as hedge funds.

132.    Analytics revealed a significant volume of GME short volume immediately prior to the markets opening on January 28, i.e., after-hour traders were taking more short positions suggesting after-hour traders were trading in anticipation of a GME sell-off. The grey lines in chart below represent the volume of short positions in GME. As demonstrated by the grey lines below, the volume of short positions was much higher before January 28, 2021 than any of the prior days and had steadily increased the week prior.



CLASS ACTION COMPLAINT

133.     As described above, Retail Investors cannot engage in after-hours trading. It is likely that this increase in short volume is the result of institutional investors, like the Fund Defendants, taking new short positions.

134.     The dramatic increase in short positions was counterintuitive. Chatter in various financial discussion forums indicated high excitement and motivation on the part of Retail Investors to continue investing in the Relevant Securities. Many Retail Investors announced plans to increase positions in the Relevant Securities on January 28, 2021, which would mean the prices for the Relevant Securities were likely to go further up, not down.

*The Events of January 28, 2021*

135.     As the markets opened on January 28, 2021, the Retail Investors woke up to find that the Brokerage Defendants and other unnamed brokerages had suddenly and without notice restricted their ability to buy long positions in the Relevant Securities. Pursuant to the anticompetitive scheme, the Brokerage Defendants implemented these changes on or about the same time. It would not have been in their economic interest to do so, but for the illegal conspiracy.

136.     Retail Investors that used Robinhood as their brokerage could no longer click on the "buy" option for any of the Relevant Securities. The "buy" button was deactivated as a feature, leaving users with no option but to sell their securities.

137.     Defendant Robinhood addressed the "Why don't I see a buy button?" question on its website here: https://robinhood.com/us/en/support/articles/why-dont-i-see-a-buy-button/. It offers three reasons for the buy button being unavailable on a user's account. The three reasons are: a) "It's a foreign stock, which we don't support." b) "It's an over-the-counter (OTC) stock or a warrant, which Robinhood generally doesn't support." c) "It's a stock undergoing corporate action. The stock will be tradable again once the corporate action has been finalized." Defendant Robinhood's explanations made little sense, however, because the Relevant Securities were not foreign stocks, OTC stocks or stocks undergoing corporate actions during the Class Period. Robinhood does not warn users of any situation where it could prevent users from buying stock out of its own volition. This explanation was incomplete and untrue and did not disclose the conspiracy underlying the change.

138.    Retail Investors who had queued purchase orders overnight on January 27, 2021 to purchase stock when the markets opened on January 28, 2021 discovered that their purchase orders had been cancelled without their consent. Some received messages that claimed "You canceled your order" despite having never having affirmatively done so.

Jan 27, 18:04



We've received your order to buy $100.00 of NOK.

If this order isn't filled by the end of market hours (4pm ET) on the next trading day, it will expire.

Jan 28, 08:27

You've canceled your order to buy $100.00 of NOK.

08:27

139.    The restrictions on trading took different forms but had the same effect. Retail Investors were prohibited from opening new long positions in the Relevant Securities. In other words, Retail Investors were not permitted to purchase new positions but only permitted to sell their long positions but not buy more.

CLASS ACTION COMPLAINT

140.     On Defendant Robinhood's web platform and mobile app, Retail Investors were blocked from searching for the Relevant Securities in Robinhood's app. In fact, their respective ticker symbols were not even searchable by Retail Investors. The market was essentially shut down with the purpose of benefitting the participants in the conspiracy and with the intent to harm Plaintiffs and the members of the Class.



141.     Defendant Stash prohibited users from viewing tickers for the Relevant Securities, and the pages only displayed loading graphics. Other tickers were under no such restriction and were easily searchable on the platform. Because of the Stash platform's design, a Retail Investor who cannot view the page for a particular asset cannot trade in that asset. As a result, Retail Investors were unable to access the page for the Relevant Securities to open new long positions in the Relevant Securities.

142.     While there had been reports of increasing government attention from the SEC and even the administration in relation to these rapidly increasing prices of the Relevant Securities, there was no formal governmental guidance issued to restrict trading in these stocks in advance of January 28, 2021.

CLASS ACTION COMPLAINT

143.    Reporting throughout January 28, 2021, revealed that the ban on purchasing stock of the Relevant Securities was widespread among brokerages. On information and belief, the Brokerage Defendants adopted similar if not identical restrictions to Retail Investors from opening new positions in all, or at least one or more of the Relevant Securities. It is unlikely that they would have done so, but for the conspiratorial agreement. The market was essentially shut down with the purpose of benefitting the participants in the conspiracy and with the intent to harm Plaintiffs and the members of the Class.

144.    Pursuant to the illegal anticompetitive scheme, the coordinated prohibition on buying any new Relevant Securities—through the Brokerage Defendants' forced foreclosure on Retail Investors from buying Relevant Securities—led to a massive sell-off. This resulted in a steep decline in the stock prices for the Relevant Securities.

145.    For example, on January 28, 2021, Gamestop's stock fell 44.11% and closed at $193.60 per share. Retail Investors who wanted to take advantage of the price drop to buy more stock were unable to due to the coordinated ban on purchasing.

146.    The prohibition on purchasing stock did not apply to all investors. Large investment firms such as the Fund Defendants faced no restrictions to purchasing the Relevant Securities. Whereas Retail Investors were excluded from purchasing securities at the reduced rate. Investment firms holding short positions were permitted to cover their short positions by buying securities at the artificially reduced price.

147.    The coordinated prohibition on purchasing placed on Retail Investors quickly resulted in scrutiny from journalists and lawmakers. Defendant Robinhood in particular drew criticism from lawmakers on both sides of the aisle, including calls for congressional and DOJ investigation.

148.    In response to the events of January 28, 2021, the SEC issued a formal letter that it was investigating the situation on January 29, 2021.

149.    Robinhood's conflict-ridden relationship with the Fund Defendants quickly came to light. In addition to its financial interest in Defendant Melvin Capital, it was revealed that Defendant Citadel regularly worked closely with Defendant Robinhood, serving as Defendant Robinhood's market maker over 60% of the time.

150.     Defendant Citadel also pays Defendant Robinhood for order flow. Payment for order flow is a kickback that a brokerage firm receives for directing orders to third party-market makers, like Citadel, for trade execution.

151.     Reporting revealed that Defendant Citadel had "reloaded" their short positions before instructing Defendant Robinhood to prohibit the purchases of Gamestop and other stocks.

152.     Employees of the Brokerage Defendants began to emerge as whistleblowers in online forums. A purported Robinhood employee reported on Reddit that Robinhood's founder and other c-level executives had received calls from Defendant Sequoia Capital pressuring Robinhood into restricting trading in one or more of the Relevant Securities.

153.     Other brokerage firms took other overt acts in furtherance of the anticompetitive scheme. Certain brokerages sold off long positions in stocks without the permission of the investor.

154.     The Verge reported that several Retail Investors reported that they had purchased and filled orders of GME and AMC on Robinhood, but discovered that the stock had been sold without their permission on January 28, 2021. Another Retail Investor reported that a purchase of Naked Brand stock (NAKD) had been filled but subsequently sold without their consent. While Robinhood had warned investors that it may automatically sell off option contracts or assets purchased on margin, these investors denied that they had purchased stocks on margin and did not purchase option contracts. These Retail Investors had purchased cash positions in the Relevant Securities that were sold off without their consent.



Robinhood

## Important Information About Your Robinhood Account

Hi████

In light of recent volatility, we are restricting transactions for certain securities to position closing only. However, due to the unreasonable risk involved in brokering your position, we have closed your 4,500 shares of GME for an average price of $118.93 on January 28th, 2021 at 11:24 AM.

CLASS ACTION COMPLAINT

155.    Defendants were aware that they were colluding to manipulate the market. In an interview given by Defendant Interactive Brokers' chairman Thomas Peterffy, Mr. Peterffy admitted that Interactive Brokers had restricted trading in order to "protect ourselves."

156.    The anticompetitive conspiracy was authorized, ordered or performed by the Defendants' respective officers, agents, employees, representatives, or shareholders while actively engaged in the management, direction, or control of the Defendants' businesses or affairs.

157.    At least 18 brokerages together prohibited Retail Investors from opening new positions in GME, AMC and other Relevant Securities on January 28, 2021. Some restricted Retailer Investors from opening new long positions in securities wholesale, whereas others restricted purchasing options only. No brokerages restricted selling of Relevant Securities by any investor, whether by a retail investor or large institutional investor.

158.    Not all brokerages banned the purchase of the Relevant Securities. Even in the cases where brokerages were allowing Retail Investors to open new long positions, however, the Clearinghouse Defendants began to raise fees to purchase securities or otherwise instruct brokerages to not consummate purchase orders.

159.    Brokerages route trades through clearinghouses which streamlines the trading process. Some brokerages, such as Defendant Robinhood, serve as their own clearinghouse. By increasing fees to purchase a particular stock, the clearinghouse can suppress the amount of purchases of that stock and affect the stock's price.

160.    The Clearinghouse Defendants raised the fees for consummating purchases of the relevant stocks to the non-conspiring brokerages, further facilitating the Fund Defendants covering of their short positions in furtherance of the conspiracy.

CLASS ACTION COMPLAINT

161.    Nondefendant brokerage SoFi momentarily had trading in the Relevant Securities forcibly suspended by Clearinghouse Defendant Apex.



162.    SoFi quickly objected to Defendant Apex's attempt to restrict trading in the Relevant Securities on SoFi's platform and trading was soon permitted on SoFi without restriction.

163.    Anthony Denier, the CEO of Defendant Webull Financial LLC, a brokerage which had restricted trading in the Relevant Securities, placed the blame squarely on its clearinghouse, Defendant Apex Clearing, for the restrictions on trading the stocks. According to Denier, the collateral required by Apex for Gamestop increased by 100% and Apex had informed him that Webull needed to shut off the ability to open new positions in certain stocks. Denier further said that the restrictions originated the morning of January 28, 2021 and was informed that Apex was instructed by the Defendant Depository Trust & Clearing Corporation that it was increasing the collateral needed to settle trades for the Relevant Securities.

CLASS ACTION COMPLAINT

164.    Denier further said that the restrictions originated the morning of January 28, 2021 and was informed that Defendant Apex was instructed by the Defendant Depository Trust & Clearing Corporation that it was increasing the collateral needed to settle trades for stocks such as Gamestop.

165.    Other brokerages such as Defendants Ally Financial Inc., M1 Finance, Tastyworks, and Public.com also reported that Defendant Apex had halted all opening transactions of Gamestop, AMC and Koss, which they blamed for trading restrictions of the Relevant Securities on their platforms.

166.    Similarly, Defendant Freetrade blamed Clearinghouse Defendant Barclay's PLC for its restrictions of the Relevant Securities on its platform.

167.    Defendant Trading212 uses Defendant Interactive Brokers as its intermediary and said Defendant Interactive Brokers was at fault for Defendant Freetrade's restrictions on the Relevant Securities.

168.    Defendants' conspiratorial acts resulted in lockstep price movements of the Relevant Securities that can only be explained by coordinated lockstep actions by Defendants, in particular when considering Retail Investors were only permitted to sell positions in the Relevant Securities.

169.    As demonstrated by the charts below, the stock prices of the Relevant Securities moved almost in parallel with each other throughout January 28, 2021. The charts revealed a coordinated rise in the prices of the Relevant Securities at approximately 11:00-11:30 a.m. after the Relevant Securities took a steep dive after the markets opened. At that time, few if any Retail Investors were permitted to purchase positions in the Relevant Securities and only institutional investors such as the Fund Defendants were permitted to purchase.

//

//

//

//

//

//

//

//

CLASS ACTION COMPLAINT



***The Anticompetitive Scheme is Ongoing***

170.    Even in the face of increased scrutiny, Defendants continued their anticompetitive scheme to suppress the price of the Relevant Securities.

171.    Partly as a result of criticism, the Brokerage Defendants nearly all permitted Retail Investors to open new long positions in the Relevant Securities as the market opened on January 29, 2021.

//

//

//

//

//

//

//

//

//

172.    Defendant Freetrade, a brokerage based in the United Kingdom, citing concerns from its foreign exchange provider, restricted trades in United States securities altogether on January 29, 2021, after restricting purchases on January 28, 2021.



173.    While purchases were permitted, they were heavily restricted by the Brokerage Defendants. Nevertheless, Retail Investors, still believing in the value of these assets, continued to purchase stock in the Relevant Securities once they were permitted to.

174.    Many of the Brokerage Defendants restricted trading of long option contracts and announced to Retail Investors they would close out their profitable option positions automatically.



CLASS ACTION COMPLAINT

175. The Relevant Securities began to regain the value lost the prior day as a result of Defendants' coordinated action to suppress the value of the stocks.

176. Because the Fund Defendants and other unnamed conspirators still had distressed short positions outstanding, this threatened their ill-gotten gains achieved the day before.

177. Defendant Robinhood limited users to purchasing a limited amount of stock. With respect to Gamestop, for example, Defendant Robinhood first restricted Retail Investors to purchasing only five shares of Gamestop, which resulted in a rapid decline in the value of Gamestop. As Gamestop's stock price recovered, Defendant Robinhood further limited purchases to two shares.



178. When the value of Gamestop again began to recover, Defendant Robinhood later instituted a one share limit to acquisitions of Gamestop, further causing the value of Gamestop to decrease.

179. Brokerage Defendants instituted similar restrictions as to other Relevant Securities.



CLASS ACTION COMPLAINT

180.     Each artificial limitation in the amount of securities a Retail Investor could purchase correlated with a subsequent decrease in stock value. As purchases of the Relevant Securities were limited, more investors were pressured to sell who otherwise would not have in the presence of a free and open market.



181.     The extent and scope of the conspiracy is still as of yet unknown. Plaintiffs believe the anticompetitive scheme is ongoing. In the evening of January 29, 2021, Defendant Robinhood announced it was increasing the number of restricted stocks from 13 to 50. On January 30, 2021, Reuters reported that Defendant IG Group was continuing to suspend trading in the Relevant Securities.

**CLAIMS FOR RELIEF**

**COUNT ONE**

**CONSPIRACY TO RESTRAIN TRADE**
**IN VIOLATIONOF SECTION 1 OF THE SHERMAN ACT,**
**15 U.S.C. § 1**
**(Against all Defendants)**

182.     Plaintiffs hereby incorporate by reference the factual allegations as set forth above.

183.     On information and belief, the Defendants conspired and entered into an anticompetitive scheme to fix, raise, stabilize, maintain or suppress the price of the Relevant Securities.

184.     Faced with potentially disastrous losses due to their illegal short position, the Fund Defendants, rather than engage in competition, conspired, combined, agreed and colluded with the Brokerage Defendants and Clearinghouse Defendants to restrict purchases in stocks by retailer investors and to manipulate and artificially suppress the price of stock, through which they could cover their short positions.

185.     Defendants conspired and agreed with one another with the intent to artificially lower the price of the relevant stocks.

186.     Defendants coordinated a collective shutdown of the stock brokerage market with respect to the Relevant Securities, prohibiting market participants with the exception of the Fund Defendants from purchasing stock in the Relevant Securities. Pursuant to the conspiracy, the restriction of stock purchases resulted in a sell-off of stocks, driving down prices in the Relevant Securities to levels that would not have been obtained, but for the conspiracy, combination, agreement and restraint of trade.

187.     In furtherance of the conspiracy, combination, agreement and restraint of trade, on January 27, 2021, after the close of the stock market and before the open of the market the next day, the Fund Defendants coordinated and planned increased short volumes in anticipation of short calls on January 28, 2021.

188.     In furtherance of the conspiracy, combination, agreement and restraint of trade, the Brokerage Defendants have prohibited, continue to prohibit, or unreasonably restrict the purchases of shares of the Relevant Securities by Plaintiffs in restraint of trade.

189.     As a direct and intended result of Defendants contract, combination, agreement and restraint of trade or conspiracy, Defendants caused injury to Plaintiffs by restricting purchases of Relevant Securities. The Brokerage Defendants deactivated the buy option on their platforms and left Plaintiffs with no option but to sell shares of the stocks on their platforms. Plaintiffs and Class members, faced with an imminent decrease in the price of their positions in the Relevant Securities due to the inability of Retail Investors to purchase shares, were induced to sell their shares in the Relevant Securities at a lower price than they otherwise would have, but for the conspiracy, combination,

agreement and restraint of trade. Additionally, Class members that would have purchased more stock in the Relevant Securities given the upward trend in price could not do so.

190.     Pursuant to the contract, combination, agreement, conspiracy and restraint of trade, the Brokerage Defendants permitted the Fund Defendants to purchase stocks at the artificially deflated prices. The Fund Defendants, who were in exposed short positions due to the short squeeze, purchased the artificially price-suppressed stocks to cover their short positions.

191.     Not all brokerages joined in the anticompetitive scheme with the Brokerage Defendants. To induce compliance and to limit the effects non-complying brokerages could have in disrupting Defendants' anticompetitive scheme, the Clearinghouse Defendants raised the fees and/or removed the ability to fill purchases of the Relevant Securities to the non-conspiring brokerages, further facilitating the Fund Defendants covering of their short positions in furtherance of the conspiracy.

192.     Defendants' anticompetitive and unlawful conduct is per se illegal.

193.     As a direct and proximate result of Defendants' unlawful conduct, Plaintiffs and Class members were injured in their business and property.

194.     Plaintiffs and the Class further seek equitable and injunctive relief pursuant to Section 16 of the Clayton Act, 15 U.S.C. § 26, and other applicable law, to correct the anticompetitive effects caused by Defendants' unlawful conduct.

**COUNT TWO**

**CONSPIRACY TO RESTRAIN TRADE**
**IN VIOLATION OF THE CALIFORNIA CARTWRIGHT ACT,**
**CAL. BUS. & PROF. CODE § 16700 et seq.**
**(Against all Defendants)**

195.     Plaintiffs hereby incorporate by reference the factual allegations as set forth above.

196.     On information and belief, the Defendants and their conspirators entered into an unlawful agreement and engaged in a continuing unlawful trust in restraint of trade and commerce as described herein in violation of California Business and Professions Code § 16720 to fix, stabilize, maintain or suppress the price of the Relevant Securities.

197.     Faced with potentially disastrous losses due to their illegal short position, the Fund Defendants, rather than engage in competition, conspired, combined, agreed and colluded with the

Brokerage Defendants and Clearinghouse Defendants to restrict purchases in stocks by retailer investors and to manipulate and artificially suppress the price of stock, through which they could cover their short positions.

198.    Defendants conspired and agreed with one another with the intent to artificially lower the price of the Relevant Securities. Defendants agreed to pool, combine or directly or indirectly unite their interests such that the price of the Relevant Securities would be fixed, stabilized, maintained, suppressed.

199.    Defendants coordinated a collective shutdown of the stock brokerage market with respect to the Relevant Securities prohibiting market participants with the exception of the Fund Defendants from purchasing stock in the Relevant Securities. Pursuant to the conspiracy, the restriction of stock purchases resulted in a sell-off of stocks, driving down prices in the Relevant Securities to levels that would not have been obtained, but for the conspiracy, combination, agreement and restraint of trade.

200.    In furtherance of the unlawful trust and restraint of trade, on January 27, 2021, after the close of the stock market and before the open of the market the next day, the Fund Defendants coordinated and planned increased short volumes in anticipation of short calls on January 28, 2021.

201.    In furtherance of the unlawful trust and restraint of trade, the Brokerage Defendants have prohibited, restricted, and continue to prohibit and unreasonably restrict the purchases of shares of the Relevant Securities by Plaintiffs in restraint of trade.

202.    As a direct and intended result of Defendants' unlawful trust and restraint of trade, Defendants caused injury to Plaintiffs by restricting purchases and sales of shares Relevant Securities. The Brokerage Defendants deactivated the buy option on their platforms and left Plaintiffs with no option but to sell shares of the stocks on their platforms. Plaintiffs and Class members, faced with an imminent decrease in the price of their positions in the Relevant Securities due to the inability of Retail Investors to purchase shares, were induced to sell their shares in the Relevant Securities at a lower price than they otherwise would have, but for the conspiracy, combination, agreement and restraint of trade. Additionally, Class members that would have purchased more stock in the Relevant Securities given the upward trend in price could not do so.

203.    Pursuant to the unlawful trust and restraint of trade, the Brokerage Defendants permitted the Fund Defendants to purchase stocks at the artificially deflated prices. The Fund Defendants, who were in exposed short positions due to the short squeeze, purchased the artificially price-suppressed stocks to cover their short positions.

204.    Not all brokerages joined in the anticompetitive scheme with the Brokerage Defendants. To induce compliance and to limit the effects non-complying brokerages could have in disrupting Defendants' anticompetitive scheme, the Clearinghouse Defendants raised the fees for consummating purchases of the relevant stocks to the non-conspiring brokerages, further facilitating the Fund Defendants covering of their short positions in furtherance of the conspiracy.

205.    As a direct and proximate result of Defendants' unlawful conduct, Plaintiffs and Class members were injured in their business and property.

206.    Plaintiffs and the Class seek treble damages and their cost of suit, including attorneys' fee, equitable and injunctive relief pursuant to California Business and Professions Code § 16750(a), and other applicable law, to correct the anticompetitive effects caused by Defendants' unlawful conduct.

## COUNT THREE

### UNFAIR COMPETITION IN VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE § 17200 et seq.
### (Against All Defendants)

207.    Plaintiffs hereby repeat and incorporate by reference each preceding and succeeding paragraph as though fully set forth herein.

208.    The California Unfair Competition Law ("UCL") codified at California Business and Professions Code § 17200 et seq. prohibits any unlawful, unfair or fraudulent business practices and unfair, deceptive, untrue or misleading advertisement.

209.    Under California Business and Professions Code § 17200 et seq., a business act or practice is "unlawful" if it violates any established state or federal law.

210.    Defendants engaged in an unlawful contract, combination or conspiracy in the restraint of trade to artificially suppress the stock price of the Relevant Securities.

211.    Brokerage Defendants violated the UCL by engaging in unlawful, unfair, and fraudulent business acts or practices in furtherance of the conspiracy, including but not limited to: (a) knowingly and intentionally prohibiting Retailer Investors from purchasing any Relevant Securities; (b) forcing Retail Investors to sell their Relevant Securities by deactivating several features on their platforms; and (c) selling Retail Investors' Relevant Securities without their consent.

212.    The Clearinghouse Defendants violated the UCL by engaging in unlawful, unfair, and fraudulent business acts or practices in furtherance of the conspiracy by increasing fees and inducing brokerages to restrict trading in the Relevant Securities to Retail Investors.

213.    The Fund Defendants, by engaging in unlawful, unfair, and fraudulent business acts or practices in furtherance of the conspiracy by directing the Brokerage Defendants and Clearinghouse Defendants to restrict trading in the Relevant Securities to Retail Investors in order to artificially suppress the share price of the Relevant Securities.

214.    Defendants engaged in and continue to engage in exclusionary, anticompetitive conduct that is deleterious to consumers and to the benefit of Defendants.

## COUNT FOUR

### DISSEMINATION OF UNTRUE AND MISLEADING PUBLIC STATEMENTS IN VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE § 17500 et seq.
### (Against All Defendants)

215.    Plaintiffs hereby repeat and incorporate by reference each preceding and succeeding paragraph as though fully set forth herein.

216.    Defendants violated the California Business and Professions Code § 17500 et seq. by making or disseminating, or causing to be made or disseminated, before the public, untrue or misleading statements in connection with the sale of goods or services, that Defendants knew or should have known were untrue or misleading, including but not limited to statements concerning the reliability, fairness, and accuracy of the value of the Relevant Securities, and continue to do so with the intent to induce the Retail Investors to sell their shares of the Relevant Securities at artificially suppressed prices.

217.    Brokerage Defendants executed trades on their customers' behalves without their consent and made false and misleading statements regarding the reasons for executing such trades.

218.    Fund Defendants made misstatements about their role in the conspiracy to the public.

219.    Clearinghouse Defendants made misleading statements to the public about their involvement in the conspiracy while demanding significantly more collateral from member brokers to facilitate the conspiracy.

**COUNT FIVE**

**BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**
**(Against the Brokerage Defendants)**

220.    Plaintiffs hereby repeat and incorporate by reference each preceding and succeeding paragraph as though fully set forth herein.

221.    Plaintiffs and members of the Class entered into agreements with the Brokerage Defendants. They agreed to Brokerage Defendants' Terms and Conditions by using the Brokerage Defendants' websites, apps and trading platforms.

222.    Plaintiffs and members of the Class fulfilled and performed their obligations under these contracts by adhering to their terms and using Brokerage Defendants' trading services through its website and trading platform.

223.    The Brokerage Defendants made the implied promise that they would not do anything to unfairly interfere with the rights of any other party to receive the benefits of the contract.

224.    The Brokerage Defendants did not act in good faith or with honesty of purpose. To the contrary, they acted with the intention of misleading or taking unfair advantage of plaintiffs and the Class. The Brokerage Defendants was obligated to provide the trading services required under those contracts at all times, including but not limited to, trades for Relevant Securities.

225.    When initially signing up to use the Brokerage Defendants' websites, apps and trading platforms, Plaintiffs and all those similarly situated could and actually did trade in the Relevant Securities.

226.    The Brokerage Defendants unfairly interfered with the rights of Plaintiffs to receive the benefits of the agreements by, among other things: (i) failing to provide services necessary to carry out a trade; (ii) failing to provide certain trading services whatsoever; (iii) failing to inform individuals in a timely member of the drastic changes in trading abilities; and (iv) prohibiting plaintiffs from buying

Relevant Securities for the Brokerage Defendants own interest and not disclosing those interest to Plaintiffs and all Class members.

227.   The Brokerage Defendants' conduct has caused Plaintiffs and members of the Class harm, losses, and damages.

## COUNT SIX

### NEGLIGENCE
### (Against the Brokerage Defendants)

228.   Plaintiffs hereby repeat and incorporate by reference each preceding and succeeding paragraph as though fully set forth herein.

229.   The Brokerage Defendants had a common law duty to exercise reasonable care in conducting and facilitating transactions for its customers.

230.   The Brokerage Defendants had a common law duty to exercise reasonable care in providing trades on the free and open market for its customers.

231.   The Brokerage Defendants unlawfully breached their duties by, among other things, (i) removing the Relevant Securities without notice from their websites, apps and trading platforms; (ii) failing to provide financial services related to Relevant Securities; and (iii) failing to notify Retail Investors in a timely manner of the prohibition in purchasing of the Relevant Securities.

232.   The Brokerage Defendants' conduct departed from the ordinary standard of care expected of a stockbroker. If volatility was truly a concern, trading entirely should have been halted in the Relevant Securities. Instead, the Brokerage Defendants permitted Retail Investors to only sell their positions in the Relevant Securities. Further, non-Retail Investors were permitted to trade in the Relevant Securities without restriction.

233.   The Brokerage Defendants breached their duty of care to the Retail Investors by selectively restricting purchases of Relevant Securities to the Retail Investors who wanted to purchase more stock in the Relevant Securities.

234.   Brokerage Defendants negligent and wrongful breaches of its duties owed to Plaintiffs and Class members proximately caused losses and damages that would not have occurred but for the Brokerage Defendants' gross breach of their duty of care.

235.     Plaintiffs and Class members suffered actual injury as a result of Brokerage Defendants' breach of their duty.

236.     Plaintiffs and Class members' injury was proximately and directly caused by Brokerage Defendants breach of their duty.

## COUNT SEVEN

### NEGLIGENCE PER SE
### (Against Brokerage Defendants)

237.     Plaintiffs hereby repeat and incorporate by reference each preceding and succeeding paragraph as though fully set forth herein.

238.     The Brokerage Defendants had a statutory duty to exercise reasonable care in conducting and facilitating transactions for its customers.

239.     The Brokerage Defendants had a statutory duty to exercise reasonable care in providing trades on the free and open market for its customers.

240.     The Brokerage Defendants unlawfully breached their duties by, among other things, (i) removing the Relevant Securities without notice from their websites, apps and trading platforms; (ii) failing to provide financial services related to Relevant Securities; and (iii) failing to notify Retail Investors in a timely manner of the prohibition in purchasing of the Relevant Securities.

241.     The Brokerage Defendants' conduct departed from the ordinary standard of care expected of a stockbroker. If volatility was truly a concern, trading entirely should have been halted in the Relevant Securities. Instead, the Brokerage Defendants permitted Retail Investors to only sell their positions in the Relevant Securities. Further, non-Retail Investors were permitted to trade in the Relevant Securities without restriction.

242.     The Brokerage Defendants breached its duty of care by selectively restricting purchases of Relevant Securities to the Retail Investors who wanted to purchase more stock in the Relevant Securities.

243.     The Brokerage Defendants' negligent and wrongful breaches of the duties owed to Plaintiffs and Class members proximately caused losses and damages that would not have occurred but for the Brokerage Defendants' gross breach of their duty of care.

244.     Plaintiffs and Class members suffered actual injury as a result of Brokerage Defendants' breach of their duty.

245.     Plaintiffs and Class members' injury was proximately and directly caused by Brokerage Defendants' breach of their duties.

## COUNT EIGHT

### BREACH OF FIDUCIARY DUTY
### (Against Brokerage Defendants)

246.     Plaintiffs hereby repeat and incorporate by reference each preceding and succeeding paragraph as though fully set forth herein.

247.     As licensed providers of financial services, the Brokerage Defendants at all relevant times herein were fiduciaries to the Plaintiffs and Class members and owed them the highest good faith and integrity in performing its financial services on their behalf. Each Brokerage Defendant also acted as a fiduciary to each and every customer who agreed to their respective terms and conditions.

248.     The Brokerage Defendants breached their fiduciary duties to Plaintiff and Class members by, among other things, failing to disclose that its platform was going to remove Relevant Securities purchases in a timely manner; actually removing Relevant Securities; removing Relevant Securities for their own pecuniary benefits; misrepresenting and omitting material information; that the Brokerage Defendants failed to provide access to its financial services in a timely manner; that Brokerage Defendants failed to comply with all applicable legal, regulatory, and licensing requirements; and that Brokerage Defendants failed to exercise trades and actions requested by customers in a complete and timely manner.

249.     The Brokerage Defendants' conduct has caused the Plaintiffs and Class members' harm, losses, and damages and continues to expose them to harm because the Brokerage Defendants continue to breach their fiduciary duties.

## COUNT NINE

### CONSTRUCTIVE FRAUD
### (Against Brokerage Defendants)

250.   Plaintiffs hereby repeat and incorporate by reference each preceding and succeeding paragraph as though fully set forth herein.

251.   The Brokerage Defendants had a duty to exercise reasonable care in conducting and facilitating securities transactions for its customers.

252.   The Brokerage Defendants owed the Plaintiffs and Class members a fiduciary duty to fully disclose material facts as relates to their brokerage relationship.

253.   The Brokerage Defendants represented to Plaintiffs and Class members that they were brokerage services offering free and fair trading in the stock market.

254.   Plaintiffs and Class members chose to use the Brokerage Defendants websites, apps and trading platforms in part due to assurances that they would be able to trade on the stock market.

255.   The Brokerage Defendants subsequently and selective restricted and limited the securities that Plaintiffs and Class members were able to buy on their websites, apps and trading platforms, contrary to their representations.

256.   Plaintiffs and Class members' reliance on the Brokerage Defendants' false representations were substantial factors in causing Plaintiffs' harm as they were prohibited from trading freely given the Brokerage Defendants' restrictions.

### PRAYER FOR JUDGMENT

**WHEREFORE**, Plaintiffs request that the Court enter judgment on their behalf and on behalf of the Class defined herein, by adjudging and decreeing that:

257.   This action may proceed as a class action, with Plaintiffs serving as Class Representatives, and with Plaintiffs' counsel as Class Counsel;

258.   Defendants have contracted, combined, and conspired in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1, and that Plaintiffs and the Class have been injured in their business and property as a result of Defendants' violations;

CLASS ACTION COMPLAINT

259.    Plaintiffs and the Class are entitled to pre-judgment and post-judgment interest on the damages awarded them, and that such interest be awarded at the highest legal rate from and after the date this class action complaint is first served on Defendants;

260.    Defendants are to be jointly and severally responsible financially for the costs and expenses of a Court-approved notice program through post and media designed to give immediate notification to the Class;

261.    Plaintiffs and the Class recover their costs of this suit, including reasonable attorneys' fees as provided by law;

262.    Plaintiffs and the Class are entitled to equitable relief appropriate to remedy Defendants' past and ongoing restraint of trade, including:

a.    A judicial determination declaring the rights of Plaintiffs and the Class, and the corresponding responsibilities of Defendants;

b.    Issuance of a permanent injunction against Defendants and their parents, subsidiaries, affiliates, successors, transferees, assignees and the respective officers, directors, partners, agents, and employees thereof and all other persons acting or claiming to act on their behalf from continuing and maintaining the conspiracy or agreements herein;

c.    A constructive trust over any ill-gotten property or assets, including but not limited to stocks in the Relevant Securities received as a result of the conspiracy or agreement or other wrongful conduct as alleged herein;

263.    Plaintiffs and the Class receive such other or further relief as may be just and proper.

//
//
//
//
//
//
//

CLASS ACTION COMPLAINT

## JURY TRIAL DEMANDED

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs demand a trial by jury of all the claims asserted in this Complaint so triable.

Dated: February 1, 2021

By:     /s/ *Joseph R. Saveri*
        Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Christopher K.L. Young (State Bar No. 318371)
Anupama K. Reddy (State Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:  (415) 395-9940
Email:  jsaveri@saverilawfirm.com
        swilliams@saverilawfirm.com
        cyoung@saverilawfirm.com
        areddy@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs*
*Shane Cheng and Terell Sterling*

# TAB 323

# Order re Non-Federal Securities Actions

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

This Document Relates to the Non-Federal Securities Actions

**ORDER**

**THIS CAUSE** came before the Court on the parties' Joint Status Report [ECF No. 322],

filed on June 2, 2021.  The parties met and conferred "regarding proposed procedural and other

next steps the Court should take to ensure the just and efficient disposition of the non-federal

securities cases in this multidistrict litigation[.]"  (Joint Status Report 1 (alteration added)).  The

parties have jointly proposed deadlines for the filing of master complaints and a briefing schedule

for Defendants' anticipated motions to dismiss with respect to the Antitrust, Robinhood, and the

Other Broker Tranches.  (*See generally id.*).  The Court has considered the parties' positions and,

being fully advised, directs the parties to adhere to the following schedule:

1.    Plaintiffs shall file a single master complaint per Tranche on or before **July 12,
      2021**.

2.    Defendants in each Tranche shall file a joint motion to dismiss on or before **August
      16, 2021**; the three motions shall be no more than 40 pages each.

3.    Plaintiffs' responses in opposition to Defendants' joint motions to dismiss shall be
      filed by **September 7, 2021** and shall be no more than 40 pages each.

4.    Defendants' replies to Plaintiffs' responses shall be filed by **September 21, 2021**
      and shall be no more than 20 pages each.

CASE NO.  21-2989-MDL-ALTONAGA/Torres

5.      These deadlines do not apply to the federal securities actions.  The Court will issue

a separate scheduling order to govern the master complaint and briefing schedule

for the federal securities actions following appointment of Lead Plaintiff(s) and

Lead Counsel in accordance with the Private Securities Litigation Reform Act of

1995, 15 U.S.C. § 78u-4(a)(3)(B).

6.      The parties have previewed their arguments regarding a stay of discovery.  Records

already produced by Defendants to Congress and other government entities shall

be produced to Plaintiffs upon request.  These materials shall not be shared with or

provided to counsel for Plaintiffs in the Federal Securities Tranche.  All other

discovery is stayed pending resolution of the forthcoming motions to dismiss.

7.      Proposed case management orders concerning (1) privileged material, (2) the

production of electronically stored information, and (3) a protective order

governing confidential information and materials shall be filed by **July 9, 2021**.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of June, 2021.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record;
          *Pro Se* Plaintiffs