**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith  In Replying Give Number
Clerk  Of Case and Names of Parties

April 10, 2023

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **AUGUST 14, 2023, IN ATLANTA, GEORGIA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #22.***

| Case No. | Case |
|---|---|
| 22-11022 | Rodney K., Sr., et al. v. Mobile County Board of Education, et al. (REVISED ARGUMENT DATE) |
| 21-13587, 22-11313 & 22-11590 | Absolute Activist Value Master Fund Limited, et al. v. Susan Devine; (Consolidated with 22-13207, In re:  Request of Susan Devine) |
| 22-11335 | Deirdre Baker v. JEA |
| 21-10668 | GLF Construction Corporation v. Fedcon Joint Venture, et al. |
| 22-11873 | Angel Guzman, et al. v. Robinhood Markets, Inc., et al. |
| 21-13616 | Carl Murdock, Jr. v. Wanda Robinson, et al. |
| 22-11339 | Security Walls, LLC v. National Labor Relations Board |
| 22-11556 | Isaac Payne v. Savannah College of Art and Design, Inc. |
| 22-12149 | United States v. Michael Morris |
| 21-13764 | Larry Coleman, et al. v. Morris-Shea Bridge Company, Inc., et al. (Consolidated with 22-10239, Larry Coleman v. Morris-Shea Bridge Company, Inc., et al.) |
| 22-10450 | Bruce Munro, et al. v. Fairchild Tropical Botanic Garden, Inc., et al. |
| 22-12336 | Sunz Insurance Company v. U.S. Treasury Department, IRS, et al. |