**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                                  In Replying Give Number
Clerk                                                                                                    Of Case and Names of Parties

May 31, 2023

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **SEPTEMBER 18, 2023, IN MIAMI, FLORIDA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11*$^{th}$ *Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.  PLEASE REFER TO CALENDAR #25.***

| | |
|---|---|
| 21-13755 | Securities and Exchange Commission v. Ibrahim Almagarby, et al. |
| 22-11731 | United States v. Robert Dunn (REVISED ARGUMENT DATE) |
| 22-11873 | Angel Guzman, et al. v. Robinhood Markets, Inc., et al. (REVISED ARGUMENT DATE) |
| 22-11922 | Julia Hopple v. The Joint Commission on Accreditation of Healthcare Organizations |
| 22-13155 | Stephen Lynch Murray v. Phil Archer, et al. |
| 20-13091 & 20-14377 | United States v. Elizabeth Young |
| 22-10604 | United States v. Victor Vargas |
| 22-12863 | Jared McGriff, et al. v. City of Miami Beach |
| 22-13798 | Keith Stansell, et al. v. Samark Bello, et al. |
| 21-14071 & 21-14074 | Compulife Software Inc. v. Moses Newman, et al. |
| 22-11355 | Eliezer Taveras, et al. v. Bank of America, et al. |
| 22-11543 | United States v. William Gross, Jr. |